UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
MATTHEW STEIN AND JEROME LHOTE,

            Plaintiffs,          **MEMORANDUM AND ORDER**

      - against -            23 Civ. 2508 (NRB)

SKATTEFORVALTNINGEN,

            Defendant.

------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    This Memorandum and Order is addressed to plaintiffs' letter of April 5, 2023 (ECF No. 7), seeking a continuation of the temporary sealing order issued by Judge Crotty on March 20, 2023, in order to make an application to the undersigned to extend the sealing order.

    This Court is fully familiar with the papers submitted to Judge Crotty and, therefore, treats the proposed motion as one to reargue. Having considered the papers in support of the motion to seal, as well as the acknowledged pending criminal case against plaintiffs and the fact of the pending multidistrict litigation, this Court is not persuaded that this case should be sealed and accordingly it is unsealed. The Court will separately consider whether the Settlement Agreement should be redacted. Accordingly, for the present, the Settlement Agreement appended to plaintiffs' April 3, 2023 letter as Exhibit A (ECF No. 5) is temporarily

sealed. Plaintiffs' application for redactions should be filed no later than April 13, 2023. Defendant's response, if any, should be filed no later than April 18, 2023.

**SO ORDERED.**

Dated:   New York, New York
         April 6, 2023

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE