UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

                Plaintiffs,

    v.

SKATTEFORVALTNINGEN,

                Defendant.

No.: 23-mc-71

**ORDER TO FILE CIVIL
<u>CASE UNDER SEAL</u>**

Under the authority of *Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110, 119-20 (2d Cir. 2006), sealing may not be appropriate. Accordingly, out of an abundance of caution, the Court orders as follows:

I. The action may be filed under seal and the sealing shall *expire* within 14 days of service of process on defendants unless extended by order of the Judge to whom the case is assigned;

2. Service of process shall be made within 7 days of filing. A copy of this Order shall be served on all defendants.

The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated: New York, NY
       March 20, 2023

SO ORDERED.

_____
HONORABLE PAUL A. CROTTY
United States District Judge    PART I