UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW STEIN and JEROME LHOTE,

                Plaintiffs,

v.

SKATTEFORVALTNINGEN,

                Defendant.

Case No. 23-cv-02508

**NOTICE OF APPEARANCE**

---

      PLEASE TAKE NOTICE that William R. Maguire of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Defendant Skatteforvaltningen, the Customs and Tax Administration of the Kingdom of Denmark. The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: New York, New York
       March 31, 2023

 

HUGHES HUBBARD & REED LLP

By: /s/ William R. Maguire
William R. Maguire
One Battery Park Plaza
New York, New York 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
bill.maguire@hugheshubbard.com

*Counsel for Defendant Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*