UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW STEIN and JEROME LHOTE,

                              Plaintiffs,

            v.

SKATTEFORVALTNINGEN,

                              Defendant.

Case No. 23-cv-02508

**NOTICE OF APPEARANCE**

---

       PLEASE TAKE NOTICE that Neil J. Oxford of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Defendant Skatteforvaltningen, the Customs and Tax Administration of the Kingdom of Denmark. The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: New York, New York
         March 31, 2023

                                        HUGHES HUBBARD & REED LLP

                                        By: _____
                                        Neil J. Oxford
                                        One Battery Park Plaza
                                        New York, New York 10004-1482
                                        Tel.: (212) 837-6000
                                        Fax: (212) 422-4726
                                        neil.oxford@hugheshubbard.com

                                        *Counsel for Defendant Skatteforvaltningen*
                                        *(Customs and Tax Administration of the*
                                        *Kingdom of Denmark)*