## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

|  |  |
|---|---|
| Plaintiffs, | Case No. 23-cv-02508 |
| v. | **NOTICE OF APPEARANCE** |
| SKATTEFORVALTNINGEN, | |
| Defendant. | |

PLEASE TAKE NOTICE that Dustin P. Smith of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Defendant Skatteforvaltningen, the Customs and Tax Administration of the Kingdom of Denmark.  The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: New York, New York
      March 31, 2023

HUGHES HUBBARD & REED LLP

By:_____
Dustin P. Smith
One Battery Park Plaza
New York, New York  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
dustin.smith@hugheshubbard.com

*Counsel for Defendant Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*