UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>                         Plaintiffs,<br><br>        v.<br><br>SKATTEFORVALTNINGEN,<br><br>                         Defendant. | Case No. 23-cv-02508<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that John T. McGoey of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Defendant Skatteforvaltningen, the Customs and Tax Administration of the Kingdom of Denmark. The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: New York, New York
        April 12, 2023

                                    HUGHES HUBBARD & REED LLP

                                    By: /s/ John T. McGoey
                                    John T. McGoey
                                    One Battery Park Plaza
                                    New York, New York 10004-1482
                                    Tel.: (212) 837-6000
                                    Fax: (212) 422-4726
                                    john.mcgoey@hugheshubbard.com

                                    *Counsel for Defendant Skatteforvaltningen*
                                    *(Customs and Tax Administration of the*
                                    *Kingdom of Denmark)*