UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>                                        Plaintiffs,<br><br>           v.<br><br>SKATTEFORVALTNINGEN,<br><br>                                        Defendant. | Case No. 23-cv-02508<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Marc A. Weinstein of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Defendant Skatteforvaltningen, the Customs and Tax Administration of the Kingdom of Denmark. The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: New York, New York
       April 12, 2023

                                                            HUGHES HUBBARD & REED LLP

                                                            By: /s/ Marc A. Weinstein
                                                            Marc A. Weinstein
                                                            One Battery Park Plaza
                                                            New York, New York  10004-1482
                                                            Tel.: (212) 837-6000
                                                            Fax: (212) 422-4726
                                                            marc.weinstein@hugheshubbard.com

                                                            *Counsel for Defendant Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*