## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SKATTEFORVALTNINGEN,<br><br>                    Defendant. | Case No. 23-cv-02508<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Dustin P. Smith of the law firm Hughes Hubbard & Reed

LLP hereby appears on behalf of Defendant Skatteforvaltningen, the Customs and Tax

Administration of the Kingdom of Denmark.  The undersigned hereby certifies that he is

admitted to practice before this Court.


Dated: New York, New York
       March 31, 2023


                                        HUGHES HUBBARD & REED LLP


                                        By:_____
                                        Dustin P. Smith
                                        One Battery Park Plaza
                                        New York, New York  10004-1482
                                        Tel.: (212) 837-6000
                                        Fax: (212) 422-4726
                                        dustin.smith@hugheshubbard.com

                                        *Counsel for Defendant Skatteforvaltningen*
                                        *(Customs and Tax Administration of the*
                                        *Kingdom of Denmark)*