UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

                          Plaintiffs,

v.

SKATTEFORVALTNINGEN,

                          Defendant.

23 Civ. 2508 (NRB)

## PLAINTIFFS' REPLY MEMORANDUM OF LAW IN RESPONSE TO ORDER REGARDING CONTINUED SEALING OF SETTLEMENT AGREEMENT

Plaintiffs Matthew Stein and Jerome Lhote ("Plaintiffs"), by and through their undersigned attorney, respectfully submit this Reply Memorandum of Law in response to the Court's Order, dated April 6, 2023.

Defendant buries the lede in its Memorandum of Law In Response To Plaintiffs' Proposed Redactions, dated Apr. 18, 2023 (ECF No. 29). It is not until page 4 and in footnote 4 of its brief that it points out that it largely agrees with Plaintiffs' proposed redactions.

The only areas of disagreement relate to:

(a) **Redaction of the name of a bank associated with tax dividend refunds at issue in Defendant's multidistrict litigation:** These redactions are contained in the Letter Agreement entered into in connection with the Settlement Agreement. *See* ECF No. 28-1 at 55.

Plaintiffs agree with Defendant that this page may be filed in unredacted form.

(b) **Redaction of Exhibits 3A-3C of the Settlement Agreement relating to parties that were not released in connection with the Settlement Agreement:** Defendant points out that "almost all" of these individuals and entities have been named as defendants in the multidistrict litigation that it has initiated. ECF No. 29 at 8.

4881-8557-7054

Plaintiff agrees that any of the individuals and entities that have been sued in the multidistrict litigation initiated by Defendant need not be redacted. Plaintiff further submits that those few that have not been so named should remain redacted. Plaintiff believes that there are fewer than five such individuals and entities out of a list of more than 55 in Exhibit 3.

Accordingly, Plaintiffs propose that the parties be ordered to confer regarding the identity of such persons and entities and, thereafter, file a redacted version of the Settlement Agreement, Letter Agreement, and related exhibits consistent with this proposed redaction and as otherwise agreed to by the parties.

Dated: New York, New York
April 20, 2023

McKool Smith P.C.

By: /s/ _____
Daniel W. Levy
dlevy@mckoolsmith.com
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York  10001-8603
Telephone: (212) 402-9400

*Attorney for Plaintiffs Matthew Stein and Jerome Lhote*