UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE<br><br>Plaintiffs,<br><br>v.<br><br>SKATTEFORVALTNINGEN,<br><br>Defendant / Third-Party Plaintiff,<br><br>v.<br><br>LUKE MCGEE<br><br>Third-Party Defendant. | Case No. 23-CV-02508 (NRB)<br><br>**RULE 7.1**<br>**DISCLOSURE STATEMENT** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, the undersigned counsel for Third-Party Defendant Luke McGee in the above-captioned action certifies that Mr. McGee is an individual and citizen of the State of Florida.

Dated: April 27, 2023                     Respectfully submitted,

 /s/ Robert H. Pees
Robert H. Pees
Anne M. Evans
Ilana R. Roberts
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
rpees@akingump.com
aevans@akingump.com
iroberts@akingump.com
(212) 872-1000
(212) 872-1002 (fax)