UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE<br><br>        Plaintiffs,<br><br> v.<br><br>SKATTEFORVALTNINGEN,<br><br>   Defendant / Third-Party Plaintiff,<br><br> v.<br><br>LUKE MCGEE<br><br>       Third-Party Defendant. | Case No. 23-CV-02508 (NRB) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

 Kindly enter the appearance of Robert H. Pees as counsel of record on behalf of Third-Party Defendant Luke McGee in the above-captioned action. I am admitted to practice in this Court.

Dated: April 27, 2023      Respectfully submitted,

                 /s/ Robert H. Pees
                Robert H. Pees
                AKIN GUMP STRAUSS HAUER & FELD LLP
                One Bryant Park
                New York, New York 10036
                (212) 872-1000
                (212) 872-1002 (fax)