UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE<br><br>Plaintiffs,<br><br>v.<br><br>SKATTEFORVALTNINGEN,<br><br>Defendant / Third-Party Plaintiff,<br><br>v.<br><br>LUKE MCGEE<br><br>Third-Party Defendant. | Case No. 23-CV-02508 (NRB) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Kindly enter the appearance of Anne M. Evans as counsel of record on behalf of Third-Party Defendant Luke McGee in the above-captioned action. I am admitted to practice in this Court.

Dated:  April 27, 2023

Respectfully submitted,

 /s/ Anne M. Evans
Anne M. Evans
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000
(212) 872-1002 (fax)