UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE<br><br>                                      Plaintiffs,<br><br>   v.<br><br>SKATTEFORVALTNINGEN,<br><br>      Defendant / Third-Party Plaintiff,<br><br>   v.<br><br>LUKE MCGEE<br><br>                                 Third-Party Defendant. | Case No. 23-CV-02508 (NRB) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      Kindly enter the appearance of Ilana R. Roberts as counsel of record on behalf of Third-Party Defendant Luke McGee in the above-captioned action. I am admitted to practice in this Court.

Dated:  April 27, 2023                    Respectfully submitted,

                                                       /s/ Ilana R. Roberts
                                                      Ilana R. Roberts
                                                      AKIN GUMP STRAUSS HAUER & FELD LLP
                                                      One Bryant Park
                                                      New York, New York 10036
                                                      (212) 872-1000
                                                      (212) 872-1002 (fax)