UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>         Plaintiffs,<br><br>    v.<br><br>SKATTEFORVALTNINGEN,<br><br>         Defendant. | 23 Civ. 2508 (NRB) |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully submit this Disclosure Statement and state as follows:

 (a) Plaintiff Matthew Stein is a citizen of the State of New York and, since approximately 1995, has resided in New York County.  *See* ECF No. 11 at ¶ 14.

 (b) Plaintiff Jerome Lhote is a citizen of the State of Florida and, since approximately the middle of 2020, has resided in Orange County, Florida.  *See id.* at ¶ 15.  Plaintiff Jerome Lhote is a dual citizen of the United States and France.

Dated: New York, New York
    May 2, 2023

                      Respectfully submitted,

                       McKool Smith P.C.

                          /s/
                By: _____
                       Daniel W. Levy
                       dlevy@mckoolsmith.com
                       One Manhattan West
                       395 Ninth Avenue, 50th Floor
                       New York, New York  10001-8603
                       Telephone: (212) 402-9400

                       *Attorney for Plaintiffs Matthew Stein*
                       *and Jerome Lhote*

4879-1816-6880