UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE, <br><br> Plaintiffs, <br><br> v. <br><br> SKATTEFORVALTNINGEN, <br><br> Defendant / Third-Party Plaintiff, <br><br> v. <br><br> LUKE MCGEE <br><br> Third-Party Defendant. | No. 23 Civ. 02508 (NRB) |

### SKATTEFORVALTNINGEN'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Skatteforvaltningen ("SKAT") certifies that SKAT, the agency of the government of the Kingdom of Denmark charged with the assessment and collection of Danish taxes, is a foreign state. SKAT is not a corporation and it does not issue stock. As such, it has no corporate parent, affiliates, or subsidiaries, and there is no publicly held corporation that owns 10 percent or more of its stock.

Dated: New York, New York
May 3, 2023

        HUGHES HUBBARD & REED LLP

        By: /s/ Marc A. Weinstein
            William R. Maguire
            Marc A. Weinstein
            Neil J. Oxford
            Dustin P. Smith
        One Battery Park Plaza
        New York, New York 10004-1482
        Telephone: (212) 837-6000
        Fax: (212) 422-4726
        bill.maguire@hugheshubbard.com
        marc.weinstein@hugheshubbard.com
        neil.oxford@hugheshubbard.com
        dustin.smith@hugheshubbard.com

*Counsel for Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*