### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF NEW YORK
##### UNITED STATES COURTHOUSE
##### 500 PEARL STREET
##### NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                                                    (212) 805-0194
UNITED STATES DISTRICT JUDGE

May 15, 2023

Daniel Levy
McKool Smith P.C.
395 Ninth Avenue, Suite 50th Floor
New York, NY 10001

Marc Weinstein
William Maguire
Dustin Smith
John McGoey
Neil Oxford
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

**RE: Stein and Lhote v. Skatteforvaltningen**
**23 Civ. 2508 (NRB)**

Dear Counsel:

     After reviewing the letters regarding a request for a pre-motion conference filed on May 2, 2023, May 3, 2023, and May 5, 2023, ECF Nos. 37, 39, 40, it appears to the Court that the most sensible course is to permit defendant to file an amended pleading by June 1, 2023.   Following the filing of the amended pleading, the parties are granted leave to file any remaining motions on a schedule agreed upon by the parties without the necessity of a pre-motion conference.   The parties should confer on a briefing schedule agreeable to the parties, in which no more than sixty (60) days elapse from the filing of the motion to the filing of the replies.

Additionally, the Court would appreciate an update on the status of the discussions regarding the joint proposal for redactions of the Settlement Agreement

Very truly yours,

Naomi Reice Buchwald
United States District Judge