UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>                            Plaintiffs,<br><br>v.<br><br>SKATTEFORVALTNINGEN,<br><br>                            Defendant.<br><br>SKATTEFORVALTNINGEN,<br><br>                            Counterclaim Plaintiff,<br><br>v.<br><br>MATTHEW STEIN, JEROME LHOTE, and LUKE MCGEE,<br><br>                            Counterclaim Defendants. | 23 Civ. 2508 (NRB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Daniel S. Newman, Esq., of the law firm of Nelson Mullins Riley & Scarborough, LLP, hereby enters an appearance as counsel for Counterclaim Defendant Luke McGee. The undersigned hereby certifies that he is admitted to practice before this Court

Dated: July 13, 2023

                                          Respectfully submitted,
                                          **NELSON MULLINS RILEY & SCARBOROUGH**

                                          */s/ Daniel S. Newman*
                                          DANIEL S. NEWMAN
                                          SDNY Bar Code: DN0959
                                          One Biscayne Tower, 21st Floor
                                          2 South Biscayne Boulevard
                                          Miami, Florida 33131
                                          Tel. 305.373.9400 | Fax 305.373.9443

                                          *Counsel for Counterclaim Defendant Luke McGee*