UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>                                 Plaintiffs,<br><br>v.<br><br>SKATTEFORVALTNINGEN,<br><br>                                 Defendant. | 23 Civ. 2508 (NRB) |
| SKATTEFORVALTNINGEN,<br><br>                                 Counterclaim Plaintiff,<br><br>v.<br><br>MATTHEW STEIN, JEROME LHOTE, and LUKE MCGEE<br><br>                                 Counterclaim Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 13, 2023, and the appendix thereto, the accompanying Declaration of Daniel W. Levy, sworn to on July 13, 2023, together with the Exhibits thereto, and all of the prior proceedings had within the above-referenced action, Plaintiffs Matthew Stein and Jerome Lhote, by and through their undersigned attorneys, will move this Court on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 21A, New York, New York, before the Honorable Naomi Reice Buchwald, United

4886-5863-5886

States District Judge, for an Order dismissing the amended counterclaims alleged by Defendant-Counterclaimant Skatteforvaltningen (ECF No. 48).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, dated May 23, 2023 (ECF No. 45), the deadline for Defendant-Counterclaimant Skatteforvaltningen to file any opposition to the motion to dismiss is on or before 21 days from July 13, 2023.

Dated: New York, New York
July 13, 2023

Respectfully submitted,

MCKOOL SMITH P.C.

By: /s/
_____
Daniel W. Levy
dlevy@mckoolsmith.com
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York  10001-8603
Telephone: (212) 402-9400

*Attorneys for Plaintiffs-Counterclaim Defendants Matthew Stein and Jerome Lhote*

To: Marc A. Weinstein
William R. Maguire
Neil J. Oxford
Dustin P. Smith
John T. McGoey
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

*Attorneys for Defendant-Counterclaimant Skatteforvaltningen*

4886-5863-5886

Robert H. Pees
Anne M. Evans
Ilana R. Roberts
Akin Gump Strauss Hauer & Feld LLP

Daniel S. Newman
Justin Kaplan
Nelson Mullins Riley & Scarborough

*Attorneys for Counterclaim Defendant Luke McGee*