UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>                         Plaintiffs,<br><br>      v.<br><br>SKATTEFORVALTNINGEN,<br><br>                         Defendant. | 23 Civ. 2508 (NRB) |
| SKATTEFORVALTNINGEN,<br><br>                         Counterclaim Plaintiff,<br><br>      v.<br><br>MATTHEW STEIN, JEROME LHOTE, and LUKE MCGEE<br><br>                         Counterclaim Defendants. | |

## **DECLARATION OF DANIEL W. LEVY**

DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice in this Court. I am a principal with the law firm of McKool Smith P.C., counsel to Plaintiffs-Counterclaim Defendants Matthew Stein and Jerome Lhote.

2. I make this Declaration in support of the motion to dismiss the amended counterclaims alleged by Defendant-Counterclaimant Skatteforvaltningen (ECF No. 48)

4867-3518-5002

3. Attached as **Exhibit A** is a true and correct copy of the Settlement Agreement, dated May 28, 2019, and the Exhibits 1 through 5 to it.

4. Attached as **Exhibit B** is a true and correct copy of the Letter Agreement, dated May 28, 2019.

5. Attached as **Exhibit C** is a true and correct copy of an Affidavit of Confession of Judgment executed by Stein, Lhote, and Counterclaim Defendant Luke McGee ("McGee") on May 28, 2019.

6. Attached as **Exhibit D** is a true and correct copy of an Affidavit of Confession of Judgment executed by Lhote on June 9, 2021, and by Stein and McGee on June 10, 2021.

7. Attached as **Exhibit E** is a true and correct copy of the following documents filed in connection with *Darwiche, et al. v. Cedar Capital Mgmt. Grp, Inc., et. al.*, 17 Civ. 9154 (LTS) (S.D.N.Y.).: the Second Amended Complaint, dated January 11, 2018, including Exhibits A through D thereto; Motion and Affidavit, dated January 24, 2018, including Exhibit 1, thereto; Order, dated February 27, 2018; and Judgment, dated February 28, 2018.

8. Unredacted versions of Exhibits A through D are filed under seal.

9. Redacted versions of Exhibits A through D are publicly available as ECF No. 47, pursuant to the Court's Order, dated May 25, 2023 (ECF No. 46).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 13, 2023.

/s/
_____
Daniel W. Levy

4867-3518-5002