UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>                  Plaintiffs,<br><br>    v.<br><br>SKATTEFORVALTNINGEN,<br><br>                  Defendant. | 23 Civ. 2508 (NRB) |
| SKATTEFORVALTNINGEN,<br><br>                  Counterclaim Plaintiff,<br><br>    v.<br><br>MATTHEW STEIN, JEROME LHOTE, and LUKE MCGEE,<br><br>                  Counterclaim Defendants. | |

**UNSEALED EXHIBIT E TO DECLARATION OF
DANIEL W. LEVY IN SUPPORT OF MOTION TO DISMISS**

                  Daniel W. Levy
                  dlevy@mckoolsmith.com
                  MCKOOL SMITH P.C.
                  One Manhattan West
                  395 Ninth Avenue, 50th Floor
                  New York, New York  10001-8603
                  Telephone: (212) 402-9400

4856-0506-2512