UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>         Plaintiffs,<br><br>    v.<br><br>SKATTEFORVALTNINGEN,<br><br>         Defendant.<br><br>SKATTEFORVALTNINGEN,<br><br>         Counterclaim Plaintiff,<br><br>    v.<br><br>MATTHEW STEIN, JEROME LHOTE, and LUKE MCGEE<br><br>         Counterclaim Defendants. | 23 Civ. 2508 (NRB) |

## SUPPLEMENTAL DECLARATION OF DANIEL W. LEVY

DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice in this Court. I am a principal with the law firm of McKool Smith P.C., counsel to Plaintiffs-Counterclaim Defendants Matthew Stein and Jerome Lhote.

2. I make this Supplemental Declaration in further support of the motion to dismiss the amended counterclaims alleged by Defendant-Counterclaimant Skatteforvaltningen (ECF No. 48).

4856-6151-3590

3.      Attached as **Exhibit F** is a true and correct copy of the Complaint, dated March 23, 2020, and Exhibits A and B thereto, filed in connection with *Varbero v. Belesis*, No. 20 Civ. 2538 (S.D.N.Y.).

4.      Attached as **Exhibit G** is a true and correct copy of the Third Amended Complaint, dated October 21, 2014, and Exhibit J thereto, filed in connection with *United Ass'n of Plumbers & Steamfitters Local No. 22 v. H & M Plumbing*, 14 Civ. 70 (W.D.N.Y.).

5.      Attached as **Exhibit H** is a true and correct copy of the Memorandum of Law in Support of Plaintiff's Motion for Judgment By Default And/Or Confession Against Defaulted Defendants Hudson Hills Contracting, LLC and Robin Miket, dated July 6, 2020, filed in connection with *Trustees of The United Plant & Production Workers Local 175 Benefits Fund v. Hudson Hills Contracting, LLC*, No. 18 Civ. 2706 (E.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 14, 2023.

/s/
_____
Daniel W. Levy