UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

       Plaintiff,

-against-              23 Civ. 2508 (NRB)

SKATTEFORVALTNINGEN,     **MOTION FOR ADMISSION**

                  **PRO HAC VICE**

       Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Justin B. Kaplan hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Luke McGee in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:            Respectfully Submitted,

              Justin B. Kaplan

              Applicant Signature: /s/Justin B. Kaplan

              Applicant's Name: Justin B. Kaplan

              Firm Name: Nelson Mullins Riley & Scarborough

              Address: 2 South Biscayne Boulevard, 21st Floor

              City/State/Zip: Miami, Florida 33131

              Telephone/Fax: (305) 373-9436/(305)373-9443

              Email: Justin.Kaplan@NelsonMullins.com