UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

MATTHEW STEIN and JEROME LHOTE,

    Plaintiffs,

                          23-CIV-2508 (NRB)

-against-

SKATTEFORVALTNINGEN,

    Defendant.

---

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

JUSTIN B. KAPLAN, an attorney admitted to the bar of the State of Florida, affirms, under penalty of perjury, as follows:

1. I am an active member in good standing with the Florida State Bar and have been so since February 9, 2007. My Florida Bar Number is 33725.

2. I am admitted in the Southern District of Florida since July 20, 2007.

3. I have never been convicted of a Felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are presently no disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on October 11, 2023

                                                            JUSTIN B. KAPLAN



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle  
Executive Director

850/561-5600  
www.FLORIDABAR.org

State of Florida    )

County of Leon     )        In Re:  0033725  
Justin B Kaplan  
Nelson Mullins Riley & Scarborough, LLP,  
2 S Biscayne Blvd Ste 21  
Miami, FL 33131-1800

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **February 9, 2007**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  9th  day of **October, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO  
Administration Division  
The Florida Bar

PG:R10  
CTM-251870