UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

          Plaintiff,

-against-

SKATTEFORVALTNINGEN,
          Defendant.

23 cv 2508 ( NRB )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Justin B. Kaplan__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Florida__; and that his/her contact information is as follows (please print):

Applicant's Name: __Justin B. Kaplan__

Firm Name: __Nelson Mullins Riley & Scarborough__

Address: __2 South Biscayne Boulevard, 21st Floor__

City / State / Zip: __Miami, Florida 33131__

Telephone / Fax: __(305) 373-9436/(305)373-9443__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Luke McGee__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge