UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

MATTHEW STEIN and JEROME LHOTE,

               Plaintiff,

-against-                                          23  Civ.  2508  ( NRB )

SKATTEFORVALTNINGEN,                            MOTION FOR ADMISSION

                                                                           PRO HAC VICE

                             Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Justin B. Kaplan hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Luke McGee in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                                          Respectfully Submitted,

                                                   Justin B. Kaplan

                                                   Applicant Signature:  */s/Justin B. Kaplan*

                                                   Applicant's Name:  Justin B. Kaplan

                                                   Firm Name:  Nelson Mullins Riley & Scarborough

                                                   Address:  2 South Biscayne Boulevard, 21st Floor

                                                   City/State/Zip:  Miami, Florida 33131

                                                   Telephone/Fax:  (305) 373-9436/(305)373-9443

                                                   Email:  Justin.Kaplan@NelsonMullins.com