UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

MATTHEW STEIN and JEROME LHOTE,

    Plaintiffs,

                                    23-CIV-2508 (NRB)

-against-

SKATTEFORVALTNINGEN,

    Defendant.

**<u>DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE</u>**

    JUSTIN B. KAPLAN, an attorney admitted to the bar of the State of Florida, affirms, under penalty of perjury, as follows:

1. I am an active member in good standing with the Florida State Bar and have been so since February 9, 2007. My Florida Bar Number is 33725.

2. I am admitted in the Southern District of Florida since July 20, 2007.

3. I have never been convicted of a Felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are presently no disciplinary proceedings against me.

    I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on October 11, 2023

                                                          JUSTIN B. KAPLAN