**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MATTHEW STEIN and JEROME LHOTE,

                    Plaintiff,

            -against-

SKATTEFORVALTNINGEN,
                    Defendant.

_____

___23_ cv _2508____ ( NRB )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of ___Justin B. Kaplan_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_Florida_____; and that his/her contact information is as follows

(please print):

Applicant's Name: ___Justin B. Kaplan_____

Firm Name: _____Nelson Mullins Riley & Scarborough_____

Address: _____2 South Biscayne Boulevard, 21st Floor_____

City / State / Zip: ___Miami, Florida 33131_____

Telephone / Fax: ____(305) 373-9436/(305)373-9443_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_Luke McGee_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_October 17, 2023___
        New York, New York

United States District /~~Magistrate~~ Judge