# McKool Smith

| | | |
|---|---|---|
| Daniel W. Levy<br>Direct Dial: (212) 402-9412<br>E-mail: dlevy@mckoolsmith.com | One Manhattan West<br>395 Ninth Avenue, 50th Floor<br>New York, NY 10001 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

December 4, 2023

<u>By ECF</u>
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

   Re:  <u>Stein and Lhote v. Skatteforvaltningen</u>
      23 Civ. 2508 (NRB)

Dear Judge Buchwald:

  We write on behalf of Plaintiffs-Counterclaim Defendants Matthew Stein and Jerome Lhote and jointly with counsel for Counterclaim Defendant Luke McGee.

  We respectfully request permission to file an overlength pre-motion conference letter concerning various discovery disputes that the parties have been unable to resolve.

  Those letters are typically limited to 3 pages under your Honor's Individual Practices.

  In order to provide an appropriate amount of background to the unresolved discovery disputes and in the hopes that the Court can resolve them on the basis of letters alone, we request that Plaintiffs and McGee be permitted up to file a combined letter of up to 7 pages in length.

  By e-mail, dated November 27, 2023, Plaintiffs and McGee sought SKAT's consent to file a letter of up to 7-pages in length and indicated that they would agree to SKAT's having the same number of pages in response.  As of the filing of this letter, SKAT has not responded to our request for its consent.

           Respectfully submitted,

           /s/

           Daniel W. Levy

cc:  All Counsel (by ECF)

**McKool Smith**
**A Professional Corporation • Attorneys**

Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC

4887-1087-7589

The Honorable Naomi Reice Buchwald
December 4, 2023
Page 2

Plaintiffs and McGee may file a pre-motion conference letter of up to 7 pages in length.

SO ORDERED.


_____
      NAOMI REICE BUCHWALD
  UNITED STATES DISTRICT JUDGE

Date:   December \_\_\_\_\_, 2023
        New York, New York

4887-1087-7589