# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

One Manhattan West
395 Ninth Avenue, 50th Floor
New York, NY 10001

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

December 14, 2023

By ECF
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

Re: Stein and Lhote v. Skatteforvaltningen
23 Civ. 2508 (NRB)

Dear Judge Buchwald:

Following the conference before the Court on November 2, 2023, the parties have conferred and have agreed to the enclosed Stipulation and Order and propose that the Court enter it.

The practical effect of the proposed Stipulation and Order is to extend by six months the time limit for the filing of the affidavit of confession of judgment at issue in this case and to otherwise preserve arguments about it that Stein, Lhote, and McGee may wish to make.

The parties continue to confer regarding a schedule for the remainder of this litigation and expect to propose a further schedule shortly.

Counsel for Skatteforvaltningen and Luke McGee have reviewed this letter and, based on my communications with them, I can represent that all parties consent to the entry of the Stipulation and Proposed Order.

Respectfully submitted,

/s/

Daniel W. Levy

Encl.

cc: All Counsel (by ECF)

**McKool Smith**
**A Professional Corporation • Attorneys**
Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC

4884-8306-1398