# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

One Manhattan West
395 Ninth Avenue, 50th Floor
New York, NY 10001

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

December 4, 2023

By ECF

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

Re: <u>Stein and Lhote v. Skatteforvaltningen</u>
23 Civ. 2508 (NRB)

Dear Judge Buchwald:

We write on behalf of Plaintiffs-Counterclaim Defendants Matthew Stein and Jerome Lhote and jointly with counsel for Counterclaim Defendant Luke McGee.

We respectfully request permission to file an overlength pre-motion conference letter concerning various discovery disputes that the parties have been unable to resolve.

Those letters are typically limited to 3 pages under your Honor's Individual Practices.

In order to provide an appropriate amount of background to the unresolved discovery disputes and in the hopes that the Court can resolve them on the basis of letters alone, we request that Plaintiffs and McGee be permitted up to file a combined letter of up to 7 pages in length.

By e-mail, dated November 27, 2023, Plaintiffs and McGee sought SKAT's consent to file a letter of up to 7-pages in length and indicated that they would agree to SKAT's having the same number of pages in response. As of the filing of this letter, SKAT has not responded to our request for its consent.

Respectfully submitted,

/s/

Daniel W. Levy

cc: All Counsel (by ECF)

*Handwritten annotation: "Application denied. Naomi Reice Buchwald, USDJ 12/14/23"*