UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> SKATTEFORVALTNINGEN, <br><br> Defendant/Counterclaim Plaintiff, <br><br> v. <br><br> LUKE MCGEE <br><br> Counterclaim Defendant. | No. 23 Civ. 2508 (NRB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory C. Farrell of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Defendant/Counterclaim Plaintiff Skatteforvaltningen.

The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: New York, New York
December 21, 2023

HUGHES HUBBARD & REED LLP

By: /s/ Gregory C. Farrell
    Gregory C. Farrell
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax : (212) 422-4726
gregory.farrell@hugheshubbard.com

*Counsel for Defendant/Counterclaim Plaintiff Skatteforvaltningen*