LETTER TO THE HONORABLE
NAOMI REICE BUCHWALD,
dated January 11, 2024

# Exhibit 2B

4864-7080-4380

| | |
|---|---|
| **From:** | Weinstein, Marc A. |
| **To:** | Marshall L. Miller; Christopher R. Le Coney |
| **Cc:** | bill.maguire@hugheshubbard.com; neil.oxford@hugheshubbard.com; john.mcgoey@hugheshubbard.com |
| **Subject:** | SKAT communications with SØIK |
| **Date:** | Friday, June 18, 2021 3:27:35 PM |

EXTERNAL SENDER

Marshal and Chris:

We can confirm that Skattestyrelsen informed SØIK on a senior level immediately after the signing of the Maya 2019 settlement agreement of all relevant sections of the agreement including the sections on good faith negotiations and the obligation to provide information and cooperation. Subsequently, SKAT has briefed SØIK on a rolling basis on the settling parties' fulfillment of their obligations under the settlement agreement, including the extent to which they have until now provided information and cooperation. This briefing has taken place both in meetings and in phone conversations.

Regards,
Marc

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor |  New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460

marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.