

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

January 23, 2024

BY ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re:  *Stein et al. v. Skatteforvaltningen*, No. 23-cv-02508 (NRB)

Dear Judge Buchwald:

  We write on behalf of SKAT in response to Movants Stein, Lhote and McGee's January 22, 2024 "reply" letters in support of their letter motions requesting a pre-motion conference (ECF Nos. 81-83) simply to note that the Court's Individual Practices do not authorize replies in these circumstances, nor did Movants seek leave to file them. (*See* Individual Practices § 2.B. ("moving party shall submit a letter not the exceed three pages in length" and "[t]he other party should submit a response").)

       Respectfully submitted,

       /s/ Marc A. Weinstein
       Marc A. Weinstein

cc: all counsel of record (via ECF)