UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>*v.*<br><br>SKATTEFORVALTNINGEN,<br><br>Defendant/Counterclaim Plaintiff,<br><br>*v.*<br><br>LUKE MCGEE<br><br>Counterclaim Defendant. | No. 23 Civ. 2508 (NRB) |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs/ Counterclaim Defendants Matthew Stein ("Stein") and Jerome Lhote ("Lhote"), Defendant/ Counterclaim Plaintiff Skatteforvaltningen ("SKAT"), and Counterclaim Defendant Luke McGee ("McGee"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

**WHEREAS,** on March 24, 2023, plaintiffs Stein and Lhote filed their Complaint [ECF No. 11] in this action, and on June 15, 2023, defendant SKAT filed its First Amended Answer, Affirmative Defenses and Counterclaims [ECF No. 48], in which it asserted counterclaims against Stein and Lhote, and against McGee,

**WHEREAS,** Stein and Lhote filed a motion to dismiss the counterclaims asserted by SKAT [ECF 50], and McGee joined in that motion [ECF 56];

**WHEREAS;** on February 1, 2024, the Court entered an order denying the motion the dismiss [ECF 87];

**WHEREAS**, pursuant to Rule 12(a)(4), Fed.R.Civ.P., Lhote, Stein and McGee's answer to the counterclaims is due on February 15, 2024; and

**WHEREAS;** counsel for Lhote, Stein and McGee have conferred with counsel for SKAT and requested that the date for their respective answers be enlarged through and including March 4, 2024, and the parties acknowledge that no party will be prejudiced by the requested enlargement.

**NOW, THEREFORE,** the parties hereby stipulate and agree as follows:

1. Lhote, Stein, and McGee's respective answers to SKAT's counterclaims shall be due on or before March 4, 2024.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

By: */s/ Marc A. Weinstein*
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
marc.weinstein@hugheshubbard.com

*Counsel for Defendant/Counterclaim Plaintiff Skatteforvaltningen*

By: */s/ Daniel S. Newman*
    Daniel S. Newman
    Justin Kaplan
NELSON MULLINS RILEY & SCARBOROUGH
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-9400

By: */s/ Daniel W. Levy*
    Daniel W. Levy
MCKOOL SMITH P.C.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001-8603
Telephone: (212) 402-9400
dlevy@mckoolsmith.com

*Counsel for Plaintiffs/Counterclaim Defendants Matthew Stein and Jerome Lhote*

By: */s/ Robert H. Pees*
    Robert H. Pees
    Ilana Roberts
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
rpees@akingump.com
iroberts@akingump.com

*Counsel for Counterclaim Defendant Luke McGee*

SO ORDERED:

    Naomi Reice Buchwald
    United States District Judge

February __16__, 2024