UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,                    23 Civ. 2508 (NRB)

                                Plaintiffs,

            v.

SKATTEFORVALTNINGEN,

                                Defendant,

            and

LUKE MCGEE,

                                Nominal Defendant.

SKATTEFORVALTNINGEN,

                                Counterclaim Plaintiff,

            v.

MATTHEW STEIN, JEROME LHOTE, and
LUKE MCGEE,

                                Counterclaim Defendants.

## <u>NOTICE OF CHANGE OF ADDRESS</u>

Pursuant to Rule 1.3(d) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, please take notice that the office address of the

undersigned counsel has changed to:

4888-6924-4844

McKool Smith P.C.
1301 Avenue of the Americas, 32nd Floor
New York, New York  10019

Please take further notice that all other identifying information, including telephone

number, facsimile number, and e-mail address, remains unchanged.

Dated: New York, New York
      March 11, 2024

Respectfully submitted,

McKool Smith P.C.

/s/

By: _____
Daniel W. Levy
1301 Avenue of the Americas, 32nd Floor
New York, New York  10019
Telephone: (212) 402-9400 / 9412 (direct)
Facsimile: (212) 402-9444
E-mail: dlevy@mckoolsmith.com

*Attorneys for Plaintiffs-Counterclaim
Defendants Matthew Stein
and Jerome Lhote*

4888-6924-4844