# McKool Smith

| | | |
|---|---|---|
| Daniel W. Levy<br>Direct Dial: (212) 402-9412<br>E-mail: dlevy@mckoolsmith.com | 1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

March 14, 2024

By ECF

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

      Re:    <u>Stein and Lhote v. Skatteforvaltningen</u>
                 23 Civ. 2508 (NRB)

Dear Judge Buchwald:

      We write on behalf of Plaintiffs-Counterclaim Defendants Matthew Stein and Jerome Lhote and jointly with counsel for Counterclaim Defendant Luke McGee.

      We respectfully request that the Court permit Stein, Lhote, and McGee until Tuesday, March 19, 2024, to submit to the Court a request under the Hague Convention to obtain overseas evidence.

      The parties had proposed via Stipulation and Proposed Order (ECF No. 91) that the last day to seek to have the Court authorize a Hague Convention request be March 13, 2024.  The Court has not yet entered the Proposed Order.

      We seek two additional business days beyond the date agreed to by the parties in order to properly determine the nature and scope of the Hague Convention request to be sought from the Court.  Preparing this material has been more time-consuming than anticipated and has involved, among other things, coordination with counsel in Denmark.

      We sought the consent of Defendant-Counterclaim Plaintiff Skatteforvaltningen to extend the time set out in the parties' Stipulation from Wednesday, March 13, through Tuesday, March 19.

**McKool Smith**
**A Professional Corporation • Attorneys**
Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC

4876-5257-2333

The Honorable Naomi Reice Buchwald
March 14, 2024
Page 2

    SKAT agreed to extend the date from Wednesday, March 13, until Friday, March 15, but was unwilling to consent to extending the date until Tuesday, March 19.  They were unwilling to provide any explanation of why extending the deadline agreed to by the parties by two business days was agreeable, but that extending the deadline by four business days was not.

    Stein, Lhote, and McGee make this request in good faith and submit that SKAT would not be prejudiced by this extremely short extension of the deadline agreed to by the parties.

    Counsel for Stein, Lhote, and McGee are available to discuss their request at the Court's convenience.

                      Respectfully submitted,

                      /s/

                      Daniel W. Levy

```
Application granted in part. Stein,
Lhote, and McGee are directed to
propound their proposed discovery
requests to SKAT by Sunday, March
17, 2024 at 12:00 p.m.  The deadline
to submit the requests to the Court
is Monday, March 18, 2024 at 12:00
p.m.  Submissions must be made by
that deadline both electronically
via ECF and in hard copy to the
Court.  The moving party shall
submit two single-sided copies.

Any objections to these requests
must be submitted to the Court by
Tuesday, March 19, 2024 at 12:00
p.m.
```

SO ORDERED.

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: March 14, 2024
       New York, NY
```

4876-5257-2333