UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

    Plaintiffs/Counterclaim Defendants,

v.

SKATTEFORVALTNINGEN,

    Defendant/Counterclaim Plaintiff,

v.

LUKE MCGEE,

    Counterclaim Defendant.

No. 23 Civ. 2508 (NRB)

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs/ Counterclaim Defendants Matthew Stein ("Stein") and Jerome Lhote ("Lhote"), Defendant/ Counterclaim Plaintiff Skatteforvaltningen ("SKAT"), and Counterclaim Defendant Luke McGee ("McGee"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

**WHEREAS,** on March 24, 2023, Plaintiffs Stein and Lhote filed their Complaint [ECF No. 1] in this action, and on June 15, 2023, Defendant SKAT filed its First Amended Answer, Affirmative Defenses and Counterclaims [ECF No. 48], in which it asserted counterclaims against Stein and Lhote, and against McGee;

**WHEREAS,** Stein and Lhote filed a motion to dismiss the counterclaims asserted by SKAT [ECF No. 50], and McGee joined in that motion [ECF No. 56];

**WHEREAS,** on February 1, 2024, the Court entered an order denying the motion to dismiss [ECF No. 87];

**WHEREAS**, pursuant to Rule 12(a)(4), Fed.R.Civ.P., Lhote, Stein and McGee's answer to the counterclaims is due on February 15, 2024, and on February 15, 2024, the parties filed a Stipulation and Proposed Order extending that deadline until March 4, 2024 [ECF No. 89]; and

**WHEREAS,** counsel for the parties have conferred and agreed on the below schedule for discovery in this action.

**NOW, THEREFORE,** the parties hereby stipulate and agree as follows:

1. The deadline for substantial completion of the document productions shall be February 20, 2024. The parties agree that they will complete productions of documents in response to any document requests served prior to January 20, 2024 by February 20, 2024.

2. Any amendment of the pleadings shall be made by March 4, 2024.

3. The last day to request that the Court authorize a Hague Convention request shall be March 13, 2024.

4. The deadline to complete fact depositions (other than pursuant to the Hague Convention) shall be May 1, 2024.

5. All written discovery (including Interrogatories and Requests for Admission) shall be served by May 1, 2024.

6. Rule 26(a)(2) Expert Reports shall be served by June 3, 2024.

7. Rule 26(a)(2) Rebuttal Expert Reports shall be served by June 24, 2024.

8. The deadline to complete expert discovery shall be July 15, 2024.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

By: /s/
Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
marc.weinstein@hugheshubbard.com

*Counsel for Defendant/Counterclaim Plaintiff Skatteforvaltningen*

By: /s/
Daniel S. Newman
Justin Kaplan
NELSON MULLINS RILEY & SCARBOROUGH
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-9400

By: /s/
Daniel W. Levy
MCKOOL SMITH P.C.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001-8603
Telephone: (212) 402-9400
dlevy@mckoolsmith.com

*Counsel for Plaintiffs/Counterclaim Defendants Matthew Stein and Jerome Lhote*

By: /s/
Robert H. Pees
Ilana Roberts
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
rpees@akingump.com
iroberts@akingump.com

*Counsel for Counterclaim Defendant Luke McGee*

SO ORDERED:

*/s/ Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Judge

~~February~~ March 14, 2024
Nunc Pro Tunc 2/16/24

3