**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

MATTHEW STEIN and JEROME LHOTE,

                        Plaintiff,              Case No. <u>22 Civ. 2508 (NRB)</u>

        - against –

SKATTEFORVALTNINGEN,                  **MOTION FOR ADMISSION**
                                                                                    *PRO HAC VICE*

                        Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **Edgar A. Neely IV** hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Luke McGee** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  March 13, 2024        Respectfully submitted,

                                    Applicant Signature:   <u>/s/ *Edgar A. Neely IV*</u>

                                    Applicant's Name:     <u>Edgar A. Neely IV</u>

                                    Firm Name:             <u>Nelson Mullins Riley & Scarborough LLP</u>

                                    Address:                <u>201 17th Street, NW, Suite 1700</u>

                                    City/State/Zip:       <u>Atlanta, GA 30363</u>

                                    Telephone/Fax:      <u>404-322-6421/404-322-6050</u>

                                    Email:                  <u>edgar.neely@nelsonmullins.com</u>