UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

MATTHEW STEIN and JEROME LHOTE,

    Plaintiffs,

                                        23-CIV-2508 (NRB)

-against-

SKATTEFORVALTNINGEN,

    Defendant.

---

### DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

EDGAR A. NEELY IV, an attorney admitted to the bar of the State of Georgia, affirms, under penalty of perjury, as follows:

1. I am an active member in good standing with the Georgia State Bar and have been so since November 4, 2015. My Georgia Bar Number is 411280.

2. I have never been convicted of a Felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are presently no disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on March 15, 2024

                                                                                     EDGAR A. NEELY IV