# EXHIBIT B
## (STEIN_LHOTE 0001966)

FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER (ECF NO. 86) AND FULL COPY PROVIDED TO THE COURT