UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

          Plaintiff,

- against –

SKATTEFORVALTNINGEN,

          Defendant.

Case No. 23 cv 2508 (NRB)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of **Edgar A. Neely IV**, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of Georgia; and that his contact information is as follows (please print):

| | |
|---|---|
| Applicant's Name: | Edgar A. Neely IV |
| Firm Name: | Nelson Mullins Riley & Scarborough LLP |
| Address: | 201 17th Street, NW, Suite 1700 |
| City/State/Zip: | Atlanta, GA 30363 |
| Telephone/Fax: | 404-322-6421/404-322-6050 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for **Luke McGee** in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 19, 2024

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE