# EXHIBIT C
## (STEIN_LHOTE0001199-1202)

FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER (ECF NO. 86) AND FULL COPY PROVIDED TO THE COURT