# EXHIBIT D

(SKAT_MAPLEPOINT_00000929-930)

FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER (ECF NO. 86) AND FULL COPY PROVIDED TO THE COURT