UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 23 Civ. 2508 (NRB)

---

MATTHEW STEIN and JEROME LHOTE,

                Plaintiffs,

v.

SKATTEFORVALTNINGEN,

                Defendant,

and

LUKE McGEE,

                Nominal Defendant.

---

SKATTEFORVALTNINGEN,

                Counterclaim Plaintiff,

v.

MATTHEW STEIN, JEROME LHOTE, and LUKE MCGEE,

                Counterclaim Defendants.

---

**STIPULATION AND [PROPOSED] ORDER**

Plaintiffs/Counterclaim Defendants Matthew Stein ("Stein") and Jerome Lhote ("Lhote" and collectively "Plaintiffs"), and Nominal Defendant/Counterclaim Defendant Luke McGee ("McGee"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

**WHEREAS,** on March 24, 2023, Plaintiffs filed their Complaint [ECF No. 11];

**WHEREAS,** on March 4, 2024, Plaintiffs filed their First Amended Complaint and Answer to First Amended Counterclaims (the "First Amended Complaint") [ECF No. 92]; and,

**WHEREAS,** McGee's answer to Plaintiffs' First Amended Complaint, to the extent required as a Nominal Defendant to that pleading, is due pursuant to Federal Rule of Civil Procedure 12 within 21 days of the First Amended Complaint.

**NOW, THEREFORE,** Plaintiffs and McGee hereby stipulate and agree as follows:

1. McGee's answer to Plaintiffs' First Amended Complaint shall be due on or before April 10, 2024, *nunc pro tunc*.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

By: /s/
    Daniel W. Levy
MCKOOL SMITH P.C.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001-8603
Telephone: (212) 402-9400
dlevy@mckoolsmith.com

*Counsel for Plaintiffs/Counterclaim Defendants Matthew Stein and Jerome Lhote*

By: /s/
    Daniel S. Newman
    Justin Kaplan
    Edgar A. Neely IV
NELSON MULLINS RILEY & SCARBOROUGH
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-9400

By: /s/
    Robert H. Pees
    Ilana Roberts
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
rpees@akingump.com
iroberts@akingump.com

*Counsel for Nominal Defendant/Counterclaim Defendant Luke McGee*

SO ORDERED:

_____
    Naomi Reice Buchwald
    United States District Judge

This _____ date of _____, 2024.