# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

April 2, 2024

By ECF
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

Re:     Stein and Lhote v. Skatteforvaltningen
        23 Civ. 2508 (NRB)

Dear Judge Buchwald:

We write on behalf of Plaintiffs-Counterclaim Defendants Matthew Stein and Jerome Lhote.

We are in receipt of the Court's Letter, dated April 1, 2024 (ECF No. 106).

We respectfully request until Monday, April 8, 2024, to respond to the Court's inquiries.

The reason for the requested timeframe is because I have been engaged in preparing an appellate brief for filing and preparing for a multi-day hearing in a matter before Judge Preska, both occurring in the next few days.  In addition, my colleague, Olivia Visconti, who assists in our representation of Plaintiffs, is to be out for several days for a personal matter.

Application granted.

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2024
       New York, New York

Respectfully submitted,

/s/

Daniel W. Levy

cc:    All Counsel (by ECF)

**McKool Smith**
A Professional Corporation • Attorneys

Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC

4856-3925-2915