# McKool Smith

| | | |
|---|---|---|
| Daniel W. Levy<br>Direct Dial: (212) 402-9412<br>dlevy@mckoolsmith.com | 1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

April 10, 2024

By ECF
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

RE: Stein and Lhote v. Skatteforvaltningen
23 Civ. 2508 (NRB)

Dear Judge Buchwald:

We write on behalf of Matthew Stein and Jerome Lhote.

We are in receipt of SKAT's Letter, dated April 9, 2024 (ECF No. 110), responding to Stein and Lhote's letter concerning the Court's inquiries regarding their amended complaint (ECF Nos. 106, 109).

We respectfully request until Thursday, April 11, 2024, to reply to SKAT's letter.

We wish to ensure that the Court has before it the full factual background concerning the parties' discussions about the filing of an amended complaint before taking further action.

Respectfully submitted,

/s/

Daniel W. Levy

Stein and Lhote shall file any reply letter on or before April 11, 2024.

So Ordered.

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date: April _____, 2024
      New York, New York

**McKool Smith**
A Professional Corporation • Attorneys
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington

4873-0158-6358