# Daniel W. Levy

| | |
|---|---|
| **From:** | Weinstein, Marc A. <marc.weinstein@hugheshubbard.com> |
| **Sent:** | Friday, December 15, 2023 4:13 PM |
| **To:** | Daniel W. Levy |
| **Cc:** | Dan Newman; Justin Kaplan (justin.kaplan@nelsonmullins.com); Roberts, Ilana; Robert H. Pees; Olivia Visconti; Maguire, Bill; Oxford, Neil; Farrell, Gregory |
| **Subject:** | RE: Stein v. SKAT - responding to your 11-27 scheduling proposal |

Dan,

Our overall concern with your proposed schedule is that, while the parties have now stipulated to a six-month extension for the filing of the confession of judgment, your schedule does not provide the court with any additional time to decide the issues in this case, but rather incorporates the additional six months into an unnecessarily extended discovery schedule.  With respect to the number of depositions, we are not going to argue that plaintiffs are entitled to none, but also do not understand the need for plaintiffs to take 3 or more depositions as suggested in your item 2 below.  As to the location of any deposition of a SKAT witness, we have stated on various occasions that, until we understand how many depositions you are seeking and the identity of any particular witness, we cannot commit to the location of the deposition.

We are willing to extend our proposed dates as follows:

Last date for document production:  January 31, 2024

Last date for Hague convention requests:  January 15, 2024 [SKAT will be producing its agreed upon documents well before this proposed date]

Complete Fact Depositions (other than Hague Convention depositions):  March 15, 2024

Written Discovery (ROGs, RFAs):  April 3, 2024

Rule 26(a)(2) - identify + initial expert report – April 15, 2024
Rule 26(a)(2) - rebuttal expert report – May 15, 2024

Complete Expert Discovery: June 7, 2024

Last date to amend pleadings based on Court's decision on plaintiffs' motion to dismiss/file answer to counterclaims: 30 days after Court issues decision on the motion.

If there is a need to further discuss these dates, let's do so before the court appearance next week so that we can provide the Court with a proposed case management schedule at that time.

Regards,
Marc

**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460

marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Daniel W. Levy <dlevy@McKoolSmith.com>
**Sent:** Monday, December 4, 2023 9:43 AM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>
**Cc:** Dan Newman <dan.newman@nelsonmullins.com>; Justin Kaplan (justin.kaplan@nelsonmullins.com) <justin.kaplan@nelsonmullins.com>; Roberts, Ilana <IRoberts@akingump.com>; Robert H. Pees <rpees@akingump.com>; Olivia Visconti <ovisconti@McKoolSmith.com>; Maguire, Bill <bill.maguire@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>
**Subject:** Stein v. SKAT - responding to your 11-27 scheduling proposal

**CAUTION: This email was sent by someone outside of the Firm.**

Marc,

Thank you for your e-mail and the proposal.

This e-mail responds on behalf of Matt, Jerome, and Luke.

Before setting out a responsive proposal, we note the following:

1. As with your prior proposal, dated November 7, your new proposal has document production in mid-January 2024, but the last day to file a Hague Convention request in mid-December 2023.

    As we indicated in our e-mail of November 10, it may be very difficult to identify what depositions, if any, may need to be sought via Hague Convention request if document production is not expected to be completed until <u>after</u> Hague Convention requests are to be made.  We won't agree to staging the deadlines in this fashion.

2. As we indicated in our e-mail of November 10, part of the ability to complete depositions in a timely fashion will depend on your commitment that SKAT's witnesses will appear in person for deposition in the district, which is required under applicable law.  It would help significantly for you to confirm that they will so appear.

    Completing depositions will also depend on the number of depositions to be taken.  We remain of the view that we set out in the amended 26(f) report.  If you are still of the view that we should have no depositions, and, at most, we should have 3 depositions and that SKAT should have 5 depositions, then we are unlikely to reach any sort of agreement and we would need to get back in front of the judge to resolve at least that issue.

