# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
dlevy@mckoolsmith.com

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

April 10, 2024

By ECF
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

RE:     Stein and Lhote v. Skatteforvaltningen
        23 Civ. 2508 (NRB)

Dear Judge Buchwald:

We write on behalf of Matthew Stein and Jerome Lhote.

We are in receipt of SKAT's Letter, dated April 9, 2024 (ECF No. 110), responding to Stein and Lhote's letter concerning the Court's inquiries regarding their amended complaint (ECF Nos. 106, 109).

We respectfully request until Thursday, April 11, 2024, to reply to SKAT's letter.

We wish to ensure that the Court has before it the full factual background concerning the parties' discussions about the filing of an amended complaint before taking further action.

Respectfully submitted,

/s/

Daniel W. Levy

Application endorsed.
Plaintiffs may file a
reply on or before April
16, 2024.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date:   April 11, 2024
        New York, New York

**McKool Smith**
A Professional Corporation • Attorneys
Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington

4873-0158-6358