

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

BY ECF

Honorable Naomi Reice Buchwald    April 12, 2024
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Stein et al. v. Skatteforvaltningen</u>, No. 23-cv-02508 (NRB)

Dear Judge Buchwald:

      We write on behalf of defendant/counterclaim plaintiff Skatteforvaltningen ("SKAT") to respectfully request leave to file a response letter to plaintiffs Matthew Stein and Jerome Lhote's April 11, 2024 letter (ECF No. 112) asserting that SKAT provided "written consent," under Federal Rule of Civil Procedure 15(a)(2), for Stein and Lhote to amend their complaint. SKAT respectfully requests until Tuesday, April 16, 2024, to file its response.

      Respectfully submitted,

      /s/ Marc A. Weintein
      Marc A. Weinstein

cc: all counsel of record (via ECF)