UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>SKATTEFORVALTNINGEN,<br><br>Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>LUKE MCGEE<br><br>Counterclaim Defendant. | No. 23 Civ. 2508 (NRB) |

## [PROPOSED] REVISED SCHEDULING ORDER

1. The deadline to complete fact depositions shall be **May 31, 2024**.

2. All written discovery (including Interrogatories and Requests for Admission) shall be served by **May 31, 2024**.

3. Rule 26(a)(2) Expert Reports shall be served by **June 24, 2024**.

4. Rule 26(a)(2) Rebuttal Expert Reports shall be served by **July 15, 2024**.

5. The deadline to complete expert discovery shall be **August 5, 2024**.

SO ORDERED.

_____
Naomi Reice Buchwald
United States District Judge

April 29, 2024

1