# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

July 9, 2024

By ECF
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

      Re:     Stein and Lhote v. Skatteforvaltningen
                   23 Civ. 2508 (NRB)

Dear Judge Buchwald:

    Following the conference before the Court on May 21, 2024, the parties have conferred and have agreed to adjustments of various dates for continuation of the above-referenced litigation.

    These agreements are set out in the attached proposed Orders.

    The first provides for various dates for the completion of expert discovery.  Under the proposed schedule, all discovery would be completed by October 4, 2024.

    The second extends by another six months the time limit for the filing of the affidavit of confession of judgment at issue in this case.  By agreement of the parties, the Court had previously extended the date through December 10, 2024 (ECF No. 71).  The proposed Order extends this date through June 10, 2025.

    Counsel for Skatteforvaltningen and Luke McGee have reviewed this letter and, based on my communications with them, I can represent that all parties consent to the entry of both proposed Orders.

                              Respectfully submitted,

                                   /s/

                              Daniel W. Levy

Encl.

cc:     All Counsel (by ECF)

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC**

4895-4663-3419