UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>         Plaintiffs,<br><br>   v.<br><br>SKATTEFORVALTNINGEN,<br><br>         Defendant,<br><br>  and<br><br>LUKE MCGEE,<br><br>         Nominal Defendant.<br><br>SKATTEFORVALTNINGEN,<br><br>         Counterclaim Plaintiff,<br><br>   v.<br><br>MATTHEW STEIN, JEROME LHOTE, and LUKE MCGEE,<br><br>         Counterclaim Defendants. | 23 Civ. 2508 (NRB) |

## AMENDED [PROPOSED] SCHEDULING ORDER

For the reasons stated on the record during the conference conducted on May 21, 2024, and upon the consent of all parties, it is hereby ordered that:

  1.  Rule 26(a)(2) Expert Reports shall be served on or before August 2, 2024.

  2.  Rule 26(a)(2) Rebuttal Expert Reports shall be served on or before September 6, 2024.

  3.  The last day to complete expert discovery shall be October 4, 2024.

  **SO ORDERED.**

Dated:  New York, New York
      July ____, 2024

                _____
                NAOMI REICE BUCHWALD
                UNITED STATES DISTRICT JUDGE