UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

                              Plaintiffs,               23 Civ. 2508 (NRB)

        v.

SKATTEFORVALTNINGEN,

                              Defendant,

        and

LUKE MCGEE,

                    Nominal Defendant.

_____

SKATTEFORVALTNINGEN,

                    Counterclaim Plaintiff,

        v.

MATTHEW STEIN, JEROME LHOTE, and
LUKE MCGEE,

                    Counterclaim Defendants.

## AMENDED [PROPOSED] SCHEDULING ORDER

For the reasons stated on the record during the conference conducted on May 21, 2024,

and upon the consent of all parties, it is hereby ordered that:

1.    Rule 26(a)(2) Expert Reports shall be served on or before August 2, 2024.

2.    Rule 26(a)(2) Rebuttal Expert Reports shall be served on or before September 6,

2024.

3.    The last day to complete expert discovery shall be October 4, 2024.

**SO ORDERED.**

Dated:      New York, New York
            July  11 , 2024

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE