UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>  Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>SKATTEFORVALTNINGEN,<br><br>  Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>LUKE MCGEE,<br><br>  Counterclaim Defendant. | No. 23 Civ. 2508 (NRB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kiran H. Rosenkilde of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Defendant/Counterclaim Plaintiff Skatteforvaltningen.

The undersigned hereby certifies that he is admitted to practice before this Court.

Dated:  New York, New York
         July 24, 2024

                                                HUGHES HUBBARD & REED LLP

                                                By: /s/ Kiran H. Rosenkilde
                                                      Kiran H. Rosenkilde
                                                One Battery Park Plaza
                                                New York, New York 10004-1482
                                                Telephone: (212) 837-6000
                                                Fax: (212) 422-4726
                                                kiran.rosenkilde@hugheshubbard.com

                                                *Counsel for Defendant/Counterclaim*
                                                *Plaintiff Skatteforvaltningen*