# McKool Smith

| | | |
|---|---|---|
| Daniel W. Levy<br>Direct Dial: (212) 402-9412<br>E-mail: dlevy@mckoolsmith.com | 1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

July 31, 2024

<u>By ECF</u>
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

    Re:    <u>Stein and Lhote v. Skatteforvaltningen</u>
                23 Civ. 2508 (NRB)

Dear Judge Buchwald:

    Plaintiffs Matthew Stein and Jerome Lhote and Nominal Defendant Luke McGee respectfully submit this letter to request that the Court adjust the schedule for the completion of discovery by three weeks.

    The Court most recently had set a schedule by which expert discovery would be completed by October 4, 2024.  ECF No. 127.  The Court did so at the time that it extended the time for SKAT to file the 2021 Affidavit of Confession of Judgment through June 10, 2025.  ECF No. 128.

    The proposed Order filed with this letter modifies the schedule such that expert discovery would be completed by October 25, 2024.

    The reason for the requested modification is because the expert retained by Plaintiffs and McGee has been tasked by a Danish judge with another time-sensitive project and requires additional time to complete his report.  In addition, after his report is completed, it will need to be translated from Danish to English.

    The Court's prior scheduling Orders are located at ECF Nos. 98 and 121.

    Counsel for Skatteforvaltningen has consented to the requested modification of the schedule.

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC**

4877-2622-3060

The Honorable Naomi Reice Buchwald
July 31, 2024
Page 2

  Plaintiffs and McGee do not expect to seek further adjustment of the schedule for the completion of expert discovery.

            Respectfully submitted,

                /s/

             Daniel W. Levy

Encl.

cc: All Counsel (by ECF)

4877-2622-3060