UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SKATTEFORVALTNINGEN,<br><br>　　　　　　　　　　Defendant,<br><br>　　　　and<br><br>LUKE MCGEE,<br><br>　　　　　　　　　　Nominal Defendant. | 23 Civ. 2508 (NRB) |
| SKATTEFORVALTNINGEN,<br><br>　　　　　　　　　　Counterclaim Plaintiff,<br><br>　　　　v.<br><br>MATTHEW STEIN, JEROME LHOTE, and LUKE MCGEE,<br><br>　　　　　　　　　　Counterclaim Defendants. | |

## **SECOND AMENDED [PROPOSED] SCHEDULING ORDER**

For the reasons stated on the record during the conference conducted on May 21, 2024, and upon the consent of all parties, it is hereby ordered that:

1. Rule 26(a)(2) Expert Reports shall be served on or before August 23, 2024.

2. Rule 26(a)(2) Rebuttal Expert Reports shall be served on or before September 27, 2024.

3. The last day to complete expert discovery shall be October 25, 2024.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　August ____, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NAOMI REICE BUCHWALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE