UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

                              Plaintiffs,

        v.

SKATTEFORVALTNINGEN,

                              Defendant,

        and

LUKE MCGEE,

                    Nominal Defendant.

23 Civ. 2508 (NRB)

SKATTEFORVALTNINGEN,

                    Counterclaim Plaintiff,

        v.

MATTHEW STEIN, JEROME LHOTE, and
LUKE MCGEE,

                    Counterclaim Defendants.

## <u>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION</u>

To the Clerk of Court and All Parties of Record:

        The undersigned attorney respectfully requests that the Clerk of the Court:

        (A)     note her appearance on behalf of Plaintiffs-Counterclaim Defendants Matthew

Stein and Jerome Lhote; and

        (B)     add her as a filing user to whom Notices of Electronic Filing will be transmitted

in this case.

        The undersigned certifies that she is admitted to practice in this Court.

Dated: New York, New York
        August 1, 2024

                                        Respectfully submitted,

                                        MCKOOL SMITH, P.C.

                                                /s/
                            By: _____
                                        Olivia G. Visconti
                                        MCKOOL SMITH P.C.
                                        1301 Avenue of the Americas
                                        32nd Floor
                                        New York, New York  10019
                                        (212) 402-9400
                                        *Attorney for Plaintiffs-Counterclaim
                                        Defendants*