UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>                              Plaintiffs,<br><br>          v.<br><br>SKATTEFORVALTNINGEN,<br><br>                              Defendant,<br><br>          and<br><br>LUKE MCGEE,<br><br>                              Nominal Defendant.<br><br>SKATTEFORVALTNINGEN,<br><br>                              Counterclaim Plaintiff,<br><br>          v.<br><br>MATTHEW STEIN, JEROME LHOTE, and<br>LUKE MCGEE,<br><br>                              Counterclaim Defendants. | 23 Civ. 2508 (NRB) |

## THIRD AMENDED [PROPOSED] SCHEDULING ORDER

For the reasons stated on the record during the conference conducted on May 21, 2024, and upon the consent of all parties, it is hereby ordered that:

1.    Rule 26(a)(2) Expert Reports shall be served on or before September 6, 2024.

2.    Rule 26(a)(2) Rebuttal Expert Reports shall be served on or before October 14, 2024.

3.    The last day to complete expert discovery shall be November 11, 2024.

**SO ORDERED.**

Dated:    New York, New York
          August _____, 2024

_____
        NAOMI REICE BUCHWALD
        UNITED STATES DISTRICT JUDGE