UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEIN and JEROME LHOTE,

                                    Plaintiffs,

                v.

SKATTEFORVALTNINGEN,

                                    Defendant,

                and

LUKE MCGEE,

                                    Nominal Defendant.

SKATTEFORVALTNINGEN,

                                    Counterclaim Plaintiff,

                v.

MATTHEW STEIN, JEROME LHOTE, and
LUKE MCGEE,

                                    Counterclaim Defendants.

23 Civ. 2508 (NRB)

## THIRD AMENDED [PROPOSED] SCHEDULING ORDER

For the reasons stated on the record during the conference conducted on May 21, 2024, and upon the consent of all parties, it is hereby ordered that:

1.     Rule 26(a)(2) Expert Reports shall be served on or before September 6, 2024.

2.     Rule 26(a)(2) Rebuttal Expert Reports shall be served on or before October 14, 2024.

3.     The last day to complete expert discovery shall be November 11, 2024.

**SO ORDERED.**

Dated:      New York, New York
            August 20, 2024

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE