**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                               (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

December 11, 2024

Daniel Levy
Olivia Visconti
McKool Smith P.C.
1301 Avenue of the Americas
New York, NY 10019

Marc Alan Weinstein
William R. Maguire
Dustin Philip Smith
Gregory Charles Farrell
John Thomas McGoey
Kiran Hans Rosenkilde
Neil John Oxford
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Edgar A. Neely , IV
201 17th Street NW, Ste 1700
Atlanta, GA 30363

Justin B Kaplan
Nelson Mullins Riley & Scarborough LLP
2 South Biscayne Blvd., 21 Floor
Miami, FL 33131

Robert Hardy Pees
Anne Morrill Evans
Ilana Roberts
Akin Gump Strauss Hauer & Feld LLP (NYC)
One Bryant Park
New York, NY 10036

Daniel Stuart Newman
Broad and Cassel
One Biscayne Tower, 21st Floor
2 S. Biscayne Blvd
Miami, FL 33131

**RE: Stein et al. v. Skatteforvaltningen**
**23 Civ. 2508 (NRB)**

Counsel:

    According to our records, ECF No. 134, expert discovery was to be completed by November 11, 2024. If that deadline was met, please advise us as to proposed next steps.

Very truly yours,

_____
Naomi Reice Buchwald
United States District Judge

CC: All counsel of record (by ECF)