LETTER TO THE HONORABLE
NAOMI REICE BUCHWALD,
dated December 26, 2024

# Exhibit B

4911-8942-9257

GRY AHLEFELD-ENGEL 30(b)(6)  
Stein v Skatteforvaltningen

May 30, 2024  
1–4

### Page 1

```
 1                                                
 2           UNITED STATES DISTRICT COURT
 3           SOUTHERN DISTRICT OF NEW YORK
 4    - - - - - - - - - - - - - - - - )
 5    MATTHEW STEIN and JEROME LHOTE, )
 6              Plaintiffs,    ) Case No.:
 7        v.                   ) 23 Civ. (NRB)
 8    SKATTEFORVALTNINGEN,           )
 9              Defendant.     )
10       and                   )
11    LUKE MCGEE,              )
12           Nominal Defendant. )
13    - - - - - - - - - - - - - - - - )
14    SKATTEFORVALTNINGEN,           )
15       Counterclaim Plaintiff,  )
16        v.                   )
17    MATTHEW STEIN, JEROME LHOTE,  )
18    and LUKE MCGEE,          )
19       Counterclaim Defendants. )
20    - - - - - - - - - - - - - - - - )
21         VIDEOTAPED 30(b)(6) DEPOSITION OF
22    SKATTEFORVALTNINGEN by GRY AHLEFELD-ENGEL
23
24    Reported by:  Kim M. Brantley
25    Job No: J11294056
```

### Page 2

```
 1          GRY AHLEFELD-ENGEL 30(b)(6)
 2           Thursday, May 30, 2024
 3           Time: 9:36 a.m.
 4       Videotaped 30(b)(6) deposition of
 5   SKATTEFORVALTNINGEN, by GRY AHLEFELD-ENGEL, held
 6   at Hughes Hubbard & Reed, One Battery Park Plaza,
 7   New York, New York, before Kim M. Brantley, Court
 8   Reporter and Notary Public of the State of New
 9   York.
```

### Page 3

```
 1          GRY AHLEFELD-ENGEL 30(b)(6)
 2   APPEARANCES:
 3       For Plaintiffs/Counterclaim Defendants
 4       Matthew Stein and Jerome Lhote:
 5           MCKOOL SMITH, PC
 6           1301 Avenue of the Americas 32nd FL
 7           New York, New York 10019
 8           (212) 402-9412
 9           Email: dlevy@mckoolsmith.com
10                  ovisconti@mckoolsmith.com
11       BY:  DANIEL LEVY, ESQUIRE
12            OLIVIA VISCONTI, ESQUIRE
13
14       For Defendant/Counterclaim Plaintiff
15       Skatteforvaltningen:
16           HUGHES HUBBARD & REED, LLP
17           One Battery Park Plaza
18           New York, New York 10004
19           (212) 837-6843
20           Email: marc.weinstein@hugheshubbard.com
21                  neil.oxford@hugheshubbard.com
22                  kiran.rosenkilde@hugheshubbard.com
23       BY:  MARC A. WEINSTEIN, ESQUIRE
24            NEIL J. OXFORD, ESQUIRE
25            KIRAN ROSENKILDE, ESQUIRE
```

### Page 4

```
 1          GRY AHLEFELD-ENGEL 30(b)(6)
 2   APPEARANCES CONTINUED:
 3       For Nominal Defendant/Counterclaim Defendant
 4   Luke McGee:
 5           NELSON MULLINS RILEY & SCARBOROUGH, LLP
 6           2 S Biscayne Blvd. - 21st Floor
 7           Miami, Florida 33131
 8           (305) 373-9400
 9           Email: dan.newman@nelsonmullins.com
10                  justin.kaplan@nelsonmullins.com
11                  edgar.neely@nelsonmullins.com
12       BY:  DANIEL NEWMAN, ESQUIRE
13            JUSTIN B. KAPLAN, ESQUIRE
14            EDGAR A. NEELY, IV, ESQUIRE (Georgia)
15            (Attending via Zoom)
16   ALSO PRESENT:
17       Counsel from Kammeradvokaten (Denmark)
18         KATRINE HENCKEL HARLOFF, ESQUIRE
19         ANNE CHRISTINE K. EGHOLM, ESQUIRE
20         MIKKEL D. FANO, ESQUIRE
21            (Attending via Zoom)
22   and
23       MATTHEW STEIN, Plaintiff
24       JEROME LHOTE, Plaintiff
25            (Attending via Zoom)
```



