**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

(212) 805-0194

January 22, 2025

Daniel Walter Levy
McKool Smith P.C.
1301 Avenue of the Americas
New York, NY 10019

Robert Hardy Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Marc Alan Weinstein
William R. Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Justin B. Kaplan
Nelson Mullins Riley & Scarborough LLP
2 South Biscayne Blvd., 21 Floor
Miami, FL 33131

**RE: Stein et al. v. Skatteforvaltningen**
**23 Civ. 2508 (NRB)**

Counsel:

The Court is in receipt of the parties' pre-motion letters, ECF Nos. 136, 138, 139, 140, 142, and the corresponding exhibits, ECF Nos. 136-1, 136-2, 136-3, 137, 142-1, 142-2. Having carefully considered these submissions, the Court finds defendant's responses to be appropriate and declines to order further discovery.

The Court is also in receipt of the parties' joint letter concerning next steps following the completion of expert discovery. ECF No. 141. The Court will hold a conference on January 30, 2025 at 3:45 P.M.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

CC: All counsel of record (by ECF)