# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Daniel Newman
Partner
Direct Line: 305-373-9467
Direct Facsimile: 305-995-6437
Daniel.Newman@nelsonmullins.com

One Biscayne Tower
2 South Biscayne Blvd.  |  21st Floor
Miami, FL 33131
T: 305.373.9400  F: 305.373.9443
nelsonmullins.com

January 27, 2025

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *Stein et al. v. Skatteforvaltningen*, No. 23-cv-02508 (NRB)

Dear Judge Buchwald:

We write on behalf of Third-Party Defendant, Luke McGee ("McGee"), following this Court's January 23, 2025, order scheduling a status conference for January 30, 2025, at 3:45 P.M.

We respectfully request that this Court permit undersigned counsel to appear telephonically or by other electronic means at the status conference scheduled for January 30, 2025. At the time of the joint submission of the proposed date, undersigned believed that a previously scheduled FINRA arbitration final hearing currently scheduled to commence on January 28, 2025, and to continue through January 30, 2025, would not proceed through January 30, 2025. Undersigned will be participating in that hearing from Miami, Florida. While undersigned counsel still believes that the hearing will conclude prior to January 30, 2025, based on prehearing issues that have arisen, there is a concern that it may not.

Accordingly, undersigned counsel seeks permission to attend the January 30, 2025, status conference telephonically or by other electronic means. Undersigned has conferred with counsel for Plaintiffs and Defendant, and neither Plaintiffs nor Defendant object to this request.

Thank you for your time and attention.

Respectfully submitted,

*/s/ Daniel S. Newman*
Daniel S. Newman

[Handwritten: Application granted. Reice Buchwald, USDJ 1/28/25]