# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

1301 Avenue of the Americas
32nd Floor
New York, New York 10019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

March 7, 2025

<u>By ECF</u>
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

    Re:    <u>Stein and Lhote v. Skatteforvaltningen</u>
            23 Civ. 2508 (NRB)

Dear Judge Buchwald:

    We write on behalf of Plaintiffs-Counterclaim Defendants Matthew Stein and Jerome Lhote and jointly with counsel for Counterclaim Defendant Luke McGee in response to SKAT's letter, dated March 5, 2025, concerning the appearance at trial of its expert on Danish criminal law, Per Justesen, ECF No. 146.

    Stein, Lhote, and McGee have no objection to Justesen's testifying remotely.

    Their strong preference is that the trial be completed in the period allocated by the Court rather than finding another date after the period of April 29 through May 2, 2025, for the completion of Justesen's testimony.

    Counsel are available for a conference at the Court's convenience, if necessary.

                            Respectfully submitted,

                                    /s/

                            Daniel W. Levy

cc:    All Counsel (by ECF)

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC**

4910-0410-6789