Corporate Netbank                                                          Page 2 of 7

# Nordea

133333

Printed by ▮▮▮▮▮  11.06.2019 06:20:38 GMT +0

## Credit Advice

We have credited your account ▮▮▮▮▮ DKK. Please see the details below.

| Transaction Details |
|---|
| ▮▮▮▮▮ Nordea DK ☒ NO1 DKK  11.06.2019-11.06.2019 |

**Amount**
496.749.199,49

**Booked date**
11.06.2019

**Value date**
11.06.2019

**Message**
Udenl. overf. ▮▮▮▮▮
Udl. overf, adv ref ▮▮▮▮▮

**Message to the beneficiary**
▮▮▮▮▮

*Ind* (handwritten)

**Remitter's name**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Payment amount**
496.749.199,49 DKK

(c) Nordea 2019.

https://solo.nordea.com/nsc/engine?usecase=base&command=print&guid=bCqLFLb...    11-06-2019

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**3**

CONFIDENTIAL                                                                SKAT_MAPLEPOINT_00000914

Corporate Netbank                                                                 Page 1 of 7



133334

Printed by ███████████ 11.06.2019 06:20:38 GMT +0

## Credit Advice

We have credited your account ████████ DKK. Please see the details below.

**Transaction Details**

████████ Nordea DK ⊞ NO1 DKK  11.06.2019-11.06.2019

| | |
|---|---|
| **Amount**<br>3.250.800,51 | **Booked date**<br>11.06.2019<br>**Value date**<br>11.06.2019<br>**Message**<br>Udenl. overf. ███████<br>Udl. overf, adv ref ███████<br>**Message to the beneficiary**<br>████████ |
| **Remitter's name**<br>WACHTELL LIPTON ROSEN KATZ FRM<br>51 WEST 52ND STREET<br>NEW YORK U.S.A.<br>DOMI U.S.A. NATO U.S.A.<br><br>**Payment amount**<br>3.250.800,51 DKK | *Ind* |

(c) Nordea 2019.

https://solo.nordea.com/nsc/engine?usecase=base&command=print&guid=bCqLFLb...    11-06-2019

135102



Udskrevet af ▮▮▮▮▮▮▮▮▮▮▮ 23.07.2019 08:07:46 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ▮▮▮▮▮▮ DKK. Se detaljer nedenfor.

**Posteringsoplysninger**

▮▮▮▮▮▮▮ Nordea DK 🇩🇰 NO1 DKK  23.07.2019-23.07.2019

**Beløb**
7.435.005,05

**Bogføringsdato**
23.07.2019

**Valørdato**
23.07.2019

**Meddelelse**
Udenl. overf. ▮▮▮▮▮▮▮▮▮
Udl. overf, adv ref ▮▮▮▮▮▮▮

**Meddelelse til modtager**
▮▮▮▮▮▮▮

inel

**Afsenders navn**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Betalingsbeløb**
7.435.005,05 DKK

(c) Nordea 2019.

CONFIDENTIAL                                                                   SKAT_MAPLEPOINT_00000921



Udskrevet af ███████████    24.07.2019 08:08:14 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ███████ DKK. Se detaljer nedenfor.

| Posteringsoplysninger | |
|---|---|
| ███████ Nordea DK  NO1 DKK  24.07.2019-24.07.2019 | |

| **Beløb** | **Bogføringsdato** |
|---|---|
| 130.867.013,56 | 24.07.2019 |
| | **Valørdato** |
| | 24.07.2019 |
| | **Meddelelse** |
| | Udenl. overf. ███████ |
| | Udl. overf, adv ref ███████ |
| | **Meddelelse til modtager** |
| | ███████ |

**Afsenders navn**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Betalingsbeløb**
130.867.013,56 DKK

*[handwritten: Ind.]*

*[handwritten: DSR forlig Initial Payment]*

(c) Nordea 2019.

*[handwritten: 408825]*

135196



Printed by ████████████ 25.07.2019 06:11:20 GMT +0

## Credit Advice

We have credited your account ███████ DKK. Please see the details below.

