

## Posteringsoplysninger

Posteringsoplysninger ▮▮▮ Nordea DK NO1 DKK

Udskrevet af ▮▮▮ 03.06.2020 00.00.12 GMT +2



**Beløb**
30.799.787,14

**Bogføringsdato**
03.06.2020

**Valørdato**
03.06.2020

**Meddelelse**
Udenl. overf.
Udl. overf, adv ref ▮▮▮

**Meddelelse til modtager**
▮▮▮

**Afsenders navn**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Betalingsbeløb**
30.799.787,14 DKK

Retur til Posteringer

© 2020 Nordea

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**6**

CONFIDENTIAL                                        SKAT_MAPLEPOINT_00000923



Udskrevet af ▮  21.07.2020 08:41:14 GMT +2

# Kreditadvis

Vi har indsat beløbet på din konto ▮ DKK. Se detaljer nedenfor.

| Posteringsoplysninger | |
|---|---|
| ▮ Nordea DK 🇩🇰 NO1 DKK 21.07.2020-21.07.2020 | |
| **Beløb** 4.506.857,56 | **Bogføringsdato** 21.07.2020 |
| | **Valørdato** 21.07.2020 |
| | **Meddelelse** Udenl. overf. ▮ Udl. overf, adv ref ▮ |
| | **Meddelelse til modtager** ▮ |
| **Afsenders navn** WACHTELL LIPTON ROSEN KATZ FRM 51 WEST 52ND STREET NEW YORK U.S.A. DOMI U.S.A. NATO U.S.A. | *Ing* |
| **Betalingsbeløb** 4.506.857,56 DKK | |

c) Nordea 2020.

CONFIDENTIAL                                                                                                       SKAT_MAPLEPOINT_00000920



## Kreditadvis

Vi har indsat beløbet på din konto ███ DKK. Se detaljer nedenfor.

**Posteringsoplysninger**

███ Nordea DK ⊞ NO1 DKK 29.01.2021-29.01.2021

| | |
|---|---|
| **Beløb** | **Bogføringsdato** |
| 3.301.560,00 | 29.01.2021 |
| | **Valørdato** |
| | 29.01.2021 |
| | **Meddelelse** |
| | Udenl. overf. ███ |
| | Udl. overf, adv ref ███ |
| | **Meddelelse til modtager** |
| | ACCT NO ███ REF ███ |
| | ███ SKAT 2019 AGREEMENT BUSINESS |

**Afsenders navn**
KAPLAN HECKER FINK LLP ATTORNEY ESC
ROW KAPLAN, HECKER FINK LLP,350 FIF
TH AVENUE,SUITE 7110,NEW YORK,NEW Y
ORK,10118 UNITED STATES

**Betalingsbeløb**
3.301.560,00 DKK

*ind* (handwritten)

(c) Nordea 2021.



Udskrevet af ▮    23.03.2021 08:31:48 GMT +1

## Kreditadvis

Vi har indsat beløbet på din konto ▮ USD. Se detaljer nedenfor.

**Posteringsoplysninger**

▮ Nordea DK 🞢 ADVOKATFIRMAET POUL SCHMITH I/ USD  23.03.2021-23.03.2021

| | |
|---|---|
| **Beløb**<br>3.195.000,00 | **Bogføringsdato**<br>23.03.2021 |
| | **Valørdato**<br>23.03.2021 |
| | **Meddelelse**<br>Udenl. betaling ▮<br>Adv.ref. ▮ |
| | **Meddelelse til modtager**<br>▮ ▮<br>ASE NO. ▮ - LUKE MCGEE |
| **Afsenders navn**<br>LUKE MCGEE ▮<br>N: LUKE MCGEE ▮<br>▮ | |
| **Betalingsbeløb**<br>3.195.000,00 USD | *ind* (handwritten) |
| **Kurs**<br>623.755 | |

(c) Nordea 2021.



Udskrevet af ▬▬▬▬▬▬▬▬▬  16.06.2021 08:47:51 GMT +2

---

# Kreditadvis

Vi har indsat beløbet på din konto ▬▬▬▬▬ DKK. Se detaljer nedenfor.

**Posteringsoplysninger**

▬▬▬▬ Nordea DK 🇩🇰 NO1 DKK  16.06.2021-16.06.2021

| | |
|---|---|
| **Beløb**<br>205.020,00 | **Bogføringsdato**<br>16.06.2021<br>**Valørdato**<br>16.06.2021<br>**Meddelelse**<br>Udenl. overf. ▬▬▬▬<br>Udl. overf, adv ref ▬▬▬▬<br>**Meddelelse til modtager**<br>ACCT NO ▬▬▬▬ REF ▬▬▬<br>▬▬▬ SKAT 2019 AGREEMENT BUSINESS<br>▬▬▬<br>SENDERS CHARGES 0,00 DKK<br>SENDERS CHARGES 0,00 DKK<br>**Betalingsnummer**<br>▬▬▬▬▬ |
| **Afsenders navn**<br>KAPLAN HECKER FINK LLP ATTORNEY ESC<br>ROW KAPLAN, HECKER FINK LLP,350 FIF<br>TH AVENUE,SUITE 7110,NEW YORK,NEW Y<br>ORK,10118 UNITED STATES<br><br>**Betalingsbeløb**<br>205.020,00 DKK<br>**Oprindeligt betalingsbeløb**<br>205.020,00  DKK | |

(c) Nordea 2021.



Udskrevet af ▮▮▮▮▮▮▮▮▮▮    19.04.2022 09:19:52 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ▮▮▮▮▮▮ DKK. Se detaljer nedenfor.

**Posteringsoplysninger**

▮▮▮▮▮▮ Nordea DK 🇩🇰 NO1 DKK 19.04.2022-19.04.2022

**Beløb**
284.617,32

**Bogføringsdato**
19.04.2022

**Valørdato**
19.04.2022

**Meddelelse**
Udenl. overf. ▮▮▮▮▮▮▮▮▮▮
Udl. overf, adv ref ▮▮▮▮▮▮▮▮▮▮

**Meddelelse til modtager**
▮▮▮▮▮▮▮▮▮▮ - SKAT 2019 AGREEMENT
SENDERS CHARGES 0,00 USD
SENDERS CHARGES 0,00 USD

**Betalingsnummer**
▮▮▮▮▮▮▮▮▮▮

**Afsenders navn**
KAPLAN HECKER FINK LLP
FL63 350 5TH AVE NEW YORK NY USA 1
01180110

**Betalingsbeløb**
41.385,64 USD

**Oprindeligt betalingsbeløb**
41.385,64   USD

**Kurs**
6.8772

(c) Nordea 2021.