UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE,<br><br>        Plaintiffs,<br><br>v.<br><br>SKATTEFORVALTNINGEN,<br><br>        Defendant.<br><br>and<br><br>LUKE MCGEE,<br><br>        Nominal Defendant.<br><br>SKATTEFORVALTNINGEN,<br><br>        Counterclaim Plaintiff,<br><br>v.<br><br>MATTHEW STEIN, JEROME LHOTE, and LUKE MCGEE,<br><br>        Counterclaim Defendants. | 23 Civ. 2508 (NRB) |

**EXHIBITS TO WITNESS STATEMENTS**

| | |
|---|---|
| Daniel S. Newman<br>Justin B. Kaplan<br>Edgar A. Neely IV<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>One Biscayne Tower, 21st Floor<br>Miami, Florida 33131<br>Telephone: (305) 373-9400<br><br>*Attorneys for Counterclaim Defendant Luke McGee* | Daniel W. Levy<br>Olivia G. Visconti<br>MCKOOL SMITH P.C.<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, New York 10019<br>Telephone: (212) 402-9400<br><br>*Attorneys for Plaintiffs-Counterclaim Defendants Matthew Stein and Jerome Lhote* |

| Exhibit # | Summary | Date |
|---|---|---|
| 1 | E-mail from SOIK to M. Stein's U.S. counsel regarding charging | 9/8/2020 |
| 2 | Draft Settlement Agreement | 12/14/2017 |
| 3 | Records of payments of Initial Cash Payment | 5/28/2019-9/1/2019 |
| 4 | SKAT complaint filed against A. LaRosa | 5/13/2018 |
| 5 | Article identifying M. Stein and J. Lhote | 9/27/2019 |
| 6 | Records of payments of Subsequent Cash Payment | 6/3/2020-4/19/2022 |
| 7 | E-mail chain between M. Miller and SKAT's U.S. counsel regarding compliance with Section 8(f) | 11/30/2020-2/6/2021 |
| 8 | E-mail from M. Miller to SKAT's U.S. counsel regarding compliance with Section 8(f) | 3/4/2021 |
| 9 | Letter from SKAT's U.S. counsel regarding compliance with Section 8(f) | 4/21/2023 |
| 10A | 2019 Affidavit of Confession of Judgment | 5/28/2019 |
| 11 | E-mail from SKAT's U.S. counsel regarding compliance with Section 8(f) | 4/26/2023 |
| 12 | E-mails between SOIK and U.S. Dept. of Justice | 1/19/2021 |
| 13 | Letter from M. Miller to SOIK providing Settlement Agreement + Attachment | 4/21/2021 |
| 14 | Documents regarding seizure of M. Stein, J. Lhote, and L. McGee assets | 3/16/2020-2/4/2021 |
| 15 | E-mail from SOIK to SKAT dismissing 2.26.21 question | 2/3/2022 |
| 16 | SOIK e-mail relating to Danish criminal case schedule | 4/8/2022 |
| 17 | E-mail from SOIK to J. Stein's U.S. counsel regarding charging | 9/8/2020 |
| 27 | Letter from McGee's U.S. counsel to J. Schneider regarding payments under the Settlement Agreement | 4/8/2021 |
| 101 | E-mail chain between SKAT and SOIK regarding settlement negotiations | 4/25/2019 |
| 103 | E-mail chain regarding providing draft Section 8(f) to SOIK | 5/15/2019 |
| 104 | Executed Settlement Agreement | 5/28/2019 |
| 105 | E-mail from SKAT to SOIK providing draft Section 8(f) | 5/15/2019 |
| 106 | SKAT's press release announcing the Settlement Agreement | 5/29/2019 |
| 107 | E-mail chain between SKAT and SOIK regarding draft press release | 5/20/2019 |
| 108 | E-mail from SKAT to SOIK providing Settlement Agreement exhibits | 5/21/2019 |
| 109 | Executed Letter Agreement | 5/28/2019 |
| 110 | E-mail chain regarding SKAT providing principles for communications to SOIK | 5/21/2019 |
| 113 | E-mail from SKAT to SOIK re meeting to discuss Settlement Agreement | 6/26/2019 |
| 114 | Agenda for meeting to discuss dividend case | 7/3/2020 |
