*Exh 1*

| | |
|---|---|
| **From:** | Levene, Ralph M. <RMLevene@WLRK.com> |
| **Sent:** | Tuesday, September 8, 2020 10:23 AM |
| **To:** | AMO039@politi.dk |
| **Cc:** | KER002@politi.dk; Miller, Marshall L. (Kaplan Hecker & Fink LLP) <mmiller@kaplanhecker.com> |
| **Subject:** | RE: Investigation in Denmark |

Mr. Møllman,

Thank you for your email. My firm is no longer counsel of record for Mr. Stein in connection with the Danish investigation you are handling. New counsel is Marshal Miller of the Kaplan, Hecker & Fink firm in New York. I have copied Mr. Miller on this reply. His formal contact information is set forth below.

Best regards, Ralph Levene.

**Marshall L. Miller** | **Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2545 | (M) 646.208.3494
mmiller@kaplanhecker.com

From: AMO039@politi.dk <AMO039@politi.dk>
Sent: Tuesday, September 8, 2020 10:43 AM
To: Levene, Ralph M. <RMLevene@WLRK.com>
Cc: KER002@politi.dk; AMO039@politi.dk
Subject: Investigation in Denmark

*** EXTERNAL EMAIL ***

Dear Mr. Levene

The Department of Justice, Office of International Affairs has informed me that you represent Mr. Matthew Stein. In that connection, on 13 May 2020, you had a telephone conversation with Special Agents of the IRS regarding an MLAT request made by my office. During the conversation, the Special Agents read you the Danish charge against Mr. Stein and informed you of Mr. Stein's rights under Danish criminal procedure.

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**1**

STEIN_LHOTE0009378

CONFIDENTIAL

Further, the Special Agents informed you of my office's request to interview Mr. Stein.

Since then, I have not heard from you nor Mr. Stein. I kindly ask you to inform me of whether Mr. Stein is willing to be interviewed in connection with the Danish investigation.

If I have not heard from you within three weeks from today I will take this to mean that Mr. Stein does not want to be interviewed at the present time. Please note that this may have as a consequence that the decision as to whether to prosecute Mr. Stein will be made without Mr. Stein having been interviewed.

Kind regards

Anders Møllmann

Senior Specialist Prosecutor, PhD

Phone: +45 6112 8086

E-mail: AMO039@politi.dk



**STATE PROSECUTOR**

FOR SERIOUS ECONOMIC AND
INTERNATIONAL CRIME

State Prosecutor for Serious

Economic and International

Crime

Kampmannsgade 1

1604 Copenhagen V

Phone: +45 7268 9000

Fax: +45 4515 0119

E-mail: saoek@ankl.dk

www.anklagemyndigheden.dk

CONFIDENTIAL

==============================================

Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.

==============================================

STEIN_LHOTE0009380                                                                    CONFIDENTIAL