Corporate Netbank                                    Page 2 of 7



# Nordea

Printed by ▮▮▮▮▮▮▮    11.06.2019 06:20:38 GMT +0

## Credit Advice

We have credited your account ▮▮▮▮ DKK. Please see the details below.

**Transaction Details**

▮▮▮▮  Nordea DK 💳 NO1 DKK  11.06.2019-11.06.2019

| | |
|---|---|
| **Amount**<br>496.749.199,49 | **Booked date**<br>11.06.2019 |
| | **Value date**<br>11.06.2019 |
| | **Message**<br>Udenl. overf.<br>Udl. overf, adv ref ▮▮▮▮ |
| | **Message to the beneficiary**<br>▮▮▮▮▮▮▮ |

**Remitter's name**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Payment amount**
496.749.199,49 DKK

(c) Nordea 2019.

https://solo.nordea.com/nsc/engine?usecase=base&command=print&guid=bCqLFLb...    11-06-2019

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**3**

CONFIDENTIAL                                    SKAT_MAPLEPOINT_00000914

Corporate Netbank

133334



Printed by ███████████ 11.06.2019 06:20:38 GMT +0

## Credit Advice

We have credited your account ███████ DKK. Please see the details below.

**Transaction Details**

███████ Nordea DK 🔳 NO1 DKK 11.06.2019-11.06.2019

| | |
|---|---|
| **Amount**<br>3.250.800,51 | **Booked date**<br>11.06.2019 |
| | **Value date**<br>11.06.2019 |
| | **Message**<br>Udenl. overf.<br>Udl. overf, adv ref ███████ |
| | **Message to the beneficiary**<br>███████ |

**Remitter's name**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

*Jul*

**Payment amount**
3.250.800,51 DKK

(c) Nordea 2019.

CONFIDENTIAL                                                                SKAT_MAPLEPOINT_00000918

135102



Udskrevet af ▮▮▮▮▮▮▮▮▮▮▮▮    23.07.2019 08:07:46 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ▮▮▮▮▮▮ DKK. Se detaljer nedenfor.

---

**Posteringsoplysninger**

▮▮▮▮▮▮ Nordea DK 🇩🇰 NO1 DKK 23.07.2019-23.07.2019

---

| | |
|---|---|
| **Beløb**<br>7.435.005,05 | **Bogføringsdato**<br>23.07.2019 |
| | **Valørdato**<br>23.07.2019 |
| | **Meddelelse**<br>Udenl. overf. ▮▮▮▮▮▮<br>Udl. overf, adv ref ▮▮▮▮▮▮ |
| | **Meddelelse til modtager**<br>▮▮▮▮▮▮ |
| **Afsenders navn**<br>WACHTELL LIPTON ROSEN KATZ FRM<br>51 WEST 52ND STREET<br>NEW YORK U.S.A.<br>DOMI U.S.A. NATO U.S.A. | *inel* |
| **Betalingsbeløb**<br>7.435.005,05 DKK | |

---

(c) Nordea 2019.

CONFIDENTIAL                                                                 SKAT_MAPLEPOINT_00000921

135160



Udskrevet af ████████████    24.07.2019 08:08:14 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ███████ DKK. Se detaljer nedenfor.

---

**Posteringsoplysninger**

██████ Nordea DK ➕ NO1 DKK  24.07.2019-24.07.2019

---

**Beløb**
130.867.013,56

**Afsenders navn**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Betalingsbeløb**
130.867.013,56 DKK

**Bogføringsdato**
24.07.2019

**Valørdato**
24.07.2019

**Meddelelse**
Udenl. overf. ████████████
Udl. overf, adv ref ████████████

**Meddelelse til modtager**
████████████

*1nd.*

*DSR fxelig IxxBxdl Paymext.*

(c) Nordea 2019.

███████ . ████████████

CONFIDENTIAL                                                                SKAT_MAPLEPOINT_00000910

135196



## Credit Advice

We have credited your account ██████ DKK. Please see the details below.

| Transaction Details |
| --- |
| ██████ Nordea DK 🔲 NO1 DKK  25.07.2019-25.07.2019 |

**Amount**
53.198.724,13

**Booked date**
25.07.2019

**Value date**
25.07.2019

**Message**
Udenl. overf. ███████████
Udl. overf, adv ref ████████

**Message to the beneficiary**
████████████

**Remitter's name**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Payment amount**
53.198.724,13 DKK

(c) Nordea 2019.

