

CONFIDENTIAL

SKAT_MAPLEPOINT_00000923

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**6**



Udskrevet af ███ 21.07.2020 08:41:14 GMT +2

# Kreditadvis

Vi har indsat beløbet på din konto ███ DKK. Se detaljer nedenfor.

**Posteringsoplysninger**

███ Nordea DK 🇩🇰 NO1 DKK 21.07.2020-21.07.2020

| **Beløb** | **Bogføringsdato** |
|---|---|
| 4.506.857,56 | 21.07.2020 |
| | **Valørdato** |
| | 21.07.2020 |
| | **Meddelelse** |
| | Udenl. overf. ███ |
| | Udl. overf, adv ref ███ |
| | **Meddelelse til modtager** |
| | ███ |

**Afsenders navn**
WACHTELL LIPTON ROSEN KATZ FRM
51 WEST 52ND STREET
NEW YORK U.S.A.
DOMI U.S.A. NATO U.S.A.

**Betalingsbeløb**
4.506.857,56 DKK

© Nordea 2020.

CONFIDENTIAL SKAT_MAPLEPOINT_00000920



29.1.2021                                                         Corporate Netbank
                                          Udskrevet af [REDACTED]    29.01.2021 09:49:09 GMT +1



## Kreditadvis

Vi har indsat beløbet på din konto [REDACTED] DKK. Se detaljer nedenfor.

**Posteringsoplysninger**

[REDACTED] Nordea DK ✠ NO1 DKK 29.01.2021-29.01.2021

| **Beløb** | **Bogføringsdato** |
|---|---|
| 3.301.560,00 | 29.01.2021 |
| | **Valørdato** |
| | 29.01.2021 |
| | **Meddelelse** |
| | Udenl. overf. [REDACTED] |
| | Udl. overf, adv ref [REDACTED] |
| | **Meddelelse til modtager** |
| | ACCT NO [REDACTED] REF [REDACTED] |
| | [REDACTED] SKAT 2019 AGREEMENT BUSINESS |

**Afsenders navn**
KAPLAN HECKER FINK LLP ATTORNEY ESC
ROW KAPLAN, HECKER FINK LLP,350 FIF
TH AVENUE,SUITE 7110,NEW YORK,NEW Y
ORK,10118 UNITED STATES

**Betalingsbeløb**
3.301.560,00 DKK

*ind* (handwritten)

(c) Nordea 2021.

CONFIDENTIAL                                                   SKAT_MAPLEPOINT_00000919



Udskrevet af ▉    23.03.2021 08:31:48 GMT +1

## Kreditadvis

Vi har indsat beløbet på din konto ▉ USD. Se detaljer nedenfor.

**Posteringsoplysninger**

▉ Nordea DK ⊞ ADVOKATFIRMAET POUL SCHMITH I/ USD 23.03.2021-23.03.2021

**Beløb**
3.195.000,00

**Bogføringsdato**
23.03.2021

**Valørdato**
23.03.2021

**Meddelelse**
Udenl. betaling ▉
Adv.ref. ▉

**Meddelelse til modtager**
▉
ASE NO. ▉ - LUKE MCGEE

**Afsenders navn**
LUKE MCGEE ▉
N: LUKE MCGEE ▉

*ind* (handwritten)

**Betalingsbeløb**
3.195.000,00 USD

**Kurs**
623.755

(c) Nordea 2021.



Udskrevet af ▮ 16.06.2021 08:47:51 GMT +2

---

# Kreditadvis

Vi har indsat beløbet på din konto ▮ DKK. Se detaljer nedenfor.

## Posteringsoplysninger

▮ Nordea DK 🇩🇰 NO1 DKK  16.06.2021-16.06.2021

**Beløb**
205.020,00

**Bogføringsdato**
16.06.2021

**Valørdato**
16.06.2021

**Meddelelse**
Udenl. overf. ▮
Udl. overf, adv ref ▮

**Meddelelse til modtager**
ACCT NO ▮ REF ▮
▮ SKAT 2019 AGREEMENT BUSINESS
▮

SENDERS CHARGES 0,00 DKK
SENDERS CHARGES 0,00 DKK

**Betalingsnummer**
▮

**Afsenders navn**
KAPLAN HECKER FINK LLP ATTORNEY ESC
ROW KAPLAN, HECKER FINK LLP,350 FIF
TH AVENUE,SUITE 7110,NEW YORK,NEW Y
ORK,10118 UNITED STATES

**Betalingsbeløb**
205.020,00 DKK

**Oprindeligt betalingsbeløb**
205.020,00  DKK

(c) Nordea 2021.



Udskrevet af ▉▉▉▉▉▉▉▉▉▉  19.04.2022 09:19:52 GMT +2

## Kreditadvis

Vi har indsat beløbet på din konto ▉▉▉▉▉▉ DKK. Se detaljer nedenfor.

**Posteringsoplysninger**

▉▉▉▉▉▉ Nordea DK 🇩🇰 NO1 DKK  19.04.2022-19.04.2022

| | |
|---|---|
| **Beløb**<br>284.617,32 | **Bogføringsdato**<br>19.04.2022<br>**Valørdato**<br>19.04.2022 |
| | **Meddelelse**<br>Udenl. overf. ▉▉▉▉▉▉▉▉▉▉▉▉<br>Udl. overf, adv ref ▉▉▉▉▉▉▉▉<br>**Meddelelse til modtager**<br>▉▉▉▉▉▉▉▉▉▉ - SKAT 2019 AGREEMENT<br>SENDERS CHARGES 0,00 USD<br>SENDERS CHARGES 0,00 USD<br>**Betalingsnummer**<br>▉▉▉▉▉▉▉▉▉▉ |

**Afsenders navn**
KAPLAN HECKER FINK LLP
FL63 350 5TH AVE NEW YORK NY USA 1
01180110

**Betalingsbeløb**
41.385,64 USD

**Oprindeligt betalingsbeløb**
41.385,64  USD

**Kurs**
6.8772

(c) Nordea 2021.