| | |
|---|---|
| **From:** | Oxford, Neil <neil.oxford@hugheshubbard.com> |
| **Sent:** | Thursday, March 4, 2021 7:15 PM |
| **To:** | Marshall L. Miller <mmiller@kaplanhecker.com>; Christopher R. Le Coney <cleconey@kaplanhecker.com> |
| **Cc:** | marc.weinstein@hugheshubbard.com |
| **Subject:** | Cooperation |

EXTERNAL SENDER

Marshall, Chris:

We have had a further chance to discuss your request with our client and think it would be useful to have further quick call – any chance you guys are free for a few minutes tomorrow between 1:45-2:30pm or 3:30-4pm?

Best,

Neil

STEIN_LHOTE0010000

23 Civ. 2508 (NRB)
PLAINTIFFS' EXHIBIT
8

CONFIDENTIAL