**Boutrup, Heidi Hasseriis (HHA032)**

| | |
|---|---|
| **Fra:** | Erlandsen, Katinka (KER002) |
| **Sendt:** | 24. marts 2022 09:40 |
| **Til:** | Erlandsen, Katinka (KER002) |
| **Emne:** | VS: Anmodning om yderligere oplysninger vedr. Skattestyrelsens forligsaftale |
| **Vedhæftede filer:** | Brev til Skattestyrelsen_anmodning om yderligere oplysninger - vedr. øvr....pdf |

**Fra:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sendt:** 3. februar 2022 12:54
**Til:** Kjærsgaard, Niels Dengsø (NDK001) <NDK001@politi.dk>
**Cc:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>; Camilla Lindrum Bay <Camilla.Bay@sktst.dk>; Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** Anmodning om yderligere oplysninger vedr. Skattestyrelsens forligsaftale

Til NSK:

Efter telefonisk drøftelse mellem NSK v/Peer Fiig og Skattestyrelsen v/Gry Ahlefeld-Engel har Skattestyrelsen forstået, at vedhæftede henvendelse ikke længere er relevant da sagen – efter det oplyste – er tilstrækkelig oplyst i NSK.

Skattestyrelsen foretager sig på den baggrund ikke yderligere.

NSK er velkommen til at rette henvendelse, såfremt I måtte få behov for yderligere.


Venlig hilsen

**Bettina Spang**
Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk



Skattestyrelsen
Helgeshøj Allé 49-55, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen


**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 26. februar 2021 14:28
**Til:** Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** Anmodning om yderligere oplysninger vedr. Skattestyrelsens forligsaftale

Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan i

STEIN_LHOTE0008977    CONFIDENTIAL

23 Civ. 2508 (NRB)
PLAINTIFFS' EXHIBIT
15

Vedhæftet fremsendes SØIK's anmodning om yderligere oplysninger vedr. Skattestyrelsens forligsaftale.

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk



STATSADVOKATEN

Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.:   +45 72 68 90 00
Fax:   +45 4515 0016
Mail:  saoek@ankl.dk

STEIN_LHOTE0008978    CONFIDENTIAL

Boutrup, Heidi Hasseriis (HHA032)

| | |
|---|---|
| From: | Erlandsen, Katinka (KER002) 24 March 2022 09:40 Erlandsen, Katinka (KER002) VS: Request |
| Sent: | |
| To: | |
| Subject: | for further information regarding The Danish Tax Agency's settlement agreement Letter to Skattestyrelsen_anmodning for further information - regarding other ... Pdf |
| Attachments: | |

From: Bettina Spang <Bettina.Spang@sktst.dk>
Sent: February 3, 2022 12:54 PM
To: Kjærsgaard, Niels Dengsø (NDK001) <NDK001@politi.dk> Cc: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>; Camilla Lindrum Bay <Camilla.Bay@sktst.dk>; Bettina Spang <Bettina.Spang@sktst.dk>
Subject: Request for further information regarding The Danish Tax Agency's settlement agreement

To NSK:

After a telephone discussion between NSK v/Peer Fiig and the Danish Tax Agency v/Gry Ahlefeld-Engel, the Danish Tax Agency has understood that the attached enquiry is no longer relevant as the case - according to the information - is sufficiently informed in NSK

The Danish Tax Agency takes action on the background no further.

NSK is welcome to contact us if you need anything further.

Regards

Bettina Spang
Senior Consultant
Management Secretariat Special Control

+45 72 37 44 69
Bettina.Spang@sktst.dk


? TAX AUTHORITIES

The Danish Tax Agency Helgeshøj Allé 49-55, 2630 Taastrup
www.sktst.dk

How we process personal data The Danish Tax Agency is part of the Danish Tax Administration

From: SWI007@politi.dk <SWI007@politi.dk>
Sent: February 26, 2021 14:28 To:
Bettina Spang <Bettina.Spang@sktst.dk> Subject:
Request for further information regarding The Danish Tax Agency's settlement agreement

This email comes from the internet and is thus not necessarily from an internal source, although the sender address may indicate so.

STEIN_LHOTE0008977                                                                 CONFIDENTIAL

Please enclose is SØIK's request for further information regarding the Danish Tax Agency's settlement agreement.

Best regards

Stine Winther
Special Prosecutor

Phone: +45 61 12 69 79
Mail: swi007@politi.dk



THE PUBLIC PROSECUTOR mstein@maplept.com

The State Prosecutor for Serious Economic and International Crime

Kampmannsgade 1
DK-1604 Copenhagen V
Tel.:   +45 72 68 90 00 +45
Fax:   4515 0016 Mail: saoek@ankl.dk

104.218.138.98

STEIN_LHOTE0008978                                                                                                                CONFIDENTIAL