21-11-00-107

**Boutrup, Heidi Hasseriis (HHA032)**

| | |
|---|---|
| **Fra:** | Anders Møllmann <AMO039@ankl.dk> |
| **Sendt:** | 8. april 2022 10:33 |
| **Til:** | Olesen, Katinka (KOL012); Erlandsen, Katinka (KER002); bettina.spang@sktst.dk |
| **Emne:** | Berammelse af straffesagen vedrørende North Channel Bank |

Kære Bettina

Skattestyrelsen har tidligere bedt om at blive orienteret om tidspunktet for hovedforhandlingen i ovennævnte straffesag, og vi har tidligere skrevet sammen herom.

Sagen er nu endeligt berammet til følgende 80 dage, alle dage kl. 9.15-15.15 i Retten i Glostrup:

- 20., 23., 24., 27., 30. og 31. januar 2023,
- 3., 6., 7. og 10. februar 2023,
- 1., 3., 6., 7., 10., 13., 14., 17., 20., 21., 24., 27., 28. og 31. marts 2023,
- 12., 14., 17., 18., 21., 24., 25. og 28. april 2023,
- 1., 2., 8., 9., 12., 15., 16., 22., 23., 26. og 31. maj 2023,
- 2., 7., 9., 12., 13., 16., 19., 20., 23., 26., 27. og 30. juni 2023,
- 7., 8., 11., 14., 15., 18., 21., 22., 25., 28. og 29. august 2023,
- 1., 4., 5., 11., 12., 15., 18., 19., 22., 25., 26. og 29. september 2023 samt
- 2. og 3. oktober 2023.

Hovedforhandlingen påbegyndes således 20. januar 2023.

Med venlig hilsen

**Anders Møllmann**
Specialanklager, ph.d.
Søjle 1

Tlf.: +45 4010 4188
E-mail: AMO039@ankl.dk



S T A T S A D V O K A T E N
FOR SÆRLIG KRIMINALITET

**Statsadvokaten for Særlig Kriminalitet**
Kampmannsgade 1
1604 København K
Tlf.: +45 7268 9000
E-mail: SSK@ankl.dk

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**16**

1

                    CONFIDENTIAL

Boutrup, Heidi Hasseriis (HHA032)

| | |
|---|---|
| From: | Anders Møllmann <AMO039@ankl.dk> |
| Sent: To: | April 8, 2022 10:33 |
| Subject: | AM Olesen, Katinka (KOL012); Erlandsen, Katinka (KER002); bettina.spang@sktst.dk |
| | Scheduling of the criminal proceedings relating to North Channel Bank |

Dear Bettina

The Danish Tax Agency has previously asked to be informed about the time of the main hearing in the above-mentioned criminal case, and we have previously written together about this.

The case is now finally scheduled for the following 80 days, every day from 9.15 a.m. to 3.15 p.m. in the Court of Glostrup:

- 20, 23, 24, 27, 30 and 31 January 2023,
- 3, 6, 7 and 10 February 2023,
- 1., 3., 6., 7., 10., 13., 14., 17., 20., 21., 24., 27., 28 and 31 March 2023,
- April 12, 14, 17, 18, 21, 24, 25 and 28, 2023
- May 1st, 2nd, 8th, 9th, 12th, 15th, 16th, 22nd, 23rd, 26th and 31st May 2023,
- 2., 7., 9., 12., 13., 16., 19., 20., 23., 26., 27 and 30 June 2023,
- 7., 8., 11., 14., 15., 18., 21., 22., 25, 28 and 29 August 2023,
- 1 ., 4 ., 5 ., 11 ., 12 ., 15 ., teine., 26 and 29 September 2023 sam
- 2 and 3 October 2023.

The main hearing will thus begin on 20 January 2023.

Best regards

Anders Møllmann Special
Prosecutor, Ph.D. Pillar 1

Tel.: +45 4010 4188
E-mail: AMO039@ankl.dk



THE PUBLIC PROSECUTOR
FOR SPECIAL CRIME

The State Prosecutor for Serious Crime
Kampmannsgade 1
1604 Copenhagen K
Tel.: +45 7268 9000
E-mail: SSK@ankl.dk

STEIN_LHOTE0008980                                                                 CONFIDENTIAL