Message

| | |
|---|---|
| From: | Steen Bechmann Jacobsen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D7C9027DAE384259810CCBA619AE7D06-W23541] |
| Sent: | 1/14/2021 1:21:02 PM |
| To: | Bettina Spang [bettina.spang@sktst.dk] |
| CC: | Gry Ahlefeld-Engel [gry.ahlefeld-engel@sktst.dk]; Camilla Lindrum Bay [camilla.bay@sktst.dk]; Mejse Mia Norman Hansen [mejse.hansen@sktst.dk] |
| Subject: | SV: Anmodning fra SØIK vedr. forlig |

Og det var selvfølgelig en mail til primært dig, Bettina 😊

Venlig hilsen

**Steen Bechmann Jacobsen**
Direktør for Særlig Kontrol
Fagdirektør

+45 72 58 89 43
Steen.Jacobsen@SKTST.DK



SKATTE STYRELSEN

Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Skattestyrelsen er en del af Skatteforvaltningen

**Fra:** Steen Bechmann Jacobsen
**Sendt:** 14. januar 2021 14:20
**Til:** Bettina Spang <Bettina.Spang@sktst.dk>
**Cc:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>; Camilla Lindrum Bay <Camilla.Bay@sktst.dk>; Mejse Mia Norman Hansen <Mejse.Hansen@sktst.dk>
**Emne:** VS: Anmodning fra SØIK vedr. forlig

Kære Camilla

Tak for det. [REDACTED]

[REDACTED]

Oplysningerne kommer dermed til de sigtedes/forsvarernes kundskab og vil endvidere kunne fremlægges under hovedforhandlingerne i de kommende straffesager, medmindre der afsiges kendelse om det modsatte, jf. retsplejelovens § 729c (hvilket er et anliggende for anklagemyndigheden og domstolene, og dermed ikke noget, vi har indflydelse på eller rådighed over, når oplysningerne er sendt).

[REDACTED]

Bh
Steen



Venlig hilsen

**Steen Bechmann Jacobsen**
Direktør for Særlig Kontrol
Fagdirektør

+45 72 58 89 43
Steen.Jacobsen@SKTST.DK



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sendt:** 14. januar 2021 10:11
**Til:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Cc:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>; Bettina Spang <Bettina.Spang@sktst.dk>; Mejse Mia Norman Hansen <Mejse.Hansen@sktst.dk>
**Emne:** Anmodning fra SØIK vedr. forlig

Kære Steen

Hermed fremsendes udkast til besvarelse af SØIK´s spørgsmål til din godkendelse. Vi har frist overfor SØIK "snarest

muligt, og meget gerne inden den 15. januar 2021".

- 

  . Jeg vedhæfter derfor også exhibits 1a – 1c og 2 samt punkt 8 fra selve forligsaftalen, hvor vi med vandmærke nu har skrevet "fortrolighed" over dokumenterne. Hvis vi skal fjerne vandmærkerne igen, siger du bare til.

- . Spm. 4 er endvidere godkendt af Peter og indholdet stemmer i øvrigt overens med det seneste aktstykke.

Jeg ved ikke helt om vores besvarelser også skal godkendes af ME? Indtil videre er jeg gået ud fra, at det ikke er tilfældet, hvorfor jeg ikke vedhæfter forelæggelsesblad.

Venlig hilsen

**Bettina Spang**
Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 6. januar 2021 10:03
**Til:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>
**Emne:** Anmodning om oplysninger vedr. Skattestyrelsens forlig

 Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Vedhæftet fremsendes Statsadvokaten for Særlig Økonomisk og International Kriminalitets anmodning af 6. januar 2021 om oplysninger vedr. Skattestyrelsens forlig.

Jeg skal anmode om at modtage Skattestyrelsens svar snarest muligt, og meget gerne inden den 15. januar 2021.

