**Message**

**From:** Steen Bechmann Jacobsen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D7C9027DAE384259810CCBA619AE7D06-W23541]
**Sent:** 1/22/2021 9:40:23 AM
**To:** Gry Ahlefeld-Engel [gry.ahlefeld-engel@sktst.dk]; Bettina Spang [bettina.spang@sktst.dk]
**Subject:** SV: Haster - anmodning om udlevering af forligsaftale

Tak. ███████████████████████████████████████

Bh
Steen

Venlig hilsen

**Steen Bechmann Jacobsen**
Direktør for Særlig Kontrol
Fagdirektør

+45 72 58 89 43
Steen.Jacobsen@SKTST.DK



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Sendt:** 22. januar 2021 10:33
**Til:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>; Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** SV: Haster - anmodning om udlevering af forligsaftale

Kære begge

Bare for god orden skyld er SØIK IKKE om direkte følge af forligsaftalen berettiget til at få den udleveret. En udlevering skal godkendes af baby Wachtell. ████████████████████████ Uanset tror jeg ikke de kan få side letteret.

//Gry

Venlig hilsen

**Gry Ahlefeld-Engel**
Underdirektør

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK



CONFIDENTIAL                                    SKAT_MAPLEPOINT_00000242




Skattestyrelsen
Kratbjerg 236, 3480 Fredensborg
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Sendt:** 22. januar 2021 10:29
**Til:** Bettina Spang <Bettina.Spang@sktst.dk>
**Cc:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Emne:** SV: Haster - anmodning om udlevering af forligsaftale

Kære Bettina

Ja, og enig. ███████████████████████████████████
████████████████████████████████

Bh
Steen

Venlig hilsen

**Steen Bechmann Jacobsen**
Direktør for Særlig Kontrol
Fagdirektør

+45 72 58 89 43
Steen.Jacobsen@SKTST.DK



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sendt:** 22. januar 2021 10:26
**Til:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Cc:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>; Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** VS: Haster - anmodning om udlevering af forligsaftale

Kære Steen

SØIK er nu vendt tilbage ift. den besvarelse, som vi sendte til dem i mandags (jf. vedhæftede). SØIK ønsker nu at få udleveret hele forligsaftalen.

Jeg går ud fra, at SØIK er berettiget til at få udleveret forligsaftalen, jf. punkt 8 (f) i forligsaftalen.

Jeg tænker derfor at udarbejde et brev, hvor vi fremsender selve forligsaftalen og hvor jeg samtidig skriver: " For god ordens skyld bemærkes, at forligsaftalen skal behandles med fortrolighed, hvilket indebærer, at SØIK ikke må videregive

oplysningerne udover hvad der følger af forpligtelserne efter retsplejeloven ligesom Skattestyrelsen skal anmode om at blive hørt i tilfælde af fremtidige aktindsigtsbegæringer."

Venlig hilsen

**Bettina Spang**
Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen

**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 22. januar 2021 10:15
**Til:** Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** Haster - anmodning om udlevering af forligsaftale

> Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Kære Bettina

Hermed fremsendes en ny anmodning af d.d. fra SØIK.

Jeg skal anmode om at modtage svar fra Skattestyrelsen snarest muligt og senest den 29. januar 2021. Jeg beklager den korte frist.

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk


STATSADVOKATEN

Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1

DK-1604 København V
Tlf.:   +45 72 68 90 00
Fax:   +45 4515 0016
Mail:  saoek@ankl.dk

**Fra:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sendt:** 19. januar 2021 10:17
**Til:** Winther, Stine (SWI007) <SWI007@politi.dk>
**Cc:** Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** Anmodning fra SØIK vedr. forlig

Til SØIK:

Hermed fremsendes Skattestyrelsens besvarelse af d.d. af jeres anmodning nedenfor.

Venlig hilsen

**Bettina Spang**
Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 6. januar 2021 10:03
**Til:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>
**Emne:** Anmodning om oplysninger vedr. Skattestyrelsens forlig

> Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Vedhæftet fremsendes Statsadvokaten for Særlig Økonomisk og International Kriminalitets anmodning af 6. januar 2021 om oplysninger vedr. Skattestyrelsens forlig.

Jeg skal anmode om at modtage Skattestyrelsens svar snarest muligt, og meget gerne inden den 15. januar 2021.

