| Message | |
|---|---|
| From: | SWI007@politi.dk [SWI007@politi.dk] |
| Sent: | 2/26/2021 1:27:44 PM |
| To: | Bettina Spang [bettina.spang@sktst.dk] |
| Subject: | Anmodning om yderligere oplysninger vedr. Skattestyrelsens forligsaftale |
| Attachments: | Brev til Skattestyrelsen_anmodning om yderligere oplysninger - vedr. øvr....pdf |

Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Kære Bettina

Vedhæftet fremsendes SØIK's anmodning om yderligere oplysninger vedr. Skattestyrelsens forligsaftale.

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk



**STATSADVOKATEN**

Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.: +45 72 68 90 00
Fax: +45 4515 0016
Mail: saoek@ankl.dk

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　SKAT_MAPLEPOINT_00000307






## STATSADVOKATEN

Skattestyrelsen

Dato: 26. februar 2021
J.nr.: SØK-10177-00037-19
Sagsbehandler: SWI

STATSADVOKATEN FOR SÆRLIG
ØKONOMISK OG INTERNATIONAL
KRIMINALITET

KAMPMANNSGADE 1
1604 KØBENHAVN V

TELEFON 72 68 90 00

E-mail: saoek@ankl.dk
www.anklagemyndigheden.dk
www.politi.dk

## Anmodning om yderligere oplysninger vedr. Skattestyrelsens forlig

Med henvisning til Skattestyrelsens brev af 3. februar 2021 skal jeg herved anmode om yderligere oplysninger vedr. Skattestyrelsens forlig og det materiale, som Skattestyrelsen eller Skattestyrelsens rådgivere måtte være kommet i besiddelse af som led i forliget.

Det fremgår af Skattestyrelsens svar til spørgsmål 20-22 i vores brev af 28. januar 2021, at de 3 hovedaktionærer i North Channel Bank har bistået med fremskaffelse af dokumenter til brug for inddrivelse af Skattestyrelsens krav mod personer eller enheder, der ikke er omfattet af forliget.

SØIK skal i den forbindelse venligst anmode om at modtage al materiale vedrørende Guenther Klar, Rajen Shah, Anupe Dhorajiwala og Graham Horn, som Skattestyrelsen eller Skattestyrelsens rådgivere måtte være i besiddelse af.

Såfremt Skattestyrelsen har spørgsmål til denne anmodning, kan henvendelse rettes til specialanklager Stine Winther, tlf. 61126979 eller via e-mail: swi007@politi.dk.

Med venlig hilsen

Malene Stage Christensen
vicestatsadvokat, fg.

| | |
|---|---|
| **To:** | Bettina Spang[Bettina.Spang@sktst.dk] |
| **From:** | SWI007@politi.dk[SWI007@politi.dk] |
| **Sent:** | Fri 26-02-2021 13:27:44 (UTC) |
| **Subject:** | request for additional information re the Danish Tax Agency's settlement agreement |

Letter to the Danish Tax Agency requesting additional information - re others.pdf

> This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.

Dear Bettina

Forwarded here as attachment is SØIK's request for additional information re the Danish Tax Agency's settlement agreement.
With best regards,
**Stine Winther**
Special Prosecutor
Mobile: +45 61 12 69 79
Email: swi007@politi.dk



## STATSADVOKATEN

The Public Prosecutor for Special Financial and International Crimes
Kampmannsgade 1
DK-1604 København V
Tel.: +45 72 68 90 00
Fax: +45 4515 0016
Email: saoek@ankl.dk



STATSADVOKATEN

The Danish Tax Agency

Date: 26 February 2021
J.nr.: SØK-10177-00037-19
Case handler: SWI

THE PUBLIC PROSECUTOR FOR
SPECIAL FINANCIAL AND
INTERNATIONAL CRIMES

KAMPMANNSGADE 1
1604 KØBENHAVN V

TELEPHONE 72 68 90 00

Email: saoek@ankl.dk
www.anklagemyndigheden.dk
www.politi.dk

## Request for Additional Information regarding the Danish Tax Agency's Settlement

With reference to the Danish Tax Agency's letter of 3 February 2021 I must hereby request additional information regarding the Danish Tax Agency's settlement and the material that the Danish Tax Agency or the Danish Tax Agency's counsel must have come into possession of as part of the settlement.

It appears from the Danish Tax Agency's response to questions 20-22 in our letter of 28 January 2021 that the three main shareholders in North Channel Bank have assisted in obtaining documents for use in the prosecution of the Danish Tax Agency's claims against individuals or entities that are not included in the settlement.

Regarding this, SØIK kindly asks to receive all materials concerning Guenther Klar, Rajen Shah, Anupe Dhorajiwala, and Graham Horn that the Danish Tax Agency or the Danish Tax Agency's counsel might be in possession of.

If the Danish Tax Agency has questions regarding this request, inquiries can be directed to the Special Prosecutor Stine Winther, tel. 61126979 or via email: swi007@politi.dk).

With best regards

Malene Stage Christensen
Deputy Prosecutor, acting.