Message

**From:** Bettina Spang [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CFF572A2B9044C0D9018247288F92B15-W27654]
**Sent:** 1/22/2021 3:17:58 PM
**To:** swi007@politi.dk
**CC:** Bettina Spang [bettina.spang@sktst.dk]; Steen Bechmann Jacobsen [steen.jacobsen@sktst.dk]
**Subject:** Haster - anmodning om udlevering af forligsaftale [KA-ACTIVE.FID580262]

Kære Stine

Baggrunden for vores ønske er, at forliget og de enkelte bilag helt grundlæggende er fortrolige baseret på aftalernes indhold. Vi kan derfor ikke dele materialet uden at have orienteret aftaleparterne, hvorfor det i den forbindelse vil være hjælpsomt, såfremt I kan give os noget kontekst.

Dertil kommer, at en bredere deling med eventuelle tiltalte mv. kan skade Skattestyrelsens økonomiske interesser både konkret og generelt, herunder kan det svække Skattestyrelsens fremtidige muligheder for at indgå forlig, idet kommende forligsparter med altovervejende sandsynlighed vil have anonymitet som en væsentlig forudsætning for at indgå forlig, hvilket Skattestyrelsens således ikke fremadrettet vil kunne garantere, såfremt forligsaftalen deles i en bredere kreds. Også af den årsag vil vi gerne at I uddyber jeres anmodning i forhold til brugen af oplysningerne.


Venlig hilsen

**Bettina Spang**
Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen


**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 22. januar 2021 14:13
**Til:** Bettina Spang <Bettina.Spang@sktst.dk>
**Cc:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>; MCH033@politi.dk
**Emne:** SV: Haster - anmodning om udlevering af forligsaftale

Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Kære Bettina

Tak for din mail.




Idet der er tale om en verserende efterforskning, er det yderst begrænset, hvad vi kan oplyse om vores bevæggrunde for vores anmodning om udlevering af forligsaftalen.

Kan jeg derfor få dig til at uddybe lidt mere om, hvorfor I mener, at der er behov for at holde et møde?

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk



**STATSADVOKATEN**

Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.:    +45 72 68 90 00
Fax:    +45 4515 0016
Mail: saoek@ankl.dk

---

**Fra:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sendt:** 22. januar 2021 11:44
**Til:** Winther, Stine (SWI007) <SWI007@politi.dk>
**Cc:** Bettina Spang <Bettina.Spang@sktst.dk>; Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Emne:** Haster - anmodning om udlevering af forligsaftale

Kære Stine

Tak for din mail.

I forlængelse heraf vil jeg venligst foreslå et møde, hvor I uddyber jeres anmodning i forhold til brugen af oplysningerne. Såfremt I er enige heri, skal jeg endvidere venligst anmode om at få fremsendt et antal foreslåede mødetidspunkter, hvorefter jeg vil koordinere deltagelse fra vores og Kammeradvokatens side.

Venlig hilsen

**Bettina Spang**
Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 22. januar 2021 10:15
**Til:** Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** Haster - anmodning om udlevering af forligsaftale

> Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Kære Bettina

Hermed fremsendes en ny anmodning af d.d. fra SØIK.

Jeg skal anmode om at modtage svar fra Skattestyrelsen snarest muligt og senest den 29. januar 2021. Jeg beklager den korte frist.

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk



**STATSADVOKATEN**

Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.:     +45 72 68 90 00
Fax:     +45 4515 0016
Mail:   saoek@ankl.dk

---

**Fra:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sendt:** 19. januar 2021 10:17
**Til:** Winther, Stine (SWI007) <SWI007@politi.dk>
**Cc:** Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** Anmodning fra SØIK vedr. forlig

Til SØIK:

Hermed fremsendes Skattestyrelsens besvarelse af d.d. af jeres anmodning nedenfor.

Venlig hilsen

**Bettina Spang**

Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 6. januar 2021 10:03
**Til:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>
**Emne:** Anmodning om oplysninger vedr. Skattestyrelsens forlig

 Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Vedhæftet fremsendes Statsadvokaten for Særlig Økonomisk og International Kriminalitets anmodning af 6. januar 2021 om oplysninger vedr. Skattestyrelsens forlig.

Jeg skal anmode om at modtage Skattestyrelsens svar snarest muligt, og meget gerne inden den 15. januar 2021.

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk



**STATSADVOKATEN**

Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.:    +45 72 68 90 00
Fax:    +45 4515 0016
Mail:  saoek@ankl.dk