Message

**From:** Bettina Spang [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CFFS72A2B9044C0D9018247288F92B15-W27654]
**Sent:** 1/22/2021 3:17:58 PM
**To:** swi007@politi.dk
**CC:** Bettina Spang [bettina.spang@sktst.dk]; Steen Bechmann Jacobsen [steen.jacobsen@sktst.dk]
**Subject:** Urgent - request to forward settlement agreement [KA-ACTIVE.FID580262]

Dear Stine

The background to our wish is that the settlement and the individual appendices are fundamentally confidential based on the content of the agreements. We cannot therefore share the material without informing the parties to the agreement, which is why it would be helpful in this regard if you could give us some context.

In addition to this, a wider sharing with any defendants etc. can harm the Danish Tax Agency's financial interests both specifically and in general, including that it may weaken the Tax Agency's future opportunities to enter into settlement, as future settlement parties with overwhelming probability will hold anonymity as an essential prerequisite for entering into a settlement, which the Danish Tax Agency will thus not be able to guarantee in the future, if the settlement agreement is shared in a wider circle. This is another reason why we would like you to elaborate on your request regarding the use of the information.

Best regards

**Bettina Spang**
Chief Consultant
Executive Secretariat Special Audit

+45 72 37 44 69
Bettina.Spang@sktst.dk



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is part of the Danish Tax Administration

---

**From:** SWI007@politi.dk <SWI007@politi.dk>
**Sent:** 22 January 2021 14:13
**To:** Bettina Spang <Bettina.Spang@sktst.dk>
**Cc:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>; MCH033@politi.dk
**Subject:** RE: Urgent - request to forward settlement agreement

This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.

Dear Bettina

Thanks for your email.




CONFIDENTIAL                                                                                           SKAT_MAPLEPOINT_00000078_T

As this involves an ongoing investigation, it is extremely limited as to what we are able to disclose about the reasons for our request to forward the settlement agreement.

Can I therefore get you to elaborate a little more on why you think a meeting needs to be held?


With best regards


**Stine Winther**
Special Prosecutor

Mobile: +45 61 12 69 79
Email: swi007@politi.dk





The Public Prosecutor for Special Financial and International Crimes

Kampmannsgade 1
DK-1604 København V
Tel.:      +45 72 68 90 00
Fax:      +45 4515 0016
Email:   saoek@ankl.dk


**From:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sent:** 22 January 2021 11:44
**To:** Winther, Stine (SWI007) <SWI007@politi.dk>
**Cc:** Bettina Spang <Bettina.Spang@sktst.dk>; Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Subject:** Urgent – request to forward settlement agreement

Dear Stine

Thanks for your email.

Further to this, I would like to propose a meeting where you elaborate on your request with regard to the use of the information. If you agree to this, I would also kindly request that you forward a number of proposed meeting times, after which I will coordinate participation on behalf of ourselves and of Kammeradvokaten.


Best regards

**Bettina Spang**
Chief Consultant
Executive Secretariat Special Audit

+45 72 37 44 69
Bettina.Spang@sktst.dk



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is part of the Danish Tax Administration


**From:** SWI007@politi.dk <SWI007@politi.dk>
**Sent:** 22 January 2021 10:15
**To:** Bettina Spang <Bettina.Spang@sktst.dk>
**Subject:** Urgent - request to forward settlement agreement

> This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.

Dear Bettina

Please find attached a new request from SØIK of today's date.

I must ask that the Danish tax Agency's response be received as soon as possible, and latest by January 29, 2021. I apologize for the short deadline.

With best regards


**Stine Winther**
Special Prosecutor

Mobile: +45 61 12 69 79
Email: swi007@politi.dk



The Public Prosecutor for Special Financial and International Crimes

Kampmannsgade 1
DK-1604 København V
Tel.:     +45 72 68 90 00
Fax:     +45 4515 0016
Email:   saoek@ankl.dk


**From:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sent:** 19 January 2021 10:17
**To:** Winther, Stine (SWI007) <SWI007@politi.dk>
**Cc:** Bettina Spang <Bettina.Spang@sktst.dk>
**Subject:** Request from SØIK re settlement

To SØIK:

Please find attached the Danish Tax Agency's response of today's date to your below request.

Best regards

Bettina Spang

Chief Consultant
Executive Secretariat Special Audit

+45 72 37 44 69
Bettina.Spang@sktst.dk



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is part of the Danish Tax Administration

**From:** SWI007@politi.dk <SWI007@politi.dk>
**Sent:** 6 January 2021 10:03
**To:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>
**Subject:** Request for information re the Danish Tax Agency's settlement

 This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.

Forwarded here as attachment is the January 6, 2021, request from The Public Prosecutor for Special Financial and International Crimes for information regarding the Danish Tax Agency's settlement.

I must ask that the Danish tax Agency's response be received as soon as possible, and preferably before January 15, 2021.

With best regards

**Stine Winther**
Special Prosecutor

Mobile: +45 61 12 69 79
Email: swi007@politi.dk



The Public Prosecutor for Special Financial and International Crimes

Kampmannsgade 1
DK-1604 København V
Tel.:    +45 72 68 90 00
Fax:    +45 4515 0016
Email:  saoek@ankl.dk