# WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | STEVEN A. COHEN | 51 WEST 52ND STREET | DAVID E. SHAPIRO | SABASTIAN V. NILES |
| HERBERT M. WACHTELL | DEBORAH L. PAUL | NEW YORK, N.Y. 10019-6150 | DAMIAN G. DIDDEN | ALISON ZIESKE PREISS |
| THEODORE N. MIRVIS | DAVID C. KARP | | IAN BOCZKO | |
| EDWARD D. HERLIHY | RICHARD K. KIM | TELEPHONE: (212) 403-1000 | MATTHEW M. GUEST | TIJANA J. DVORNIC |
| DANIEL A. NEFF | JOSHUA R. CAMMAKER | FACSIMILE:  (212) 403-2000 | DAVID E. KAHAN | JENNA E. LEVINE |
| ANDREW R. BROWNSTEIN | MARK GORDON | | DAVID K. LAM | RYAN A. McLEOD |
| MARC WOLINSKY | JOSEPH D. LARSON | | BENJAMIN M. ROTH | ANITHA REDDY |
| STEVEN A. ROSENBLUM | JEANNEMARIE O'BRIEN | GEORGE A. KATZ (1965-1989) | JOSHUA A. FELTMAN | JOHN L. ROBINSON |
| JOHN F. SAVARESE | WAYNE M. CARLIN | JAMES H. FOGELSON (1967-1991) | ELAINE P. GOLIN | JOHN R. SOBOLEWSKI |
| SCOTT K. CHARLES | STEPHEN R. DiPRIMA | LEONARD M. ROSEN (1965-2014) | EMIL A. KLEINHAUS | STEVEN WINTER |
| JODI J. SCHWARTZ | NICHOLAS G. DEMMO | | KARESSA L. CAIN | EMILY D. JOHNSON |
| ADAM O. EMMERICH | IGOR KIRMAN | OF COUNSEL | RONALD C. CHEN | JACOB A. KLING |
| RALPH M. LEVENE | JONATHAN M. MOSES | | GORDON S. MOODIE | RAAJ S. NARAYAN |
| RICHARD G. MASON | T. EIKO STANGE | MARTIN J.E. ARMS      ERIC S. ROBINSON | DONGJU SONG | VIKTOR SAPEZHNIKOV |
| DAVID M. SILK | JOHN F. LYNCH | MICHAEL H. BYOWITZ   PATRICIA A. ROBINSON* | BRADLEY R. WILSON | MICHAEL J. SCHOBEL |
| ROBIN PANOVKA | WILLIAM SAVITT | KENNETH B. FORREST   ERIC M. ROTH | GRAHAM W. MELI | ELINA TETELBAUM |
| DAVID A. KATZ | ERIC M. ROSOF | SELWYN B. GOLDBERG   PAUL K. ROWE | GREGORY E. PESSIN | ERICA E. BONNETT |
| ILENE KNABLE GOTTS | GREGORY E. OSTLING | PETER C. HEIN        DAVID A. SCHWARTZ | CARRIE M. REILLY | LAUREN M. KOFKE |
| JEFFREY M. WINTNER | DAVID B. ANDERS | MEYER G. KOPLOW      MICHAEL J. SEGAL | MARK F. VEBLEN | ZACHARY S. PODOLSKY |
| TREVOR S. NORWITZ | ANDREA K. WAHLQUIST | LAWRENCE S. MAKOW    ELLIOTT V. STEIN | VICTOR GOLDFELD | |
| BEN M. GERMANA | ADAM J. SHAPIRO | DOUGLAS K. MAYER     WARREN R. STERN | BRANDON C. PRICE | RACHEL B. REISBERG |
| ANDREW J. NUSSBAUM | NELSON O. FITTS | PHILIP MINDLIN       LEO E. STRINE, JR. | KEVIN S. SCHWARTZ | MARK A. STAGLIANO |
| RACHELLE SILVERBERG | JOSHUA M. HOLMES | DAVID S. NEILL       PAUL VIZCARRONDO, JR. | MICHAEL S. BENN | |
| | | HAROLD S. NOVIKOFF   PATRICIA A. VLAHAKIS | | |
| | | LAWRENCE B. PEDOWITZ AMY R. WOLF | | |

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | ADAM M. GOGOLAK |
| SUMITA AHUJA | NANCY B. GREENBAUM |
| AMANDA K. ALLEXON | MARK A. KOENIG |
| LOUIS J. BARASH | J. AUSTIN LYONS |
| OLIVER J. BOARD | ALICIA C. McCARTHY |
| FRANCO CASTELLI | NEIL M. SNYDER |
| ANDREW J.H. CHEUNG | S. CHRISTOPHER SZCZERBAN |
| PAMELA EHRENKRANZ | JEFFREY A. WATIKER |
| KATHRYN GETTLES-ATWA | |

Direct Dial: (212) 403-1346
Direct Fax: (212) 403-2346
E-Mail: LJBarash@wlrk.com

June 30, 2020

Marc A. Weinstein
Neil J. Oxford
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Re:    True-Up Spreadsheets

Dear Messrs. Weinstein and Oxford:

In accordance with Section 2(e)(i) of the May 28, 2019 Settlement Agreement (the "Settlement Agreement") and in furtherance of what the Covered Parties' Designees believe is their common interest with Skatteforvaltningen ("SKAT"), to exchange confidential information that will contribute substantially to an accurate determination of Gross Reclaims and Net Proceeds, as those terms are defined in the Settlement Agreement, we are enclosing spreadsheets (the "Spreadsheets") on behalf of the Covered Parties' Designees. As discussed, these are revised versions of spreadsheets that were previously provided. The enclosed confidential information relates to the following pension plans:

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**201**

WACHTELL, LIPTON, ROSEN & KATZ

Marc A. Weinstein
Neil J. Oxford
June 30, 2020
Page 2

1. ■
2. ■
3. ■
4. ■
5. ■
6. ■
7. ■
8. ■
9. ■
10. ■
11. ■
12. ■
13. ■
14. ■
15. ■
16. ■
17. ■
18. ■
19. ■
20. ■
21. ■
22. ■
23. ■
24. ■

The Spreadsheets bear production numbers TRUEUP00000056a through TRUEUP00000080a, except there is no TRUEUP00000079a.

The Covered Parties' Designees are providing these materials in reliance on the understanding that if any third party, in any proceeding or inquiry, requests a copy of the Spreadsheets, SKAT will refrain from producing them absent a judicial order, will object to their production, and will promptly give the Covered Parties' Designees notice of the request and an opportunity to intercede to raise its own objections.

Consistent with our prior discussions, the Spreadsheets are to be treated as strictly confidential, and may not be used for any purpose other than the true-up process, or in any proceeding, without the prior express written consent of the Covered Parties' Designees.

By providing the enclosed materials, the Covered Parties' Designees do not intend to and do not waive the protections of the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or confidentiality protection with respect to the materials or

WACHTELL, LIPTON, ROSEN & KATZ

Marc A. Weinstein
Neil J. Oxford
June 30, 2020
Page 3

information enclosed herewith or any other materials or information, and nothing in this letter is intended to waive any applicable privilege or protection available under any law or regulation.

    Of course, if you have any questions with respect to this letter or the enclosed materials, please do not hesitate to contact me (212-403-1346) or Ralph Levene (212-403-1243).

                                    Sincerely,

                                    Louis J. Barash

Enclosure

STEIN_LHOTE0008169

CONFIDENTIAL