North Channel
BANK

*Privatbank seit 1924*

North Channel Bank GmbH & Co. KG | Erthalstraße 1 | Turm B | 55118 Mainz




Mainz, October 27, 2014

**Custody account**
**10CC Pension Plan**

Dear

we hereby confirm the opening of your custody account and current account.
Please note the details as follows:

- custody account no
- current account no

BIC:
IBAN:
North Channel Bank GmbH & Co. KG

If you have any further questions, please do not hesitate to contact us.

Kind regards,

North Channel Bank GmbH & Co. KG




| North Channel Bank | Amtsgericht Mainz | Persönlich haftende Gesellschafterin: | Geschäftsführer: |
|---|---|---|---|
| GmbH & Co. KG | HRA 41054 | North Channel GmbH | Volker Bellmann |
| Erthalstraße 1 | Sitz: Mainz | Amtsgericht Mainz | Uwe Jablonka |
| Bonifaziusturm B | | HRB 42622 | |
| 55118 Mainz | BLZ 100 306 00 | Sitz: Mainz | |
| | BIC: GENODEF1OGK | | |
| Telefon: +49 6131 6693-0 | | | Aufsichtsrats |
| Fax:     +49 6131 6693-200 | USt-ID DE 135932601 | www.northchannelbank.de | David Roffey |

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**202**

Highly Confidential

MPSKAT00030855