

23 Civ. 2508 (NRB)
PLAINTIFFS' EXHIBIT
203

|            | Acc.No.    |           |     █████  |                          |                  |
|------------|-----------|-----------|------------|--------------------------|------------------|
| **Date**   | **Amount** | **Exch rate** | **USD** | **Remarks**           |                  |
| 3/2/2015   | 30.00 €   | 1.1096    | $ 33.29    | cash account charges     | February 2015    |
| 4/2/2015   | 304.82 €  | 1.1096    | $ 338.23   | cash account charges     | March 2015       |
| 5/5/2015   | 779.61 €  | 1.1096    | $ 865.06   | cash account charges     | April 2015       |
| 6/1/2015   | 475.78 €  | 1.1096    | $ 527.93   | cash account charges     | May 2015         |
| 7/1/2015   | 87.50 €   | 1.1096    | $ 97.09    | cash account charges     | June 2015        |
| 8/3/2015   | 85.00 €   | 1.1096    | $ 94.32    | cash account charges     | July 2015        |
| 9/1/2015   | 110.00 €  | 1.1096    | $ 122.06   | cash account charges     | August 2015      |
| 10/1/2015  | 100.00 €  | 1.1096    | $ 110.96   | cash account charges     | September 2015   |
| 11/2/2015  | 35.00 €   | 1.1096    | $ 38.84    | cash account charges     | October 2015     |
| 12/1/2015  | 32.50 €   | 1.1096    | $ 36.06    | cash account charges     | November 2015    |
| 12/30/2015 | 32.50 €   | 1.1096    | $ 36.06    | cash account charges     | December 2015    |
|            | 2,072.71 €|           | $ 2,299.88 |                          |                  |
| 4/22/2015  | 1,500.00 €| 1.1096    | $ 1,664.40 | custody charges          | 1st quarter 2015 |
| 7/22/2015  | 1,500.00 €| 1.1096    | $ 1,664.40 | custody charges          | 2nd quarter 2015 |
| 10/22/2015 | 1,500.00 €| 1.1096    | $ 1,664.40 | custody charges          | 3rd quarter 2015 |
| 6/10/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 6/11/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 6/11/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 7/9/2015   | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 7/9/2015   | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 7/10/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 8/5/2015   | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 8/5/2015   | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 8/6/2015   | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 8/6/2015   | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 8/13/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 8/13/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 9/7/2015   | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 9/8/2015   | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 9/11/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 9/16/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 9/17/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
| 9/22/2015  | 500.00 €  | 1.1096    | $ 554.80   | custody transfer charges |                  |
|            | 13,500.00 €|          | $ 14,979.60|                          |                  |
| 3/2/2015   | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 3/10/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 3/17/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 3/23/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 3/24/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 3/30/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 3/31/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 4/7/2015   | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 4/20/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 4/24/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 5/6/2015   | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 5/7/2015   | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 5/8/2015   | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 5/11/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 5/13/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 5/19/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 6/4/2015   | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 6/10/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 6/11/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 6/11/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 7/9/2015   | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 7/9/2015   | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 7/10/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 8/5/2015   | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 8/5/2015   | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 8/6/2015   | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 8/6/2015   | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 8/12/2015  | 7,500.00 €| 1.1096    | $ 8,322.00 | trade charges            |                  |
| 8/13/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 8/13/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 9/7/2015   | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 9/8/2015   | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 9/11/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 9/16/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 9/17/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
| 9/22/2015  | 500.00 €  | 1.1096    | $ 554.80   | trade charges            |                  |
|            | 144,000.00 €|         | 159,782.40 €|                         |                  |

**TOTALS**     159,572.71 €          $ 177,061.88

OTC COMPENSATION

| Date | Amount | Total |
|---|---|---|
| 6/10/2015 | 222,567.29 € | |
| 6/11/2015 | 2,319,836.14 € | |
| 6/11/2015 | 718,220.01 € | |
| 7/9/2015 | -2,996,939.68 € | |
| 7/9/2015 | -1,763,499.34 € | |
| 7/10/2015 | -7,870,633.83 € | -12,631,072.85 € |
| 8/5/2015 | -492,698.46 € | |
| 8/5/2015 | 230,824.24 € | |
| 8/6/2015 | -443,713.84 € | |
| 8/6/2015 | -632,503.95 € | |
| 8/13/2015 | 3,613,920.08 € | |
| 8/13/2015 | 11,024,231.49 € | 13,300,059.56 € |
| 9/7/2015 | -1,267,424.64 € | |
| 9/8/2015 | 433,546.44 € | |
| 9/11/2015 | 6,356,679.27 € | |
| 9/16/2015 | -38,632,660.65 € | |
| 9/17/2015 | 4,424,094.37 € | |
| 9/22/2015 | -435,938.69 € | -29,121,703.90 € |

TAX RECLAIM RECEIVED

| | | |
|---|---|---|
| 5/13/2015 | 4,763,248.19 | 4,763,248.19 |
| 6/8/2015 | 129,993.27 | 129,993.27 |