# North Channel Bank GmbH & Co. KG

Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0
Bankleitzahl 100 306 00

North Channel Bank GmbH & Co. KG
Erthalstraße 1 B, 55118 Mainz

Kontokorrent
EUR-Konto          Kontonummer

**Kontoauszug**                   Nr.   4/2015
erstellt am 30.06.2015  21:11   Blatt   1 von 3

IBAN:                              BIC:

| Bu-Tag | Wert | Vorgang | | |
|---|---|---|---:|---|
| | | alter Kontostand vom 29.05.2015 | 4.631.619,65 | H |
| 01.06. | 31.05. | Abschluss lt. Anlage 1 PN:905 | 475,78 | S |
| 03.06. | 02.06. | siehe Anlage 2 PN:935 | 464.294,30 | S |
| 04.06. | 04.06. | EFFEKTEN PN:931 | 373.200,00 | H |
| | | NORTH CHANNEL BANK GMB | | |
| | | Konto:         BLZ: | | |
| | | DEPOT | | |
| | | WP-ERTRÄGNISGUTSCHRIFT    DEPOT-NR | | |
| | | DELHAIZE GRP P.S.     ISIN | | |
| | | ABRECHNUNGSTAG    03.06.2015 MENGE    311000,0000 | | |
| | | AUFTR.-NR. | | |
| 04.06. | 04.06. | STOCK LOAN CASH COLLATERAL PN:6020 | 25.362.050,00 | H |
| 04.06. | 04.06. | REDUCTION OF COLLATERAL PN:6020 | 373.200,00 | S |
| | | AS PER STOCK LOAN | | |
| 04.06. | 04.06. | EFFEKTEN PN:931 | 25.369.550,00 | S |
| | | NORTH CHANNEL BANK GMB | | |
| | | Konto:         BLZ: | | |
| | | DEPOT | | |
| | | WERTPAPIERABRECHNUNG    DEPOT-NR | | |
| | | DELHAIZE GRP P.S.     ISIN | | |
| | | HANDELSTAG    01.06.2015 MENGE    311000,0000 | | |
| | | KURS              AUFTR.-NR. | | |
| 08.06. | 08.06. | EU-STANDARDÜBERWEISG PN:931 | 129.993,27 | H |
| | | Konto:         BLZ: | | |
| | | /ERST | | |
| 10.06. | 10.06. | NET CASH SETTLEMENT OF OTC PN:6020 | 222.567,29 | H |
| | | FORWARD CONTRACT FOR TDC DCISIN | | |
| 10.06. | 10.06. | EFFEKTEN PN:931 | 35.036.279,88 | H |
| | | NORTH CHANNEL BANK GMB | | |
| | | Konto:         BLZ: | | |
| | | DEPOT | | |
| | | WERTPAPIERABRECHNUNG    DEPOT-NR | | |
| | | TDC A/S  NAM.  DK 1  ISIN | | |
| | | HANDELSTAG    08.06.2015 MENGE | | |
| | | KURS              AUFTR.-NR. | | |
| | | Übertrag auf Blatt 2 | 39.548.190,01 | H |

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**204**

4164
000
K00000067
5I

Bitte beachten Sie die Hinweise auf der Rückseite!

