**2016**

| | January | February | March | April | May | June | July | August | September | October | November | December | EUR Totals | Fed Res Yr Avg | USD Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reclaims Received | | | | | | | | | | | | | € - | | $ - |
| NCB Expenses / Deductions | € (1,535.00) | € (32.50) | € (32.50) | € (1,535.00) | € (32.50) | € (32.50) | € (1,535.00) | € (32.50) | € (32.50) | € (1,535.00) | € (32.50) | € (32.50) | € (6,400.00) | 1.1072 | $ (7,086.08) |
| Trading Gains / Losses | | | | | | | | | | | | | € - | | $ - |

**Wires Received:**

| Counter-Party Name | Amount | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | € (1,535.00) | € - | € - | € - | € - | € - | € - | € - | € - | € - | € - | € - |

**Wires Sent:**

| Counter-Party Name | Amount | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | € - | € - | € - | € - | € - | € - | € - | € - | € - | € - | € - | € - |

| Total Cash Balance in NCB Account | € 2,274,870.43 | € 2,273,335.43 | € 2,273,302.93 | € 2,273,270.43 | € 2,271,735.43 | € 2,271,702.93 | € 2,271,670.43 | € 2,270,135.43 | € 2,270,102.93 | € 2,270,070.43 | € 2,268,535.43 | € 2,268,502.93 | € 2,268,470.43 |

Determining currency gain/loss:

$ 2,470,281.80  2015 cash balance in USD
$ (7,086.08)  2016 cash transactions
$ 2,463,195.72  Ending cash

| EUR balance at 12/31/16 | 2,268,470.43 € |
|---|---|
| Federal Reserve 12/31/16 spot rate | 1.0552 |
| **USD balance** | **$ 2,393,690.00** |

$ 2,393,690.00  2016 cash balance as should be
$ (69,505.72)  adjustment needed (currency gain/loss)

Net Income    $ (76,591.80)



23 Civ. 2508 (NRB)
PLAINTIFFS' EXHIBIT
**205**

**Acc.No.** ▮

| Date | EUR | Avg. Exch rate | USD | Remarks | |
|---|---|---|---|---|---|
| 1/29/2016 | € 35.00 | 1.1072 | $ 38.75 | cash account charges | January 2016 |
| 2/29/2016 | € 32.50 | 1.1072 | $ 35.98 | cash account charges | February 2016 |
| 3/31/2016 | € 32.50 | 1.1072 | $ 35.98 | cash account charges | March 2016 |
| 4/29/2016 | € 35.00 | 1.1072 | $ 38.75 | cash account charges | April 2016 |
| 5/31/2016 | € 32.50 | 1.1072 | $ 35.98 | cash account charges | May 2016 |
| 6/30/2016 | € 32.50 | 1.1072 | $ 35.98 | cash account charges | June 2016 |
| 7/29/2026 | € 35.00 | 1.1072 | $ 38.75 | cash account charges | July 2016 |
| 8/31/2016 | € 32.50 | 1.1072 | $ 35.98 | cash account charges | August 2016 |
| 9/30/2016 | € 32.50 | 1.1072 | $ 35.98 | cash account charges | September 2016 |
| 10/31/2016 | € 35.00 | 1.1072 | $ 38.75 | cash account charges | October 2016 |
| 11/30/2016 | € 32.50 | 1.1072 | $ 35.98 | cash account charges | November 2016 |
| 12/30/2016 | € 32.50 | 1.1072 | $ 35.98 | cash account charges | December 2016 |
| | € 400.00 | | $ 442.88 | | |
| 1/28/2016 | € 1,500.00 | 1.1072 | $ 1,660.80 | custody charges | 4th quarter 2015 |
| 4/22/2016 | € 1,500.00 | 1.1072 | $ 1,660.80 | custody charges | 1st quarter 2016 |
| 7/22/2016 | € 1,500.00 | 1.1072 | $ 1,660.80 | custody charges | 2nd quarter 2016 |
| 10/24/2016 | € 1,500.00 | 1.1072 | $ 1,660.80 | custody charges | 3rd quarter 2016 |
| | € 6,000.00 | | $ 6,643.20 | | |
| **SUM** | **€ 6,400.00** | | **$ 7,086.08** | | |

NO OTC COMPENSATION

NO TAX RECLAIM RECEIVED