**North Channel Bank GmbH & Co. KG**
Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0
Bankleitzahl 100 306 00

North Channel Bank GmbH & Co. KG
Erthalstraße 1 B, 55118 Mainz

Kontokorrent
EUR-Konto

**Kontoauszug**                     Nr.  1/2017
erstellt am 31.01.2017  21:58   Blatt  1 von 1

IBAN:                                 BIC:

| Bu-Tag | Wert | Vorgang | | |
|---|---|---|---|---|
| | | alter Kontostand vom 30.12.2016 | 2.268.470,43 | H |
| 30.01. | 30.01. | DEPOTGEBUEHR PN:925 | 1.500,00 | S |
| | | NORTH CHANNEL BANK GMB | | |
| | | Konto:         BLZ: | | |
| | | DEPOTENTGELT | | |
| | | DEPOTNR.:          01.10.2016 bis 31.12.2016 | | |
| 31.01. | 31.01. | Abschluss lt. Anlage 1 PN:905 | 35,00 | S |
| | | neuer Kontostand vom 31.01.2017 | 2.266.935,43 | H |

*Zweitschrift*

4164
000
K00000025
5I

Bitte beachten Sie die Hinweise auf der Rückseite!

Highly Confidential

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**206**

MPSKAT00054967

**North Channel Bank GmbH & Co. KG**

Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0
Bankleitzahl 100 306 00

Kontokorrent
EUR-Konto

**Anlage**   1    zu Auszug   1/2017
erstellt am 31.01.2017  21:58   Blatt   1 von 1

```
Buchungstag:   31.01.2017
Wert:          31.01.2017
Kontoabschluss vom 30.12.2016 bis 31.01.2017 für Konto
   2,50    Buchungsposten    St.    2           bis 31.01.              5,00 S
           Kontoführungsgebühr                   bis 31.01.             30,00 S
Rechnung Nr.
USt. IdNr. -
USt.-befreite Finanzdienstleistung
```

                        Summe Abschlussposten in EUR            35,00 S

Dieser Abschluss gilt als anerkannt, wenn Sie uns nicht innerhalb von 6 Wochen Ihre Einwendungen anzeigen; wir verweisen auf Ziffer 7 unserer Allgemeinen Geschäftsbedingungen.

*Zweitschrift*

4164
000
K00000025

Bitte beachten Sie die Hinweise auf der Rückseite!

Highly Confidential

MPSKAT00054968