**North Channel Bank GmbH & Co. KG**

Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0

Bankleitzahl 100 306 00

North Channel Bank GmbH & Co. KG
Erthalstraße 1 B, 55118 Mainz

Kontokorrent
EUR-Konto

**Kontoauszug**   Nr. 4/2017
erstellt am 28.04.2017  23:21   Blatt  1 von 1

IBAN:   BIC:

| Bu-Tag | Wert | Vorgang | | |
|---|---|---|---|---|
| | | alter Kontostand vom 31.03.2017 | 2.266.870,43 | H |
| 24.04. | 24.04. | DEPOTGEBUEHR PN:925 | 1.500,00 | S |
| | | NORTH CHANNEL BANK GMB | | |
| | | Konto:    BLZ: | | |
| | | DEPOTENTGELT | | |
| | | DEPOTNR.:    01.01.2017 bis 31.03.2017 | | |
| 28.04. | 30.04. | Abschluss lt. Anlage 1 PN:905 | 35,00 | S |
| | | neuer Kontostand vom 28.04.2017 | 2.265.335,43 | H |

Bitte beachten Sie die Hinweise auf der Rückseite!

4164
000
K00000015

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**207**

Highly Confidential

MPSKAT00055476

**North Channel Bank GmbH & Co. KG**

Erthalstraße 1 B, 55118 Mainz, Tel. 06131/6693-0

Bankleitzahl 100 306 00

Kontokorrent
EUR-Konto

**Anlage** 1 zu Auszug 4/2017
erstellt am 28.04.2017 23:21 Blatt 1 von 1

Buchungstag: 28.04.2017
Wert: 30.04.2017
Kontoabschluss vom 31.03.2017 bis 30.04.2017 für Konto
 2,50   Buchungsposten   St.   2              bis 30.04.       5,00 S
        Kontoführungsgebühr                    bis 30.04.      30,00 S

Rechnung Nr.
USt. IdNr. -
USt.-befreite Finanzdienstleistung

Summe Abschlussposten in EUR                                  35,00 S

4164
000
K00000015

Bitte beachten Sie die Hinweise auf der Rückseite!

Highly Confidential