Asservat 1.1.28.26    59-02-00-12    11



North Channel Bank
Privatbank seit 1924

North Channel Bank GmbH & Co. KG | Erthalstraße 1 | Turm B | 55118 Mainz

Contact: Thomas Hornung
Securities Services
Phone: +49 6131 6693-132
Email: thomas.hornung@northchannelbank.de

By e-mail in advance

Mainz, April 25, 2016

**Revocation of Overdraft Facility**

Dear Mr.

we noticed that you had no trading activities on your custody account for the last six month. Therefore we have revoked your overdraft facility in the amount of EUR 130,000.00.

Please feel free to re-apply for a new overdraft facility at any time you restart trading activities at North Channel Bank.

If you have any further questions, please do not hesitate to contact us.

Kind regards,

North Channel Bank GmbH & Co. KG




North Channel Bank
GmbH & Co. KG
Erthalstraße 1
Bonifaziusturm B
55118 Mainz

Telefon: +49 6131 6693-0
Fax:     +49 6131 6693-200

Amtsgericht Mainz
HRA 41054
Sitz Mainz

BLZ 100 306 00
BIC: GENODEF1OGK

USt-ID DE 135932601

Persönlich haftende Gesellschafterin:
North Channel GmbH
Amtsgericht Mainz
HRB 42622
Sitz Mainz

www.northchannelbank.de

Geschäftsführer:
Volker Bellmann
Uwe Jablonka

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**208**