

### North Channel Bank
*Privatbank seit 1924*

North Channel Bank GmbH & Co. KG · Erthalstraße 1 · Turm B · D-55118 Mainz

Contact: Thomas Hornung
Securities Services
Phone: +49 6131 6693-132
Email: thomas.hornung@northchannelbank.de

Mainz, December 15, 2016

**Your custody account no.** ▮▮▮▮▮▮
**Your Euro-cash-account no.** ▮▮▮▮▮▮

Dear Mr. ▮▮▮▮

We have recognized that neither your custody account nor your cash account has had any
transactions for over a year now (except our fees).
Please check and advise, if you would like to keep your accounts.

For your custody account we are currently charging you with a minimum fee of € 1,500.— per quarter.
Your cash account is actually showing a balance of € 2,268,502.93 credit. By the end of this month
we will charge you with the custody fees for the forth quarter 2016 and the monthly cash account fees.

Therefore, your cash account will show a balance of estimated
€ 2,266,874.93 credit as of December 31, 2016.

If you plan to close your accounts with us, please provide us with the respective information
including an account to which we should transfer the balance.

Kind regards,

North Channel Bank GmbH & Co. KG




23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**209**

North Channel Bank GmbH & Co. KG · Erthalstraße 1, Bonifaziusturm B · D-55118 Mainz · Telefon +49 6131 6693-0 · Telefax +49 6131 6693-200
www.northchannelbank.com · Amtsgericht Mainz · HRA 41054 · Sitz Mainz · BIC: GENODEF1OGK · USt-ID: DE 135932601
Persönlich haftende Gesellschafterin: North Channel GmbH · Amtsgericht Mainz · HRB 42622 · Sitz Mainz · Geschäftsführer: Volker Beilmann, Uwe Jeblonka