

# INVOICE - LFPGCustodian

**Client Account:**
**Date: 31 May 2015**
Invoice Period: 1 May – 31 May 2015

| Ticket # | Underlying Security | Description | Fee |
|---|---|---|---|
|  |  | Custodian Equity Settlement | 45 |
|  |  | Forward Contract Settlement | 100 |
|  |  | Stock Loan Settlement | 100 |
|  |  | Custodian Equity Settlement | 45 |
|  |  | Forward Contract Settlement | 100 |
|  |  | Stock Loan Settlement | 100 |
|  |  | Custodian Equity Settlement | 45 |
|  |  | Forward Contract Settlement | 100 |
|  |  | Stock Loan Settlement | 100 |
|  |  | Custodian Equity Settlement | 45 |
|  |  | Forward Contract Settlement | 100 |



23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**212**

Highly Confidential                                              MPSKAT00016594

| | | | |
|---|---|---|---|
| ██████████ | | Stock Loan Settlement | 100 |
| | | Custodian Equity Settlement | 45 |
| | | Forward Contract Settlement | 100 |
| | | Stock Loan Settlement | 100 |
| | | Custodian Equity Settlement | 45 |
| | | Forward Contract Settlement | 100 |
| | | Stock Loan Settlement | 100 |
| | | Custodian Equity Settlement | 45 |
| | | Forward Contract Settlement | 100 |
| | | Stock Loan Settlement | 100 |
| Sub Total Equity | | | 315 |
| Sub Total Forward Contracts | | | 700 |
| Sub Total Stock Loans | | | 700 |
| LFP Global Custodian Monthly Charge | | | 2000 |

**Total Invoice Value EUR:**                                                                 **3,715.00**

Highly Confidential

### Solo Capital

10 Exchange Square, Primrose Street
London EC2A 2EN

| | |
|---|---|
| Invoice Date | 13 November 2013 |
| For Invoice Period | October 2013 |
| Invoice Number | |
| Account Number | |
| To | |

PAID NOV 1 8 2013 ✓

Address



Description

| | Amount |
|---|---|
| **Belgium** | |
| Futures exchange fees for the month | € 300.00 |
| Futures clearing fees for the month | € 3,000.00 |
| Equity clearing fees for the month | € 53.32 |
| | € 3,353.32 |
| **Custody Fee** | |
| Custody fees for the month | € 1,250.00 |
| **Total amount in Euro due** | € 4,603.32 |
| **Total amount due converted in US Dollars** | US$ 6,260.05 |

FX rate Euro to US Dollars : 1.3599 dt 31/10/2013
Source : Bloomberg

| | |
|---|---|
| Solo Capital Contact | Jessica Spoto |
| Contact Telephone | 0044 (0) 207 382 4948 |
| Contact Email | custody@solo.com |

Amount due on invoice date.
Please remit payments by wire transfer to:



| | USD |
|---|---|
| Sort code | |
| Account number | |
| IBAN code | |
| SWIFT code | |

Please be advised that Solo Capital Partners LLP are not liable for any bank charges relating to the receipt of monies.

Highly Confidential

MPSKAT00163991