

# Solo Capital

10 Exchange Square
Primrose Street
London
EC2A 2EN

■■■ - DKK Account

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01-Jan-14 | Cash | Opening Balance | 0.00 | | 0.00 |
| 04-Oct-13 | Cash | Acupay Tax Reclaim | 1,986,187.50 | | 1,986,187.50 |
| 04-Oct-13 | Cash | Bank Charge | | -9.11 | 1,986,178.39 |
| 07-Oct-13 | Cash | GSS Invoice | | -1,324,191.21 | 661,987.18 |
| 04-Oct-13 | Cash | Bank Charge | | -22.77 | 661,964.41 |
| 08-Oct-13 | Cash | FX to USD @ 5.5963 | | -661,964.41 | 0.00 |
| 02-Jan-14 | Cash | Acupay Tax Reclaim | 1,274,091.41 | | 1,274,091.41 |
| 02-Jan-14 | Cash | GSS Invoice 114 | | -849,436.75 | 424,654.66 |
| 08-Jan-14 | Cash | FX to USD @ 5.469243 | | -424,654.66 | 0.00 |
| 05-Feb-14 | Cash | Acupay Tax Reclaim | 1,836,922.50 | | 1,836,922.50 |
| 05-Feb-14 | Cash | GSS Invoice 154 | | -1,224,676.23 | 612,246.27 |
| 10-Feb-14 | Cash | FX to USD @ 5.47773 | | -612,246.27 | 0.00 |
| 22-Jan-14 | Cash | Acupay Reclaim Diff for NZYMB | | -67,505.18 | -67,505.18 |
| 23-Jan-15 | Invoice | Credit Note 00007 - APPLIED ON BEHALF | 45,005.70 | | -22,499.48 |
| 03-Feb-15 | | Closing Balance | | | -22,499.48 |

■■■ - USD Account

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01-Oct-13 | Cash | Opening Balance | 0.00 | | 0.00 |
| 08-Oct-13 | Cash | FX from DKK @ 5.5963 | 118,286.99 | | 118,286.99 |
| 15-Oct-13 | Cash | Payment to ■■■ | | -86,588.07 | 31,698.92 |
| 15-Oct-13 | Cash | Bank Charge | | -24.67 | 31,674.25 |
| 15-Oct-13 | Cash | Inv GSS1378 & GSS1323 to SCPLLP | | -31,674.25 | 0.00 |
| 15-Oct-13 | Cash | Residual | 0.12 | | 0.12 |
| 08-Nov-13 | Trade | Trading Fees @ 1.3367 | | -2,450.59 | -2,450.47 |
| 12-Nov-13 | Trade | Trading Fees @ 1.3442 | | -6,223.46 | -8,673.93 |
| 13-Nov-13 | Trade | Trading Fees @ 1.3454 | | -1,158.81 | -9,832.74 |
| 14-Nov-13 | Cash | Cash Receipt from MIC01 | 29,990.12 | | 20,157.38 |
| 14-Nov-13 | Trade | Trading Fees @ 1.3472 | | -2,777.00 | 17,380.38 |
| 18-Nov-13 | Trade | Trading Fees @ 1.3508 | | -2,989.74 | 14,390.64 |
| 19-Nov-13 | Trade | Trading Fees @ 1.3536 | | -7,017.90 | 7,372.74 |
| 26-Nov-13 | Trade | Trading Fees @ 1.3557 | | -3,726.30 | 3,646.44 |
| 27-Nov-13 | Trade | Trading Fees @ 1.357 | | -118.48 | 3,527.96 |
| 29-Nov-13 | Trade | Trading Fees @ 1.3591 | | -4,740.96 | -1,213.00 |
| 30-Nov-13 | Trade | Custody Fee November 13 @ 1.3591 | | -1,698.88 | -2,911.88 |
| 02-Dec-13 | Trade | Trading Fees @ 1.3551 | | -4,816.95 | -7,728.83 |
| 03-Dec-13 | Cash | Residual Write-Off | | -0.06 | -7,728.89 |
| 04-Dec-13 | Cash | Cash Receipt from ■■■ | 49,964.88 | | 42,235.99 |
| 05-Dec-13 | Trade | Trading Fees @ 1.3665 | | -4,688.69 | 37,547.30 |
| 10-Dec-13 | Trade | Trading Fees @ 1.3769 | | -5,675.77 | 31,871.53 |
| 11-Dec-13 | Trade | Trading Fees @ 1.3803 | | -4,814.54 | 27,056.99 |
| 12-Dec-13 | Trade | Trading Fees @ 1.3748 | | -6,363.32 | 20,693.67 |
| 18-Dec-13 | Trade | Trading Fees @ 1.3756 | | -8,482.19 | 12,211.48 |
| 31-Dec-13 | Trade | Custody Fee December 13 @ 1.3789 | | -1,723.63 | 10,487.85 |
| 08-Jan-14 | Cash | FX from DKK @ 5.469243 | 77,644.14 | | 88,131.99 |
| 10-Jan-14 | Cash | Credit for Overpayment of Dec'12 & Jan'13 Invoice | 1,587.00 | | 89,718.99 |
| 13-Jan-14 | Cash | Transfer from Cash Account for Trading Fees | | -19,512.15 | 70,206.84 |
| 13-Jan-14 | Cash | Transfer from Cash Account for Trading Fees | 19,512.15 | | 89,718.99 |
| 15-Jan-14 | Cash | Payment to ■■■ | | -39,718.99 | 50,000.00 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regu■■
Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

