

23 Civ. 2508 (NRB) PLAINTIFFS' EXHIBIT 303

siden blev til en konkurs – og en lang næse til staten.

Vinderne var i mange tilfælde A-selskaberne og deres ejere. I Operation Greed-sagen blev der ikke afsagt dom mod et eneste af de firmaer, der havde modtaget og betalt falske fakturaer fra svindelfirmaerne. Og der var ikke tale om smågevinster: Der var omvekslet elektroniske indbetalinger og kontanter leveret i papir- og plastikposer for i alt mere end 5.000 falske fakturaer. Kontanter, som stammede fra kriminalitet og illegale hawala-overførsler, som du kan læse mere om i kapitlet om hawala-plyndring og de tilhørende grå sider.

Ifølge Operation Greed-sagens specialanklager var der en god grund til, at politiet undlod at gå efter A-selskaberne, der havde betalt de mange regninger til fakturafabrikkerne:

"Forklaringen er ressourcer. For skulle de medtages, ville vi sidde med yderligere op mod tusind tiltalte. Og det ville vi på ingen måde kunne håndtere," sagde specialanklager Maria Cingari fra Københavns Politi.

En af fakturafabrikkerne i Operation Greed var som sagt PV. Team IVS, der modtog indbetalinger i stor stil. Forkortelsen IVS stod for iværksætterselskab. Det var en ny type selskaber introduceret i 2014 – populært kaldet 1-kronesselskaber, da de kunne oprettes for en pris på blot én krone som led i en ny aktiv erhvervspolitik. Helle Thorning-Schmidt-regeringen med SF, De Radikale og Socialdemokratiet ville sammen med et enigt Folketing gøre det nemt for iværksættere at sætte nye virksomheder i søen uden bureaukrati og kapitalbinding, som man kender det fra andre selskabsformer.

Antallet af 1-kronesselskaber eksploderede i 2015 for at sætte rekord i 2016 med sammenlagt 12.000 nye IVS-registreringer. Stifterne af dem havde udelukkende ned til en rund 1-krone i klemme, mens det blot et par år tidligere havde krævet et minimumsindskud på 80.000 kroner for at stifte et anpartsselskab. Selskaberne var som skræddersyet til fup, fiduser og økonomisk kriminalitet og blev derfor afskaffet

BO ELKJÆR AND NIELS SANDØE

# CASH

HOW DENMARK BECAME HOME TO VAT CAROUSELS, INVOICE FACTORIES AND ORGANISED FRAUD WORTH BILLIONS



The page turned into a bankruptcy - and a long nose for the state.

In many cases, the winners were the A-companies and their owners. In Operas that had received and paid fake invoices from the fraudulent companies. And these were not small wins: Electronic payments and cash delivered in paper and plastic bags had been exchanged for a total of more than 5,000 fake invoices. Cash that originated from crime and illegal hawala transfers, which you can read more about in the chapter on Hawala looting and the associated grey pages.

According to the special prosecutor in the Operation Greed case, there was a good reason why the police did not go after the A-companies that many bills for the invoice factories had paid:

"The explanation is resources. Because if they were to be included, we would be left with up to a thousand more defendants. And there was no way we would be able to handle that," said Special Prosecutor Maria Cingari from the Copenhagen Police Department.

One of the invoice factories in Operation Greed was, as mentioned, PV. Team IVS, which received payments on a large scale. The abbreviation IVS stood for entrepreneurial company. It was a new type of company introduced in 2014 - popularly called 1-krone companies, as they could be set up for a price of just one kroner as part of a new active business policy. The Helle Thorning-Schmidt government, together with a unanimous Folketing, the Helle Thorning-Schmidt government, the Socialist People's Party, and the Social Democrats, wanted to make it easy for entrepreneurs to launch new businesses without bureaucracy and tied-up capital, as is known from other types of companies.

The number of 1-krone companies exploded in 2015 to set a record in 2016 with a total of 12,000 new IVS registrations. The founders of them only had down to a round 1-kroner in a pinch, while just a few years earlier it had required a minimum deposit of DKK 80,000 to establish a private limited company. The companies were tailor-made for scams, scams and financial crime and were therefore abolished