# Exhibit 507

CONFIDENTIAL
Luke McGee — June 10, 2024

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3

 4    _____
                                         )
 5    MATTHEW STEIN and JEROME LHOTE,    )
                                         )
 6              Plaintiffs,              )
                                         )
 7         -against-                     )
                                         )   Case No.
 8    SKATTEFORVALTNINGEN,               )   1:23-cv-02508-NRB
                                         )
 9              Defendant/Counterclaim-  )
                Plaintiff,               )
10                                       )
           -against-                     )
11                                       )
      LUKE MCGEE,                        )
12                                       )
                Counterclaim-Defendant.  )
13    _____)

14

15              *****CONFIDENTIAL*****

16

17    REMOTE DEPOSITION UNDER ORAL EXAMINATION OF

18                    LUKE MCGEE

19              DATE: June 10, 2024

20

21

22

23

24    REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

25
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 844-483-2643

CONFIDENTIAL
Luke McGee - June 10, 2024

Page 7

```
 1              VIDEO OPERATOR:  We are now on the
 2     record.
 3              This is the remote video-recorded
 4     deposition of Luke McGee.
 5              Today is Monday, June 10, 2024.
 6     The time is now 9:33 a.m. in the Eastern Time
 7     Zone.
 8              We are here in the matter of
 9     Matthew Stein, et al. versus
10     Skatteforvaltningen.
11              My name is Jose Rivera, remote
12     video technician on behalf of Gregory
13     Edwards, LLC.
14              All counsel have been noted on the
15     stenographic record.
16              At this time, will the reporter,
17     Charlene Friedman, on behalf of Gregory
18     Edwards, LLC, please swear in the witness.
19
20     L U K E   M C G E E,
21              called as a witness, having been first duly
22     sworn according to law, testifies as follows:
23
24              MR. WEINSTEIN:  Thank you.
25              And I just wanted to put on the
```

```
 1          Q    Okay.  When you signed it, did you
 2     believe it was enforceable?
 3          A    I'm not a lawyer.  I can't speak to
 4     enforceability, sir.
 5          Q    Right.
 6               I'm just asking you, in your head,
 7     when you signed it, did you think it was a
 8     document that was enforceable?
 9          A    I would have no reason to believe
10     it wouldn't be enforceable.
11          Q    Can you turn to Exhibit 10B?
12          A    Yes, sir.
13          Q    Do you recognize what Exhibit 10B
14     is?
15          A    It's titled, "Updated Affidavit of
16     Confession of Judgment."
17          Q    Did you sign that document as well?
18          A    Yes, sir.
19          Q    When did you sign it?
20          A    My signature is dated the 10th day
21     of June, 2021.
22          Q    Just to be clear, I think I see
23     next to your signature is a Notary Public
24     that has a date of 9, June, 2021.
25               Do you see that?
```

CONFIDENTIAL
Luke McGee - June 10, 2024

```
 1          A    No, sir, I don't see that.

 2          Q    All right.  My apologies, Mr.

 3    McGee.  I'm looking at Mr. Lhote's signature.

 4    Got it.

 5               So you signed June 10, 2021, right?

 6          A    My signature is dated the 10th day

 7    of June, 2021.  Yes, sir.

 8          Q    Thank you.

 9               Was this document signed by you

10    also pursuant to the settlement agreement

11    with Skat?

12          A    My understanding is, it was a

13    requirement of the settlement agreement.

14          Q    When you signed it, did you believe

15    it was an enforceable document?

16          A    I'm not a lawyer, sir.  I can't

17    speak to enforceability.

18          Q    Did you have any reason to believe

19    that it was unenforceable when you signed it?

20          A    Not specifically, no.

21          Q    How about generally?

22          A    Generally, I understood there's

23    some change in New York law.

24          Q    Was that an understanding you had

25    at the time you signed it or are you talking
```

CONFIDENTIAL
Luke McGee - June 10, 2024

1      about your understanding today?

2            A    I'm not sure, sir.

3            Q    When do you recall was the first

4      time that you heard about a change in New

5      York law that may have some impact on the

6      Affidavit of Confession of Judgment?

7            A    Likely sometime in 2021.

8            Q    Can you turn, please, to what has

9      been marked Exhibit 25.

10                MR. NEWMAN:  There's no 25 in here.

11                If you can describe it maybe.

12                MR. WEINSTEIN:  Oh, it's -- it's

13     the S☐IK interview.

14                (Above-mentioned document marked

15     for Identification.)

16           A    I have it in front of me, Mr.

17     Weinstein.

18           Q    Have you seen this before?

19           A    I believe I have.

20           Q    What do you understand it to be?

21           A    It's a record of the interrogation

22     of the accused.

23           Q    Was this -- is this a record of

24     the -- the interrogation that S☐IK did of you

25     back in January of 2021?