# Exhibit 509

Matthew Stein - May 9, 2024

Page 1

```
 1                 UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF NEW YORK
 3
 4    _____
                                         )
 5    MATTHEW STEIN and JEROME LHOTE,    )
                                         )
 6              Plaintiffs,              )
                                         )
 7        -against-                      )
                                         )   Case No.
 8    SKATTEFORVALTNINGEN,               )   1:23-cv-02508-NRB
                                         )
 9              Defendant/Counterclaim-  )
                Plaintiff,               )
10                                       )
          -against-                      )
11                                       )
      LUKE MCGEE,                        )
12                                       )
                Counterclaim-Defendant.  )
13    _____)
14
15
16
17
18      VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF
19                        MATTHEW STEIN
20                      DATE: May 9, 2024
21
22
23
24
25       REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

1   VIDEO OPERATOR:  Here begins media
2 number 1 in the deposition of Matthew Stein.
3   Today's date is May 9, 2024, and
4 the time is 9:40 a.m. Eastern Time.
5   This deposition is being taken at
6 Hughes Hubbard.
7   I'm Richard Morales, the
8 videographer, and the court reporter is
9 Charlene Friedman, from Gregory Edwards, LLC.
10   All counsel have been noted on the
11 stenographic record.
12   Will the court reporter please
13 swear in the witness.
14
15 M A T T H E W   S T E I N,
16    called as a witness, having been first duly
17 sworn according to law, testifies as follows:
18
19   MR. LEVY:  Can I ask the
20 videographer to identify those who are
21 present remotely?
22   Thank you.
23   VIDEO OPERATOR:  Yes.
24   There is -- I don't know about the
25 firms, but there's AC Egholm.  There's Dustin

Matthew Stein - May 9, 2024

Page 32

```
1     or -- on -- on S☐IK's faces.  Oh, what --
2     what agreement?  We don't know anything about
3     that.
4          Q    So you observed a look of surprise
5     on their faces about the fact that there even
6     was a settlement agreement?
7          A    Yes.  I don't know that I could --
8     let me -- I wouldn't go that far.  I -- I --
9     I think -- yeah, that was the -- that --
10    that -- that's not what the surprise.  The
11    surprise was about not knowing anything
12    about the details of the-- about not having
13    the agreement, not really understanding the
14    agreement, not -- not really -- I think -- I
15    think they knew about the -- I mean, yeah.
16              I think they knew about the
17    agreement.  I was surprised that they didn't
18    have the agreement, that they didn't
19    understand the details of the agreement and
20    that they didn't -- they didn't -- that they
21    didn't have the knowledge that they should
22    have had, had Skat complied with its
23    contractual obligation.
24         Q    So I will hand you what we'll mark
25    as Exhibit 3.
```

```
 1                (Above-mentioned document marked
 2       for Identification.)
 3                (Brief pause in proceedings.)
 4           Q    Exhibit 3 has the Bates range Stein
 5       Lhote 9749 through 9846, which appears to be
 6       a transcript of your interview with S☐IK.
 7                (Witness reviewing.)
 8           A    This is just mine?
 9           Q    Yes.
10           A    Okay, because you said Mr. Lhote.
11           Q    If you look at the first page, it
12       says, "Record of Interrogation Accused," and
13       then it -- it has your name under
14       "Interrogation Of."
15                Do you see that?
16           A    Where?
17           Q    On the first page, do you see right
18       in the middle --
19           A    Oh, interrogation of me, yeah.
20           Q    Yes.
21                Did you have a chance to review
22       this after the interview itself?
23           A    I haven't really reviewed it, no.
24           Q    Okay.  If you look at page 2, at
25       the top there's a section called
```

Matthew Stein - May 9, 2024

Page 34

1    "Formalities."
2           And do you see in the middle of
3    that, it says, "The interrogated was informed
4    that he will be able to read and sign his
5    statement.  The interrogated was informed
6    that he was under no obligation to sign his
7    statement.  The interrogated wanted to read
8    his statement."
9           Do you recall informing S☐IK at the
10   outset that you wanted to read this?
11      A   I don't recall that.  I obviously
12   did.
13      Q   Do you recall actually reading the
14   statement whenever it was that they provided
15   it to you?
16      A   Reading the statement?  So I -- no.
17   That statement?
18      Q   Meaning this interview.
19      A   Oh, got you.
20          Do I recall reading it when it was
21   given to me?
22      Q   Yes.
23      A   No, I don't.
24      Q   So during the interrogation with
25   S☐IK, when you were under the impression they

Matthew Stein - May 9, 2024

Page 35

| | |
|---|---|
| 1 | were not familiar with the terms of the |
| 2 | settlement agreement, did you instruct anyone |
| 3 | to provide S☐IK with the settlement |
| 4 | agreement? |
| 5 | A   My recollection is that it wasn't |
| 6 | just the settlement agreement.  It was, Hey, |
| 7 | did -- did they put in a good word for us |
| 8 | like they were supposed to, you know, do all |
| 9 | the things they were supposed to do in the -- |
| 10 | in the settlement agreement. |
| 11 | It wasn't just showing them the |
| 12 | agreement.  It wasn't a notice provision.  It |
| 13 | was a -- it was a, Hey, these guys are doing |
| 14 | what they can to help us, provision. |
| 15 | So it was more about, whoa, they |
| 16 | didn't do what they were supposed -- they |
| 17 | didn't do what they said they were going to |
| 18 | do.  That was -- that was the tenor of the |
| 19 | reaction. |
| 20 | It wasn't just, Hey, do you have |
| 21 | the agreement.  I think them not having the |
| 22 | agreement, it was like, whoa, they don't even |
| 23 | have the agreement. |
| 24 | Q   When you -- when that was your |
| 25 | impression during the interview, did you |

Matthew Stein - May 9, 2024

Page 57

