# Exhibit 513

| | |
|---|---|
| From: | Cavoli, James <JCavoli@milbank.com> |
| Sent: | Tuesday, September 8, 2020 2:48 PM |
| To: | AMO039@politi.dk |
| Cc: | KER002@politi.dk; Marshall L. Miller <mmiller@kaplanhecker.com>; Cavoli, James <JCavoli@milbank.com> |
| Subject: | RE: Investigation in Denmark |

Dear Mr. Mollmann,

Thank you for your email. Please be advised that Marshall Miller, Esq., a lawyer at Kaplan Hecker & Fink LLP, also represents Mr. Lhote. Going forward, Mr. Miller, who is copied on this email, will be the point of contact for issues related to your office's investigation. His contact information is immediately below.

**Marshall L. Miller | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2545 | (M) 646.208.3494
mmiller@kaplanhecker.com

Regards, Jamie

James Cavoli | Milbank | Partner

55 Hudson Yards | New York, NY 10001-2163

T: +1 212.530.5172

jcavoli@milbank.com | milbank.com

**From:** AMO039@politi.dk <AMO039@politi.dk>
**Sent:** Tuesday, September 8, 2020 11:03 AM
**To:** Cavoli, James <JCavoli@milbank.com>
**Cc:** KER002@politi.dk; AMO039@politi.dk
**Subject:** [EXT] Investigation in Denmark

Dear Mr. Cavoli

The Department of Justice, Office of International Affairs has informed me that you represent Mr. Jerome Lhôte. In that connection, on 21 May 2020, you had a telephone conversation with Special Agents of the IRS regarding an MLAT request made by my office. During the conversation, the Special Agents read you the Danish charge against Mr. Lhôte and informed you of Mr. Lhôte's rights under Danish criminal procedure.

Further, the Special Agents informed you of my office's request to interview Mr. Lhôte.

Since then, I have not heard from you nor Mr. Lhôte. I kindly ask you to inform me of whether Mr. Lhôte is willing to be interviewed in connection with the Danish investigation.

If I have not heard from you within three weeks from today I will take this to mean that Mr. Lhôte does <u>not</u> want to be interviewed at the present time. Please note that this may have as a consequence that the decision as to whether to prosecute Mr. Lhôte will be made without Mr. Lhôte having been interviewed.

Kind regards

**Anders Møllmann**

Senior Specialist Prosecutor, PhD

Phone: +45 6112 8086

E-mail: AMO039@politi.dk



**State Prosecutor for Serious**

**Economic and International**

**Crime**

Kampmannsgade 1

1604 Copenhagen V

Phone: +45 7268 9000

Fax: +45 4515 0119

E-mail: saoek@ankl.dk

www.anklagemyndigheden.dk

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

STEIN_LHOTE0009375                                                                                   CONFIDENTIAL