# Exhibit 514

# CERTIFIED TRANSLATION

**Jensen, Celina Egelund (CJE032)**

**Subject:**	RE: SØK-76141-00005-17, our no. 110.448, investigation request and interrogation

**From:** Møllmann, Anders (AMO039)
**Sent:** 10. September 2020 08:43
**To:** The Law Firm Jan Schneider <jas@advokat-schneider.dk>
**Cc:** Erlandsen, Katinka (KER002) <KER002@politi.dk>
**Subject:** RE: SØK-76141-00005-17, vores nr. 110.448, investigation request and interrogation

Dear Jan Schneider

We have contacted the Danish Tax Agency with your investigation request. The agency has notified us that they will reply to you directly with a copy to us.

As you know, we have arranged a meeting about the case in SØIK on 2 October 2020. Following the government's latest announcement, we are once again subject to further restrictions to prevent the spread of Covid-19, including that we are not permitted to hold physical meetings. It may therefore be necessary to organize the meeting as a video meeting. I will get back to you on this as we approach 2 October.

Your client was charged on 11 June 2020 and at the same time asked if he wanted to be questioned for the case. That is now three months ago. For the sake of the further investigation and the preparation of a possible interrogation, I ask you to inform me whether your client wishes to be questioned for the case.

Kind regards

**Anders Møllmann**
Special Prosecutor, ph.d.

Tlf.: +45 6112 8086
E-mail: AMO039@politi.dk



**The Public Prosecutor for Special Economic and International Crimes**
Kampmannsgade 1
1604 København V
Tlf.: +45 7268 9000
Fax: +45 4515 0119
E-mail: saoek@ankl.dk www.anklagemyndigheden.dk

1

**Jensen, Celina Egelund (CJE032)**

**Emne:** VS: SØK-76141-00005-17, vores nr. 110.448, efterforskningsbegæring og afhøring

---

**Fra:** Møllmann, Anders (AMO039)
**Sendt:** 10. september 2020 08:43
**Til:** Advokatfirmaet Jan Schneider <jas@advokat-schneider.dk>
**Cc:** Erlandsen, Katinka (KER002) <KER002@politi.dk>
**Emne:** SV: SØK-76141-00005-17, vores nr. 110.448, efterforskningsbegæring og afhøring

Kære Jan Schneider

Vi har kontaktet Skattestyrelsen med din efterforskningsbegæring. Styrelsen har meddelt, at de vil svare dig direkte med kopi til os.

Som bekendt har vi aftalt et møde om sagen i SØIK den 2. oktober 2020. Efter regeringens seneste udmelding er vi igen underlagt yderligere restriktioner for at smitte spredningen af Covid-19, herunder at vi ikke må afholde fysiske møder. Det kan derfor blive nødvendigt at afholde mødet som videomøde. Jeg vender tilbage herom, når vi nærmer os den 2. oktober.

Din klient blev sigtet den 11. juni 2020 og samtidig spurgt, om han ville lade sig afhøre til sagen. Det er nu tre måneder siden. Af hensyn til den videre efterforskning og forberedelsen af en eventuel afhøring, beder jeg dig meddele mig, om din klient ønsker at lade sig afhøre til sagen.

Med venlig hilsen

**Anders Møllmann**
Specialanklager, ph.d.

Tlf.: +45 6112 8086
E-mail: AMO039@politi.dk



**STATSADVOKATEN**

**Statsadvokaten for Særlig
Økonomisk og International
Kriminalitet**
Kampmannsgade 1
1604 København V
Tlf.: +45 7268 9000
Fax: +45 4515 0119
E-mail: saoek@ankl.dk
www.anklagemyndigheden.dk

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp STEIN_LHOTE0008987, in the Danish language.

Copenhagen, 5 April 2025

*Julius Holm Nørremark*

Assistant Attorney, LL.M.