# Exhibit 515

| | |
|---|---|
| From: | Marshall L. Miller <mmiller@kaplanhecker.com> |
| Sent: | Monday, September 14, 2020 7:44 PM |
| To: | AMO039@politi.dk |
| Cc: | KER002@politi.dk; Christopher R. Le Coney <cleconey@kaplanhecker.com>; Henriette la Cour <HLC@nrlaw.dk>; Hanne Rahbæk <HR@nrlaw.dk> |
| Subject: | RE: Investigation in Denmark |

Dear Mr. Møllmann:

Thank you for your email. Our clients Matthew Stein and Jerome Lhote have retained Hanne Rahbæk and Henriette la Cour of the Nyborg & Rørdam firm, whom I have copied on this email, to work with us as their Danish counsel in connection with this investigation. Ms. Rahbæk and Ms. la Cour will be in touch to discuss your request.

Best regards,

Marshall L. Miller

**Marshall L. Miller | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2545 | (M) 646.208.3494
mmiller@kaplanhecker.com

---

**From:** AMO039@politi.dk <AMO039@politi.dk>
**Sent:** Wednesday, September 9, 2020 4:29 AM
**To:** Marshall L. Miller <mmiller@kaplanhecker.com>
**Cc:** KER002@politi.dk
**Subject:** Investigation in Denmark

Dear Mr. Miller

Mr. Levene and Mr. Cavoli have informed me that you now represent both Mr. Matthew Stein and Mr. Jerome Lhôte in regard to the ongoing investigation in Denmark. They have also forwarded my mails from yesterday to you.

STEIN_LHOTE0009376                                                                                                      CONFIDENTIAL

As set out in my mails from yesterday, I kindly ask to be informed of whether Mr. Stein and Mr. Lhôte accept to be interviewed in connection with the Danish investigation. If I have not heard from you within three weeks from today I will take this to mean that both Mr. Stein and Mr. Lhôte do <u>not</u> want to be interviewed at the present time. Please note that this may have as a consequence that the decision as to whether to prosecute Mr. Stein and/or Mr. Lhôte will be made without them having been interviewed.

Kind regards

**Anders Møllmann**

Senior Specialist Prosecutor, PhD

Phone: +45 6112 8086

E-mail: AMO039@politi.dk



**State Prosecutor for Serious**

**Economic and International**

**Crime**

Kampmannsgade 1

1604 Copenhagen V

Phone: +45 7268 9000

Fax: +45 4515 0119

E-mail: saoek@ankl.dk

www.anklagemyndigheden.dk