# Exhibit 516


**Bendtsen, Lone Charlotte (LBE025)**

| | |
|---|---|
| **Fra:** | Møllmann, Anders (AMO039) |
| **Sendt:** | 23. november 2020 14:21 |
| **Cc:** | Erlandsen, Katinka (KER002) |
| **Emne:** | Interview with Luke McGee |

Dear Jan Schneider

Further to our telephone call today, I can re-confirm my previous statement to you that SØIK does not intend to make any decision on whether to prosecute Mr. Luke McGee or not prior to him being interviewed, on the condition that the interview will be conducted as planned in the first week of January 2021.

Kind regards

**Anders Møllmann**
Senior Specialist Prosecutor, PhD

Phone: +45 6112 8086
E-mail: AMO039@politi.dk

**STATE PROSECUTOR**
FOR SERIOUS ECONOMIC AND
INTERNATIONAL CRIME

**State Prosecutor for Serious Economic and International Crime**
Kampmannsgade 1
1604 Copenhagen V
Phone: +45 7268 9000
Fax: +45 4515 0119
E-mail: saoek@ankl.dk
www.anklagemyndigheden.dk

1