# Exhibit 527



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

May 29, 2023

**VIA EMAIL**

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Attention: John F. Savarese & Ralph M. Levene
Email: jfsaverse@wlrk.com; rmlevene@wlrk.com

Akin, Gump, Strauss, Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, New York 10036
Attention: James J. Benjamin Jr., Parvin D. Moyne, & Robert H. Pees
Email: jbenjamin@akingump.com; pmoyne@akingump.com; rpees@akingump.com

Milbank LLP
55 Hudson Yards
New York, New York 10001
Attention: James G. Cavoli & George S. Canellos
Email: jcavoli@milbank.com; gcannellos@milbank.com

> Re: Notice of Covered Parties' Designees' Default under Settlement Agreement, dated as of May 28, 2019, by and between Skatteforvaltningen and the Covered Parties

Ladies and Gentlemen:

We write on behalf of Skatteforvaltningen ("SKAT"), pursuant to sections 5(b), 11 and 20 of the Settlement Agreement, dated May 28, 2019, by and between SKAT and the Covered Parties (as defined in the Settlement Agreement), to provide notice that Matthew Stein, Jerome Lhote and Luke McGee (collectively defined in the Settlement Agreement as the "Covered Parties' Designees") are in breach of their obligations under the Settlement Agreement.[1] Under sections 1(r), 2(d)(i) and 2(d)(iii) of the Settlement Agreement (as amended and supplemented by the Letter Agreement, dated May 28, 2019, by and between SKAT and the Covered Parties' Designees, ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮), the Covered

---

1. Capitalized terms not defined herein have the meanings ascribed to them in the Settlement Agreement.

105013695_3

STEIN_LHOTE0008914                                                              CONFIDENTIAL

2

Parties' Designees were obligated to pay SKAT the Subsequent Cash Payment Amount and Applicable Interest by the May 28, 2023 Final Settlement Payment Date. The Covered Parties' Designees have breached the Settlement Agreement by failing to pay SKAT these amounts in full when due.[2] Failure of the Covered Parties' Designees to cure this breach within ten (10) Business Days, *i.e.*, no later than June 13, 2023, shall constitute an Event of Default under section 5(b) of the Settlement Agreement.

SKAT reserves all its rights under the Settlement Agreement, the Letter Agreement, and applicable law and waives none. Nothing in this letter shall be construed as a waiver by SKAT of any other breach of the Settlement Agreement or the Letter Agreement not described herein.

Sincerely,

*/s/ Marc A. Weinstein*
Marc A. Weinstein

cc: McKool Smith P.C.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001-8603
Attention: Daniel W. Levy
Email: dlevy@mckoolsmith.com

Kaplan Hecker & Fink LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Attention: Timothy S. Martin & Christopher Le Coney
Email: tmartin@kaplanhecker.com; cleconey@kaplanhecker.com

---

2. As of the date hereof, unpaid amounts include 539,574,366.26 DKK of the Additional Cash Payment plus 86,896,214.76 DKK of interest accrued thereon, as well as the True-Up Amount of the Subsequent Cash Payment Amount plus Applicable Interest.

105013695_3