# Exhibit 529

# CERTIFIED TRANSLATION

Message

**From:** Gry Ahlefeld-Engel <gry.ahlefeld-engel@sktst.dk>
**Sent:** Thu, 25 Apr 2019 11:04:11 +0000
**To:** pfi002@politi.dk
**Subject:** Re: RE: RE: Settlement

I just need to check Steen's calendar when I get home.

---

**From:** PFI002@politi.dk <PFI002@politi.dk>
**Date:** Thu, 25 Apr 2019 1:00:06 PM CEST
**To:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Subject:** RE: RE: Settlement

Better Wednesday morning between 8 and 11.30?

-----Original message-----
From: Gry Ahlefeld-Engel <gry.ahlefeld-engel@sktst.dk>
Sent: Thu, 25 Apr 2019 12:59:08 +0000
To: Fiig, Per (PFI002)
Subject: Re: RE: Settlement

I have talks Tuesday morning. Can you do late in the afternoon?

---

From: PFI002@politi.dk <PFI002@politi.dk>
Date: 4/25/2019 12.34.54 PM CEST
To: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Subject: RE: Settlement

Dear Gry

Lack of clarification about LOI blocks the process from going forward, see Høpner. Can you put a little pressure on KA?

Morten has no need to attend a meeting, so it is probably only me, since Niels is out. What do you say to Tuesday at 10 AM?

Best regards
Per

From: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sent: 24 April 2019 21:44
To: Fiig, Per (PFI002)
Subject: Settlement

Dear Per,

Our settlement negotiations have picked up again and I will likely be going to NYC in week 20 for a final negotiation meeting. There will likely be a need at the negotiation meeting for us to give a nod to the settlement agreement text subject only to final formal approval and signature in DK. I think, based on that, that there is a need for us to meet next week so that we are completely aligned between our authorities with respect to the terms of the agreement.

How does that look for you guys. Steen and I can both rearrange a bit around Monday, Tuesday and Wednesday afternoon next week?

//Gry (it seems it might have been nice to write 'elements' somewhere in the above. The text kind of calls for it.

CONFIDENTIAL                                                                 SKAT_MAPLEPOINT_00000431_T_R

Best regards

Gry Ahlefeld-Engel
Director
Antifraud Unit

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK<mailto:Gry.Ahlefeld-Engel@SKTST.DK>

[cid:image001.jpg@01D4FB62.401A9E00]<www.sktst.dk>

The Danish Tax Agency
Kratbjerg 236, Fredensborg
www.sktst.dk

The Danish Tax Agency is part of the Danish Tax Administration

Message

**From**: Gry Ahlefeld-Engel [/o=ToldSkat/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bf08be88c46f4231a8d5bc823cd20291-W24045]
**Sent**: 4/25/2019 11:04:11 AM
**To**: PFI002@politi.dk
**Subject**: Ang: SV: SV: Forlig

Skal lige tjekke Steens kalender når jeg kommer hjem.

---

**Fra:** PFI002@politi.dk <PFI002@politi.dk>
**Dato:** 25. april 2019 kl. 13.00.06 CEST
**Til:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Emne:** SV: SV: Forlig

Bedre onsdag formiddag mellem 8 og 11.30?

-----Oprindelig meddelelse-----
Fra: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sendt: 25. april 2019 12:59
Til: Fiig, Per (PFI002)
Emne: Ang: SV: Forlig

Jeg har samtaler tirsdag formiddag. Kan du sidst på eftermiddagen?

---

Fra: PFI002@politi.dk <PFI002@politi.dk>
Dato: 25. april 2019 kl. 12.34.54 CEST
Til: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Emne: SV: Forlig

Kære Gry

Manglende afklaring om LOI blokerer for den videre proces, jf. Høpner. Kan du presse lidt på hos KA?

Morten har ikke behov for at deltage i et møde, så det er sikkert kun mig, da Niels er ude. Hvad siger I til tirsdag kl. 10?

Bedste hilsner
Per

Fra: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sendt: 24. april 2019 21:44
Til: Fiig, Per (PFI002)
Emne: Forlig

Kære Per,

Vores forligsforhandlinger har taget fart igen, og jeg skal formentlig til NYC i uge 20 til et afsluttende forhandlingsmøde. Der vil formentlig på forhandlingsmødet være behov for, at vi kan nikke til forligsaftaleteksten med forbehold alene for endelig formel godkendelse og underskrift i DK. Jeg tænker, at der på den baggrund er behov for, at vi mødes i næste uge, således at vi vores myndigheder imellem er helt på linje i forhold til vilkårene i aftalen.

Hvordan ser det ud for jer. Steen og jeg kan begge rokere lidt rundt mandag, tirsdag og onsdag eftermiddag i næste uge?

//Gry (der synes det kunne ha været liret at kunne skrive 'elementer' i sted i ovenstående. Teksten kalder ligesom på det.)

CONFIDENTIAL
SKAT_MAPLEPOINT_00000431

Venlig hilsen

Gry Ahlefeld-Engel
Underdirektør
Kompleks Svig

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK<mailto:Gry.Ahlefeld-Engel@SKTST.DK>

[cid:image001.jpg@01D4FB62.401A9E00]<www.sktst.dk>

Skattestyrelsen
Kratbjerg 236, Fredensborg
www.sktst.dk

Skattestyrelsen er en del af Skatteforvaltningen

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp SKAT_MAPLEPOINT_00000431, in the Danish language.

Copenhagen, 1 April 2025

*Julius Holm Nørremark*

Assistant Attorney, LL.M.