# Exhibit 530

CERTIFIED TRANSLATION

Message

**From:**       Gry Ahlefeld-Engel <gry.ahlefeld-
**Sent:**       engel@sktst.dk> Thu, 25 Apr 2019 15:49:13 +0000
**To:**
                pfi002@politi.dk
**Subject:**    RE: RE: RE: RE: Settlement

I have not heard that. I can ask Boris if he's heard otherwise.

Best regards
Gry Ahlefeld-Engel
Director
Antifraud Unit

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK


The Danish Tax Agency
Kratbjerg 236, Fredensborg
www.sktst.dk

The Danish Tax Agency is a part of the Danish Tax Administration

-----Original message-----
From: PFI002@politi.dk [mailto:PFI002@politi.dk]
Sent: 25 April 2019 17:44
To: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Subject: RE: RE: RE: RE: Settlement

:-) :-)

So they are not pleading guilty and seeking a full resolution like the bank?

-----Original message-----
From: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sent: 25 April 2019 17:38
To: Fiig, Per (PFI002)
Subject: RE: RE: RE: RE: Settlement

Always uplifting with such encouraging words. Apparently.

If your question is whether we release them from criminal liability with the settlement, the
answer is no. They hope their cooperation in the civil track will have a mitigating effect in
the criminal, but nothing more.

//the Feeble-minded

Best regards

Gry Ahlefeld-Engel
Director
Antifraud Unit

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK


The Danish Tax Agency
Kratbjerg 236, Fredensborg
www.sktst.dk

The Danish Tax Agency is a part of the Danish Tax Administration

-----Original message-----
From: PFI002@politi.dk [mailto:PFI002@politi.dk]
Sent: 25 April 2019 17:09

To: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Subject: RE: RE: RE: RE: Settlement

Are you feeble-minded :-).

-----Original message-----
From: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sent: 25 April 2019 13:07
Til: Fiig, Per (PFI002)
Subject: RE: RE: RE: RE: Settlement

I'm not sure I understand your question.


From: PFI002@politi.dk <PFI002@politi.dk>
Date: 25 April 2019 13.01.47 CEST
To: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Subject: RE: RE: RE: Settlement

Høpner also raised the question if the ultimate owners (the US shareholders) also got
clarification about their overall conditions in connection with the settlement. He indicated
that it will also cover the question of their position in relation to the criminal case. Have
you heard anything about that?
-----Original message-----
From: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sent: 25 April 2019 12:58
To: Fiig, Per (PFI002)
Subject: RE: RE: RE: Settlement

I haven't heard anything. It was my understanding that it was closed. You'll hear from me
when Kammeradvokaten gets back.


From: PFI002@politi.dk <PFI002@politi.dk>
Date: 25 April 2019 kl. 12.57.05 CEST
To: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Subject: RE: RE: Settlement

Yep, but Høpner had additional questions (probably yesterday) that are still not answered.
So it's not just a Kammeradvokaten problem. :-)

-----Original message-----
From: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sent: 25 April 2019 12:55
To: Fiig, Per (PFI002)
Subject: RE: RE: Settlement

It should have been sent before Easter? I'll just check up with Boris. Will Get back
regarding Thursday.


From: PFI002@politi.dk[PFI002@politi.dk]
Date: 25 April 2019 12:34:54 CEST
To: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Subject: RE: Settlement

Dear Gry

Lack of clarification about LOI blocks the process from going forward, see Høpner. Can you put
a little pressure on KA?

There is no need for Morten to attend a meeting, so it is probably only me, since Niels is
out. What do you say to Tuesday at 10 AM?

Best regards
Per

From: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sent: 24 April 2019 21:44
To: Fiig, Per (PFI002)
Subject: Settlement

Dear Per,

CONFIDENTIAL                                    SKAT_MAPLEPOINT_00000236_T_R

Our settlement negotiations have picked up again and I will likely be going to NYC in week 20 for a final negotiation meeting. There will likely be a need at the negotiation meeting for us to give a nod to the settlement agreement text subject only to final formal approval and signature in Denmark. I think, based on that, is a need for us to meet next week so that we are completely aligned between our authorities with respect to the terms of the agreement.

How does that look for you. Steen and I can both rearrange a bit around Monday, Tuesday and Wednesday afternoon next week?

//Gry (it seems it might have been nice to write 'elements' somewhere in the above. The text kind of calls for it.)

Best regards

Gry Ahlefeld-Engel
Director
Antifraud Unit

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK <mailto:Gry.Ahlefeld-Engel@SKTST.DK>

The Danish Tax Agency
Kratbjerg 236, Fredensborg
www.sktst.dk <http://www.sktst.dk>

The Danish Tax Agency is a part of the Danish Tax Administration

CONFIDENTIAL                                                                                                           SKAT_MAPLEPOINT_00000237_T_R

Message

---

**From**:     Gry Ahlefeld-Engel [/O=TOLDSKAT/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BF08BE88C46F4231A8D5BC823CD20291-W24045]
**Sent**:     4/25/2019 3:49:12 PM
**To**:       PFI002@politi.dk
**Subject**:  SV: SV: SV: SV: Forlig

Det har jeg ikke hørt. Jeg kan lige høre Boris, om han har hørt andet.

