# Exhibit 538

CERTIFIED TRANSLATION

**To:**        Gry Ahlefeld-Engel[Gry.Ahlefeld-Engel@SKTST.DK]
**Sent:**      Mon 5/20/2019 16:11:34 (UTC)
**Subject:**   FW: Final draft of press release and principles for other communication
<u>Press release - final draft.docx</u>

Dear Gry

I have now spoken a couple of times with Morten from SØIK about the press release and principles for the other communication. Morten has gone over it with Kieffer at RA, but is lacking final approval from the Ministry of Justice. Morten and Kieffer themselves have no comments to the press release itself and do not expect that the Ministry of Justice will have any, so Morten thinks **we can** send the press release for translation despite that there is no Ministry of Justice approval yet.

# Redacted for Privilege

With respect to Q&A I spoke with Janus this evening and he is collecting the Department's Q&As with our Q&As into a combined document that he hopes they will be able to have ready by the morning, after which we can send it to be vetted by our own lawyers.

Best
Steen

**From:** Steen Bechmann Jacobsen
**Sent:** 20 May 2019 16:28
**To:** MNJ005@politi.dk
**Cc:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Subject:** Final draft of press release and principles for other communication

Dear Morten

Here is the final draft of the press release and principles for other communications which you could please have approved in your office as soon as possible, since we will then have it translated and sent for submission to our counterparties.

Best
Steen

SKAT_MAPLEPOINT_00000069_T_R

Case 1:23-cv-02508-NRB    Document 169-34    Filed 04/08/25    Page 4 of 5

Pressemeddelelse - endeligt udkast.docx

Kære Gry

Jeg har nu talt et par gange med Morten i SØIK om pressemeddelelsen og principperne for den øvrige kommunikation. Morten har vendt det med Kieffer hos RA, men mangler pt. endelig godkendelse fra JM. Morten og Kieffer har ikke selv bemærkninger til selve pressemeddelelsen og forventer heller ikke, at JM vil have det, så Morten mente godt, at vi kunne sende pressemeddelelsen til oversættelse uagtet JMs godkendelse ikke foreligger endnu.

Fsva Q&A har jeg her til aften talt med Janus, og han samler Dep.s Q&A's med vores Q&As i ét samlet dokument, som han håber de vil kunne have færdigt i løbet af i morgen, hvorefter vi kan sende det til sikkerhedstjek hos vores egne advokater.

Bh
Steen

---

**Fra:** Steen Bechmann Jacobsen
**Sendt:** 20. maj 2019 16:28
**Til:** MNJ005@politi.dk
**Cc:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Emne:** Endelige udkast til pressemeddelelse og principper for øvrige kommunikation

Kære Morten

Hermed endelige udkast til pressemeddelelse og principper for øvrig kommunikation, som du meget gerne må søge godkendt i dit bagland snarest muligt, idet vi herefter skal have det oversat og sendt til forelæggelse for vores modparter.

Bh
Steen

CONFIDENTIAL

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp SKAT_MAPLEPOINT_00000069, in the Danish language.

Copenhagen, 1 April 2025

*Julius Holm Nørremark*

Assistant Attorney, LL.M.