# Exhibit 541

CERTIFIED TRANSLATION

**To:** MNJ005@politi.dk[MNJ005@politi.dk]; PFI002@politi.dk[PFI002@politi.dk]; TAR003@politi.dk[TAR003@politi.dk]; Steen Bechmann Jacobsen[Steen.Jacobsen@SKTST.DK]; Boris Frederiksen[bof@kammeradvokaten.dk]
**From:** Gry Ahlefeld-Engel[/O=TOLDSKAT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BF08BE88C46F4231A8D5BC823CD20291-W24045]
**Sent:** Wed 26-06-2019 9:58:55 (UTC)
**Subject:** Tentative agenda for coordination meeting on 27/6

Dear all,
Here are the items Steen and I would like to have on the agenda tomorrow
  1. Settlement agreement in the US
  2. Use of funds from joint seizures/arrests
  3. Meeting with NCA

//Gry
Best regards
**Gry Ahlefeld-Engel**
Deputy Director
Complex Fraud
+45 72 37 36 62

Gry.Ahlefeld-Engel@SKTST.DK



The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup

www.sktst.dk
The Danish Tax Agency is part of the Danish Tax Administration

Message

**From**: Gry Ahlefeld-Engel [/O=TOLDSKAT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BF08BE88C46F4231A8D5BC823CD20291-W24045]
**Sent**: 6/26/2019 9:58:55 AM
**To**: MNJ005@politi.dk; PFI002@politi.dk; TAR003@politi.dk; Steen Bechmann Jacobsen [steen.jacobsen@sktst.dk]; Boris Frederiksen [bor@kammeradvokaten.dk]
**Subject**: Tentativ dagsorden til koordinationsmøde den 27/6

Kære alle,

Hermed de punkter Steen og jeg gerne vil have på dagsordenen i morgen

1. Forligsaftale i USA
2. Anvendelse af midler fra fælles beslag/arrester
3. Møde med NCA

//Gry

Venlig hilsen

**Gry Ahlefeld-Engel**
Underdirektør
Kompleks Svig

+45 72 37 36 62
Gry.Ahlefeld-Engel@SKTST.DK



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Skattestyrelsen er en del af Skatteforvaltningen

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp SKAT_MAPLEPOINT_00000440, in the Danish language.

Copenhagen, 3 April 2025

*Julius Holm Nørremark*

Assistant Attorney, LL.M.