# Exhibit 542

# CERTIFIED TRANSLATION

| | |
|---|---|
| **From:** | Emine Yilmaz |
| **To:** | Steen Bechmann Jacobsen; Gry Ahlefeld-Engel; Per Hvas |
| **Subject:** | Status meeting regarding Dividend |
| **Start:** | Thursday, June 27, 2019 10:30:00 AM |
| **End:** | Thursday, June 27, 2019 12:00:00 PM |
| **Location:** | SØIK |

CONFIDENTIAL
SKAT_MAPLEPOINT_00000942_T_R

| | |
|---|---|
| **From:** | Emine Yilmaz |
| **To:** | Steen Bechmann Jacobsen; Gry Ahlefeld-Engel; Per Hvas |
| **Subject:** | Status møde vedr. Udbytte |
| **Start:** | Thursday, June 27, 2019 10:30:00 AM |
| **End:** | Thursday, June 27, 2019 12:00:00 PM |
| **Location:** | SØIK |

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp SKAT_MAPLEPOINT_00000942, in the Danish language.

Copenhagen, 1 April 2025

*Julius Holm Nørremark*

Assistant Attorney, LL.M.