# Exhibit 546

# CERTIFIED TRANSLATION



**Memo**

Executive Secretariat
Special Control

June 29 2020

Case No. [Case No.]

# Annotated Agenda for Progress Meeting on the Dividend Case
## Friday July 3 2020, 12.30-2.00 PM via Gotomeeting

The meeting has been postponed a couple of times due to Corona.

1. **Update on the civil cases, by The Danish Tax Agency/Kammeradvokaten**

   Steen opens with a short update, including inter alia the continued criticism of the Settlement on which there has been held a Joint Council in The Danish Parliament and will be held a meeting with The Public Accounts Committee about the fine for NCB etc. in which regard The Public Accounts Committee has requested an opinion from the Ministry of Justice on the legitimacy of the Settlement. In addition to this, Politiken has filed a complaint to The Danish Parliamentary Ombudsman on the dealing with the media in relation to the case by The Danish Tax Agency.

   Boris adds to this a genral update, with a focus on new defendants, closed cases, settlement options, document review and access to data sharing.

2. **Update from SØIK**

   Per has not added anything in advance to this part of the agenda.

3. **Update on exchange of information by SØIK**

   SØIK informs that this concerns the sharing of information obtained by The Danish Tax Agency in Dubai, UK and US.

   Any questions from SØIK that might turn up could be covered by the above mentioned update from Boris. It is in this regard noted that it is not yet possible to share the data obtained by the document search ind Dubai, the proceedings in UK and US and by the Settlement in US.

[Beskrivelse]

Side 1 / 4

We have previously advised SØIK to send a request to the court in UK and have in this regard assisted SØIK by decoding the court documents in UK. Kammeradvokaten has specifically produced an "overview key" on the English defendants for SØIK to be able to download documents regarding the legal proceedings themselves from High Court in London and decode which defendants the specific documents concern. The court documents don't disclose the full names of the defendants and this has complicated SØIK's reading of the documents. The overview key should remedy this issue.

4. 

Side 2 / 4

CONFIDENTIAL

SKAT_MAPLEPOINT_00000926_T_R



Side 3 / 4

6. 

7. **Evt.**

   Next meeting is scheduled for September 11 at 10-12 AM at SØIK – hopefully it will be a physical meeting.



**Notat**

**Ledelsessekretariat Særlig Kontrol**

29. juni 2020

J.nr. [Sagsnr.]

# Kommenteret dagsorden til statusmøde på udbyttesagen Fredag den 3. juli 2020, kl. 12.30-14 via Gotomeeting

Mødet har været udsat et par gange på grund af Corona.

1. **Orientering om status i de civilretlige sager v. Skattestyrelsen/Kammeradvokaten**

   Steen indleder med kort opsamling, herunder bl.a. på den fortsatte kritik af det indgåede forlig, hvor der 27. maj har været afholdt nyt samråd i FT, ligesom der udestår nyt møde med statsrevisorerne, hvor spm. om bøden til NCB mv. på ny vil blive adresseret, og i hvilken forbindelse statsrevisorerne har anmodet JM om en udtalelse om lovligheden af forliget. Herudover kan det nævnes, at Politiken har klaget til FOB, om Skattestyrelsens pressehåndtering af sagen.

   Ordet gives herefter til Boris, der kan supplere med en generel status med fokus på nye sagsøgte, nedlagte søgsmål, forligsmuligheder, gennemgang af dokumenter og muligheden for at dele oplysninger.

2. **Orientering fra SØIK**

   Ordet gives til Per. Der er ikke meldt noget ind fra Per til punktet.

3. **Opdatering på udveksling af informationer v. SØIK**

   SØIK oplyser, at punktet omhandler en status på deling af materiale, som er indhentet af Skattestyrelsen i Dubai, UK og USA.

   Eventuelle spørgsmål, som SØIK måtte have, dækkes muligvis af Boris' ovenstående gennemgang. Det bemærkes i den forbindelse, at det endnu ikke er muligt at dele materiale, der er indhentet ved dokumentransagningen i Dubai,

[Beskrivelse]

Side 1 / 4

retssagerne i henholdsvis UK og USA samt forliget i USA. Vi har tidligere anvist SØIK selv at rette henvendelse til retten i UK og har i den forbindelse hjulpet SØIK med at afkode retsdokumenterne i UK. Kammeradvokaten har konkret udarbejdet en "oversigtsnøgle" over de engelske sagsøgte, således at SØIK burde være klædt på til selv at downloade processkrifter fra High Court i London og afkode, hvilke sagsøgte de enkelte processkrifter vedrører. Processkrifterne anfører ikke de fulde navne på de sagsøgte parter, så dette har vanskeliggjort SØIKs læsning af skrifterne. Den fremsendte nøgle burde rette op herpå.

4. 

CONFIDENTIAL                                          SKAT_MAPLEPOINT_00000926



5.

Side 3 / 4

6. 

7. **Evt.**

    Næste møde er planlagt den 11. september fra 10-12 hos SØIK – der forhåbentligt kan blive et fysisk møde.

CONFIDENTIAL

SKAT_MAPLEPOINT_00000928

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp SKAT_MAPLEPOINT_00000925, in the Danish language.

Copenhagen, 1 April 2025

*Julius Holm Nørremark*

Assistant Attorney, LL.M.