# Exhibit 547

# CERTIFIED TRANSLATION

| | |
|---|---|
| **From:** | Emine Yilmaz |
| **To:** | Gry Ahlefeld-Engel; Steen Bechmann Jacobsen; Per Hvas; bor@kammeradvokaten.dk; PPD001@politi.dk; Anette Myhre; PFI002@politi.dk; Cathrine Wollenberg Zittan; Camilla Lindrum Bay |
| **Subject:** | Status meeting with SØIK and KA |
| **Start:** | Friday, July 3, 2020 6:30:00 AM |
| **End:** | Friday, July 3, 2020 8:00:00 AM |
| **Location:** | Gotomeeting |

Please join my meeting from your computer, tablet or smartphone.

https://www.gotomeet.me/SOIK <https://url.us.m.mimecastprotect.com/s/3qHBCXD2GpuD9ovNt7d1i0?domain=gotomeet.me>

New to GoToMeeting? Get the app now and be ready when your first meeting starts:

https://global.gotomeeting.com/install/419167797 <https://url.us.m.mimecastprotect.com/s/ygCCCYENJqcp92RZfjrxRI?domain=global.gotomeeting.com>

| | |
|---|---|
| **From:** | Emine Yilmaz |
| **To:** | Gry Ahlefeld-Engel; Steen Bechmann Jacobsen; Per Hvas; bor@kammeradvokaten.dk; PPD001@politi.dk; Anette Myhre; PFI002@politi.dk; Cathrine Wollenberg Zittan; Camilla Lindrum Bay |
| **Subject:** | Statusmøde med SØIK og KA |
| **Start:** | Friday, July 3, 2020 6:30:00 AM |
| **End:** | Friday, July 3, 2020 8:00:00 AM |
| **Location:** | Gotomeeting |

Please join my meeting from your computer, tablet or smartphone.

https://www.gotomeet.me/SOIK <https://url.us.m.mimecastprotect.com/s/3qHBCXD2GpuD9ovNt7d1i0?domain=gotomeet.me>

New to GoToMeeting? Get the app now and be ready when your first meeting starts:

https://global.gotomeeting.com/install/419167797 <https://url.us.m.mimecastprotect.com/s/ygCCCYENJqcp92RZfjrxRl?domain=global.gotomeeting.com>

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp SKAT_MAPLEPOINT_00000943, in the Danish language.

Copenhagen, 1 April 2025

*Julius Holm Nørremark*

Assistant Attorney, LL.M.