# Exhibit 553

CERTIFIED TRANSLATION

**From:** Bettina Spang
**Sent:** Fri, 22 Jan 2021 3:17:58 PM
**To:** swi007@politi.dk
**CC:** Bettina Spang; Steen Bechmann Jacobsen
**Subject:** Urgent - request to forward settlement agreement [KA-ACTIVE.FID580262]

Dear Stine

The background to our wish is that the settlement and the individual appendices are fundamentally confidential based on the content of the agreements. We cannot therefore share the material without informing the parties to the agreement, which is why it would be helpful in this regard if you could give us some context.

In addition to this, a wider sharing with any possible defendants etc. can harm the Danish Tax Agency's financial interests both specifically and in general, including that it may weaken the Tax Agency's future opportunities to enter into settlement, as future settlement parties with overwhelming probability will hold anonymity as an essential prerequisite for entering into a settlement, which the Danish Tax Agency will thus not be able to guarantee in the future, if the settlement agreement is shared in a wider circle. This is another reason why we would like you to elaborate on your request regarding the use of the information.

Best regards

**Bettina Spang**
Chief Consultant
Executive Secretariat Special Audit

+45 72 37 44 69
Bettina.Spang@sktst.dk




The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is part of the Danish Tax Administration

**From:** SWI007@politi.dk <SWI007@politi.dk>
**Sent:** 22 January 2021 14:13
**To:** Bettina Spang <Bettina.Spang@sktst.dk>
**Cc:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK
MCH033@politi.dk **Subject:** RE: Urgent - request to forward settlement agreement

This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.

Dear Bettina

Thanks for your email.

As this involves an ongoing investigation, it is extremely limited as to what we are able to disclose about the reasons for our request to forward the settlement agreement.

Can I therefore get you to elaborate a little more on why you think a meeting needs to be held?

With best regards

**Stine Winther**
Special Prosecutor

Mobile: +45 61 12 69 79
Email: swi007@politi.dk




The Public Prosecutor for Special Economic and International Crimes

Kampmannsgade 1
DK-1604 København V
Tel.: +45 72 68 90 00
Fax: +45 4515 0016
Email: saoek@ankl.dk

**From:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sent:** 22 January 2021 11:44
**To:** Winther, Stine (SWI007) <SWI007@politi.dk>
**Cc:** Bettina Spang <Bettina.Spang@sktst.dk>; Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Subject:** Urgent – request to forward settlement agreement

Dear Stine

Thanks for your email.

In continuation of this, I would like to propose a meeting where you elaborate on your request with regard to the use of the information. If you agree to this, I would also kindly request that you forward a number of proposed meeting times, after which I will coordinate participation on behalf of ourselves and of Kammeradvokaten.

Best regards

**Bettina Spang**
Chief Consultant
Executive Secretariat Special Audit

+45 72 37 44 69
Bettina.Spang@sktst.dk




The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is part of the Danish Tax Administration

**From:** SWI007@politi.dk <SWI007@politi.dk>
**Sent:** 22 January 2021 10:15
**To:** Bettina Spang <Bettina.Spang@sktst.dk>
**Subject:** Urgent - request to forward settlement agreement

This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.

Dear Bettina

Please find attached a new request from SØIK of today's date.

I must ask that the Danish tax Agency's response be received as soon as possible, and latest by January 29, 2021. I apologize for the short deadline.

With best regards

**Stine Winther**
Special Prosecutor

Mobile: +45 61 12 69 79
Email: swi007@politi.dk




The Public Prosecutor for Special Economic and International Crimes

Kampmannsgade 1
DK-1604 København V
Tel.: +45 72 68 90 00
Fax: +45 4515 0016
Email: saoek@ankl.dk

**From:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sent:** 19 January 2021 10:17

**To: Winther, Stine (SWI007) <SWI007@politi.dk>**
**Cc: Bettina Spang** <Bettina.Spang@sktst.dk>
**Subject:** Request from SØIK re settlement

To SØIK:

Please find attached the Danish Tax Agency's response of today's date to your below request.

Best regards

**Bettina Spang**
Chief Consultant
Executive Secretariat Special Audit

+45 72 37 44 69
Bettina.Spang@sktst.dk




The Danish Tax Agency
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

This is how we handle personal data
The Danish Tax Agency is part of the Danish Tax Administration

**From:** SWI007@politi.dk <SWI007@politi.dk>
**Sent:** 6 January 2021 10:03
**To:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>
**Subject:** Request for information re the Danish Tax Agency's settlement



This email comes from the internet and is therefore not necessarily from an internal source even though the sender address can indicate that.

Forwarded here as attachment is the January 6, 2021, request from The Public Prosecutor for Special Economic and International Crimes for information regarding the Danish Tax Agency' s settlement.

I must ask that the Danish tax Agency' s response be received as soon as possible, and preferably before January 15, 2021.

