# Exhibit 557

CERTIFIED TRANSLATION

**To:**    Steen Bechmann Jacobsen[Steen.Jacobsen@SKTST.DK]
**From:**    Allan Larsen[/O=TOLDSKAT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=W19301BB2]
**Sent:**    Tue 5/14/2019 5:51:26 PM (UTC)
**Subject:**    Re: RE: Draft PR

We can discuss on Wednesday. But the point is to keep it as clean
as possible. Allan

---

**From:** Steen Bechmann Jacobsen
**Date:** May 14, 2019 7:20:05 PM (UTC)
**To:** Allan Larsen
**Subject:** FW: RE: Draft PR

Dear Allan

Below to your information and further
consideration.

Best regard

---

**From:** Steen Bechmann Jacobsen
**Date:** May 14, 2019 6:44:05 PM (UTC)
**To:** Gry Ahlefeld-Engel
**Cc:** Anne Munksgaard , Esben Haugland
**Subject:** FW: RE: Draft PR
Dear Gry and others
I was considering the approach in the draft regarding the size of the amount (approximately DKK 1.6 billion) which, as you know, covers both the civil claim and the fine, combined with the fact that we should refrain from mixing the settlement with the criminal track. Therefore, I have been in contact with Morten from SØIK, who agrees with my considerations, in addition Morten has mentioned that he must present an updated press approach for the Justice Department, if the criminal law track is included in the press announcement. At the same time, he is aware that mentioning the criminal law track on a more superficial level can be a very good idea.

Therefore, I am thinking that we should consider rephrasing the draft so that we only comment on the DKK 1.5 billion in the civil track instead of the DKK 1.6 billion, which includes the fine. SØIK can then potentially later release a story about a fine of DKK 100 million or whatever amount it may end up being.
If the combination of the civil and the criminal tracks becomes too tricky to handle, then we may exclude the criminal aspect from the press release, especially considering that SØIK has significant concerns if the criminal track is perceived as part of a settlement, which is not the case.
Best
Steen
**From:** Steen Bechmann Jacobsen
**Sent:** May 14, 2019 6:03 PM
**To:** Gry Ahlefeld-Engel
**Subject:** Re: RE: Draft PR
Dear Gry
Okay to most of it. Have a few follow-up questions in the comments boxes on p. 2, partially about NCB, partially about due diligence that I would like you to assess. Especially the matter with NCB seems odd not to be able to communicate about when we withdrew the lawsuit in the UK.
Best, Steen

---

**From:** Gry Ahlefeld-Engel
**Sent:** May 14, 2019 5:38 PM
**To:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Subject:** Re: RE: Draft PR
Dear Steen,

CONFIDENTIAL

I have made a few corrections to your comments, and I have also responded to them. If you agree with this draft, I will have it translated over here, and then we'll proceed based on that.

//Gry

---

**From:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Date:** May 14, 2019 11:17:42 AM, GMT-4
**To:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Subject:** Re: Draft PR

Dear Gry
You should read the draft on a computer, as there are multiple track changes and comments in the document. Just FYI. Best.

**From:** Allan Larsen
**Sent:** May 14, 2019 4:49 PM
**To:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Cc:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>; Esben Haugland <Esben.Haugland@sktst.dk>
**Subject:** Draft PR

Dear Gry – as agreed draft for PR. Note especially the directional markings from Steen.
Write/call, if you need anything further.
We are cheering (support)..!!

Best regards
**Allan Larsen**
Publicity Manager
Publicity and Strategic Communication
+45 72 37 05 74

**SKATTE**
STYRELSEN

The Danish Tax Agency
Østbanegade 123, 2100 Copenhagen Ø
www.sktst.dk
The Danish Tax Agency is a part of the Danish Tax Administration

Message
***

**From**: Allan Larsen [/O=TOLDSKAT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=W19301BB2]
**Sent**: 5/14/2019 5:51:26 PM
**To**: Steen Bechmann Jacobsen [steen.jacobsen@sktst.dk]
**Subject**: Ang: SV: Udkast PM

Vi kan drøfte onsdag. Men en pointe at holde det så rent som muligt.
Allan

***

**Fra:** Steen Bechmann Jacobsen
**Dato:** 14. maj 2019 kl. 19.20.05 CEST
**Til:** Allan Larsen
**Emne:** VS: SV: Udkast PM

Kære Allan

Nedenstående T.o. og videre overvejelse.

