# Exhibit 558

**CERTIFIED TRANSLATION**

**TRANSLATION**

Message

**From:** Gry Ahlefeld-Engel [/O=TOLDSKAT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BF08BE88C46F4231A8D5BC823CD20291-W24045]
**Sent:** 6/4/2019 11:25:35 AM
**To:** Sofie Nygaard Ekstrøm [/o=ToldSkat/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f807d882c9844d8c896906f55d01e56a-W24579]
**Subject:** FWD: Confidential – updated draft P R

-----Original message-----
From: MNJ005@politi.dk [mailto:MNJ005@politi.dk]
Sent: 16 May 2019 20:21
To: Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
Cc: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Subject: RE: Confidential – Updated draft P R

Dear Steen

Looks good. We probably don't have anything as, of course, there is no trace of anything relating to criminal law.

Will get finally back to you later.

Best regards

Morten

---

From: Steen Bechmann Jacobsen [Steen.Jacobsen@SKTST.DK]
Sent: 16 May 2019 20:10
To: Jakobsen, Morten Niels (MNJ005)
Cc: Gry Ahlefeld-Engel
Subject: Confidential - Updated draft P R

Dear Morten

Please find attached a draft press release as previously agreed.
As you can see, possible quotes from the Minister are currently missing. It hasn't been possible to incorporate them at this point in time. Instead, the department will draft some so-called principles within which the Minister's possible quotes will be. We haven't seen these principles yet, but I'll of course send them to you as well once I've received them.
We will have to get back to the press release a number of times over the next few days and there will undoubtedly be a number of changes, especially once our opposing parties receive it for a review.
It'll be great if you can push through an acceptance from your side relatively quickly.
Many thanks for the assistance. Please ring me if there's anything that needs to be elaborated on.

Best regards
Steen


From: Janus Breck
Sent: 16 May 2019 19:28
To: Merete Agergaard <Merete.Agergaard@SKTST.DK>; Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
Cc: Allan Larsen <allan.larsen@sktst.dk>; Peter Christian Baggesgaard Hansen <pbh@skm.dk>; Esben Haugland <Esben.Haugland@sktst.dk>; Birgitte Christensen <bc@skm.dk>
Subject: Updated P R

Dear Merete and Steen

Please find attached an updated version of the P R. The principles will follow.

Best regards Janus

CONFIDENTIAL                                                       SKAT_MAPLEPOINT_00000904_T_R

Message

**From**: Gry Ahlefeld-Engel [/O=TOLDSKAT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BF08BE88C46F4231A8D5BC823CD20291-W24045]
**Sent**: 6/4/2019 11:25:35 AM
**To**: Sofie Nygaard Ekstrøm [/o=ToldSkat/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f807d882c9844d8c896906f55d01e56a-W24579]
**Subject**: VS: Fortroligt - Opdateret udkast PM

-----Oprindelig meddelelse-----
Fra: MNJ005@politi.dk [mailto:MNJ005@politi.dk]
Sendt: 16. maj 2019 20:21
Til: Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
Cc: Gry Ahlefeld-Engel <Gry.Ahlefeld-Engel@SKTST.DK>
Emne: SV: Fortroligt - Opdateret udkast PM

Kære Steen

Ser fint ud. Vi har formentlig ikke noget, da der jo ikke er spor af noget strafferetligt.

Vender endeligt tilbage senere.

Bh

Morten

Fra: Steen Bechmann Jacobsen [Steen.Jacobsen@SKTST.DK]
Sendt: 16. maj 2019 20:10
Til: Jakobsen, Morten Niels (MNJ005)
Cc: Gry Ahlefeld-Engel
Emne: Fortroligt - Opdateret udkast PM

Kære Morten

Hermed som tidligere aftalt udkast til pressemeddelelse.
Som du vil kunne se, mangler der pt. evt. citater fra ministeren, hvilket det ikke har været muligt at indarbejde på nuværende tidspunkt. Dep. vil i stedet udarbejde nogle såkaldte principper inden for hvilke ministerens evt. udtalelser vil ligge. Disse principper har vi ikke set endnu, men dem sender jeg selvfølgelig også til dig, når jeg har modtaget dem.
Vi kommer til at have en række tilbageløb på pressemeddelelsen over de næste dage, og der vil utvivlsomt komme en række ændringer, særlig når vores modparter får den til gennemsyn.
Det vil være fint, hvis du kan presse en accept igennem i dit eget bagland forholdsvis hurtigt.
Mange tak for assistancen. Ring hvis der er noget, der skal uddybes.

Bh
Steen

Fra: Janus Breck
Sendt: 16. maj 2019 19:28
Til: Merete Agergaard <Merete.Agergaard@SKTST.DK>; Steen Bechmann Jacobsen <Steen.Jacobsen@SKTST.DK>
Cc: Allan Larsen <allan.larsen@sktst.dk>; Peter Christian Baggesgaard Hansen <pbh@skm.dk>; Esben Haugland <Esben.Haugland@sktst.dk>; Birgitte Christensen <bc@skm.dk>
Emne: Opdateret PM

Kære Merete og Steen

Hermed opdateret version af PM. Principper følger.

Bh. Janus

CONFIDENTIAL                                                                                                      SKAT_MAPLEPOINT_00000904

I, the undersigned, Jeanette Riis, certify that the preceding text in the English language is to the best of my knowledge and belief a true and faithful translation of the attached email correspondence of 16 May 2019 and 6 April 2019 between various parties in the Danish language.

Witness my hand and official seal.
Copenhagen, 4 April 2025



Jeanette Riis
MA in Translation and Interpretation (English)