# Exhibit 563



# Solo Capital

10 Exchange Square
Primrose Street
London
EC2A 2EN

▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮
23 East 10th Street
New York
NY 10003
United States of America

▮▮▮ - DKK Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Oct-13 | Cash | Opening Balance | 0.00 | | 0.00 |
| 22-Oct-14 | Cash | Acupay Tax Reclaim | 1,183,687.50 | | 1,183,687.50 |
| 22-Oct-14 | Cash | Bank Charges | | -9.06 | 1,183,678.44 |
| 23-Oct-14 | Cash | GSS Invoice 00095 | | -789,164.46 | 394,513.98 |
| 25-Oct-14 | Cash | FX to USD @ 5.406547887 | | -394,513.17 | 0.81 |
| 25-Oct-14 | Cash | Residual Write-Off | | -0.81 | -0.00 |
| 02-Jan-14 | Cash | Acupay Tax Reclaim | 1,304,710.56 | | 1,304,710.56 |
| 02-Jan-14 | Cash | Invoice 110 | | -869,850.53 | 434,860.03 |
| 08-Jan-14 | Cash | FX to USD @ 5.469243 | | -434,860.03 | 0.00 |
| 05-Feb-14 | Cash | Acupay Tax Reclaim | 1,683,377.50 | | 1,683,377.50 |
| 05-Feb-14 | Cash | GSS Invoice 143 | | -1,122,307.78 | 561,069.72 |
| 10-Feb-14 | Cash | FX to USD @ 5.47773 | | -561,069.72 | 0.00 |
| | | Closing Balance | | | 0.00 |

CPP01 - USD Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 25-Oct-13 | Cash | Opening Balance | 0.00 | | 0.00 |
| 25-Oct-13 | Cash | FX from DKK @ 5.406547887 | 72,969.51 | | 72,969.51 |
| 28-Oct-13 | Cash | Payment to CPP01 | | -72,945.51 | 24.00 |
| 28-Oct-13 | Cash | Bank Charge | | -24.97 | -0.97 |
| 28-Oct-13 | Cash | Residual Write-Off | 0.97 | | 0.00 |
| 08-Nov-13 | Trade | Trading Fees @1.3367 | | -4,428.90 | -4,428.90 |
| 11-Nov-13 | Cash | Cash Receipt from CPP01 | 12,553.76 | | 8,124.86 |
| 12-Nov-13 | Trade | Trading Fees @1.3442 | | -6,126.41 | 1,998.45 |
| 13-Nov-13 | Cash | Payment to CPP01 | | -12,549.43 | -10,550.98 |
| 13-Nov-13 | Trade | Trading Fees @1.3454 | | -7,095.13 | -17,646.11 |
| 14-Nov-13 | Trade | Trading Fees @1.3472 | | -9,753.09 | -27,399.20 |
| 15-Nov-13 | Cash | Cash Receipt from CPP01 | 12,549.43 | | -14,849.77 |
| 25-Nov-13 | Cash | Cash Receipt from CPP01 | 29,964.99 | | 15,115.22 |
| 26-Nov-13 | Cash | Transfer to LLP for GSS Invoice | | -12,553.76 | 2,561.46 |
| 26-Nov-13 | Trade | Trading Fees @1.3557 | | -3,799.51 | -1,238.05 |
| 27-Nov-13 | Trade | Trading Fees @1.357 | | -45.20 | -1,283.25 |
| 30-Nov-13 | Trade | Custody Fee November 13 @1.3591 | | -1,698.88 | -2,982.13 |
| 02-Dec-13 | Trade | Trading Fees @1.3551 | | -9,453.94 | -12,436.07 |
| 04-Dec-13 | Cash | Cash Receipt from CPP01 | 49,964.88 | | 37,528.81 |
| 05-Dec-13 | Trade | Trading Fees @1.3665 | | -4,352.53 | 33,176.28 |
| 09-Dec-13 | Trade | Trading Fees @1.3746 | | -1,203.63 | 31,972.65 |
| 11-Dec-13 | Trade | Trading Fees @1.3803 | | -2,661.27 | 29,311.38 |
| 16-Dec-13 | Trade | Trading Fees @1.3746 | | -6,263.14 | 23,048.24 |
| 19-Dec-13 | Trade | Trading Fees @1.3665 | | -8,163.94 | 14,884.30 |
| 31-Dec-13 | Trade | Custody Fee December 13 @1.3789 | | -1,723.63 | 13,160.67 |
| 08-Jan-14 | Cash | FX from DKK @5.469243 | 79,510.09 | | 92,670.76 |
| 15-Jan-14 | Cash | Payment to CPP01 | | -42,670.76 | 50,000.00 |
| 15-Jan-14 | Cash | Bank Charge | | -32.07 | 49,967.93 |
| 31-Jan-14 | Trade | Custody Fee January 14 @1.3486 | | -1,685.75 | 48,282.18 |
| 10-Feb-14 | Cash | FX to USD @ 5.47773 | 102,427.41 | | 150,709.59 |
| 10-Feb-14 | Cash | Payment to CPP01 | | -100,709.59 | 50,000.00 |
| 26-Feb-14 | Trade | Trading Fees @1.3672 | | -4,122.11 | 45,877.89 |
| 28-Feb-14 | Cash | Custody Fee February 14 @1.3802 | | -2,070.30 | 43,807.59 |
| 06-Mar-14 | Trade | Trading Fees @1.3859 | | -4,178.49 | 39,629.11 |
| 18-Mar-14 | Trade | Trading Fees @ 1.3922 | | -4,218.37 | 35,410.74 |
| 19-Mar-14 | Trade | Trading Fees @ 1.3916 | | -4,195.67 | 31,215.07 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

Highly Confidential

MPSKAT00119705



10 Exchange Square
Primrose Street
London
EC2A 2EN

| Date | Type | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 20-Mar-14 | Trade | Trading Fees @ 1.3776 | | -8,389.58 | 22,825.49 |
| 21-Mar-14 | | Closing Balance | | | 22,825.49 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

Highly Confidential                                                                                                                                               MPSKAT00119706