# Exhibit 564

# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

**Invoice Date**    02nd January 2014

**Invoice Number**    00110

**To**    ▆▆▆▆▆▆▆▆▆▆▆▆

**Address**    23 East 10th Street, Apt 220
New York, NY 10003,
United States of America

**Description**

| Description | Amount DKK |
|---|---|
| Fee due under services agreement | DKK 869,850.53 |
| **Total amount due in January 2014** | **DKK 869,850.53** |

**Contact Email**    Ganymede@ganymedecayman.com

**Amount due on invoice date.**

**If you choose to pay in USD, please contact us to confirm the Exchange rate that applies.**

**Please remit payments by wire transfer to:**
**DKK Account**

| Solo Bank Details : | Barclays Bank PLC<br>260/262 Chingford Mount road<br>South Chingford<br>London<br>E4 8JN<br>United Kingdom |
|---|---|
| Currency: | DKK |
| Sort code: | 20-53-04 |
| Account Number: | ▆▆▆▆▆▆▆ |
| IBAN code: | GB37 BARC 2053 0464 3383 33 |
| SWIFT code: | BARCGB22 |

Highly Confidential