# Exhibit 565

| | |
|---|---|
| **From:** | ████████████ |
| **To:** | Matthew Stein <mstein@maplept.com>;"Jérôme LHOTE" <jlhote@maplept.com>;John van Merkensteijn <jhvm@argremgt.com>;Richard Markowitz <rmarkowitz@argremgt.com> |
| **Sent:** | 9/9/2014 6:29:56 PM |
| **Subject:** | Acupay Outstanding |
| **Attachments:** | 140909_Argre Management_Overview long form reclaims submitted via AcupaySystem.xlsx |

**Best Regards,**

████████████
Director
Maple Point LLC
40 West 57th Street
New York, New York 10019

████████████

**Document Produced as Native**

CONFIDENTIAL

| | A | D | F | H | I | J | K | L | M | N | O | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Country | BO Full Name | Security Name | Pay Date | Number of shares | Div rate | Gross Dividend | Tax | Net Dividend | Refund Amount | Adjusted Fee | Sent to tax authorities |
| 2 | Austria | | Telekom Austria AG | 5/30/2012 | 13,000,000 | 0.38 | 4,940,000.00 | 1,235,000.00 | 3,705,000.00 | 1,235,000.00 | 12,350.00 | 11/28/2012 |
| 3 | Austria | | Voestalpine AG | 7/16/2012 | 5,000,000 | 0.80 | 4,000,000.00 | 1,000,000.00 | 3,000,000.00 | 1,000,000.00 | 10,000.00 | 11/28/2012 |
| 4 | Austria | | Telekom Austria AG | 5/30/2012 | 10,000,000 | 0.38 | 3,800,000.00 | 950,000.00 | 2,850,000.00 | 950,000.00 | 9,500.00 | 11/28/2012 |
| 5 | Austria | | Voestalpine AG | 7/16/2012 | 5,000,000 | 0.80 | 4,000,000.00 | 1,000,000.00 | 3,000,000.00 | 1,000,000.00 | 10,000.00 | 11/28/2012 |
| 6 | Belgium | | Ageas SA | 5/13/2014 | 604,163 | 1.400 | 845,828.20 | 211,457.05 | 634,371.15 | 211,457.05 | 1,691.66 | 14/07/2014 |
| 7 | Belgium | | Belgacom SA | 4/25/2014 | 389,521 | 1.680 | 654,395.28 | 163,598.82 | 490,796.46 | 163,598.82 | 1,308.79 | 27/06/2014 |
| 8 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 188,320 | 2.720 | 512,230.40 | 128,057.60 | 384,172.80 | 128,057.60 | 1,024.46 | 27/06/2014 |
| 9 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,120,000 | 1.700 | 5,304,000.00 | 1,326,000.00 | 3,978,000.00 | 1,326,000.00 | 13,260.00 | 05/11/2013 |
| 10 | Belgium | | KBC Groep NV | 5/16/2013 | 1,670,000 | 1.000 | 1,670,000.00 | 417,500.00 | 1,252,500.00 | 417,500.00 | 4,175.00 | 19/11/2013 |
| 11 | Belgium | | Mobistar SA | 5/24/2013 | 205,000 | 1.800 | 369,000.00 | 92,250.00 | 276,750.00 | 92,250.00 | 922.50 | 21/11/2013 |
| 12 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 252,493 | 7.900 | 1,994,694.70 | 498,673.68 | 1,496,021.02 | 498,673.68 | 4,986.74 | 05/11/2013 |
| 13 | Belgium | | Umicore SA | 5/8/2013 | 675,000 | 0.500 | 337,500.00 | 84,375.00 | 253,125.00 | 84,375.00 | 843.75 | 05/11/2013 |
| 14 | Belgium | | Umicore SA | 9/5/2013 | 640,000 | 0.50 | 320,000.00 | 80,000.00 | 240,000.00 | 80,000.00 | 800.00 | 19/12/2013 |
| 15 | Belgium | | Ageas SA | 5/6/2013 | 870,000 | 1.200 | 1,044,000.00 | 261,000.00 | 783,000.00 | 261,000.00 | 2,610.00 | 24/10/2013 |
| 16 | Belgium | | Delhaize Group SA | 5/31/2013 | 492,000 | 1.40 | 688,800.00 | 172,200.00 | 516,600.00 | 172,200.00 | 1,722.00 | 26/11/2013 |
| 17 | Belgium | | Ackermans & Van Haaren NV | 6/3/2013 | 112,000 | 1.67 | 187,040.00 | 46,760.00 | 140,280.00 | 46,760.00 | 467.60 | 26/11/2013 |
| 18 | Belgium | | Anheuser Busch Inbev NV | 5/8/2013 | 1,935,637 | 1.450 | 2,806,673.65 | 701,668.41 | 2,105,005.24 | 701,668.41 | 5,613.35 | 14/07/2014 |
| 19 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,231,000 | 0.600 | 3,138,600.00 | 784,650.00 | 2,353,950.00 | 784,650.00 | 7,846.50 | |
| 20 | Belgium | | Ageas SA | 5/13/2014 | 492,212 | 1.400 | 689,096.80 | 172,274.20 | 516,822.60 | 172,274.20 | 1,378.19 | 14/07/2014 |
| 21 | Belgium | | Belgacom SA | 4/25/2014 | 340,373 | 1.680 | 571,826.64 | 142,956.66 | 428,869.98 | 142,956.66 | 1,143.65 | 27/06/2014 |
| 22 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 208,213 | 2.720 | 566,339.36 | 141,584.84 | 424,754.52 | 141,584.84 | 1,132.68 | 27/06/2014 |
| 23 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,856,526 | 1.450 | 2,691,962.70 | 672,990.68 | 2,018,972.03 | 672,990.68 | 5,383.93 | 14/07/2014 |
| 24 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,169,000 | 0.600 | 3,101,400.00 | 775,350.00 | 2,326,050.00 | 775,350.00 | 7,753.50 | |
| 25 | Belgium | | Ageas SA | 5/13/2014 | 615,669 | 1.400 | 861,936.60 | 215,484.15 | 646,452.45 | 215,484.15 | 1,723.87 | 14/07/2014 |
| 26 | Belgium | | Belgacom SA | 4/25/2014 | 423,795 | 1.680 | 711,975.60 | 177,993.90 | 533,981.70 | 177,993.90 | 1,423.95 | 27/06/2014 |
| 27 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 163,476 | 2.720 | 444,654.72 | 111,163.68 | 333,491.04 | 111,163.68 | 889.31 | 27/06/2014 |
