# Exhibit 566

|   | B | C | D | E |
|---|---|---|---|---|
| 3 | **Bates #** | **Pension Plan Name** | **Belgian Security Issuer** | **Account Statement Date** |
| 4 | MPSKAT00135071 | | COLR BB | 12/31/2013 |
| 5 | MPSKAT00135071 | | ABI BB | 12/31/2013 |
| 6 | MPSKAT00166166 | | Coloplast A/S B-shares | 12/31/2013 |
| 7 | MPSKAT00166249 | | COLR BB | 12/31/2013 |
| 8 | MPSKAT00166249 | | GBLB BB | 12/31/2013 |
| 9 | MPSKAT00200958 | | Coloplast A/S B-shares | 12/31/2013 |
| 10 | MPSKAT00135216 | | COLR BB | 12/31/2013 |
| 11 | MPSKAT00135216 | | GBLB BB | 12/31/2013 |
| 12 | MPSKAT00168220 | | Belgacom SA | 12/31/2014 |
| 13 | MPSKAT00168220 | | Groupe Bruxelles Lambert SA | 12/31/2014 |
| 14 | MPSKAT00168220 | | Ageas | 12/31/2014 |
| 15 | MPSKAT00168220 | | Anheuser-Busch Inbev NV | 12/31/2014 |
| 16 | MPSKAT00201033 | | Coloplast A/S B-shares | 12/31/2013 |
| 17 | MPSKAT00201104 | | COLR BB | 12/31/2013 |
| 18 | MPSKAT00158913 | | GBL SA | 12/31/2014 |
| 19 | MPSKAT00158913 | | Belgacom SA | 12/31/2014 |
| 20 | MPSKAT00158913 | | Ageas | 12/31/2014 |
| 21 | MPSKAT00135286 | | COLR BB | 12/31/2013 |
| 22 | MPSKAT00135286 | | ABI BB | 12/31/2013 |
| 23 | MPSKAT00135375 | | COLR BB | 12/31/2013 |
| 24 | MPSKAT00166549 | | COLR BB | 12/31/2013 |
| 25 | MPSKAT00135512 | | COLR BB | 12/31/2013 |
| 26 | MPSKAT00135512 | | GBLB BB | 12/31/2013 |
| 27 | MPSKAT00135653 | | COLR BB | 12/31/2013 |
| 28 | MPSKAT00166617 | | COLR BB | 12/31/2013 |
| 29 | MPSKAT00166617 | | GBLB BB | 12/31/2013 |
| 30 | MPSKAT00166617 | | ABI BB | 12/31/2013 |
| 31 | MPSKAT00166685 | | COLR BB | 12/31/2013 |
| 32 | MPSKAT00166685 | | ABI BB | 12/31/2013 |