3. Having 7 days from the date that depositions are completed for RFAs and interrogatories to be prepared is not sufficient.  We had, in essence, the same comment in our e-mail of November 10.

4. Given that we are on track to stipulate to extent the early June CPLR 3218 by some significant period, the schedule that we propose below is quite sensible.

    I note that, in our November 10 e-mail, we proposed a <u>six</u>-month extension of the early June deadline under CPLR 3218.  Six months from early June would be early December.  Your draft stipulation proposes a seven-

month extension (through early January 2025).  If that is what you intended and we ultimately agree to it, completing all discovery by mid-April 2024, as you propose below, is unnecessarily constrained.

5. Your proposed schedule has a joint pre-trial order being filed about two weeks after the completion of discovery.  That is an entirely insufficient amount of time.

   Beyond that, given the judge's comments about a bench trial, including her indicating that direct testimony would be put in by witness affidavit and that proposed findings of fact and conclusions of law would need to be submitted in advance of any bench trial, subject to amending them after trial, a joint pre-trial order is not necessary at all.  As a result, we do not propose a schedule for one.

Depending on your comments in response to those issues, we tentatively propose the following schedule:

Last day document production – March 1, 2024

Last Day for Hague Convention Requests – March 22, 2024

Complete Fact Depositions (other than Hague Convention depositions): May 23, 2024

Written Discovery (ROGs, RFAs) – May 23, 2024

Rule 26(a)(2) - identify + initial expert report – June 24, 2024
Rule 26(a)(2) - rebuttal expert report – July 26, 2024

Complete Expert Discovery:  August 23, 2024

Last Day to Add Parties / Amend Pleadings – 30 days after resolution of motion to dismiss

Your comment below does not contemplate that Matt, Jerome, and Luke may need to answer SKAT's counterclaims.  As a result, it is far more efficient to have any answer be part of the same pleading by which pleadings are amended and parties added.

Happy to discuss at your convenience.

Best,

DWL

---



**Daniel W. Levy**
Principal

New York, NY
Tel: (212) 402-9412 | Mobile: (347) 578-4176
dlevy@McKoolSmith.com | www.mckoolsmith.com

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>
**Sent:** Monday, November 27, 2023 9:10 AM
**To:** Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>; Dan Newman

<dan.newman@nelsonmullins.com>; justin.kaplan@nelsonmullins.com; Pees, Robert <rpees@akingump.com>
**Cc:** Maguire, Bill <bill.maguire@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>
**Subject:** RE: Stein v. SKAT - draft stipulation extending CPLR 3218

Counsel:

To the extent we reach an agreement on the stipulation to extend the time on the confession of judgment, below is a modified proposed case management schedule.

<u>Completion of document productions</u>: January 15, 2024

<u>Deadline to seek judicial intervention related to foreign discovery</u>:  December 15, 2023

<u>Deadlines for joinder of additional parties and amendment of pleadings</u>:  [SKAT does not currently have an intention to join additional parties or amend its pleadings, subject to the Court's ruling on the pending motion to dismiss SKAT's counterclaims.  Do Mr. Stein, Mr. Lhote and/or Mr. McGee have an intention to amend their pleadings?  If not, there is no need to present these to the Court.  In the 26(f) Report, your clients asked for such deadlines to be 30 days after the Court decisions the pending motion.  ==However, that motion only addresses SKAT's counterclaims, and as such there should be no need for your clients to amend the pleadings based on the Court's decision.==]

<u>Completion of fact depositions</u>: February 15, 2024

<u>Deadline for SKAT's expert disclosure, if any</u>:  February 28, 2024 [Based on the 26(f) Report, only SKAT was considering calling a non-rebuttal expert witness.  SKAT's need for such an expert, and the scope of any such expert report, is tied to the draft true-up stipulation.]