Page 5

```
 1          GRY AHLEFELD-ENGEL 30(b)(6)
 2   APPEARANCES CONTINUED:
 3       CATLIN MYERS, Hughes Hubbard & Reed
 4   and
 5       ANETTE CHRISTENSEN, Interpreter of Danish
 6            (Appearing via Zoom)
 7   and
 8       CHARLES BOWMAN, Legal Video Specialist
 9            Esquire Deposition Solutions
```

Page 6

```
 1          GRY AHLEFELD-ENGEL 30(b)(6)
 2       P R O C E E D I N G S
 3       THE LEGAL VIDEO SPECIALIST:  We are now
 4   on the record.  The time is 9:36 a.m., on May
 5   30th, 2024.  This is the videotaped deposition of
 6   Gry Ahlefeld-Engel, taken in the matter of Stein
 7   and Lhote v. Skatteforvaltningen, in the United
 8   States District Court, Southern District of New
 9   York.
10       My name is Charlie Bowman, and I'm your
11   videographer today.  The court reporter is Kim
12   Brantley.  We are representing Esquire Deposition
13   Solutions.
14       Counsel, please identify yourselves for
15   the record with affiliations, and then the witness
16   will be sworn in.
17       MR. LEVY:  Good morning.  Daniel Levy,
18   the law firm McKool Smith for Matthew Stein,
19   S-t-e-i-n, and Jerome Lhote, L-h-o-t-e.
20       MS. VISCONTI:  Olivia Visconti, for
21   Matthew Stein and for Jerome Lhote.
22       MR. NEWMAN:  Dan Newman from Nelson
23   Mullins, on behalf of Luke McGee.
24       MR. KAPLAN:  Justin Kaplan from Nelson
25   Mullins, on behalf of Luke McGee.
```

Page 7

```
 1          GRY AHLEFELD-ENGEL 30(b)(6)
 2       MR. LEVY:  I'll note for the record
 3   that Mr. Stein is present.
 4       MR. WEINSTEIN:  Marc Weinstein, Hughes
 5   Hubbard & Reed, for Skatte.
 6       MR. OXFORD:  Neil Oxford, Hughes
 7   Hubbard & Reed, for Skatte.
 8       MS. HARLOFF:  Katrine Henckel Harloff
 9   for Kammeradvokaten.
10       MS. EGHOLM:  Anne Christine Egholm,
11   also Kammeradvokaten, for Skatte.
12       MR. ROSENKILDE:  Kiran Rosenkilde,
13   Hughes Hubbard & Reed for Skatte.  And we're
14   joined by a summer associate who's observing.
15       MR. MYERS:  Catlin Myers.
16       THE COURT REPORTER:  And could you
17   raise your right hand, please.  I'm going to
18   swear you in --
19       First, let me swear the interpreter.  I
20   will swear the interpreter.  I cannot see the
21   interpreter, but I will ask her to please
22   raise her right hand.  Ms. Christensen, can
23   you please raise your right hand --
24       THE INTERPRETER:  Yes.
25       THE COURT REPORTER:  So that I can
```

Page 8

```
 1          GRY AHLEFELD-ENGEL 30(b)(6)
 2   swear you in.
 3       ANETTE CHRISTENSEN,
 4   called as the official interpreter of Danish, did
 5   swear to translate the questions in this case from
 6   English to Danish, and the answers from Danish to
 7   English, to the best of her ability.
 8       (Note that interpreter will only
 9   interpret the proceedings upon request by the
10   witness and the attorneys.)
11       GRY AHLEFELD-ENGLE,
12   called as a witness by Counsel for the Plaintiffs,
13   and, after having been first duly sworn by the
14   Notary Public, was examined and testified as
15   follows:
16       MR. LEVY:  Could I ask the videographer
17   to identify the people present on Zoom.  Thank
18   you.
19       THE LEGAL VIDEO SPECIALIST:  The people
20   I have present on Zoom are Edgar Neely, Jerome
21   Lhote, and Mikkel D. Fano, Kammeradvokaten.
22   That's all I have.
23       THE COURT REPORTER:  And the
24   interpreter.
25       THE LEGAL VIDEO SPECIALIST:  And the
```