**Transaction Details**

████████ Nordea DK ➕ NO1 DKK 25.07.2019-25.07.2019

**Amount**
53.198.724,13

**Booked date**
25.07.2019

**Value date**
25.07.2019

**Message**
Udenl. overf. ████████
Udl. overf, adv ref ████████

**Message to the beneficiary**
████████

**Remitter's name**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Payment amount**
53.198.724,13 DKK

Ind ✱

(c) Nordea 2019.

CONFIDENTIAL                                                    SKAT_MAPLEPOINT_00000909



Udskrevet af ▮▮▮▮▮▮▮▮▮▮  30.07.2019 08:17:57 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ▮▮▮▮▮ DKK. Se detaljer nedenfor.

**Posteringsoplysninger**

▮▮▮▮▮ Nordea DK 🇩🇰 NO1 DKK 30.07.2019-30.07.2019

| | |
|---|---|
| **Beløb**<br>9.855.189,63 | **Bogføringsdato**<br>30.07.2019<br>**Valørdato**<br>30.07.2019<br>**Meddelelse**<br>Udenl. overf. ▮▮▮▮▮<br>Udl. overf, adv ref ▮▮▮▮▮<br>**Meddelelse til modtager**<br>▮▮▮▮▮ |

**Afsenders navn**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Betalingsbeløb**
9.855.189,63 DKK

*Ind* (handwritten)

(c) Nordea 2019.

*alm overf. samme dag*
*sendt videre* (handwritten)

https://solo.nordea.com/nsc/engine?usecase=base&command=print&guid=H23ZAiD...   30-07-2019

CONFIDENTIAL                                                                SKAT_MAPLEPOINT_00000922



Udskrevet af ▮▮▮▮▮ 30.07.2019 08:17:57 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ▮▮▮▮ DKK. Se detaljer nedenfor.

**Posteringsoplysninger**

▮▮▮▮ Nordea DK 🇩🇰 NO1 DKK 30.07.2019-30.07.2019

| Beløb | Bogføringsdato |
|---|---|
| 40.199.976,12 | 30.07.2019 |
| | **Valørdato** |
| | 30.07.2019 |
| | **Meddelelse** |
| | Udenl. overf. ▮▮▮ |
| | Udl. overf, adv ref ▮▮▮ |
| | **Meddelelse til modtager** |
| | ▮▮▮▮▮ |

**Afsenders navn**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Betalingsbeløb**
40.199.976,12 DKK

*ind* (handwritten)

(c) Nordea 2019.

*alm overf.*
*Samme dag*
*sendt videre* (handwritten)

https://solo.nordea.com/nsc/engine?usecase=base&command=print&guid=H23ZAiD...   30-07-2019

CONFIDENTIAL                                                    SKAT_MAPLEPOINT_00000924

Corporate Netbank

135722



Printed by ▮▮▮▮▮▮▮▮▮▮ 08.08.2019 06:14:38 GMT +0

## Credit Advice

We have credited your account ▮▮▮▮▮ DKK. Please see the details below.

**Transaction Details**

▮▮▮▮▮ Nordea DK 🇩🇰 NO1 DKK 08.08.2019-08.08.2019

**Amount**
44.767.448,00

**Booked date**
08.08.2019

**Value date**
08.08.2019

**Message**
Udenl. overf. ▮▮▮▮▮
Udl. overf, adv ref ▮▮▮▮▮

**Message to the beneficiary**
▮▮▮▮▮

**Remitter's name**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Payment amount**
44.767.448,00 DKK

(c) Nordea 2019.



Printed by ███████████ 08.08.2019 06:14:38 GMT +0

## Credit Advice

We have credited your account ███████ DKK. Please see the details below.

**Transaction Details**

██████ Nordea DK 🇩🇰 NO1 DKK 08.08.2019-08.08.2019

**Amount**
163.676.643,94

**Booked date**
08.08.2019

**Value date**
08.08.2019

**Message**
Udenl. overf. ███████████
Udl. overf, adv ref ███████████

**Message to the beneficiary**
███████████

**Remitter's name**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Payment amount**
163.676.643,94 DKK

(c) Nordea 2019.