| 115 | SKAT e-mail chain regarding draft press release | 9/25/2019 |
| 118 | SOIK's 1/6/2021 inquiry to SKAT and e-mail chain | 1/6/2021 |
| 120 | SKAT e-mail chain regarding draft response to SOIK's 1/6/2021 inquiry | 1/14/2021 |
| 121 | SKAT e-mail chain regarding response to SOIK's 1/6/2021 inquiry to SKAT | 1/19/2021 |
| 122 | E-mail chain re SOIK's 1/22 inquiry to SKAT seeking copy of Settlement Agreement | 1/22/2021 |
| 123 | SOIK's 1/28 inquiry to SKAT and e-mail chain | 1/28/2021 |
| 124 | SKAT's response to SOIK's 1/28 inquiry and e-mail chain | 2/3/2021 |
| 125 | SOIK's 2/26 inquiry to SKAT and e-mail chain | 2/26/2021 |
| 127 | Email chain between M. Miller and SKAT's U.S. counsel regarding providing copy of Settlement Agreement to SOIK | 4/23/2021 |
| 128 | Email from SKAT's U.S. counsel re compliance with Section 8(f) | 6/18/2021 |
| 129 | 2021 Affidavit of Confession of Judgment | 6/9/2021 |
| 130 | Danish court opinion re Bech Bruun | 11/20/2023 |
| 131 | E-mail chain re SOIK's 1/22 inquiry to SKAT for copy of the Settlement Agreement | 1/22/2021 |
| 137 | E-mail to SOIK re Section 8(f) | 4/12/2023 |
| 141 | SKAT's email to SOIK re confidentiality of Settlement Agreement | 1/22/2021 |
| 141T | SKAT's email to SOIK re confidentiality of Settlement Agreement [Translated] | 1/22/2021 |
| 200 | Letter to SKAT's U.S. counsel providing MPSKAT documents | 7/18/2021 |
| 201 | Letter to SKAT's U.S. counsel providing True-Up Spreadsheets | 6/30/2020 |
| 202 | Letter from North Channel Bank regarding opening of custody account | 10/27/2014 |
| 203 | 2015 custody account spreadsheet | 2015 |
| 204 | June 2015 custody account statement | 6/30/2015 |
| 205 | 2016 custody account spreadsheet | 7/8/1905 |
| 206 | January 2017 custody account statement | 1/30/2017 |
| 207 | April 2017 custody account statement | 4/30/2017 |
| 208 | Letter from North Channel Bank regarding lack of activity | 4/25/2016 |
| 209 | Letter from North Channel Bank regarding lack of activity | 12/15/2016 |
| 210 | Danish court ruling regarding seizure of North Channel Bank custody accounts | 2/16/2017 |
| 211 | German court ruling regarding seizure of North Channel Bank custody accounts | 5/30/2017 |
| 212 | May 2015 custody account statement | 5/31/2015 |
| 213 | November 2013 custody account statement | 11/13/2013 |
| 214 | February 2015 custody account statement | 2/3/2015 |
| 300 | Expert Report prepared by L. Madsen | 9/6/2024 |
| 301 | Rebuttal Expert Report prepared by L. Madsen | 10/15/2024 |

| Exhibit # | Summary | Date |
|---|---|---|
| 302 | Source documents referred to in Expert Report and Rebuttal Expert Report prepared by L. Madsen | |
| 303 | Additional source document in support of Expert Report and Rebuttal Expert Report prepared by L. Madsen | |
| 304 | SKAT_MAPLEPOINT documents cited in Expert Report and Rebuttal Expert Report prepared by L. Madsen | |
| 305 | STEIN_LHOTE documents cited in Expert Report and Rebuttal Expert Report prepared by L. Madsen | |
| | | |
| 400 | SKAT designated 30(b)(6) deposition testimony | |
| 401 | SKAT's designated resonses to Stein/Lhote RFAs | |
| 402 | SKAT's designated responses to McGee RFAs | |
| 403 | SKAT's designated responses to Stein/Lhote ROGs | |
| 404 | SKAT's designated responses to McGee ROGs | |