CONFIDENTIAL

SKAT_MAPLEPOINT_00000909

Corporate Bank

135314



Udskrevet af ███████████    30.07.2019 08:17:57 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ███████ DKK. Se detaljer nedenfor.

---

**Posteringsoplysninger**

███████ **Nordea DK** ⊞ **NO1 DKK  30.07.2019-30.07.2019**

---

| | |
|---|---|
| **Beløb**<br>9.855.189,63 | **Bogføringsdato**<br>30.07.2019 |
| | **Valørdato**<br>30.07.2019 |
| | **Meddelelse**<br>Udenl. overf. ███████████<br>Udl. overf, adv ref ████████ |
| | **Meddelelse til modtager**<br>██████████ |

**Afsenders navn**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Betalingsbeløb**
9.855.189,63 DKK

Ind

---

(c) Nordea 2019.

alm ovrf. samme dag

sendt videre

https://solo.nordea.com/nsc/engine?usecase=base&command=print&guid=H23ZAiD...    30-07-2019

CONFIDENTIAL    SKAT_MAPLEPOINT_00000922

135315



Udskrevet af ████████████ 30.07.2019 08:17:57 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ████████ DKK. Se detaljer nedenfor.

---

**Posteringsoplysninger**

████████ Nordea DK 🇩🇰 NO1 DKK  30.07.2019-30.07.2019

---

| | |
|---|---|
| **Beløb** | **Bogføringsdato** |
| 40.199.976,12 | 30.07.2019 |
| | **Valørdato** |
| | 30.07.2019 |
| | **Meddelelse** |
| | Udenl. overf. ████████ |
| | Udl. overf, adv ref ████████ |
| | **Meddelelse til modtager** |
| | ████████████ |

**Afsenders navn**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Betalingsbeløb**
40.199.976,12 DKK

ind

(c) Nordea 2019.

alm overf.
Samme dag
sendt videre

https://solo.nordea.com/nsc/engine?usecase=base&command=print&guid=H23ZAiD...    30-07-2019

CONFIDENTIAL                                                          SKAT_MAPLEPOINT_00000924

Corporate Netbank

135722



Printed by ▓▓▓▓▓▓▓▓   08.08.2019 06:14:38 GMT +0

## Credit Advice

We have credited your account ▓▓▓▓ DKK. Please see the details below.

| Transaction Details |
| --- |
| ▓▓▓▓ Nordea DK ✚ NO1 DKK  08.08.2019-08.08.2019 |

**Amount**
44.767.448,00

**Booked date**
08.08.2019

**Value date**
08.08.2019

**Message**
Udenl. overf.
Udl. overf, adv ref ▓▓▓▓

**Message to the beneficiary**
▓▓▓▓

**Remitter's name**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Payment amount**
44.767.448,00 DKK

(c) Nordea 2019.

https://solo.nordea.com/nsc/engine?usecase=base&command=print&guid=aLAeZbQ...   08-08-2019

CONFIDENTIAL

135723



Printed by ▮▮▮▮▮▮▮▮▮▮▮ 08.08.2019 06:14:38 GMT +0

## Credit Advice

We have credited your account ▮▮▮▮▮ DKK. Please see the details below.

**Transaction Details**

▮▮▮▮▮ Nordea DK ▦ NO1 DKK  08.08.2019-08.08.2019

| Amount | Booked date |
|--------|-------------|
| 163.676.643,94 | 08.08.2019 |
| | **Value date** |
| | 08.08.2019 |

**Message**
Udenl. overf. ▮▮▮▮▮▮▮
Udl. overf, adv ref ▮▮▮▮▮▮

**Message to the beneficiary**
▮▮▮▮▮▮

**Remitter's name**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Payment amount**
163.676.643,94 DKK

(c) Nordea 2019.

https://solo.nordea.com/nsc/engine?usecase=base&command=print&guid=aLAeZbQ...    08-08-2019

CONFIDENTIAL    SKAT_MAPLEPOINT_00000911