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk


**STATSADVOKATEN**

Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.:   +45 72 68 90 00
Fax:   +45 4515 0016
Mail:  saoek@ankl.dk

**To:** Bettina Spang[Bettina.Spang@sktst.dk]
**Cc:** Gry Ahlefeld-Engel[Gry.Ahlefeld-Engel@SKTST.DK]; Camilla Lindrum Bay[Camilla.Bay@sktst.dk]; Mejse Mia Norman Hansen[Mejse.Hansen@sktst.dk]
**From:** Steen Bechmann Jacobsen[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D7C9027DAE384259810CCBA619AE7D06-W23541]
**Sent:** Thur 1/14/2021 1:21:03 PM (UTC)
**Subject:** RE: Request from SØIK regarding settlement

And that was obviously an email mainly to you, Bettina 

Best regards

**Steen Bechmann Jacobsen**
Director of Antifraud Unit
Subject Director

+45 72 58 89 43
Steen.Jacobsen@SKTST.DK



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

The Danish Tax Agency is a part of the Danish Tax Administration

**From:** Steen Bechmann Jacobsen
**Sent:** 14 January 2021 10:11
**To:** Bettina Spang <Bettina.Spang@sktst.dk>
**Cc:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>; Camilla Lindrum Bay <Camilla.Bay@sktst.dk>; Mejse Mia Norman Hansen <Mejse.Hansen@sktst.dk>
**Subject:** FW: Request from SØIK regarding settlement

Dear Camilla

Thanks for that. The answer overall looks fine, but I have one concern in particular, [Redacted for Privilege] [Redacted for Privilege], namely that both our answer (the word file) and the attached appendices will essentially be entered as part of the files of the criminal case when it is forwarded to SØIK, whereby it will be subject to the access/right to inspect documents of the accused and their defense, cf. section 729(a) et seq. of the Civil Procedure Code. The information will thereby come to the knowledge of the accused/defense and will also be able to be presented during the main hearings in the upcoming criminal cases, unless a ruling to the contrary is issued, cf. section 729(c) of the Civil Procedure Code (which is a matter for the prosecuting authorities and the courts, and thus not something we have influence over or access to, when the information is sent).

**Redacted for Privilege**

Best
Steen

Best regards

**Steen Bechmann Jacobsen**
Director of Antifraud Unit
Subject Director

+45 72 58 89 43



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

The Danish Tax Agency is a part of the Danish Tax Administration

**From:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sent:** 14 January 2021 10:11
**To:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Cc:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>; Bettina Spang <Bettina.Spang@sktst.dk>; Mejse Mia Norman Hansen <Mejse.Hansen@sktst.dk>
**Subject:** Request from SØIK regarding settlement

Dear Steen

A draft of the answers to SØIK's questions is hereby sent for your approval. We have a deadline for SØIK "as soon as possible, and preferably before January 15, 2021".

> **Redacted for Privilege**

> **Redacted for Privilege**

**Redacted for Privilege** I therefore also attach exhibits 1(a) – 1(c) and 2 as well as section 8 from the settlement agreement itself, where we have now written "confidential" in watermark over the documents. If we need to remove the watermark again, just let us know.

> **Redacted for Privilege**

**Redacted for Privilege**

Redacted for Privilege Question 4 was also approved by Peter and the content is otherwise in line with the latest record.

I am not quite sure if our answers should also be approved by ME? For now, I have assumed that this is not the case, which is why I am not attaching the submission sheet.

Best regards

**Bettina Spang**
Chief Consultant
Executive Secretariat Antifraud Unit

+45 72 37 44 69
Bettina.Spang@sktst.dk



CONFIDENTIAL                                                                                                      SKAT_MAPLEPOINT_00000075_T

The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is a part of the Danish Tax Administration

---

**From:** SWI007@politi.dk <SWI007@politi.dk>
**Sent:** 6 January 2021 10:03
**To:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>
**Subject:** Request for information re the Danish Tax Agency's settlement

> This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.

Forwarded here as attachment is the January 6, 2021, request from The Public Prosecutor for Special Financial and International Crimes for information regarding the Danish Tax Agency's settlement.

I must ask that the Danish tax Agency's response be received as soon as possible, and preferably before January 15, 2021.

With best regards

**Stine Winther**
Special Prosecutor

Mobile: +45 61 12 69 79
Email: swi007@politi.dk



**STATSADVOKATEN**

The Public Prosecutor for Special Financial and International Crimes

Kampmannsgade 1
DK-1604 København V
Tel.:   +45 72 68 90 00
Fax:    +45 4515 0016
Email:  saoek@ankl.dk