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk



Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.:   +45 72 68 90 00
Fax:   +45 4515 0016
Mail:  saoek@ankl.dk

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Steen Bechmann Jacobsen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D7C9027DAE384259810CCBA619AE7D06-W23541] |
| **Sent:** | 1/22/2021 9:40:23 AM |
| **To:** | Gry Ahlefeld-Engel [gry.ahlefeld-engel@sktst.dk]; Bettina Spang [bettina.spang@sktst.dk] |
| **Subject:** | RE: Urgent – request to forward settlement agreement |

Thanks **Redacted for Privilege**

Best
Steen

Best regards

**Steen Bechmann Jacobsen**
Director of Special Audit
Area Director

+45 72 58 89 43
Steen.Jacobsen@SKTST.DK



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

The Danish Tax Agency is a part of the Danish Tax Administration

**From:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Sent:** 22 January 2021 10:33
**To:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>; Bettina Spang <Bettina.Spang@sktst.dk>
**Subject:** RE: Urgent – request to forward settlement agreement

Dear both

Just for the record, SØIK is NOT entitled as a direct result of the settlement agreement to have it provided. A disclosure must be approved of by Wachtell. **Redacted for Privilege** Regardless, I don't think they can get the side letter.

//Gry

Best regards

**Gry Ahlefeld-Engel**
Deputy Director

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK



The Danish Tax Agency
Kratbjerg 236, 3480 Fredensborg
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is a part of the Danish Tax Administration


**From:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Sent:** 22 January 2021 10:29
**To:** Bettina Spang <Bettina.Spang@sktst.dk>
**Cc:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Subject:** RE: Urgent – request to forward settlement agreement

Dear Bettina

Yes, and agree. [Redacted for Privilege] [Redacted for Privilege]

Best
Steen

Best regards

**Steen Bechmann Jacobsen**
Director of Special Audit
Area Director

+45 72 58 89 43
Steen.Jacobsen@SKTST.DK



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

The Danish Tax Agency is a part of the Danish Tax Administration


**From:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sent:** 22 January 2021 10:26
**To:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Cc:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>; Bettina Spang <Bettina.Spang@sktst.dk>
**Subject:** FW: Urgent – request to forward settlement agreement

Dear Steen

SØIK has now gotten back to the response we sent them on Monday (see attached). SØIK now wants to be provided the entire settlement agreement.

I assume that SØIK is entitled to be provided the settlement agreement, see point 8(f) of the settlement agreement.

I am thinking to write a letter where we forward the settlement agreement itself and where I also write: "For the record it should be noted that the settlement agreement must be handled with confidentiality, which means that SØIK must not must not forward the information in addition to the obligations that follow under the Administration of Justice Act, just as the Danish Tax Agency must request to be heard in the event of future requests for document access."

Best regards

**Bettina Spang**
Chief Consultant
Executive Secretariat Special Audit

+45 72 37 44 69
Bettina.Spang@sktst.dk



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is part of the Danish Tax Administration


**From:** SWI007@politi.dk <SWI007@politi.dk>
**Sent:** 22 January 2021 10:15
**To:** Bettina Spang <Bettina.Spang@sktst.dk>
**Subject:** Urgent - request to forward settlement agreement

This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.

Dear Bettina

Please find attached a new request from SØIK of today's date.

I must ask that the Danish tax Agency's response be received as soon as possible, and latest by January 29, 2021. I apologize for the short deadline.

With best regards


**Stine Winther**
Special Prosecutor

Mobile: +45 61 12 69 79
Email: swi007@politi.dk



STATSADVOKATEN

The Public Prosecutor for Special Financial and International Crimes

Kampmannsgade 1

DK-1604 København V
Tel.:   +45 72 68 90 00
Fax:   +45 4515 0016
Email:   saoek@ankl.dk


**From:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sent:** 19 January 2021 10:17
**To:** Winther, Stine (SWI007) <SWI007@politi.dk>
**Cc:** Bettina Spang <Bettina.Spang@sktst.dk>
**Subject:** Request from SØIK re settlement

To SØIK:

Please find attached the Danish Tax Agency's response of today's date to your below request.

Best regards

**Bettina Spang**
Chief Consultant
Executive Secretariat Special Audit

+45 72 37 44 69
Bettina.Spang@sktst.dk



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is part of the Danish Tax Administration


**From:** SWI007@politi.dk <SWI007@politi.dk>
**Sent:** 6 January 2021 10:03
**To:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>
**Subject:** Request for information re the Danish Tax Agency's settlement

 This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.


Forwarded here as attachment is the January 6, 2021, request from The Public Prosecutor for Special Financial and International Crimes for information regarding the Danish Tax Agency's settlement.

I must ask that the Danish tax Agency's response be received as soon as possible, and preferably before January 15, 2021.

With best regards


**Stine Winther**
Special Prosecutor

Mobile: +45 61 12 69 79
Email: swi007@politi.dk



The Public Prosecutor for Special Financial and International Crimes

Kampmannsgade 1
DK-1604 København V
Tel.:    +45 72 68 90 00
Fax:    +45 4515 0016
Email:  saoek@ankl.dk