**North Channel Bank GmbH & Co. KG**

Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0
Bankleitzahl 100 306 00

Kontokorrent
EUR-Konto

**Kontoauszug**   Nr. 4/2015
erstellt am 30.06.2015  21:11   Blatt 2 von 3

```
Bu-Tag  Wert   Vorgang
                                        Übertrag von Blatt 1           39.548.190,01 H
10.06.  10.06. EFFEKTEN PN:931                                                500,00 S
               NORTH CHANNEL BANK GMB
               Konto:           BLZ:
               DEPOT
               DEPOTÜBERTRAG              DEPOT-NR
               TDC A/S  NAM.    DK 1  ISIN
               HANDELSTAG       10.06.2015MENGE
               KURS                       AUFTR.-NR.
10.06.  09.06. siehe Anlage 3 PN:935                                       19.083,62 S
10.06.  10.06. TERMINATION FEES FOR STOCK PN:6020                          35.253,84 S
               LOAN TDC DC -
10.06.  10.06. RETURN OF CASH COLLATERAL PN:6020                       35.259.347,18 S
               FOR STOCK LOAN, NET STOCK  LOAN INTEREST AND FEES, AND
               BREAKAGE
11.06.  11.06. NET CASH SETTLEMENT OF OTC PN:6020                         718.220,01 H
               FORWARD CONTRACT FOR
11.06.  11.06. NET CASH SETTLEMENT OF OTC PN:6020                       2.319.836,14 H
               FORWARD CONTRACT FOR
11.06.  11.06. EFFEKTEN PN:931                                          8.153.206,14 H
               NORTH CHANNEL BANK GMB
               Konto:           BLZ:
               DEPOT
               WERTPAPIERABRECHNUNG       DEPOT-NR
               TRYG AS NAM.     DK 25 ISIN
               HANDELSTAG       09.06.2015MENGE
               KURS                       AUFTR.-NR.
11.06.  11.06. EFFEKTEN PN:931                                         58.320.653,79 H
               NORTH CHANNEL BANK GMB
               Konto:           BLZ:
               DEPOT
               WERTPAPIERABRECHNUNG       DEPOT-NR
               NOVOZYMES A/S NAM. B DK 2  ISIN
               HANDELSTAG       09.06.2015MENGE
               KURS                       AUFTR.-NR.
11.06.  11.06. EFFEKTEN PN:931                                                500,00 S
               NORTH CHANNEL BANK GMB
               Konto:           BLZ:
               DEPOT
               DEPOTÜBERTRAG              DEPOT-NR
               TRYG AS NAM.     DK 25 ISIN
               HANDELSTAG       11.06.2015MENGE
               KURS                       AUFTR.-NR.

                                        Übertrag auf Blatt 3           73.745.421,45 H
```

4164
000
K00000067

Bitte beachten Sie die Hinweise auf der Rückseite!

Highly Confidential

**North Channel Bank GmbH & Co. KG**

Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0
Bankleitzahl 100 306 00

Kontokorrent
EUR-Konto

**Kontoauszug**  Nr.  4/2015
erstellt am 30.06.2015  21:11  Blatt  3 von 3

| Bu-Tag | Wert | Vorgang | | |
|---|---|---|---|---|
| | | Übertrag von Blatt 2 | 73.745.421,45 | H |
| 11.06. | 11.06. | EFFEKTEN PN:931<br>NORTH CHANNEL BANK GMB<br>Konto:         BLZ:<br>DEPOT<br>DEPOTÜBERTRAG         DEPOT-NR<br>NOVOZYMES A/S NAM. B DK 2   ISIN<br>HANDELSTAG     11.06.2015MENGE<br>KURS             AUFTR.-NR. | 500,00 | S |
| 11.06. | 11.06. | TERMINATION FEES FOR STOCK PN:6020<br>OF | 4.676,73 | S |
| 11.06. | 11.06. | TERMINATION FEES PN:6020<br>FOR STOCK LOAN<br>ISIN | 6.650,91 | S |
| 11.06. | 11.06. | RETURN OF CASH COLLATERAL PN:6020<br>FOR STOCK LOAN, NET STOCK  LOAN INTEREST AND FEES, AND<br>BREAKAGE | 10.473.542,28 | S |
| 11.06. | 11.06. | RETURN OF CASH COLLATERAL PN:6020<br>FOR STOCK LOAN, NET STOCK  LOAN INTEREST AND FEES, AND<br>BREAKAGE | 59.039.373,80 | S |
| | | neuer Kontostand vom 30.06.2015 | 4.220.677,73 | H |

4164
000
K00000067

Bitte beachten Sie die Hinweise auf der Rückseite!