23 Civ. 2508 (NRB)
**PLAINTIFFS' EXHIBIT**
**213**



10 Exchange Square
Primrose Street
London
EC2A 2EN

# Solo Capital

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 15-Jan-14 | Cash | Bank Charge | | -32.07 | 49,967.93 |
| 31-Jan-14 | Trade | Custody Fee January 14 @ 1.3486 | | -1,685.75 | 48,282.18 |
| 10-Feb-14 | Cash | FX to USD @ 5.47773 | 111,770.07 | | 160,052.25 |
| 10-Feb-14 | Cash | Payment to MIC01 | | -110,052.25 | 50,000.00 |
| 26-Feb-14 | Trade | Trading Fees @ 1.3672 | | -4,122.11 | 45,877.89 |
| 28-Feb-14 | Trade | Custody Fee February 14 @ 1.3802 | | -2,070.30 | 43,807.59 |
| 06-Mar-14 | Trade | Trading Fees @ 1.3859 | | -4,178.49 | 39,629.10 |
| 18-Mar-14 | Trade | Trading Fees @ 1.3922 | | -4,197.48 | 35,431.62 |
| 19-Mar-14 | Trade | Trading Fees @ 1.3916 | | -4,195.67 | 31,235.95 |
| 20-Mar-14 | Trade | Trading Fees @ 1.3776 | | -8,389.58 | 22,846.37 |
| 26-Mar-14 | Cash | Cash Receipt from MIC01 | 39,965.09 | | 62,811.46 |
| 31-Mar-14 | Trade | Trading Fees @ 1.3772 | | -8,345.83 | 54,465.63 |
| 31-Mar-14 | Trade | TAS Platform Fee March 14 @ 1.3772 | | -2,065.80 | 52,399.83 |
| 03-Apr-14 | Trade | Trading Fees @ 1.3721 | | -5,513.83 | 46,886.00 |
| 08-Apr-14 | Trade | Trading Fees @ 1.3796 | | -689.80 | 46,196.20 |
| 30-Apr-14 | Trade | TAS Platform Fee April 14 @ 1.3866 | | -2,079.90 | 44,116.30 |
| 08-May-14 | Trade | Trading Fees @ 1.3861 | | -4,179.09 | 39,937.21 |
| 08-May-14 | Trade | Trading Fees @ 1.3861 (Charity Donation) | | -4,179.09 | 35,758.12 |
| 13-May-14 | Trade | Trading Fees @ 1.3699 | | -684.95 | 35,073.17 |
| 30-May-14 | Trade | TAS Platform Fee May 14 @ 1.3635 | | -2,045.25 | 33,027.92 |
| 03-Jun-14 | Trade | Trading Fees @ 1.3633 | | -4,792.00 | 28,235.92 |
| 04-Jun-14 | Trade | Trading Fees @ 1.3608 | | -9,566.42 | 18,669.50 |
| 10-Jun-14 | Trade | Trading Fees @ 1.3546 | | -9,522.84 | 9,146.66 |
| 11-Jun-14 | Trade | Trading Fees @ 1.3536 | | -4,839.10 | 4,307.56 |
| 23-Jun-14 | Cash | Cash Receipt from MIC01 | 18,964.77 | | 23,272.33 |
| 30-Jun-14 | Trade | TAS Platform Fee June 14 @ 1.369 | | -2,053.50 | 21,218.83 |
| 31-Jul-14 | Trade | TAS Platform Fee July 14 @ 1.3385 | | -2,007.75 | 19,211.08 |
| 04-Aug-14 | Cash | Cash Receipt from MIC01 | 38,964.90 | | 58,175.98 |
| 07-Aug-14 | Trade | Trading Fees @ 1.3351 | | -4,025.33 | 54,150.65 |
| 28-Aug-14 | Trade | Trading Fees @ 1.3175 | | -5,318.77 | 48,831.88 |
| 31-Aug-14 | Trade | TAS Platform Fee August 14 @ 1.3132 | | -1,969.80 | 46,862.08 |
| 03-Sep-14 | Trade | Trading Fees @ 1.3141 | | -4,638.77 | 42,223.31 |
| 08-Sep-14 | Trade | Trading Fees @ 1.2934 | | -9,092.60 | 33,130.71 |
| 30-Sep-14 | Trade | TAS Platform Fee September 14 @ 1.2629 | | -1,894.35 | 31,236.36 |
| 31-Oct-14 | Trade | TAS Platform Fee October 14 @ 1.2525 | | -1,878.75 | 29,357.61 |
| 05-Nov-14 | Trade | Trading Fees @ 1.2492 | | -4,390.94 | 24,966.67 |
| 30-Nov-14 | Trade | TAS Platform Fee November 14 @ 1.2452 | | -1,867.80 | 23,098.87 |
| 31-Dec-14 | Trade | TAS Platform Fee December 14 @ 1.2098 | | -1,814.70 | 21,284.17 |
| 03-Feb-15 | | Closing Balance | | | 21,284.17 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

Highly Confidential                                                                                                    MPSKAT00000270