```
 1      that a true statement at the time?
 2         A    I don't remember.
 3         Q    Did there come a time when you
 4      personally stopped being committed to
 5      continuing your work to ensure full payment
 6      of the net proceeds to Skat?
 7              MR. LEVY:  Objection.  It assumes
 8      facts not in evidence.
 9              You may answer.
10         A    What was the question?
11         Q    Did there come a time when you
12      personally stopped being committed to
13      continuing your work to ensure full repayment
14      of the net proceeds to Skat?
15              MR. LEVY:  Same objection.
16         A    Yes.
17         Q    When was that?
18         A    Sitting here today, I don't think I
19      can tell you.
20         Q    Okay.  If you look at the last wire
21      transfer record in Exhibit 7, it's dated
22      April 19, 2022.
23              Did there come a time where you
24      decided you would no longer make further
25      payments to Skat?
```

Matthew Stein - May 9, 2024

Page 58

```
1          A    Yes.
2          Q    And do you recall approximately
3     when that was?
4          A    No.
5          Q    Why did you decide to no longer
6     make further payments to Skat?
7          A    Because they didn't comply with
8     their contractual obligation.
9          Q    Was there a period of time after
10    the settlement agreement was signed that you,
11    Mr. Lhote and Mr. McGee provided to Skat
12    quarterly reports of your efforts to settle
13    certain illiquid assets?
14         A    Yes.
15         Q    Do you recall during what period of
16    time you did that?
17         A    No.
18              Do you have -- I mean, you have the
19    letters.  We sent them to you.
20              MR. WEINSTEIN:  So let's mark as
21    Exhibit 9 -- I do know we've skipped 8, I
22    understand that, just for the record.
23              (Above-mentioned document marked
24    for Identification.)
25         Q    I'm going to hand you a document
```

Matthew Stein - May 9, 2024

Page 67

```
1         Q    Okay.  If you turn now back to what
2     was Exhibit 10B, which is attached to 10A.
3         A    That's the Confession of Judgment?
4         Q    Yes.
5              MR. LEVY:  10B?
6              MR. WEINSTEIN:  10B, yes.
7         A    No coffee stains.
8              MR. WEINSTEIN:  Delivered two years
9     later.
10             MR. LEVY:  But you're still
11    drinking coffee.
12             THE WITNESS:  We should frame it
13    because it's probably the only mistake that
14    Ralph Levine has ever made in his entire
15    life.
16        Q    Exhibit 10B, is that the updated
17    Affidavit of Confession of Judgment that you
18    signed?
19        A    Yes.
20        Q    You signed that on June 10th of
21    2021?
22        A    Yes.
23        Q    Did you sign that pursuant to the
24    May 2019 settlement agreement?
25        A    Yes.
```

Matthew Stein - May 9, 2024

Page 68

```
 1        Q    At the time you signed the updated
 2   affidavit in June of 2021, did you believe
 3   that it was enforceable?
 4        A    I don't remember what I believed.
 5        Q    Do you recall having a belief that
 6   when you signed it, it was a meaningless
 7   piece of paper?
 8        A    I don't remember.
 9        Q    As part of the settlement
10   agreement, are you aware of provisions where
11   there would be a calculation of net proceeds?
12        A    I'm sorry, could you repeat the
13   question?
14        Q    Sure.
15             I'm just asking generally, not for
16   the details of it, but generally, you recall
17   that under the settlement agreement, there
18   was a -- going to be a process for
19   calculating what we defined as the net
20   proceeds, which would be the amount of the
21   settlement itself?
22             Do you recall that?
23        A    Yes.
24        Q    And that process was for the
25   settling parties to account for how much they
```