Venlig hilsen

Gry Ahlefeld-Engel
Underdirektør
Kompleks Svig

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK


Skattestyrelsen
Kratbjerg 236, Fredensborg
www.sktst.dk

Skattestyrelsen er en del af Skatteforvaltningen

-----Oprindelig meddelelse-----
Fra: PFI002@politi.dk [mailto:PFI002@politi.dk]
Sendt: 25. april 2019 17:44
Til: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Emne: SV: SV: SV: Forlig

:-) :-)

Så de erkender sig ikke skyldige og vil have en samlet løsning som banken?

-----Oprindelig meddelelse-----
Fra: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sendt: 25. april 2019 17:38
Til: Fiig, Per (PFI002)
Emne: SV: SV: SV: Forlig

Altid opløftende med sådanne opmuntrende ord. Åbenbart.

Hvis dit spørgsmål går på om vi løser dem fra strafferetligt ansvar med forliget, så er svaret nej. De
håber på, at deres velvillighed i det civilretlige spor vil have en afsmittende effekt i det
strafferetlige, men intet yderligere.

//Den fatsvage

Venlig hilsen

Gry Ahlefeld-Engel
Underdirektør
Kompleks Svig

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK


Skattestyrelsen
Kratbjerg 236, Fredensborg
www.sktst.dk

Skattestyrelsen er en del af Skatteforvaltningen

-----Oprindelig meddelelse-----
Fra: PFI002@politi.dk [mailto:PFI002@politi.dk]
Sendt: 25. april 2019 17:09

CONFIDENTIAL                                                                    SKAT_MAPLEPOINT_00000235

Til: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Emne: SV: SV: SV: SV: Forlig

Er du fattesvag :-)

-----Oprindelig meddelelse-----
Fra: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sendt: 25. april 2019 13:07
Til: Fiig, Per (PFIOO2)
Emne: Ang: SV: SV: SV: Forlig

Jeg er ikke sikker på at jeg forstår dit spørgsmål.

_____

Fra: PFIOO2@politi.dk <PFIOO2@politi.dk>
Dato: 25. april 2019 kl. 13.01.47 CEST
Til: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Emne: SV: SV: SV: Forlig

Høpner rejste i øvrigt spørgsmål om, hvorvidt de ultimative ejere (de amerikanske aktionærer) også fik
afklaret deres samlede forhold i forbindelse med forliget. Han antydede, at det også ville omfatte
spørgsmålet om deres position i forhold til straffesagen. Har du hørt noget om det?

-----Oprindelig meddelelse-----
Fra: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sendt: 25. april 2019 12:58
Til: Fiig, Per (PFIOO2)
Emne: Ang: SV: SV: Forlig

Jeg har intet hørt. Jeg havde fået forståelsen af at den var lukket. Du hører fra mig når KA vender
tilbage.

_____

Fra: PFIOO2@politi.dk <PFIOO2@politi.dk>
Dato: 25. april 2019 kl. 12.57.05 CEST
Til: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Emne: SV: SV: Forlig

Jep, men Høpner havde supplerende spørgsmål (vistnok i går), som endnu ikke er besvaret. Så det er ikke
alene et KA-problem :-)

-----Oprindelig meddelelse-----
Fra: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sendt: 25. april 2019 12:55
Til: Fiig, Per (PFIOO2)
Emne: Ang: SV: Forlig

Den skulle være sendt før påske? Jeg tjekker lige op med Boris. Vender tilbage vedr tirsdag.

_____

Fra: PFIOO2@politi.dk <PFIOO2@politi.dk>
Dato: 25. april 2019 kl. 12.34.54 CEST
Til: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Emne: SV: Forlig

Kære Gry

Manglende afklaring om LOI blokerer for den videre proces, jf. Høpner. Kan du presse lidt på hos KA?

Morten har ikke behov for at deltage i et møde, så det er sikkert kun mig, da Niels er ude. Hvad siger I
til tirsdag kl. 10?

Bedste hilsner
Per

Fra: Gry Ahlefeld-Engel [mailto:Gry.Ahlefeld-Engel@SKTST.DK]
Sendt: 24. april 2019 21:44
Til: Fiig, Per (PFIOO2)
Emne: Forlig

Kære Per,

Vores forligsforhandlinger har taget fart igen, og jeg skal formentlig til NYC i uge 20 til et
afsluttende forhandlingsmøde. Der vil formentlig på forhandlingsmødet være behov for, at vi kan nikke til
forligsaftaleteksten med forbehold alene for endelig formel godkendelse og underskrift i DK. Jeg tænker,

CONFIDENTIAL

at der på den baggrund er behov for, at vi mødes i næste uge, således at vi vores myndigheder imellem er helt på linje i forhold til vilkårene i aftalen.

Hvordan ser det ud for jer. Steen og jeg kan begge rokere lidt rundt mandag, tirsdag og onsdag eftermiddag i næste uge?

//Gry (der synes det kunne ha været liret at kunne skrive 'elementer' i sted i ovenstående. Teksten kalder ligesom på det.)

Venlig hilsen

Gry Ahlefeld-Engel
Underdirektør
Kompleks Svig

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK<mailto:Gry.Ahlefeld-Engel@SKTST.DK>

[cid:image001.jpg@01D4FB62.401A9E00]<www.sktst.dk>

Skattestyrelsen
Kratbjerg 236, Fredensborg
www.sktst.dk<http://www.sktst.dk>

Skattestyrelsen er en del af Skatteforvaltningen

CONFIDENTIAL

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp SKAT_MAPLEPOINT_00000235, in the Danish language.

Copenhagen, 1 April 2025

*Julius Holm Nørremark*

Assistant Attorney, LL.M.