With best regards

**Stine Winther**
Special Prosecutor

Mobile: +45 61 12 69 79
Email: swi007@politi.dk




The Public Prosecutor for Special Economic and International Crimes

Kampmannsgade 1
DK-1604 København V
Tel.: +45 72 68 90 00
Fax: +45 4515 0016
Email: saoek@ankl.dk

**From:** Bettina Spang
**Sent:** Fri, 22 Jan 2021 15:17:58 +0000
**To:** swi007@politi.dk
**Cc:** Bettina Spang;Steen Bechmann Jacobsen
**Subject:** Haster - anmodning om udlevering af forligsaftale [KA-ACTIVE.FID580262]

Kære Stine

Baggrunden for vores ønske er, at forliget og de enkelte bilag helt grundlæggende er fortrolige baseret på aftalernes indhold. Vi kan derfor ikke dele materialet uden at have orienteret aftaleparterne, hvorfor det i den forbindelse vil være hjælpsomt, såfremt I kan give os noget kontekst.

Dertil kommer, at en bredere deling med eventuelle tiltalte mv. kan skade Skattestyrelsens økonomiske interesser både konkret og generelt, herunder kan det svække Skattestyrelsens fremtidige muligheder for at indgå forlig, idet kommende forligsparter med altovervejende sandsynlighed vil have anonymitet som en væsentlig forudsætning for at indgå forlig, hvilket Skattestyrelsens således ikke fremadrettet vil kunne garantere, såfremt forligsaftalen deles i en bredere kreds. Også af den årsag vil vi gerne at I uddyber jeres anmodning i forhold til brugen af oplysningerne.

Venlig hilsen

**Bettina Spang**
Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk




Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 22. januar 2021 14:13
**Til:** Bettina Spang <Bettina.Spang@sktst.dk>
**Cc:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>; MCH033@politi.dk
**Emne:** SV: Haster - anmodning om udlevering af forligsaftale

Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Kære Bettina

Tak for din mail.

Idet der er tale om en verserende efterforskning, er det yderst begrænset, hvad vi kan oplyse om vores bevæggrunde for vores anmodning om udlevering af forligsaftalen.

Kan jeg derfor få dig til at uddybe lidt mere om, hvorfor I mener, at der er behov for at holde et møde?

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk



STATSADVOKATEN

Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.: +45 72 68 90 00
Fax: +45 4515 0016
Mail: saoek@ankl.dk

---

**Fra:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sendt:** 22. januar 2021 11:44
**Til:** Winther, Stine (SWI007) <SWI007@politi.dk>
**Cc:** Bettina Spang <Bettina.Spang@sktst.dk>; Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Emne:** Haster - anmodning om udlevering af forligsaftale

Kære Stine

Tak for din mail.

I forlængelse heraf vil jeg venligst foreslå et møde, hvor I uddyber jeres anmodning i forhold til brugen af oplysningerne. Såfremt I er enige heri, skal jeg endvidere venligst anmode om at få fremsendt et antal foreslåede mødetidspunkter, hvorefter jeg vil koordinere deltagelse fra vores og Kammeradvokatens side.

Venlig hilsen

**Bettina Spang**
Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk



Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 22. januar 2021 10:15
**Til:** Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** Haster - anmodning om udlevering af forligsaftale

Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Kære Bettina

Hermed fremsendes en ny anmodning af d.d. fra SØIK.

Jeg skal anmode om at modtage svar fra Skattestyrelsen snarest muligt og senest den 29. januar 2021. Jeg beklager den korte frist.

Med venlig hilsen

**Stine Winther**
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk



STATSADVOKATEN

Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.: +45 72 68 90 00
Fax: +45 4515 0016
Mail: saoek@ankl.dk

---

**Fra:** Bettina Spang <Bettina.Spang@sktst.dk>
**Sendt:** 19. januar 2021 10:17

**Til:** Winther, Stine (SWI007) <SWI007@politi.dk>
**Cc:** Bettina Spang <Bettina.Spang@sktst.dk>
**Emne:** Anmodning fra SØIK vedr. forlig

Til SØIK:

Hermed fremsendes Skattestyrelsens besvarelse af d.d. af jeres anmodning nedenfor.

Venlig hilsen

**Bettina Spang**
Chefkonsulent
Ledelsessekretariat Særlig Kontrol

+45 72 37 44 69
Bettina.Spang@sktst.dk




Skattestyrelsen
Helgeshøj Allé 9, 2630 Taastrup
www.sktst.dk

Sådan behandler vi persondata
Skattestyrelsen er en del af Skatteforvaltningen

---

**Fra:** SWI007@politi.dk <SWI007@politi.dk>
**Sendt:** 6. januar 2021 10:03
**Til:** Camilla Lindrum Bay <Camilla.Bay@sktst.dk>
**Emne:** Anmodning om oplysninger vedr. Skattestyrelsens forlig

Denne e-mail kommer fra internettet og er således ikke nødvendigvis fra en intern kilde selvom afsenderadresse kan indikere det.

Vedhæftet fremsendes Statsadvokaten for Særlig Økonomisk og International Kriminalitets anmodning af 6. januar 2021 om oplysninger vedr. Skattestyrelsens forlig.

Jeg skal anmode om at modtage Skattestyrelsens svar snarest muligt, og meget gerne inden den 15. januar 2021.

Med venlig hilsen

Stine Winther
specialanklager

Mobil: +45 61 12 69 79
Mail: swi007@politi.dk



Statsadvokaten for Særlig Økonomisk og International Kriminalitet

Kampmannsgade 1
DK-1604 København V
Tlf.: +45 72 68 90 00
Fax: +45 4515 0016
Mail: saoek@ankl.dk

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp SKAT_MAPLEPOINT_00000690, in the Danish language.

Copenhagen, 1 April 2025

Julius Holm Nørremark

Assistant Attorney, LL.M.