Bh

***

**Fra:** Steen Bechmann Jacobsen
**Dato:** 14. maj 2019 kl. 18.44.05 CEST
**Til:** Gry Ahlefeld-Engel
**Cc:** Anne Munksgaard , Esben Haugland
**Emne:** VS: SV: Udkast PM

Kære Gry m.fl.
Jeg kom lige til at tænke nærmere over linjen i udkastet vedr. beløbsstørrelsen omkring de 1,6 mia., som jo både dækker over det civilretlige krav og bødekravet, sammenholdt med, at vi jo helst ikke skal sammenblande forliget med det strafferetlige spor. Jeg har derfor haft fat i Morten i SØIK, der er enig heri, ligesom Morten derudover har nævnt, at han bliver nødt til at forelægge en senere presselinje for JM, hvis det strafferetlige indgår i pressemeddelelsen. Han er dog samtidig opmærksom på, at en nævnelse af det strafferetlige på et overordnet plan kan være en rigtig god idé.
Jeg tænker derfor, at vi evt. skal omformulere udkastet således at vi alene udtaler os om ca. <u>1,5</u> mia. kr. i det civilretlige spor i stedet for de <u>1,6</u>, som er medregnet bødekravet. Søik kan så evt. efterfølgende gå ud med en historie om et bødekrav på 100 mill. kr. eller hvad det nu end måtte lande på.
Hvis kombinationen af det civilretlige og det strafferetlige spor bliver for vanskeligt at håndtere, så må skrive det strafferetlige ud af pressemeddelelsen, særlig henset til, at SØIK nærer en betydelig bekymring for, hvis det strafferetlige spor opfattes som en del af et forlig, hvilket ikke er tilfældet.
Bh
Steen

**Fra:** Steen Bechmann Jacobsen
**Sendt:** 14. maj 2019 18:03
**Til:** Gry Ahlefeld-Engel
**Emne:** SV: SV: Udkast PM
Kære Gry

CONFIDENTIAL

Ok til det meste. Har dog lige et par opfølgende spm. i kommentarboksene på s. 2 om dels NCB dels due dilligence, som I godt lige må vurdere. Særlig det med NCB bliver noget underligt noget ikke at kunne kommunikere om, når vi trækker stævningen i UK.
Bh
Steen

**Fra:** Gry Ahlefeld-Engel
**Sendt:** 14. maj 2019 17:38
**Til:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Emne:** Ang: SV: Udkast PM

Kære Steen,
Jeg har rettet en smule til i forhold til dine bemærkninger, og i øvrigt svaret dig på dem. Hvis du kan være enig i dette udkast får jeg det oversat herovre, og så tager vi udgangspunkt ikke det.
//Gry

**Fra:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
**Dato:** 14. maj 2019 kl. 11.17.42 GMT-4
**Til:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Emne:** SV: Udkast PM

Kære Gry
Du har brug for at læse udkastet på en PC, idet der er tale om flere rettelsesmarkeringer og kommentarbokse. Blot t.o.
Bh

**Fra:** Allan Larsen
**Sendt:** 14. maj 2019 16:49
**Til:** Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
**Cc:** Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>; Esben Haugland <Esben.Haugland@sktst.dk>
**Emne:** Udkast PM

Kære Gry – som aftalt udkast til PM. Bemærk især regibemærkningerne fra Steen.
Skriv/ring, hvis du skal bruge mere.
Vi hepper…!!
Venlig hilsen
**Allan Larsen**
Pressechef
Presse og Strategisk Kommunikation
+45 72 37 05 74
allan.larsen@sktst.dk



Skattestyrelsen
Østbanegade 123, 2100 København Ø
www.sktst.dk
Skattestyrelsen er en del af Skatteforvaltningen

SKAT_MAPLEPOINT_00000018

I, the undersigned, Julius Holm Nørremark, certify that I am fluent in both the English and Danish languages and that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached exhibit, with the bates stamp SKAT_MAPLEPOINT_00000017, in the Danish language.

Copenhagen, 1 April 2025

*Julius Holm Nørremark*

Assistant Attorney, LL.M.