| 28 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,633,420 | 1.450 | 2,368,459.00 | 592,114.75 | 1,776,344.25 | 592,114.75 | 4,736.92 | 14/07/2014 |
| 29 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,275,000 | 0.600 | 3,165,000.00 | 791,250.00 | 2,373,750.00 | 791,250.00 | 7,912.50 | |
| 30 | Belgium | | Ageas SA | 5/13/2014 | 504,735 | 1.400 | 706,629.00 | 176,657.25 | 529,971.75 | 176,657.25 | 1,413.26 | 14/07/2014 |
| 31 | Belgium | | Belgacom SA | 4/25/2014 | 356,267 | 1.680 | 598,528.56 | 149,632.14 | 448,896.42 | 149,632.14 | 1,197.06 | 27/06/2014 |
| 32 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 174,344 | 2.720 | 474,215.68 | 118,553.92 | 355,661.76 | 118,553.92 | 948.43 | 27/06/2014 |
| 33 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 2,080,325 | 1.450 | 3,016,471.25 | 754,117.81 | 2,262,353.44 | 754,117.81 | 6,032.94 | 14/07/2014 |
| 34 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,174,000 | 0.600 | 3,104,400.00 | 776,100.00 | 2,328,300.00 | 776,100.00 | 7,761.00 | |
| 35 | Belgium | | Ageas SA | 5/6/2013 | 970,000 | 1.200 | 1,164,000.00 | 291,000.00 | 873,000.00 | 291,000.00 | 2,910.00 | 24/10/2013 |
| 36 | Belgium | | Delhaize Group SA | 5/31/2013 | 508,000 | 1.40 | 711,200.00 | 177,800.00 | 533,400.00 | 177,800.00 | 1,778.00 | 26/11/2013 |
| 37 | Belgium | | Ackermans & Van Haaren NV | 6/3/2013 | 158,000 | 1.67 | 263,860.00 | 65,965.00 | 197,895.00 | 65,965.00 | 659.65 | 26/11/2013 |
| 38 | Belgium | | Ageas SA | 5/13/2014 | 520,819 | 1.400 | 729,146.60 | 182,286.65 | 546,859.95 | 182,286.65 | 1,458.29 | 14/07/2014 |
| 39 | Belgium | | Belgacom SA | 4/25/2014 | 368,870 | 1.680 | 619,701.60 | 154,925.40 | 464,776.20 | 154,925.40 | 1,239.40 | 27/06/2014 |
| 40 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 170,037 | 2.720 | 462,500.64 | 115,625.16 | 346,875.48 | 115,625.16 | 925.00 | 27/06/2014 |
| 41 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,580,000 | 1.700 | 6,086,000.00 | 1,521,500.00 | 4,564,500.00 | 1,521,500.00 | 15,000.00 | 05/11/2013 |
| 42 | Belgium | | Bekaert NV | 5/15/2013 | 275,000 | 0.850 | 233,750.00 | 58,437.50 | 175,312.50 | 58,437.50 | 584.38 | 19/11/2013 |
| 43 | Belgium | | KBC Groep NV | 5/16/2013 | 1,410,000 | 1.000 | 1,410,000.00 | 352,500.00 | 1,057,500.00 | 352,500.00 | 3,525.00 | 19/11/2013 |
| 44 | Belgium | | Mobistar SA | 5/24/2013 | 210,000 | 1.800 | 378,000.00 | 94,500.00 | 283,500.00 | 94,500.00 | 945.00 | 21/11/2013 |
| 45 | Belgium | | Solvay SA | 5/21/2013 | 355,000 | 2.000 | 710,000.00 | 177,500.00 | 532,500.00 | 177,500.00 | 1,775.00 | 21/11/2013 |
| 46 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 301,760 | 7.900 | 2,383,904.00 | 595,976.00 | 1,787,928.00 | 595,976.00 | 5,959.76 | 05/11/2013 |
| 47 | Belgium | | UCB SA | 5/7/2013 | 605,000 | 1.020 | 617,100.00 | 154,275.00 | 462,825.00 | 154,275.00 | 1,542.75 | 05/11/2013 |
| 48 | Belgium | | Umicore SA | 5/8/2013 | 670,000 | 0.500 | 335,000.00 | 83,750.00 | 251,250.00 | 83,750.00 | 837.50 | 05/11/2013 |
| 49 | Belgium | | Umicore SA | 9/5/2013 | 630,000 | 0.50 | 315,000.00 | 78,750.00 | 236,250.00 | 78,750.00 | 787.50 | 19/12/2013 |

| | A | D | F | H | I | J | K | L | M | N | O | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Country | BO Full Name | Security Name | Pay Date | Number of shares | Div rate | Gross Dividend | Tax | Net Dividend | Refund Amount | Adjusted Fee | Sent to tax authorities |
| 50 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 2,189,861 | 1.450 | 3,175,298.45 | 793,824.61 | 2,381,473.84 | 793,824.61 | 6,350.60 | 14/07/2014 |
| 51 | Belgium | | Ageas SA | 5/13/2014 | 538,708 | 1.400 | 754,191.20 | 188,547.80 | 565,643.40 | 188,547.80 | 1,508.38 | 14/07/2014 |
| 52 | Belgium | | Belgacom SA | 4/25/2014 | 398,546 | 1.680 | 669,557.28 | 167,389.32 | 502,167.96 | 167,389.32 | 1,339.11 | 27/06/2014 |
| 53 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 172,628 | 2.720 | 469,548.16 | 117,387.04 | 352,161.12 | 117,387.04 | 939.10 | 27/06/2014 |
| 54 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,680,566 | 1.450 | 2,436,820.70 | 609,205.18 | 1,827,615.53 | 609,205.18 | 4,873.64 | 14/07/2014 |
| 55 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,181,000 | 0.600 | 3,108,600.00 | 777,150.00 | 2,331,450.00 | 777,150.00 | 7,771.50 | |
| 56 | Belgium | | Ageas SA | 5/13/2014 | 614,125 | 1.400 | 859,775.00 | 214,943.75 | 644,831.25 | 214,943.75 | 1,719.55 | 14/07/2014 |
| 57 | Belgium | | Belgacom SA | 4/26/2013 | 1,500,000 | 1.680 | 2,520,000.00 | 630,000.00 | 1,890,000.00 | 630,000.00 | 6,300.00 | 25/10/2013 |