<u>Deadline for Counterclaim-defendants' rebuttal expert disclosure, if any</u>:  March 25, 2024

<u>Deadline for requests to admit and interrogatories</u>:  February 22, 2024

<u>Completion of all fact and expert discovery</u>: April 15, 2024

<u>Deadline to file joint pretrial order</u>: April 30, 2024

Please provide any comments as quickly as possible.

Regards,
Marc


**Marc A. Weinstein** | Partner
Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor |  New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Weinstein, Marc A.
**Sent:** Wednesday, November 22, 2023 3:18 PM
**To:** Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>; Dan Newman <dan.newman@nelsonmullins.com>; justin.kaplan@nelsonmullins.com; Pees, Robert <rpees@akingump.com>
**Cc:** Maguire, Bill <bill.maguire@hugheshubbard.com>; Oxford, Neil <neil.oxford@hugheshubbard.com>; Farrell, Gregory <gregory.farrell@hugheshubbard.com>
**Subject:** Stein v. SKAT - draft stipulation extending CPLR 3218

Counsel:

Attached is a proposed stipulation extending by six months the time by which SKAT can seek to file the confession of judgment.  Please provide any comments as soon as possible so that we can jointly submit this to the Court.

Regards,
Marc

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

**Daniel W. Levy**

| | |
|---|---|
| **From:** | Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com> |
| **Sent:** | Thursday, February 15, 2024 6:22 PM |
| **To:** | Olivia Visconti; Dan Newman; Smith, Dustin |
| **Cc:** | Robert Pees; Daniel W. Levy |
| **Subject:** | RE: responding to your 1-18 e-mail regarding scheduling |
| **Attachments:** | FINAL FOR FILING - Second HHR edits 2.15.2024 PM- Stein v. SKAT stipulation re. 3218 v.3 PDFA.pdf |

All,

We've made some minor, primarily "clean-up" revisions to the second stipulation, the most substantive of which was adding a reference to the just-filed stipulation. The dates and substance of course remain unchanged. We believe the edits should be mutually agreeable, but could you please again let us know if you approve of our filing on your behalf? We'll aim to file either tonight, or, barring that, tomorrow.

Thank you,

Kiran

**Kiran H. Rosenkilde** | Associate
He/Him

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor |  New York | NY 10004-1482
Office +1 (212) 837-6044 | Cell +1 (332) 220-6003
Kiran.Rosenkilde@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Olivia Visconti <ovisconti@McKoolSmith.com>
**Sent:** Thursday, February 15, 2024 4:50 PM
**To:** Dan Newman <dan.newman@nelsonmullins.com>; Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling

**CAUTION: This email was sent by someone outside of the Firm.**

Kiran,

The scheduling stipulation is fine with us. You can go ahead and file on our behalf as well.

Thank you.

**McKool Smith** | Olivia Visconti

1

Associate | New York, NY | Tel: (212) 402-9437

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Dan Newman <dan.newman@nelsonmullins.com>
**Sent:** Thursday, February 15, 2024 4:40 PM
**To:** Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling

Kiran we are fine with the scheduling Stip. Please confer with Dan L on that.

We are fine with the changes you proposed to the answer stip and will file and add your names electronically as discussed with Dustin.



**DANIEL NEWMAN  PARTNER**
dan.newman@nelsonmullins.com
**2 SOUTH BISCAYNE BLVD. | 21ST FLOOR**
**MIAMI, FL 33131**
T **305.373.9467**   F **305.373.9443**

**330 MADISON AVENUE | 27TH FLOOR**
**NEW YORK, NY 10017**
T **646.428.2600**   F **646.428.2610**
**NELSONMULLINS.COM**    **VCARD**   **VIEW BIO**

**From:** Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>
**Sent:** Thursday, February 15, 2024 3:52 PM
**To:** Dan Newman <dan.newman@nelsonmullins.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling

Hi Dan,

As discussed with Dustin, we attach two stipulations.  The first ("HHR edits- Answer only") is limited to the answer deadline. With the revisions therein, you can file this with our consent.  You will see that we removed the first whereas clause and language in the second whereas clause.