Page 9

1  GRY AHLEFELD-ENGEL 30(b)(6)
2  interpreter, who has already been introduced.
3      MR. LEVY:  Very good.  Thank you.
4      And the plaintiffs have no objection to
5  the manner of the taking of the -- of the
6  oath of the interpreter, who's located
7  outside the United States, correct?
8      MR. WEINSTEIN:  Well, you're the
9  plaintiffs, but it's correct that we -- we do
10 not.
11     MR. LEVY:  I'm -- I'm saying that the
12 plaintiffs have no objection to the taking of
13 the oath of the interpreter.
14     MR. WEINSTEIN:  Yeah.
15     MR. LEVY:  Who's located outside the
16 United States.  I'm saying that for the
17 record on behalf of the plaintiffs.
18     MR. WEINSTEIN:  Yes.
19     MR. LEVY:  And I'm going to ask you to
20 indicate the same.
21     MR. WEINSTEIN:  Yes.
22     MR. LEVY:  Okay, very good.  Thank you.
23 And you confirm she's not located in the
24 United States?
25     MR. WEINSTEIN:  Correct.

Page 10

1  GRY AHLEFELD-ENGEL 30(b)(6)
2  MR. LEVY:  Okay, very good.  Thank you.

Page 11

1  GRY AHLEFELD-ENGEL 30(b)(6)
2      EXAMINATION BY COUNSEL FOR PLAINTIFFS:
3      BY MR. LEVY:
4   Q.  I just want to make sure we get some
5  pronunciations and some terms correct.  You
6  pronounce your last name Ahlefeld-Engel?
7   A.  Yes.
8   Q.  And so I can address you as Ms.
9  Ahlefeld-Engel, or should I just address you as
10 Ms. Ahlefeld?
11  A.  Ahlefeld-Engel, would be the --
12  Q.  Okay, perfect.  I will do that.  Very
13 good.  Thank you.
14     And you're here as a representative --
15 testifying as a -- in your -- in a representative
16 capacity on behalf of an entity, correct?
17  A.  Yes.
18  Q.  And could you identify the name of the
19 entity that you're testifying on behalf of?
20  A.  Skatteforvaltningen.
21  Q.  Very good.  If -- if I just refer to
22 that as "Skatte," can we agree that that's the
23 correct entity?
24  A.  We can agree on that, yes.
25  Q.  Okay.  Is it commonly known as Skatte?

Page 12

1  GRY AHLEFELD-ENGEL 30(b)(6)
2   A.  It used to be.
3   Q.  Okay.  And -- and is it known
4  something -- by something else now?
5   A.  Skatteforvaltningen.
6   Q.  Okay.  People don't refer to -- to it
7  in common parlance as -- as Skatte?
8   A.  Well, the -- yes, a Danish person would
9  refer to it as "Skatte".
10  Q.  Okay, very good.  Thank you.
11     We're going to be working with some
12 questions and answers today.
13  A.  Yes.
14  Q.  So I want to make sure we have some
15 ground rules so that we can be as efficient as we
16 possibly can.
17  A.  Okay.
18  Q.  Okay?  You're under oath.  I'm entitled
19 to truthful testimony, and the plaintiffs are.
20 You're entitled to clear questions that you can
21 understand.  So if there's some aspect of a
22 question that I ask you that you don't understand,
23 please just tell me, and I'll rephrase it, or if
24 there's a word that I use in English that you
25 don't know -- you're aware there's a translator