Highly Confidential

MPSKAT00018276

**North Channel Bank GmbH & Co. KG**

Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0
Bankleitzahl 100 306 00

Kontokorrent
EUR-Konto

**Anlage**   1   zu Auszug   4/2015
erstellt am 30.06.2015  21:11   Blatt   1 von 1

Buchungstag:  01.06.2015
Wert:         31.05.2015
Kontoabschluss vom 01.05.2015 bis 31.05.2015 für Konto
11,75000% Sollzinsen aus 11590 Zinszahlen           bis 31.05        378,28 S
  2,50    Buchungsposten     Stck  27               bis 31.05         67,50 S
          Kontoführungsgebühr                       bis 31.05         30,00 S

Rechnung Nr.
USt. IdNr. - DE
USt.-befreite Finanzdienstleistung

**Summe Abschlussposten in EUR**                                    475,78 S

Dieser Abschluss gilt als anerkannt, wenn Sie uns nicht innerhalb von 6 Wochen Ihre Ein-
wendungen anzeigen; wir verweisen auf Ziffer 7 unserer Allgemeinen Geschäftsbedingungen.

*Zweitschrift*

4164
000
K00000067   Bitte beachten Sie die Hinweise auf der Rückseite!

Highly Confidential                                               MPSKAT00018277

**North Channel Bank GmbH & Co. KG**

Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0
Bankleitzahl 100 306 00

Kontokorrent
EUR-Konto

Anlage   2           zu Auszug   4/2015
erstellt am 30.06.2015  21:11   Blatt   1 von 1

AUSLANDSZAHL. UEBERW                                                   464.294,30 S

Buchungstag:   03.06.2015
Wert:          02.06.2015
Zahlungsempf.:
               Konto:          BLZ:
Zahlungspfl.:
               Konto:          BLZ:
Text:          Zahlungsauftrag
               TRN/Re-Nr.
               USD      500.000,00     Kurs    EUR/USD   1,077300
               EUR      464.123,27
               Verwendungszweck:       Distribution under partners
               hip                     agreement
               Abrechnung:
               Courtage                EUR               116,03
               Normalzahlung FW - Prov. EUR               20,00
               OUR-Zuschlag USD weltweit EUR              35,00
               Endbetrag               EUR           464.294,30
               OUR -Spesen z.L. Auftragg.
               Begünstigter:           /4008715740

               Konto bei:
               USt-IdNr.:
               USt-befreite Finanzdienstl.
               Wir verweisen auf die evtl.Meldepflicht nach der
               Außenwirtschaftsverordnung.Informationen unter der
               kostenfreien Rufnummer

4164
000
K00000067              Bitte beachten Sie die Hinweise auf der Rückseite!

Highly Confidential                                                     MPSKAT00018278

**North Channel Bank GmbH & Co. KG**

Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0
Bankleitzahl 100 306 00

Kontokorrent
EUR-Konto

Anlage    3    zu Auszug    4/2015
erstellt am 30.06.2015  21:11    Blatt    1 von 1

AUSLANDSZAHL. UEBERW                                                                19.083,62 S

```
Buchungstag:    10.06.2015
Wert:           09.06.2015
Zahlungsempf.:
                Konto:              BLZ:
Zahlungspfl.:
                Konto:              BLZ:
Text:           Zahlungsauftrag
                TRN/Re-Nr.
                USD         20.833,00    Kurs    EUR/USD    1,095400
                EUR         19.018,62
                Verwendungszweck:           Distribution under partners
                hip                         agreement
                Abrechnung:
                Courtage                    EUR                10,00
                Normalzahlung FW - Prov.    EUR                20,00
                OUR-Zuschlag USD weltweit   EUR                35,00
                Endbetrag                   EUR            19.083,62
                OUR -Spesen z.L. Auftragg.
                Begünstigter:               /7362304326
                10CC Trust
                n,
                Konto bei:
                USt-IdNr.: DE
                USt-befreite Finanzdienstl.
                Wir verweisen auf die evtl.Meldepflicht nach der
                Außenwirtschaftsverordnung.Informationen unter der
                kostenfreien Rufnummer
```

*Zweitschrift*

4164
000
K00000067

Bitte beachten Sie die Hinweise auf der Rückseite!

Highly Confidential                                                            MPSKAT00018279