| 58 | Belgium | | UCB SA | 5/7/2013 | 520,000 | 1.020 | 530,400.00 | 132,600.00 | 397,800.00 | 132,600.00 | 1,326.00 | 25/10/2013 |
| 59 | Belgium | | Delhaize Group SA | 6/1/2012 | 2,900,000 | 1.76 | 5,104,000.00 | 1,276,000.00 | 3,828,000.00 | 1,276,000.00 | 12,760.00 | 29/08/2012 |
| 60 | Belgium | | Ageas SA | 5/6/2013 | 1,280,000 | 1.200 | 1,536,000.00 | 384,000.00 | 1,152,000.00 | 384,000.00 | 3,840.00 | 05/11/2013 |
| 61 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 2,900,000 | 1.700 | 4,930,000.00 | 1,232,500.00 | 3,697,500.00 | 1,232,500.00 | 12,325.00 | 05/11/2013 |
| 62 | Belgium | | Belgacom SA | 4/25/2014 | 422,402 | 1.680 | 709,635.36 | 177,408.84 | 532,226.52 | 177,408.84 | 1,419.27 | 27/06/2014 |
| 63 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 157,262 | 2.720 | 427,752.64 | 106,938.16 | 320,814.48 | 106,938.16 | 855.51 | 27/06/2014 |
| 64 | Belgium | | Delhaize Group SA | 5/31/2013 | 482,000 | 1.40 | 674,800.00 | 168,700.00 | 506,100.00 | 168,700.00 | 1,687.00 | 26/11/2013 |
| 65 | Belgium | | Groupe Bruxelles Lambert SA | 5/3/2013 | 480,000 | 2.650 | 1,272,000.00 | 318,000.00 | 954,000.00 | 318,000.00 | 3,180.00 | 05/11/2013 |
| 66 | Belgium | | KBC Groep NV | 5/16/2013 | 1,460,000 | 1.000 | 1,460,000.00 | 365,000.00 | 1,095,000.00 | 365,000.00 | 3,650.00 | 19/11/2013 |
| 67 | Belgium | | Mobistar SA | 5/24/2013 | 240,000 | 1.800 | 432,000.00 | 108,000.00 | 324,000.00 | 108,000.00 | 1,080.00 | 21/11/2013 |
| 68 | Belgium | | Solvay SA | 1/17/2013 | 575,000 | 1.200 | 690,000.00 | 172,500.00 | 517,500.00 | 172,500.00 | 1,725.00 | 23/10/2013 |
| 69 | Belgium | | Solvay SA | 5/21/2013 | 340,000 | 2.000 | 680,000.00 | 170,000.00 | 510,000.00 | 170,000.00 | 1,700.00 | 21/11/2013 |
| 70 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 351,026 | 7.900 | 2,773,105.40 | 693,276.35 | 2,079,829.05 | 693,276.35 | 6,932.76 | 05/11/2013 |
| 71 | Belgium | | Umicore SA | 5/8/2013 | 630,000 | 0.500 | 315,000.00 | 78,750.00 | 236,250.00 | 78,750.00 | 787.50 | 05/11/2013 |
| 72 | Belgium | | Umicore SA | 9/5/2013 | 600,000 | 0.50 | 300,000.00 | 75,000.00 | 225,000.00 | 75,000.00 | 750.00 | 19/12/2013 |
| 73 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,779,952 | 1.450 | 2,580,930.40 | 645,232.60 | 1,935,697.80 | 645,232.60 | 5,161.86 | 14/07/2014 |
| 74 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,234,000 | 0.600 | 3,140,400.00 | 785,100.00 | 2,355,300.00 | 785,100.00 | 7,851.00 | |
| 75 | Belgium | | Ageas SA | 5/13/2014 | 624,812 | 1.400 | 874,736.80 | 218,684.20 | 656,052.60 | 218,684.20 | 1,749.47 | 14/07/2014 |
| 76 | Belgium | | Belgacom SA | 4/25/2014 | 349,870 | 1.680 | 587,781.60 | 146,945.40 | 440,836.20 | 146,945.40 | 1,175.56 | 27/06/2014 |
| 77 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 207,078 | 2.720 | 563,252.16 | 140,813.04 | 422,439.12 | 140,813.04 | 1,126.50 | 27/06/2014 |
| 78 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,786,956 | 1.450 | 2,591,086.20 | 647,771.55 | 1,943,314.65 | 647,771.55 | 5,182.17 | 14/07/2014 |
| 79 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,220,000 | 0.600 | 3,132,000.00 | 783,000.00 | 2,349,000.00 | 783,000.00 | 7,830.00 | |
| 80 | Belgium | | Ageas SA | 5/13/2014 | 537,365 | 1.400 | 752,311.00 | 188,077.75 | 564,233.25 | 188,077.75 | 1,504.62 | 14/07/2014 |
| 81 | Belgium | | Delhaize Group SA | 5/31/2014 | 505,000 | 1.40 | 707,000.00 | 176,750.00 | 530,250.00 | 176,750.00 | 1,767.50 | 26/11/2013 |
| 82 | Belgium | | Ageas SA | 5/6/2013 | 1,300,000 | 1.200 | 1,560,000.00 | 390,000.00 | 1,170,000.00 | 390,000.00 | 3,900.00 | 05/11/2013 |
| 83 | Belgium | | Anheuser Busch Inbev NV | 5/2/2014 | 4,050,000 | 1.700 | 6,885,000.00 | 1,721,250.00 | 5,163,750.00 | 1,721,250.00 | 15,000.00 | 25/10/2013 |
| 84 | Belgium | | Belgacom SA | 4/25/2014 | 352,356 | 1.680 | 591,958.08 | 147,989.52 | 443,968.56 | 147,989.52 | 1,183.92 | 27/06/2014 |
| 85 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 210,797 | 2.720 | 573,367.84 | 143,341.96 | 430,025.88 | 143,341.96 | 1,146.74 | 27/06/2014 |
| 86 | Belgium | | Bekaert NV | 5/15/2013 | 240,000 | 0.850 | 204,000.00 | 51,000.00 | 153,000.00 | 51,000.00 | 510.00 | 19/11/2013 |
| 87 | Belgium | | Ackermans & Van Haaren NV | 6/3/2013 | 105,000 | 1.67 | 175,350.00 | 43,837.50 | 131,512.50 | 43,837.50 | 438.38 | 26/11/2013 |
| 88 | Belgium | | Groupe Bruxelles Lambert SA | 5/3/2013 | 550,000 | 2.650 | 1,457,500.00 | 364,375.00 | 1,093,125.00 | 364,375.00 | 3,643.75 | 05/11/2013 |