The second stipulation ("Second HHR edits") includes the remaining litigation deadlines (we've removed the answer deadline with an understanding that you will have filed the first stipulation with this deadline).  Please reply to confirm that you authorize HHR to file this stipulation.  After Dan Levy also approves, we will file the second stipulation (either today or tomorrow).

Thank you,

Kiran

**Kiran H. Rosenkilde** | Associate
He/Him

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor |  New York | NY 10004-1482
Office +1 (212) 837-6044 | Cell +1 (332) 220-6003

Kiran.Rosenkilde@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Dan Newman <dan.newman@nelsonmullins.com>
**Sent:** Thursday, February 15, 2024 2:33 PM
**To:** Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling

**CAUTION: This email was sent by someone outside of the Firm.**

Kiran I don't mind doing the schedule by stipulation but I need Dan Levy and others to weigh in and I may not have that today as he is in a deposition. Can we do 2 separate stipulations.



**NELSON MULLINS**

**DANIEL NEWMAN    PARTNER**
dan.newman@nelsonmullins.com

**2 SOUTH BISCAYNE BLVD. | 21ST FLOOR**
**MIAMI, FL 33131**
T 305.373.9467   F 305.373.9443

**330 MADISON AVENUE | 27TH FLOOR**
**NEW YORK, NY 10017**
T 646.428.2600   F 646.428.2610

NELSONMULLINS.COM    VCARD    VIEW BIO

**From:** Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>
**Sent:** Thursday, February 15, 2024 2:27 PM
**To:** Dan Newman <dan.newman@nelsonmullins.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling

Hi Dan,

We attach our proposed revisions in track.

Thank you,

Kiran


**Kiran H. Rosenkilde** | Associate
He/Him

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York | NY 10004-1482
Office +1 (212) 837-6044 | Cell +1 (332) 220-6003
Kiran.Rosenkilde@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** Dan Newman <dan.newman@nelsonmullins.com>
**Sent:** Thursday, February 15, 2024 2:23 PM
**To:** Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling

**CAUTION: This email was sent by someone outside of the Firm.**


Kiran can we file and can you send signed version back or authorize us to use an electronic signature for you

 NELSON MULLINS

---

DANIEL NEWMAN   PARTNER
dan.newman@nelsonmullins.com

2 SOUTH BISCAYNE BLVD. | 21ST FLOOR
MIAMI, FL 33131
T 305.373.9467   F 305.373.9443

330 MADISON AVENUE | 27TH FLOOR
NEW YORK, NY 10017
T 646.428.2600   F 646.428.2610

NELSONMULLINS.COM    VCARD    VIEW BIO

---

**From:** Dan Newman <dan.newman@nelsonmullins.com>
**Sent:** Thursday, February 15, 2024 12:05 PM

**To:** Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling

Kiran see attached and let me know if we can get this filed. Thanks.

Dan



DANIEL NEWMAN   PARTNER
dan.newman@nelsonmullins.com
2 SOUTH BISCAYNE BLVD. | 21ST FLOOR
MIAMI, FL 33131
T 305.373.9467   F 305.373.9443

330 MADISON AVENUE | 27TH FLOOR
NEW YORK, NY 10017
T 646.428.2600   F 646.428.2610

NELSONMULLINS.COM     VCARD   VIEW BIO

---

**From:** Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>
**Sent:** Wednesday, February 14, 2024 4:20 PM
**To:** Dan Newman <dan.newman@nelsonmullins.com>; Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling

Hi Dan,

We are fine with both of the modifications to the schedule that you proposed.   Can you please send us the draft stipulation once it is prepared?

Thanks,

Kiran

**Kiran H. Rosenkilde** | Associate
He/Him

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor |  New York | NY 10004-1482
Office +1 (212) 837-6044 | Cell +1 (332) 220-6003
Kiran.Rosenkilde@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Dan Newman <dan.newman@nelsonmullins.com>
**Sent:** Wednesday, February 14, 2024 4:08 PM
**To:** Smith, Dustin <dustin.smith@hugheshubbard.com>; Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling
**Importance:** High

**CAUTION: This email was sent by someone outside of the Firm.**

Dustin and Kiran, circling back on this.