Page 109

1　　　　GRY AHLEFELD-ENGEL 30(b)(6)
2　that I am.
3　　Q.　But -- but at the time that the text of
4　8(f) was shared with SOIK, you have no
5　recollection that --
6　　A.　I have no recollection of --
7　　　MR. WEINSTEIN:  He didn't finish his
8　　question.
9　　　THE WITNESS:  Oh, I'm sorry.
10　BY MR. LEVY:
11　　Q.　You have no recollection that in
12　Skatte's mind Skatte intended to comply with
13　section 8(f) by sharing the text of 8(f)?
14　　A.　No, I have no recollection of me at the
15　time thinking when I'm doing this, I'm complying
16　with 8(f).
17　　Q.　And did anyone else?
18　　A.　I don't know.
19　　Q.　Well, you're here as a representative
20　of Skatte, right?
21　　A.　Yeah.
22　　Q.　Okay.  So did you talk to anyone in
23　order to find out the answer about what others
24　thought the sharing of section 8(f) meant?
25　　A.　In preparing for this?

Page 110

1　　　　GRY AHLEFELD-ENGEL 30(b)(6)
2　　Q.　Uh-huh.
3　　A.　No, I haven't talked to anybody about
4　the -- what they thought about the sharing of
5　this.
6　　Q.　Other than looking in documents and
7　meeting with your counsel, did you talk to anyone
8　in preparation for your testimony?
9　　A.　No, I didn't talk to anybody in
10　preparation about the subject matters --
11　　Q.　Okay.
12　　A.　-- of my deposition, no.
13　　Q.　Okay.  Very good.  Thank you.
14　　　So -- so, did anyone ever formulate --
15　anyone -- withdrawn.
16　　　Did Skatte ever formulate a plan about
17　how it was intending to comply with Section 8(f)?
18　　A.　No.
19　　Q.　And -- and tell me, ma'am, when Skatte
20　did comply with Section 8(f).
21　　A.　When did it comply with Section 8(f)?
22　　Q.　Uh-huh.
23　　A.　I think we complied with Section 8(f)
24　by several -- several communications to SOIK, one
25　being me sending the text of this email to Per

Page 111

1　　　　GRY AHLEFELD-ENGEL 30(b)(6)
2　Fiig.  I think it was in or around April 20th, I'm
3　sending Per Fiig the excerpts.  I don't know if
4　it's exactly the same as these, but an excerpt
5　about the -- about the former -- was it 8(d) at
6　the time that became 8(f) on -- I don't know if on
7　the same day or at a later date, but in close
8　connection to I sent Per Fiig the list of the
9　covered parties --
10　　Q.　Mm-hmm.
11　　A.　-- of the -- of the settlement.
12　　Q.　And at the time that occurred, did --
13　　　MR. WEINSTEIN:  Just sorry.  Were you
14　　done with your answer?
15　　　THE WITNESS:  Not completely done
16　　with --
17　BY MR. LEVY:
18　　Q.　Please go ahead.  Sorry.
19　　A.　-- the whole -- the whole --
20　　Q.　Sure, give me your list.
21　　A.　I'm giving you my list.
22　　　In the days up to the final execution
23　of the settlement or the signing of the
24　settlement, there is -- as you pointed out
25　yourself earlier -- correspondence going back and

Page 112

1　　　　GRY AHLEFELD-ENGEL 30(b)(6)
2　forth between Steen, and Morten, and SOIK about
3　the press release that is later in fact executed
4　on May 29th after the settlement was signed in
5　which we list the main terms of the settlement --
6　settlement amount; number of settling parties that
7　I have previously sent to Mr. Fiig; what the
8　settled amount represents -- it is what the
9　settling parties received out of the total sum of
10　the 2.9 -- that the settling parties have agreed
11　to cooperate with Skatte about its ongoing cases;
12　that we find that this settlement is a victory for
13　Skatte.  It's a good settlement.
14　　　So that is the total of -- of how I
15　find that we do comply --
16　　Q.　And when you say --
17　　A.　-- with 8(f).
18　　Q.　Are you done?
19　　A.　Now I'm done.
20　　Q.　Okay, very good.
21　　　And when you say you find that, when
22　was the first time that you concluded that sending
23　the text of these provisions -- I'm going to show
24　you the email in a moment.
25　　A.　Yeah.