| 89 | Belgium | | KBC Groep NV | 5/16/2013 | 1,500,000 | 1.000 | 1,500,000.00 | 375,000.00 | 1,125,000.00 | 375,000.00 | 3,750.00 | 19/11/2013 |
| 90 | Belgium | | Solvay SA | 5/21/2013 | 240,000 | 2.000 | 480,000.00 | 120,000.00 | 360,000.00 | 120,000.00 | 1,200.00 | 21/11/2013 |
| 91 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 344,868 | 7.900 | 2,724,457.20 | 681,114.30 | 2,043,342.90 | 681,114.30 | 6,811.14 | 05/11/2013 |
| 92 | Belgium | | UCB SA | 5/7/2013 | 495,000 | 1.020 | 504,900.00 | 126,225.00 | 378,675.00 | 126,225.00 | 1,262.25 | 25/10/2013 |
| 93 | Belgium | | Umicore SA | 5/8/2013 | 780,000 | 0.500 | 390,000.00 | 97,500.00 | 292,500.00 | 97,500.00 | 975.00 | 25/10/2013 |
| 94 | Belgium | | Umicore SA | 9/5/2013 | 740,000 | 0.50 | 370,000.00 | 92,500.00 | 277,500.00 | 92,500.00 | 925.00 | 19/12/2013 |
| 95 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,910,617 | 1.450 | 2,770,394.65 | 692,598.66 | 2,077,795.99 | 692,598.66 | 5,540.79 | 14/07/2014 |
| 96 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,298,000 | 0.600 | 3,178,800.00 | 794,700.00 | 2,384,100.00 | 794,700.00 | 7,947.00 | |
| 97 | Belgium | | Ageas SA | 5/13/2014 | 534,011 | 1.400 | 747,615.40 | 186,903.85 | 560,711.55 | 186,903.85 | 1,495.23 | 14/07/2014 |

| | A | D | F | H | I | J | K | L | M | N | O | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Country | BO Full Name | Security Name | Pay Date | Number of shares | Div rate | Gross Dividend | Tax | Net Dividend | Refund Amount | Adjusted Fee | Sent to tax authorities |
| 98 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,350,000 | 1.700 | 5,695,000.00 | 1,423,750.00 | 4,271,250.00 | 1,423,750.00 | 14,237.50 | 05/11/2013 |
| 99 | Belgium | | Ageas SA | 5/6/2013 | 1,020,000 | 1.200 | 1,224,000.00 | 306,000.00 | 918,000.00 | 306,000.00 | 3,060.00 | 05/11/2013 |
| 100 | Belgium | | Delhaize Group SA | 5/31/2013 | 392,000 | 1.40 | 548,800.00 | 137,200.00 | 411,600.00 | 137,200.00 | 1,372.00 | 26/11/2013 |
| 101 | Belgium | | Belgacom SA | 4/25/2014 | 401,619 | 1.680 | 674,719.92 | 168,679.98 | 506,039.94 | 168,679.98 | 1,349.44 | 27/06/2014 |
| 102 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 183,373 | 2.720 | 498,774.56 | 124,693.64 | 374,080.92 | 124,693.64 | 997.55 | 27/06/2014 |
| 103 | Belgium | | Bekaert NV | 5/15/2013 | 170,000 | 0.850 | 144,500.00 | 36,125.00 | 108,375.00 | 36,125.00 | 361.25 | 25/10/2013 |
| 104 | Belgium | | Ackermans & Van Haaren NV | 6/3/2013 | 135,000 | 1.67 | 225,450.00 | 56,362.50 | 169,087.50 | 56,362.50 | 563.63 | 26/11/2013 |
| 105 | Belgium | | KBC Groep NV | 5/16/2013 | 1,590,000 | 1.000 | 1,590,000.00 | 397,500.00 | 1,192,500.00 | 397,500.00 | 3,975.00 | 19/11/2013 |
| 106 | Belgium | | Solvay SA | 5/21/2013 | 365,000 | 2.000 | 730,000.00 | 182,500.00 | 547,500.00 | 182,500.00 | 1,825.00 | 21/11/2013 |
| 107 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 314,076 | 7.900 | 2,481,200.40 | 620,300.10 | 1,860,900.30 | 620,300.10 | 6,203.00 | 25/10/2013 |
| 108 | Belgium | | UCB SA | 5/7/2013 | 710,000 | 1.020 | 724,200.00 | 181,050.00 | 543,150.00 | 181,050.00 | 1,810.50 | 25/10/2013 |
| 109 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 2,163,496 | 1.450 | 3,137,069.20 | 784,267.30 | 2,352,801.90 | 784,267.30 | 6,274.14 | 14/07/2014 |
| 110 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,240,000 | 0.600 | 3,144,000.00 | 786,000.00 | 2,358,000.00 | 786,000.00 | 7,860.00 | |
| 111 | Belgium | | Anheuser Busch Inbev NV | 5/3/2012 | 5,000,000 | 1.20 | 6,000,000.00 | 1,500,000.00 | 4,500,000.00 | 1,500,000.00 | 15,000.00 | 27/06/2014 |
| 112 | Belgium | | Cofinimmo SA | 5/31/2012 | 750,000 | 6.50 | 4,875,000.00 | 1,023,750.00 | 3,851,250.00 | 1,023,750.00 | 12,187.50 | 27/06/2014 |
| 113 | Belgium | | Groupe Bruxelles Lambert SA | 5/3/2012 | 5,000,000 | 2.60 | 13,000,000.00 | 3,250,000.00 | 9,750,000.00 | 3,250,000.00 | 15,000.00 | 27/06/2014 |
| 114 | Belgium | | Belgacom SA | 4/27/2012 | 10,100,000 | 1.68 | 16,968,000.00 | 4,242,000.00 | 12,726,000.00 | 4,242,000.00 | 15,000.00 | 10/08/2012 |
| 115 | Belgium | | Solvay SA | 5/15/2012 | 2,500,000 | 1.8667 | 4,666,750.00 | 1,166,687.50 | 3,500,062.50 | 1,166,687.50 | 11,666.88 | 27/06/2014 |
| 116 | Belgium | | UCB SA | 5/3/2012 | 5,500,000 | 1.00 | 5,500,000.00 | 1,375,000.00 | 4,125,000.00 | 1,375,000.00 | 13,750.00 | 27/06/2014 |
| 117 | Belgium | | Umicore SA | 5/3/2012 | 3,500,000 | 0.60 | 2,100,000.00 | 525,000.00 | 1,575,000.00 | 525,000.00 | 5,250.00 | 27/06/2014 |