**DANIEL NEWMAN    PARTNER**
dan.newman@nelsonmullins.com
**2 SOUTH BISCAYNE BLVD. | 21ST FLOOR**
**MIAMI, FL 33131**
T 305.373.9467   F 305.373.9443

**330 MADISON AVENUE | 27TH FLOOR**
**NEW YORK, NY 10017**
T 646.428.2600   F 646.428.2610

**NELSONMULLINS.COM**    **VCARD**    **VIEW BIO**

**From:** Dan Newman <dan.newman@nelsonmullins.com>
**Sent:** Tuesday, February 13, 2024 2:37 PM
**To:** Smith, Dustin <dustin.smith@hugheshubbard.com>; Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>
**Cc:** Robert Pees <rpees@akingump.com>; Daniel W. Levy <dlevy@McKoolSmith.com>; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** FW: responding to your 1-18 e-mail regarding scheduling

Gentlemen: Justin and I did not see this email or missed it. We are generally fine with the schedule. However, can we agree the Answer and any amended pleadings would be due the same day -- March 4?  Otherwise, we would need to answer by Thursday, and this will make the process cleaner. Also, can we push out the Hague Convention requests on your schedule one week?  We spoke with Dan L and Oliva who are fine with this. If you agree, we will prepare a Stipulation.



**DANIEL NEWMAN    PARTNER**
dan.newman@nelsonmullins.com
**2 SOUTH BISCAYNE BLVD. | 21ST FLOOR**
**MIAMI, FL 33131**
T 305.373.9467   F 305.373.9443

**330 MADISON AVENUE | 27TH FLOOR**
**NEW YORK, NY 10017**
**T 646.428.2600  F 646.428.2610**
**NELSONMULLINS.COM      VCARD    VIEW BIO**

---

**From:** Daniel W. Levy <dlevy@McKoolSmith.com>
**Sent:** Tuesday, February 13, 2024 2:02 PM
**To:** Justin Kaplan <justin.kaplan@nelsonmullins.com>; Dan Newman <dan.newman@nelsonmullins.com>
**Subject:** FW: responding to your 1-18 e-mail regarding scheduling



**McKool Smith** | Daniel W. Levy | Principal
dlevy@McKoolSmith.com | New York, NY | Tel: (212) 402-9412 | Mobile: (347) 578-4176

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Smith, Dustin <dustin.smith@hugheshubbard.com>
**Sent:** Monday, January 29, 2024 11:09 AM
**To:** Daniel W. Levy <dlevy@McKoolSmith.com>
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>; rpees@akingump.com; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** RE: responding to your 1-18 e-mail regarding scheduling

Dan,
	Following up on our discussion, below please find the revised schedule below incorporating the issues referenced in your email and discussed. Please confirm your agreement. Thanks.
-Dustin

| Item | Date |
|---|---|
| Deadline for Substantial Completion of Document Production* | February 20, 2024 |
| Last Day for Hague Convention Request | March 6, 2024 |
| Complete Fact Depositions (other than Hague) | May 1, 2024 |
| Written Discovery (Rogs RFAs) to be served | May 1, 2024 |
| Rule 26(a)(2) Expert Reports | June 3, 2024 |

| | |
|---|---|
| Rule 26(a)(2) rebuttal expert Reports | June 24, 2024 |
| Complete Expert Discovery | July 15, 2024 |
| Amendment to Pleadings | 30 days after a ruling by the court on the Motions to Dismiss. |

*The parties agree that they will complete productions of documents in response to any document requests served prior to January 20, 2024 by February 20, 2024.