Page 289

```
 1
 2              UNITED STATES DISTRICT COURT
 3             SOUTHERN DISTRICT OF NEW YORK
 4    - - - - - - - - - - - - - - - - )
 5   MATTHEW STEIN and JEROME LHOTE,  )
 6              Plaintiffs,           ) Case No.:
 7        v.                          ) 23 Civ. (NRB)
 8   SKATTEFORVALTNINGEN,             ) Vol. 2
 9              Defendant.            )
10      and                           )
11   LUKE MCGEE,                      )
12           Nominal Defendant.       )
13    - - - - - - - - - - - - - - - - )
14   SKATTEFORVALTNINGEN,             )
15       Counterclaim Plaintiff,      )
16        v.                          )
17   MATTHEW STEIN, JEROME LHOTE,     )
18   and LUKE MCGEE,                  )
19       Counterclaim Defendants.     )
20    - - - - - - - - - - - - - - -   )
21       CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF
22       SKATTEFORVALTNINGEN by GRY AHLEFELD-ENGEL
23
24   Reported by:  Kim M. Brantley
25   Job No: J11294061
```

Page 290

```
 1              GRY AHLEFELD-ENGEL 30(b)(6)
 2            Friday, May 31, 2024
 3            Time: 9:13 a.m.
 4       Continued videotaped 30(b)(6) deposition of
 5   SKATTEFORVALTNINGEN, by GRY AHLEFELD-ENGEL, held
 6   at Hughes Hubbard & Reed, One Battery Park Plaza,
 7   New York, New York, before Kim M. Brantley, Court
 8   Reporter and Notary Public of the State of New
 9   York.
```

Page 291

```
 1              GRY AHLEFELD-ENGEL 30(b)(6)
 2   APPEARANCES:
 3      For Plaintiffs/Counterclaim Defendants
 4      Matthew Stein and Jerome Lhote:
 5           MCKOOL SMITH, PC
 6           1301 Avenue of the Americas 32nd FL
 7           New York, New York 10019
 8           (212) 402-9412
 9           Email: dlevy@mckoolsmith.com
10                  ovisconti@mckoolsmith.com
11      BY:  DANIEL LEVY, ESQUIRE
12           OLIVIA VISCONTI, ESQUIRE
13
14      For Defendant/Counterclaim Plaintiff
15      Skatteforvaltningen:
16           HUGHES HUBBARD & REED, LLP
17           One Battery Park Plaza
18           New York, New York 10004
19           (212) 837-6843
20           Email: marc.weinstein@hugheshubbard.com
21                  neil.oxford@hugheshubbard.com
22                  kiran.rosenkilde@hugheshubbard.com
23      BY:  MARC A. WEINSTEIN, ESQUIRE
24           NEIL J. OXFORD, ESQUIRE
25           KIRAN ROSENKILDE, ESQUIRE
```

Page 292

```
 1              GRY AHLEFELD-ENGEL 30(b)(6)
 2   APPEARANCES CONTINUED:
 3      For Nominal Defendant/Counterclaim Defendant
 4   Luke McGee:
 5           NELSON MULLINS RILEY & SCARBOROUGH, LLP
 6           2 S Biscayne Blvd. - 21st Floor
 7           Miami, Florida 33131
 8           (305) 373-9400
 9           Email: dan.newman@nelsonmullins.com
10                  justin.kaplan@nelsonmullins.com
11                  edgar.neely@nelsonmullins.com
12      BY:  DANIEL NEWMAN, ESQUIRE
13           JUSTIN B. KAPLAN, ESQUIRE
14           EDGAR A. NEELY, IV, ESQUIRE (Georgia)
15               (Attending via Zoom)
16   ALSO PRESENT:
17      Counsel from Kammeradvokaten (Denmark)
18        KATRINE HENCKEL HARLOFF, ESQUIRE
19        ANNE CHRISTINE K. EGHOLM, ESQUIRE
20        MIKKEL D. FANO, ESQUIRE
21            (Attending via Zoom)
22   and
23      MATTHEW STEIN, Plaintiff
24      JEROME LHOTE, Plaintiff
25         (Both attending via Zoom)
```