| 118 | Belgium | | Ageas SA | 5/13/2014 | 557,330 | 1.400 | 780,262.00 | 195,065.50 | 585,196.50 | 195,065.50 | 1,560.52 | 14/07/2014 |
| 119 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,980,000 | 1.700 | 6,766,000.00 | 1,691,500.00 | 5,074,500.00 | 1,691,500.00 | 15,000.00 | 05/11/2013 |
| 120 | Belgium | | Ageas SA | 5/6/2013 | 1,230,000 | 1.200 | 1,476,000.00 | 369,000.00 | 1,107,000.00 | 369,000.00 | 3,690.00 | 05/11/2013 |
| 121 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 289,443 | 7.900 | 2,286,599.70 | 571,649.93 | 1,714,949.77 | 571,649.93 | 5,716.50 | 05/11/2013 |
| 122 | Belgium | | Bekaert NV | 5/15/2013 | 190,000 | 0.850 | 161,500.00 | 40,375.00 | 121,125.00 | 40,375.00 | 403.75 | 19/11/2013 |
| 123 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 2,102,609 | 1.450 | 3,048,783.05 | 762,195.76 | 2,286,587.29 | 762,195.76 | 6,097.57 | 14/07/2014 |
| 124 | Belgium | | Belgacom SA | 4/25/2014 | 447,371 | 1.680 | 751,593.36 | 187,898.34 | 563,695.02 | 187,898.34 | 1,503.19 | 27/06/2014 |
| 125 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 185,598 | 2.720 | 504,826.56 | 126,206.64 | 378,619.92 | 126,206.64 | 1,009.65 | 27/06/2014 |
| 126 | Belgium | | Delhaize Group SA | 5/31/2013 | 528,000 | 1.40 | 739,200.00 | 184,800.00 | 554,400.00 | 184,800.00 | 1,848.00 | 26/11/2013 |
| 127 | Belgium | | KBC Groep NV | 5/16/2013 | 1,610,000 | 1.000 | 1,610,000.00 | 402,500.00 | 1,207,500.00 | 402,500.00 | 4,025.00 | 25/10/2013 |
| 128 | Belgium | | Solvay SA | 5/21/2013 | 335,000 | 2.000 | 670,000.00 | 167,500.00 | 502,500.00 | 167,500.00 | 1,675.00 | 21/11/2013 |
| 129 | Belgium | | Ackermans & Van Haaren NV | 6/3/2013 | 98,000 | 1.67 | 163,660.00 | 40,915.00 | 122,745.00 | 40,915.00 | 409.15 | 26/11/2013 |
| 130 | Belgium | | UCB SA | 5/7/2013 | 695,000 | 1.020 | 708,900.00 | 177,225.00 | 531,675.00 | 177,225.00 | 1,772.25 | 25/10/2013 |
| 131 | Belgium | | Umicore SA | 5/8/2013 | 735,000 | 0.500 | 367,500.00 | 91,875.00 | 275,625.00 | 91,875.00 | 918.75 | 25/10/2013 |
| 132 | Belgium | | Umicore SA | 9/5/2013 | 700,000 | 0.50 | 350,000.00 | 87,500.00 | 262,500.00 | 87,500.00 | 875.00 | 19/12/2013 |
| 133 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,216,000 | 0.600 | 3,129,600.00 | 782,400.00 | 2,347,200.00 | 782,400.00 | 7,824.00 | |
| 134 | Belgium | | Belgacom SA | 4/25/2014 | 367,359 | 1.680 | 617,163.12 | 154,290.78 | 462,872.34 | 154,290.78 | 1,234.33 | 27/06/2014 |
| 135 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 192,408 | 2.720 | 523,349.76 | 130,837.44 | 392,512.32 | 130,837.44 | 1,046.70 | 27/06/2014 |
| 136 | Belgium | | Ageas SA | 5/13/2014 | 537,070 | 1.400 | 751,898.00 | 187,974.50 | 563,923.50 | 187,974.50 | 1,503.80 | 14/07/2014 |
| 137 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,668,771 | 1.450 | 2,419,720.85 | 604,930.21 | 1,814,790.64 | 604,930.21 | 4,839.44 | 14/07/2014 |
| 138 | Belgium | | Ageas SA | 5/6/2013 | 900,000 | 1.200 | 1,080,000.00 | 270,000.00 | 810,000.00 | 270,000.00 | 2,700.00 | 24/10/2013 |
| 139 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,600,000 | 1.700 | 6,120,000.00 | 1,530,000.00 | 4,590,000.00 | 1,530,000.00 | 15,000.00 | 05/11/2013 |
| 140 | Belgium | | Bekaert NV | 5/15/2013 | 160,000 | 0.850 | 136,000.00 | 34,000.00 | 102,000.00 | 34,000.00 | 340.00 | 19/11/2013 |
| 141 | Belgium | | Belgacom SA | 4/26/2013 | 2,000,000 | 1.680 | 3,360,000.00 | 840,000.00 | 2,520,000.00 | 840,000.00 | 8,400.00 | 20/12/2013 |
| 142 | Belgium | | Delhaize Group SA | 6/1/2012 | 3,000,000 | 1.76 | 5,280,000.00 | 1,320,000.00 | 3,960,000.00 | 1,320,000.00 | 13,200.00 | 29/08/2012 |
| 143 | Belgium | | Delhaize Group SA | 5/31/2013 | 460,000 | 1.40 | 644,000.00 | 161,000.00 | 483,000.00 | 161,000.00 | 1,610.00 | 26/11/2013 |
| 144 | Belgium | | Groupe Bruxelles Lambert SA | 5/3/2013 | 500,000 | 2.650 | 1,325,000.00 | 331,250.00 | 993,750.00 | 331,250.00 | 3,312.50 | 05/11/2013 |
| 145 | Belgium | | KBC Groep NV | 5/16/2013 | 1,600,000 | 1.000 | 1,600,000.00 | 400,000.00 | 1,200,000.00 | 400,000.00 | 4,000.00 | 19/11/2013 |

Excerpt of JHVM_0005903

| | A | D | F | H | I | J | K | L | M | N | O | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Country | BO Full Name | Security Name | Pay Date | Number of shares | Div rate | Gross Dividend | Tax | Net Dividend | Refund Amount | Adjusted Fee | Sent to tax authorities |
| 146 | Belgium | | Mobistar SA | 5/25/2012 | 1,800,000 | 2.90 | 5,220,000.00 | 1,305,000.00 | 3,915,000.00 | 1,305,000.00 | 13,050.00 | 29/08/2012 |
| 147 | Belgium | | Mobistar SA | 8/24/2012 | 1,800,000 | 0.80 | 1,440,000.00 | 360,000.00 | 1,080,000.00 | 360,000.00 | 3,600.00 | 02/11/2012 |