**Dustin P. Smith** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor | New York | NY 10004-1482
Office +1 (212) 837-6126 | Cell +1 (917) 324-9035 | Fax +1 (212) 299-6126
dustin.smith@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Daniel W. Levy <dlevy@McKoolSmith.com>
**Sent:** Sunday, January 21, 2024 5:18 PM
**To:** Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>; rpees@akingump.com; Olivia Visconti <ovisconti@McKoolSmith.com>
**Subject:** Re: responding to your 1-18 e-mail regarding scheduling

**CAUTION: This email was sent by someone outside of the Firm.**

We had also discussed setting a date for amended pleadings (decision on MTD + 30). It seems to have gotten omitted.

**McKool Smith** | Daniel W. Levy | Principal
dlevy@McKoolSmith.com | New York, NY | Tel: (212) 402-9412 | Mobile: (347) 578-4176

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Daniel W. Levy <dlevy@McKoolSmith.com>
**Sent:** Friday, January 19, 2024 5:59:43 PM
**To:** Smith, Dustin <dustin.smith@hugheshubbard.com>
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>; rpees@akingump.com <rpees@akingump.com>; Olivia Visconti

8

<oviscconti@McKoolSmith.com>
**Subject:** responding to your 1-18 e-mail regarding scheduling

On behalf of Matt and Jerome, we ask that these changes be made:

1. Document Production Deadline should be "Substantial Completion of Document Production"; and

2. The date should be February 20, 2024, because February 19, 2024, is a court and national holiday.

The reason for the proposed changes is to reflect that we served a supplemental request for documents, the response to which is due on February 20, and we want to ensure that whatever documents are to be produced by SKAT in response to it, after resolution of whatever disputes about the documents to be produced that may arise, will be produced, regardless of the February 20 deadline set out in the schedule.

Happy to discuss by phone, if that last (and rather lengthy) sentence needs clarification.



Daniel W. Levy
Principal
New York, NY
Tel: (212) 402-0412 | Mobile: (347) 678-4176
dlevy@McKoolSmith.com | www.mckoolsmith.com

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Smith, Dustin <dustin.smith@hugheshubbard.com>
**Sent:** Thursday, January 18, 2024 11:55 AM
**To:** Daniel W. Levy <dlevy@McKoolSmith.com>; rpees@akingump.com
**Cc:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>; Rosenkilde, Kiran <Kiran.Rosenkilde@hugheshubbard.com>
**Subject:** Stein et al v. Skatteforvaltningen: Discovery Schedule and Related Issue

Dan and Bob,
  Following up on the conversation yesterday, please find below the revised discovery schedule incorporating the modifications (in red) that were discussed. We ask that you confirm your agreement to the below schedule.
  Separately, attached is the revised protective order incorporating the modifications to paragraphs 3 and 11 that were previously discussed and that we understand address your concerns. We ask that you confirm your agreement to the protective order and authorize us to attach your electronic signatures so that it can be submitted to the Court.
  Thanks.
-Dustin

| Item | MS Proposal | HHR Original Proposal | Revised Prop |
|---|---|---|---|
| Document Production Deadline | March 1, 2024 | January 31, 2024 | Fe |

9

| | | | |
|---|---|---|---|
| Last Day for Hague Convention Request | | March 22, 2024 | January 15, 2024 | |
| Complete Fact Depositions (other than Hague) | | May 23, 2024 | March 15, 2024 | |
| Written Discovery (Rogs RFAs) to be served | | May 23, 2024 | April 3, 2024 | |
| Rule 26(a)(2) Expert Reports | | June 24, 2024 | April 15, 2024 | |
| Rule 26(a)(2) rebuttal expert Reports | | July 26, 2024 | May 15, 2024 | |
| Complete Expert Discovery | | August 23, 2024 | June 7, 2024 | |

**Dustin P. Smith** | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor |  New York | NY 10004-1482
Office +1 (212) 837-6126 | Cell +1 (917) 324-9035 | Fax +1 (212) 299-6126

dustin.smith@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from

10

disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.