Page 293

```
 1            GRY AHLEFELD-ENGEL 30(b)(6)
 2    APPEARANCES CONTINUED:
 3        ANETTE CHRISTENSEN, Interpreter of Danish
 4              (Appearing via Zoom)
 5    and
 6        CHARLES BOWMAN, Legal Video Specialist
 7            Esquire Deposition Solutions
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 294

```
 1           GRY AHLEFELD-ENGEL 30(b)(6)
 2      P R O C E E D I N G S
 3      THE LEGAL VIDEO SPECIALIST:  We are now
 4   on the record.  The time is 9:13 a.m. on May
 5   31st, 2024.
 6      This is the continuation of the
 7   videotaped deposition of Gry Ahlefeld-Engel,
 8   taken in the matter of Stein and Lhote v.
 9   Skatteforvaltningen, in the United States
10   District Court, Southern District, New York.
11      My name is Charlie Bowman, and I'm your
12   videographer today.  The court reporter is
13   Kim Brantley.  We are representing Esquire
14   Deposition Solutions.
15      Would counsel please introduce
16   yourselves and affiliations, and then the
17   witness will be sworn in.
18      MR. LEVY:  Good morning.  Daniel Levy,
19   and Olivia Visconti from McKool Smith for Mr.
20   Stein and Mr. Lhote.
21      MR. NEWMAN:  Dan Newman from Nelson
22   Mullins on behalf of Luke McGee.
23      MR. KAPLAN:  Justin Kaplan from Nelson
24   Mullins on behalf of Luke McGee.
25      MR. WEINSTEIN:  Mark Weinstein, Hughes
```

Page 295

```
 1           GRY AHLEFELD-ENGEL 30(b)(6)
 2   Hubbard Reed, for Skatte.
 3      MS. HARLOFF:  Katrine Henckel Harloff,
 4   for Kammeradvocaten, Skatte.
 5      MS. EGHOLM:  Anne Kristine Egholm,
 6   Kammeradvokaten, Skatte.
 7      MR. ROSENKILDE:  Kiran Rosenkilde,
 8   Hughes Hubbard & Reed, for Skatte.
 9      MR. LEVY:  Can I ask the videographer
10   to identify those who are present by Zoom.
11      THE LEGAL VIDEO SPECIALIST:  Yes, sir.
12   Anette Christensen, Edgar Neely --
13      THE INTERPRETER:  Yes.
14      THE LEGAL VIDEO SPECIALIST:  -- Edgar
15   Neely, Matt Stein, Mikkel D. Fano.
16      MR. LEVY:  There's no one else?
17      THE LEGAL VIDEO SPECIALIST:  That's it.
18      MR. LEVY:  Okay, very good.  Thank you.
19      And Mr. Neely is from Nelson Mullins on
20   behalf of Mr. McGee.
21         ANETTE CHRISTENSEN,
22   called as the official interpreter of Danish, did
23   swear to translate the questions in this case from
24   English to Danish, and the answers from Danish to
25   English, to the best of her ability.
```

Page 296