| 148 | Belgium | | Solvay SA | 5/21/2013 | 410,000 | 2.000 | 820,000.00 | 205,000.00 | 615,000.00 | 205,000.00 | 2,050.00 | 21/11/2013 |
| 149 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 283,284 | 7.900 | 2,237,943.60 | 559,485.90 | 1,678,457.70 | 559,485.90 | 5,594.86 | 05/11/2013 |
| 150 | Belgium | | UCB SA | 5/7/2013 | 480,000 | 1.020 | 489,600.00 | 122,400.00 | 367,200.00 | 122,400.00 | 1,224.00 | 05/11/2013 |
| 151 | Belgium | | Umicore SA | 5/8/2013 | 720,000 | 0.500 | 360,000.00 | 90,000.00 | 270,000.00 | 90,000.00 | 900.00 | 05/11/2013 |
| 152 | Belgium | | Umicore SA | 9/5/2013 | 690,000 | 0.50 | 345,000.00 | 86,250.00 | 258,750.00 | 86,250.00 | 862.50 | 19/12/2013 |
| 153 | Belgium | | Ageas SA | 5/13/2014 | 556,336 | 1.400 | 778,870.40 | 194,717.60 | 584,152.80 | 194,717.60 | 1,557.74 | 14/07/2014 |
| 154 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,685,287 | 1.450 | 2,443,666.15 | 610,916.54 | 1,832,749.61 | 610,916.54 | 4,887.33 | 14/07/2014 |
| 155 | Belgium | | Ackermans & Van Haaren NV | 6/3/2013 | 144,000 | 1.67 | 240,480.00 | 60,120.00 | 180,360.00 | 60,120.00 | 601.20 | 26/11/2013 |
| 156 | Belgium | | Ageas SA | 5/6/2013 | 930,000 | 1.200 | 1,116,000.00 | 279,000.00 | 837,000.00 | 279,000.00 | 2,790.00 | 24/10/2013 |
| 157 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,700,000 | 1.700 | 6,290,000.00 | 1,572,500.00 | 4,717,500.00 | 1,572,500.00 | 15,000.00 | 05/11/2013 |
| 158 | Belgium | | Bekaert NV | 5/15/2013 | 260,000 | 0.850 | 221,000.00 | 55,250.00 | 165,750.00 | 55,250.00 | 552.50 | 19/11/2013 |
| 159 | Belgium | | Belgacom SA | 4/25/2013 | 365,276 | 1.680 | 613,663.68 | 153,415.92 | 460,247.76 | 153,415.92 | 1,227.33 | 27/06/2014 |
| 160 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 169,224 | 2.720 | 460,289.28 | 115,072.32 | 345,216.96 | 115,072.32 | 920.58 | 27/06/2014 |
| 161 | Belgium | | Delhaize Group SA | 5/31/2013 | 480,000 | 1.40 | 672,000.00 | 168,000.00 | 504,000.00 | 168,000.00 | 1,680.00 | 26/11/2013 |
| 162 | Belgium | | Groupe Bruxelles Lambert SA | 5/3/2013 | 605,000 | 2.650 | 1,603,250.00 | 400,812.50 | 1,202,437.50 | 400,812.50 | 4,008.13 | 24/10/2013 |
| 163 | Belgium | | KBC Groep NV | 5/16/2013 | 1,470,000 | 1.000 | 1,470,000.00 | 367,500.00 | 1,102,500.00 | 367,500.00 | 3,675.00 | 19/11/2013 |
| 164 | Belgium | | UCB SA | 5/7/2013 | 655,000 | 1.020 | 668,100.00 | 167,025.00 | 501,075.00 | 167,025.00 | 1,670.25 | 05/11/2013 |
| 165 | Belgium | | Umicore SA | 5/8/2013 | 495,000 | 0.500 | 247,500.00 | 61,875.00 | 185,625.00 | 61,875.00 | 618.75 | 05/11/2013 |
| 166 | Belgium | | Umicore SA | 9/5/2013 | 450,000 | 0.50 | 225,000.00 | 56,250.00 | 168,750.00 | 56,250.00 | 562.50 | 19/12/2013 |
| 167 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,214,000 | 0.600 | 3,128,400.00 | 782,100.00 | 2,346,300.00 | 782,100.00 | 7,821.00 | |
| 168 | Belgium | | Ageas SA | 5/13/2014 | 607,861 | 1.400 | 851,005.40 | 212,751.35 | 638,254.05 | 212,751.35 | 1,702.01 | 14/07/2014 |
| 169 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,852,035 | 1.450 | 2,685,450.75 | 671,362.69 | 2,014,088.06 | 671,362.69 | 5,370.90 | 14/07/2014 |
| 170 | Belgium | | Ackermans & Van Haaren NV | 6/3/2013 | 130,000 | 1.67 | 217,100.00 | 54,275.00 | 162,825.00 | 54,275.00 | 542.75 | 26/11/2013 |
| 171 | Belgium | | Ageas SA | 5/6/2013 | 940,000 | 1.200 | 1,128,000.00 | 282,000.00 | 846,000.00 | 282,000.00 | 2,820.00 | 24/10/2013 |
| 172 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,400,000 | 1.700 | 5,780,000.00 | 1,445,000.00 | 4,335,000.00 | 1,445,000.00 | 14,450.00 | 05/11/2013 |
| 173 | Belgium | | Belgacom SA | 12/14/2012 | 1,200,000 | 0.810 | 972,000.00 | 243,000.00 | 729,000.00 | 243,000.00 | 2,430.00 | 22/01/2013 |
| 174 | Belgium | | Belgacom SA | 4/26/2013 | 2,250,000 | 1.680 | 3,780,000.00 | 945,000.00 | 2,835,000.00 | 945,000.00 | 9,450.00 | 20/12/2013 |
| 175 | Belgium | | Belgacom SA | 4/25/2014 | 395,084 | 1.680 | 663,741.12 | 165,935.28 | 497,805.84 | 165,935.28 | 1,327.48 | 27/06/2014 |
| 176 | Belgium | | Delhaize Group SA | 5/31/2013 | 530,000 | 1.40 | 742,000.00 | 185,500.00 | 556,500.00 | 185,500.00 | 1,855.00 | 26/11/2013 |
| 177 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 189,306 | 2.720 | 514,912.32 | 128,728.08 | 386,184.24 | 128,728.08 | 1,029.82 | 27/06/2014 |
| 178 | Belgium | | Groupe Bruxelles Lambert SA | 5/3/2013 | 590,000 | 2.650 | 1,563,500.00 | 390,875.00 | 1,172,625.00 | 390,875.00 | 3,908.75 | 24/10/2013 |