```
 1           GRY AHLEFELD-ENGEL 30(b)(6)
 2       (Note that interpreter will only
 3   interpret the proceedings upon request by the
 4   witness and the attorneys.)
 5          GRY AHLEFELD-ENGLE,
 6   called as a witness by Counsel for the Plaintiffs,
 7   and, after having been first duly sworn by the
 8   Notary Public, was examined and testified as
 9   follows:
10       EXAMINATION BY COUNSEL FOR PLAINTIFFS
11            BY MR. LEVY:
12      Q.  Could I ask you to take out Exhibit 105
13   from yesterday.  I hope you have a pile.
14      A.  I do.
15      Q.  I know that you -- you said yesterday
16   you were very meticulous, and you made a pile and
17   put them all in order.
18      A.  I am.
19      Q.  You put them in reverse order.
20      A.  Well, the first one at the bottom.
21      Q.  Yeah.  And can I ask you to look at
22   item number two in your May 15th, 2019 email to
23   Mr. Fiig.  It begins in English, "With respect
24   to."
25      A.  Yes.
```



GRY AHLEFELD-ENGEL Vol. 2 30(b)(6)  
STEIN and LHOTE vs SKATTEFORVALTNINGEN  
May 31, 2024  
357–360

Page 357

1  GRY AHLEFELD-ENGEL 30(b)(6)
2  email was correct.
3   Q.  Was -- was it intended to evident -- to
4  provide some evidence of Skatte's compliance with
5  section 8(f)?
6   A.  I have no knowledge of what it was
7  intended.  I know it was an email that was to be
8  sent.
9   Q.  And you reviewed this email prior to
10 its being sent?
11  A.  I was asked if the consents thereof was
12 a fair representation, if that was true, and I
13 said yes.
14  Q.  It -- it refers to "good faith
15 negotiations and the obligation to provide
16 information in cooperation," correct?
17    (Witness reviews document.)
18  A.  That's what it says, yes.
19  Q.  And those are terms that are used in
20 section 8(f)?
21  A.  Correct.
22  Q.  Do you have any doubt that this was
23 sent by counsel for Skatte in order to provide
24 some evidence that 8(f) had been complied with?
25  A.  Again, I don't --

Page 358

1  GRY AHLEFELD-ENGEL 30(b)(6)
2    MR. WEINSTEIN:  Objection.
3    THE WITNESS:  I don't -- as I said, I
4   don't know what it was -- the specific
5   questions it was in answer to.  I was asked
6   to -- if this was true to my knowledge, and I
7   said yes.
8  BY MR. LEVY:
9   Q.  It doesn't refer to your providing Mr.
10 Fiig's -- Fiig with the text of section 8(f) prior
11 to the signing of the settlement agreement, does
12 it?
13  A.  No, it does not.
14  Q.  And it doesn't refer to your providing
15 to Mr. Fiig a copy of the covered parties -- a
16 list of the covered parties prior to the execution
17 of the settlement agreement, correct?
18  A.  Not specifically, no.
19  Q.  And it doesn't refer to anything in
20 relation to the press release, correct?
21  A.  Not specifically, no.
22  Q.  This is intended to mislead Matt and
23 Jerome's counsel, is it not?
24    MR. WEINSTEIN:  Objection.
25    THE WITNESS:  That's your opinion.  Why

Page 359

1  GRY AHLEFELD-ENGEL 30(b)(6)
2   is it -- why is it --
3  BY MR. LEVY:
4   Q.  I'm -- I'm --
5   A.  Is it intended to mislead?
6   Q.  I'm asking you if this was crafted with
7  the intent of misleading Matt and Jerome's
8  counsel?
9   A.  No.
10    MR. WEINSTEIN:  Objection.
11 BY MR. LEVY:
12  Q.  Who would know the -- what the intent
13 behind this email was?
14    MR. WEINSTEIN:  Objection.
15    THE WITNESS:  I don't know how to
16   answer that.
17 BY MR. LEVY:
18  Q.  Well, would the writer of the -- of the
19 email know the intent?
20    MR. WEINSTEIN:  Objection.
21    THE WITNESS:  What the intent of it
22   was?  We were -- again, I was asked to
23   provide information if this was true to the
24   best of my knowledge, and I said yes.
25    The intent behind it, I have -- I have

Page 360

1  GRY AHLEFELD-ENGEL 30(b)(6)
2   no way to testify towards that.
3  BY MR. LEVY:
4   Q.  Only the author of the -- the email
5  would know, correct?
6    MR. WEINSTEIN:  Objection.
7    THE WITNESS:  I don't know how to
8   answer that question.  I can't testify to it.
9  BY MR. LEVY:
10  Q.  Very good.  Thank you.
11    MR. LEVY:  Can you give me the
12   Affidavit of Confession of Judgment.