| 179 | Belgium | | KBC Groep NV | 5/16/2013 | 1,360,000 | 1.000 | 1,360,000.00 | 340,000.00 | 1,020,000.00 | 340,000.00 | 3,400.00 | 19/11/2013 |
| 180 | Belgium | | Solvay SA | 1/17/2013 | 600,000 | 1.200 | 720,000.00 | 180,000.00 | 540,000.00 | 180,000.00 | 1,800.00 | 23/10/2013 |
| 181 | Belgium | | Solvay SA | 5/21/2013 | 245,000 | 2.000 | 490,000.00 | 122,500.00 | 367,500.00 | 122,500.00 | 1,225.00 | 21/11/2013 |
| 182 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 307,918 | 7.900 | 2,432,552.20 | 608,138.05 | 1,824,414.15 | 608,138.05 | 6,081.38 | 05/11/2013 |
| 183 | Belgium | | UCB SA | 5/7/2013 | 610,000 | 1.020 | 622,200.00 | 155,550.00 | 466,650.00 | 155,550.00 | 1,555.50 | 05/11/2013 |
| 184 | Belgium | | Umicore SA | 5/8/2013 | 660,000 | 0.500 | 330,000.00 | 82,500.00 | 247,500.00 | 82,500.00 | 825.00 | 05/11/2013 |
| 185 | Belgium | | Umicore SA | 9/5/2013 | 620,000 | 0.50 | 310,000.00 | 77,500.00 | 232,500.00 | 77,500.00 | 775.00 | 19/12/2013 |
| 186 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,301,000 | 0.600 | 3,180,600.00 | 795,150.00 | 2,385,450.00 | 795,150.00 | 7,951.50 | |
| 187 | Belgium | | Ageas SA | 5/13/2014 | 523,015 | 1.400 | 732,221.00 | 183,055.25 | 549,165.75 | 183,055.25 | 1,464.44 | 14/07/2014 |
| 188 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 2,064,510 | 1.450 | 2,993,539.50 | 748,384.88 | 2,245,154.63 | 748,384.88 | 5,987.08 | 14/07/2014 |
| 189 | Belgium | | Ackermans & Van Haaren NV | 6/3/2013 | 92,000 | 1.67 | 153,640.00 | 38,410.00 | 115,230.00 | 38,410.00 | 384.10 | 26/11/2013 |
| 190 | Belgium | | Ageas SA | 5/6/2013 | 1,040,000 | 1.200 | 1,248,000.00 | 312,000.00 | 936,000.00 | 312,000.00 | 3,120.00 | 24/10/2013 |
| 191 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,920,000 | 1.700 | 6,664,000.00 | 1,666,000.00 | 4,998,000.00 | 1,666,000.00 | 15,000.00 | 05/11/2013 |
| 192 | Belgium | | Bekaert NV | 5/15/2013 | 215,000 | 0.850 | 182,750.00 | 45,687.50 | 137,062.50 | 45,687.50 | 456.88 | 19/11/2013 |
| 193 | Belgium | | Belgacom SA | 12/14/2012 | 1,400,000 | 0.810 | 1,134,000.00 | 283,500.00 | 850,500.00 | 283,500.00 | 2,835.00 | 14/02/2013 |

| | Country | BO Full Name | Security Name | Pay Date | Number of shares | Div rate | Gross Dividend | Tax | Net Dividend | Refund Amount | Adjusted Fee | Sent to tax authorities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 194 | Belgium | | Belgacom SA | 4/26/2013 | 1,900,000 | 1.680 | 3,192,000.00 | 798,000.00 | 2,394,000.00 | 798,000.00 | 7,980.00 | 20/12/2013 |
| 195 | Belgium | | Belgacom SA | 4/25/2014 | 383,731 | 1.680 | 644,668.08 | 161,167.02 | 483,501.06 | 161,167.02 | 1,289.34 | 27/06/2014 |
| 196 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 203,040 | 2.720 | 552,268.80 | 138,067.20 | 414,201.60 | 138,067.20 | 1,104.54 | 27/06/2014 |
| 197 | Belgium | | KBC Groep NV | 5/16/2013 | 1,300,000 | 1.000 | 1,300,000.00 | 325,000.00 | 975,000.00 | 325,000.00 | 3,250.00 | 19/11/2013 |
| 198 | Belgium | | Mobistar SA | 5/24/2013 | 215,000 | 1.800 | 387,000.00 | 96,750.00 | 290,250.00 | 96,750.00 | 967.50 | 21/11/2013 |
| 199 | Belgium | | Solvay SA | 1/17/2013 | 625,000 | 1.200 | 750,000.00 | 187,500.00 | 562,500.00 | 187,500.00 | 1,875.00 | 23/10/2013 |
| 200 | Belgium | | Solvay SA | 5/21/2013 | 315,000 | 2.000 | 630,000.00 | 157,500.00 | 472,500.00 | 157,500.00 | 1,575.00 | 21/11/2013 |
| 201 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 252,493 | 7.900 | 1,994,694.70 | 498,673.68 | 1,496,021.02 | 498,673.68 | 4,986.74 | 05/11/2013 |
| 202 | Belgium | | UCB SA | 5/7/2013 | 625,000 | 1.020 | 637,500.00 | 159,375.00 | 478,125.00 | 159,375.00 | 1,593.75 | 05/11/2013 |
| 203 | Belgium | | Umicore SA | 5/8/2013 | 450,000 | 0.500 | 225,000.00 | 56,250.00 | 168,750.00 | 56,250.00 | 562.50 | 05/11/2013 |
| 204 | Belgium | | Umicore SA | 9/5/2013 | 430,000 | 0.50 | 215,000.00 | 53,750.00 | 161,250.00 | 53,750.00 | 537.50 | 19/12/2013 |
| 205 | Belgium | | Ageas SA | 5/13/2014 | 622,395 | 1.400 | 871,353.00 | 217,838.25 | 653,514.75 | 217,838.25 | 1,742.71 | 14/07/2014 |
| 206 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 2,154,354 | 1.450 | 3,123,813.30 | 780,953.33 | 2,342,859.98 | 780,953.33 | 6,247.63 | 14/07/2014 |
| 207 | Belgium | | Ageas SA | 5/6/2013 | 840,000 | 1.200 | 1,008,000.00 | 252,000.00 | 756,000.00 | 252,000.00 | 2,520.00 | 24/10/2013 |
| 208 | Belgium | | Ackermans & Van Haaren NV | 6/3/2013 | 94,000 | 1.67 | 156,980.00 | 39,245.00 | 117,735.00 | 39,245.00 | 392.45 | 26/11/2013 |
| 209 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,340,000 | 1.700 | 5,678,000.00 | 1,419,500.00 | 4,258,500.00 | 1,419,500.00 | 14,195.00 | 05/11/2013 |