13    We're at -- we're at 6:40?
14    THE LEGAL VIDEO SPECIALIST:  Yes.
15    MR. LEVY:  Okay.  Can you give me just
16   this last little bit?  Okay.  Thank you.
17 BY MR. LEVY:
18  Q.  Let me show you what I'm going to ask
19 the reporter to mark as --
20    THE COURT REPORTER:  One twenty-nine.
21    MR. LEVY:  One twenty-nine.
22    (Affidavit of Confession of Judgment
23   was marked Skatte Exhibit 129, for
24   identification.)
25 BY MR. LEVY:



Page 361

1      GRY AHLEFELD-ENGEL 30(b)(6)
2   Q.  Do you recognize this?
3   A.  Yes, I do.
4   Q.  It's dated in or about June 2021?
5   A.  Where do I see the date?
6   Q.  It's towards the back?
7   A.  Yes.
8   Q.  And you're aware -- you were aware at
9   the time -- withdrawn.
10      Did you see this at the time that it
11  was executed -- withdrawn.
12      Did Skatte see this at the time that it
13  was executed?
14  A.  Skatte's counsel did, I presume, but I
15  don't know that we saw it, the document itself.
16  Q.  Skatte the entity your not sure.  How
17  do you -- how do you know that Skatte's counsel
18  did?
19  A.  I suppose it's related to the case.
20  It's the Confession of Judgment.  But again,
21  that's not something we would typically get.
22  Q.  Why not?
23  A.  In Skatte.
24  Q.  Why not?
25  A.  Because that's an -- that's a -- we

Page 362

1      GRY AHLEFELD-ENGEL 30(b)(6)
2   called in representation counsel for that.  That
3   would not go to us.
4   Q.  Was -- was Skatte aware that -- that
5   Mr. Lhote's residence had changed in between the
6   time when the settlement agreement was executed
7   and this agreement was executed?
8   A.  At the time?
9   Q.  Yeah.
10  A.  No.
11  Q.  You're aware of that now?
12  A.  I'm aware of that now, yes.
13  Q.  And at the time in or about June 2021,
14  was Skatte aware that the law relating to
15  affidavits of confession of judgment had changed?
16  A.  No.
17  Q.  You're aware now that the law relating
18  to affidavits of confession of judgment had
19  changed?
20      MR. WEINSTEIN:  Objection.  She's not
21      here to answer legal questions.
22  BY MR. LEVY:
23  Q.  You may answer.
24  A.  I have been made aware.
25  Q.  When have you been made aware?

Page 363

1      GRY AHLEFELD-ENGEL 30(b)(6)
2   A.  In preparation of this deposition.
3   Q.  And Skatte was not aware prior to that?
4   A.  No.
5   Q.  And Skatte was not aware at the time
6   that this was executed that the change in law
7   relating to affidavits of confession of judgment
8   could impact the enforceability of this
9   agreement -- withdrawn.
10      Skatte was not aware at the time that
11  this was executed that the -- that the change in
12  law could impact the enforceability of the
13  affidavit of confession of judgment?
14      MR. WEINSTEIN:  Objection.
15      THE WITNESS:  I think I need to have
16      that translated.
17      MR. LEVY:  Okay, very good.
18      Can I ask the reporter to repeat back
19      the question.
20      THE COURT REPORTER:  Just want to
21      make -- is the interpreter there?
22      MR. LEVY:  Let us hope.
23      THE INTERPRETER:  Yes.
24      THE COURT REPORTER:  "Question: And
25      Skatte was not aware at the time that this

Page 364

1      GRY AHLEFELD-ENGEL 30(b)(6)
2   was executed that the change in law relating
3   to affidavits of confession of judgment could
4   impact the enforceability of this
5   agreement -- withdrawn."
6      Sorry.  So this is the question...
7      " Skatte was not aware at the time
8   that this was executed that the change in law
9   could impact the enforceability of the
10  affidavit of confession of judgment?"
11      (Question interpreted by the
12      interpreter.)
13      THE WITNESS:  (In English) No, I was
14      not aware of American law at the time.
15  BY MR. LEVY:
16  Q.  Any knowledge of the change in law and
17  is impact on the enforceability of the affidavit
18  of confession of judgment would be possessed by
19  your U.S. and Danish counsel?
20  A.  Correct.
21      MR. WEINSTEIN:  Objection.
22      MR. LEVY:  Thank you.
23      Let's go off the record.
24      THE LEGAL VIDEO SPECIALIST:  We're off
25      the record at 11:04 a.m.