| 210 | Belgium | | Bekaert NV | 5/15/2013 | 220,000 | 0.850 | 187,000.00 | 46,750.00 | 140,250.00 | 46,750.00 | 467.50 | 19/11/2013 |
| 211 | Belgium | | Groupe Bruxelles Lambert SA | 5/3/2013 | 550,000 | 2.650 | 1,457,500.00 | 364,375.00 | 1,093,125.00 | 364,375.00 | 3,643.75 | 05/11/2013 |
| 212 | Belgium | | Belgacom SA | 4/25/2014 | 380,483 | 1.680 | 639,211.44 | 159,802.86 | 479,408.58 | 159,802.86 | 1,278.42 | 27/06/2014 |
| 213 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 182,328 | 2.720 | 495,932.16 | 123,983.04 | 371,949.12 | 123,983.04 | 991.86 | 27/06/2014 |
| 214 | Belgium | | Mobistar SA | 5/24/2013 | 255,000 | 1.800 | 459,000.00 | 114,750.00 | 344,250.00 | 114,750.00 | 1,147.50 | 21/11/2013 |
| 215 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 338,710 | 7.900 | 2,675,809.00 | 668,952.25 | 2,006,856.75 | 668,952.25 | 6,689.52 | 05/11/2013 |
| 216 | Belgium | | UCB SA | 5/7/2013 | 630,000 | 1.020 | 642,600.00 | 160,650.00 | 481,950.00 | 160,650.00 | 1,606.50 | 05/11/2013 |
| 217 | Belgium | | Umicore SA | 5/8/2013 | 555,000 | 0.500 | 277,500.00 | 69,375.00 | 208,125.00 | 69,375.00 | 693.75 | 05/11/2013 |
| 218 | Belgium | | Umicore SA | 9/5/2013 | 530,000 | 0.50 | 265,000.00 | 66,250.00 | 198,750.00 | 66,250.00 | 662.50 | 19/12/2013 |
| 219 | Belgium | | Anheuser Busch Inbev NV | 11/18/2013 | 5,208,000 | 0.600 | 3,124,800.00 | 781,200.00 | 2,343,600.00 | 781,200.00 | 7,812.00 | 05/11/2013 |
| 220 | Belgium | | Ageas SA | 5/13/2014 | 526,847 | 1.400 | 737,585.80 | 184,396.45 | 553,189.35 | 184,396.45 | 1,475.17 | 14/07/2014 |
| 221 | Belgium | | Anheuser Busch Inbev NV | 5/8/2014 | 1,732,427 | 1.450 | 2,512,019.15 | 628,004.79 | 1,884,014.36 | 628,004.79 | 5,024.04 | 14/07/2014 |
| 222 | Belgium | | Anheuser Busch Inbev NV | 5/2/2013 | 3,950,000 | 1.700 | 6,715,000.00 | 1,678,750.00 | 5,036,250.00 | 1,678,750.00 | 15,000.00 | 05/11/2013 |
| 223 | Belgium | | Ageas SA | 5/6/2013 | 1,150,000 | 1.200 | 1,380,000.00 | 345,000.00 | 1,035,000.00 | 345,000.00 | 3,450.00 | 05/11/2013 |
| 224 | Belgium | | Bekaert NV | 5/15/2013 | 195,000 | 0.850 | 165,750.00 | 41,437.50 | 124,312.50 | 41,437.50 | 414.38 | 19/11/2013 |
| 225 | Belgium | | Belgacom SA | 4/26/2013 | 1,000,000 | 1.680 | 1,680,000.00 | 420,000.00 | 1,260,000.00 | 420,000.00 | 4,200.00 | 20/12/2013 |
| 226 | Belgium | | UCB SA | 5/7/2013 | 575,000 | 1.020 | 586,500.00 | 146,625.00 | 439,875.00 | 146,625.00 | 1,466.25 | 05/11/2013 |
| 227 | Belgium | | Delhaize Group SA | 5/31/2013 | 494,000 | 1.40 | 691,600.00 | 172,900.00 | 518,700.00 | 172,900.00 | 1,729.00 | 26/11/2013 |
| 228 | Belgium | | Groupe Bruxelles Lambert SA | 5/3/2013 | 710,000 | 2.650 | 1,881,500.00 | 470,375.00 | 1,411,125.00 | 470,375.00 | 4,703.75 | 24/10/2013 |
| 229 | Belgium | | Umicore SA | 5/8/2013 | 580,000 | 0.500 | 290,000.00 | 72,500.00 | 217,500.00 | 72,500.00 | 725.00 | 05/11/2013 |
| 230 | Belgium | | Telenet Group Holding NV | 5/8/2013 | 320,235 | 7.900 | 2,529,856.50 | 632,464.13 | 1,897,392.37 | 632,464.13 | 6,324.64 | 05/11/2013 |
| 231 | Belgium | | Mobistar SA | 5/24/2013 | 250,000 | 1.800 | 450,000.00 | 112,500.00 | 337,500.00 | 112,500.00 | 1,125.00 | 21/11/2013 |
| 232 | Belgium | | Solvay SA | 5/21/2013 | 350,000 | 2.000 | 700,000.00 | 175,000.00 | 525,000.00 | 175,000.00 | 1,750.00 | 21/11/2013 |
| 233 | Belgium | | Mobistar SA | 5/25/2012 | 1,800,000 | 2.90 | 5,220,000.00 | 1,305,000.00 | 3,915,000.00 | 1,305,000.00 | 13,050.00 | 05/10/2012 |
| 234 | Belgium | | Belgacom SA | 4/25/2014 | 422,900 | 1.680 | 710,472.00 | 177,618.00 | 532,854.00 | 177,618.00 | 1,420.94 | 27/06/2014 |
| 235 | Belgium | | Delhaize Group SA | 6/1/2012 | 2,950,000 | 1.76 | 5,192,000.00 | 1,298,000.00 | 3,894,000.00 | 1,298,000.00 | 12,980.00 | 05/10/2012 |
| 236 | Belgium | | Groupe Bruxelles Lambert SA | 5/5/2014 | 177,117 | 2.720 | 481,758.24 | 120,439.56 | 361,318.68 | 120,439.56 | 963.52 | 27/06/2014 |
| 237 | Belgium | | Mobistar SA | 8/24/2012 | 1,800,000 | 0.80 | 1,440,000.00 | 360,000.00 | 1,080,000.00 | 360,000.00 | 3,600.00 | 05/10/2012 |
| 238 | Belgium | | Umicore SA | 9/5/2013 | 540,000 | 0.50 | 270,000.00 | 67,500.00 | 202,500.00 | 67,500.00 | 675.00 | 19/12/2013 |
| 239 | Denmark | | TDC A/S | 3/13/2013 | 3,800,000 | 2.30 | 8,740,000.00 | 2,359,800.00 | 6,380,200.00 | 2,359,800.00 | 21,850.00 | 5/16/2013 |
| 240 | Denmark | | Novo Nordisk A/S-B Share | 3/26/2013 | 2,850,000 | 18.00 | 51,300,000.00 | 13,851,000.00 | 37,449,000.00 | 13,851,000.00 | 74,600.00 | 5/16/2013 |

Excerpt of JHVM_0005903