# Exhibit 567

OPEN POSITION STATEMENT

**Solo Capital**

45 Perry Street
New York
NY 10014
United States of America
Account Number:

Date: 31 December 2013

SOLO CAPITAL PARTNERS LLP
10 EXCHANGE SQUARE, PRIMROSE STREET
LONDON, EC2A 2EN
TEL (44) 20 7382 4948

### Open Positions

| Date | Open Position | Trade Price | Current Price | Position Value | CCY | Market Revaluation |
|---|---|---|---|---|---|---|
| | | | | | | |

### ACCOUNT FINANCIAL SUMMARY

| | EUR | DKK | USD | EUR Base |
|---|---|---|---|---|
| Open Cash Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | -3,185,130.00 | 361,480,312.99 | 0.00 | 45,270,676.03 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 | 0.00 |
| Exchange Charge Futures | 0.00 | 0.00 | 0.00 | 0.00 |
| Equity Clearing Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Custody Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | 0.00 | 0.00 | 0.00 | 0.00 |
| Total daily MTM on Stock Loan | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest on Stock Loan Cash Pool | -2,490,230.00 | -37,587,350.00 | 0.00 | -6,859,307.48 |
| Stock Lending Fee | 1,172,116.00 | 7,777,520.00 | 0.00 | 2,214,679.00 |
| Realised Futures Profit & Loss | -11,879,675.30 | -441,287,127.95 | 0.00 | -71,033,353.08 |
| Initial Margin | 0.00 | 0.00 | 0.00 | 0.00 |
| Variation Margins | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividend on DELB BB | 3,762,000.00 | 0.00 | 0.00 | 3,762,000.00 |
| Dividend on TDC DC | 0.00 | 12,592,500.00 | 0.00 | 1,688,602.68 |
| Dividend on UMI BB | 450,000.00 | 0.00 | 0.00 | 450,000.00 |
| Dividend C4R DC | 0.00 | 2,233,435.00 | 0.00 | 299,388.07 |
| Dividend COLOB DC | 0.00 | 4,672,000.00 | 0.00 | 626,273.46 |
| Dividend SOLB BB | 427,500.00 | 0.00 | 0.00 | 427,500.00 |
| Dividend NZYMB | 0.00 | 3,212,000.00 | 0.00 | 430,363.00 |
| Dividend TDC DC | 0.00 | 8,436,975.00 | 0.00 | 1,130,561.80 |
| Dividend NOVOB | 0.00 | 33,507,000.00 | 0.00 | 4,491,554.96 |
| Dividend LUN | 0.00 | 1,649,800.00 | 0.00 | 221,152.82 |
| Dividend DSV | 0.00 | 1,003,750.00 | 0.00 | 134,550.94 |
| Dividend CARLB | 0.00 | 2,978,400.00 | 0.00 | 399,249.33 |
| Dividend FLS | 0.00 | 1,971,000.00 | 0.00 | 264,209.12 |
| Dividend MAERSKA | 0.00 | 4,380,000.00 | 0.00 | 587,131.37 |
| Dividend MAERSKB | 0.00 | 11,037,600.00 | 0.00 | 1,479,571.05 |
| Dividend TRYG | 0.00 | 3,226,600.00 | 0.00 | 432,520.11 |
| Dividend BELG BB | 945,000.00 | 0.00 | 0.00 | 945,000.00 |
| Dividend AGS BB | 4,143,750.00 | 0.00 | 0.00 | 4,143,750.00 |
| Dividend ABI BB | 864,000.00 | 0.00 | 0.00 | 864,000.00 |
| Dividend UCB BB | 344,250.00 | 0.00 | 0.00 | 344,250.00 |
| Dividend BEKB BB | 92,437.50 | 0.00 | 0.00 | 92,437.50 |
| Dividend KBC BB | 1,065,000.00 | 0.00 | 0.00 | 1,065,000.00 |
| Dividend SOLB BB | 364,500.00 | 0.00 | 0.00 | 364,500.00 |
| Dividend MOBB BB | 457,500.00 | 0.00 | 0.00 | 457,500.00 |
| Dividend DELB BB | 551,250.00 | 0.00 | 0.00 | 551,250.00 |
| Dividend TDC DC | 0.00 | 5,119,125.00 | 0.00 | 686,209.79 |
| Dividend UMI BB | 150,000.00 | 0.00 | 0.00 | 150,000.00 |
| Dividend BELR BB | 393,750.00 | 0.00 | 0.00 | 393,750.00 |
| Dividend ABI BB | 2,371,950.00 | 0.00 | 0.00 | 2,371,950.00 |
| Dividend C4R DC | 0.00 | 1,532,665.61 | 0.00 | 473,547.67 |
| Dividend COLOB DC | 0.00 | 5,064,010.00 | 0.00 | 678,821.72 |
| Dividends | 16,382,887.50 | 104,616,360.61 | 0.00 | 30,406,395.36 |
| Cash Payment/Receipt | 0.00 | 0.00 | 5,937.36 | 4,305.87 |
| Total Cash Balance | -31.80 | -184.35 | 5,937.36 | 4,195.74 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 586531, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

Highly Confidential



Cash

**Equity Transaction Statement**

From 28 May 2012  to  31 December 2013

Account Number: [redacted]

Account Name: [redacted]

Currency: EUR

### Trades for Current Month

| Trade Date | Settlement Date | Currency | Transaction type | Description | Identifier | Nominal | Trade Price | Commission | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Redacted – Responsiveness** | | | | | | |
| 28-May-12 | 01-Jun-12 | EUR | Buy | Delhaize Group SA | DELB BB | 850,000.00 | 31.70 | | -26,945,000.00 | -26,945,000.00 |
| 28-May-12 | 01-Jun-12 | EUR | Buy | Delhaize Group SA | DELB BB | 2,000,000.00 | 31.70 | | -63,400,000.00 | -90,345,000.00 |
| | | | | | | 2,850,000.00 | 31.70 | | -90,345,000.00 | |
| 08-Aug-12 | 14-Aug-12 | DKK | Buy | TDC A/S | TDC DC | 7,500,000.00 | 41.61 | | -312,075,000.00 | -312,075,000.00 |
| | | | | | | 7,500,000.00 | 41.61 | | -312,075,000.00 | |
| 31-Aug-12 | 06-Sep-12 | EUR | Buy | Umicore | UMI BB | 1,200,000.00 | 37.60 | | -45,120,000.00 | -45,120,000.00 |
| | | | | | | 1,200,000.00 | 37.60 | | -45,120,000.00 | |
| 27-Nov-12 | 03-Dec-12 | DKK | Buy | CHR Hansen Holdings A/S | CHR DC | 1,055,000.00 | 187.5004 | | -197,812,922.00 | -197,812,922.00 |
| | | | | | | 1,055,000.00 | 187.5004 | | -197,812,922.00 | |
| Corporate Action 5 for 1 Stock Split | | | | | | | | | | |
| 11-Dec-12 | 17-Dec-12 | DKK | Buy | Coloplast A/S | COLOB DC | 1,600,000.00 | 274.6001 | | -439,360,192.00 | -439,360,192.00 |
| | | | | | | 1,600,000.00 | 274.6001 | | -439,360,192.00 | |
| | | | | **Redacted – Responsiveness** | | | | | | |
| 11-Jan-13 | 17-Jan-13 | EUR | Buy | Solvay SA | SOLB BB | 475,000.00 | 109.2500 | | -51,893,750.00 | -51,893,750.00 |
| | | | | | | 475,000.00 | 109.2500 | | -51,893,750.00 | |
| 28/02/2013 | 06/03/2013 | DKK | Buy | NOVOZYMES A/S-B SHARES | NZYMB DC | 1,000,000.00 | 198.2511 | | -198,251,100.00 | -198,251,100.00 |
| 28/02/2013 | 06/03/2013 | DKK | Buy | NOVOZYMES A/S-B SHARES | NZYMB DC | 1,000,000.00 | 198.2511 | | -198,251,100.00 | -396,502,200.00 |
| | | | | | | 2,000,000.00 | 198.2511 | | -396,502,200.00 | |
| 05/03/2013 | 08/03/2013 | DKK | Sell | TDC A/S | TDC DC | -7,500,000.00 | 45.3388 | | 340,041,000.00 | 340,041,000.00 |

Highly Confidential

MPSKAT00201105

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | -7,500,000.00 | 45.3388 | 340,041,000.00 |
| 06/03/2013 | 11/03/2013 | EUR | Sell | UMICORE | UMI BB | -1,200,000.00 | 38.1700 | 45,804,000.00 | 45,804,000.00 |
| | | | | | | -1,200,000.00 | 38.1700 | 45,804,000.00 | |
| 06/03/2013 | 11/03/2013 | EUR | Sell | SOLVAY SA | SOLB BB | -275,000.00 | 111.5900 | 30,687,250.00 | 30,687,250.00 |
| 06/03/2013 | 11/03/2013 | EUR | Sell | SOLVAY SA | SOLB BB | -200,000.00 | 111.5900 | 22,318,000.00 | 53,005,250.00 |
| | | | | | | -475,000.00 | 111.5900 | 53,005,250.00 | |
| 06/03/2013 | 11/03/2013 | EUR | Sell | DELHAIZE GROUP | DELB BB | -1,000,000.00 | 38.2100 | 38,210,000.00 | 38,210,000.00 |
| 06/03/2013 | 11/03/2013 | EUR | Sell | DELHAIZE GROUP | DELB BB | -1,000,000.00 | 38.2100 | 38,210,000.00 | 76,420,000.00 |
| 06/03/2013 | 11/03/2013 | EUR | Sell | DELHAIZE GROUP | DELB BB | -850,000.00 | 38.2100 | 32,478,500.00 | 108,898,500.00 |
| | | | | | | -2,850,000.00 | 38.2100 | 108,898,500.00 | |
| 07/03/2013 | 13/03/2013 | DKK | Buy | TDC A/S | TDC DC | 5,025,000.00 | 45.6694 | -229,488,735.00 | -229,488,735.00 |
| | | | | | | 5,025,000.00 | 45.6694 | -229,488,735.00 | |
| 08/03/2013 | 13/03/2013 | DKK | Sell | TDC A/S | TDC DC | -6,000,000.00 | 44.2500 | 265,500,000.00 | 265,500,000.00 |
| 08/03/2013 | 13/03/2013 | DKK | Sell | TDC A/S | TDC DC | -6,000,000.00 | 44.2500 | 265,500,000.00 | 531,000,000.00 |
| 08/03/2013 | 13/03/2013 | DKK | Sell | TDC A/S | TDC DC | -6,000,000.00 | 44.2500 | 265,500,000.00 | 796,500,000.00 |
| 08/03/2013 | 13/03/2013 | DKK | Sell | TDC A/S | TDC DC | -6,000,000.00 | 44.2500 | 265,500,000.00 | 1,062,000,000.00 |
| 08/03/2013 | 13/03/2013 | DKK | Sell | TDC A/S | TDC DC | -1,185,000.00 | 44.2500 | 52,436,250.00 | 1,114,436,250.00 |
| 08/03/2013 | 13/03/2013 | DKK | Buy | TDC A/S | TDC DC | 6,000,000.00 | 43.7500 | -262,500,000.00 | 851,936,250.00 |
| 08/03/2013 | 13/03/2013 | DKK | Buy | TDC A/S | TDC DC | 6,000,000.00 | 43.7500 | -262,500,000.00 | 589,436,250.00 |
| 08/03/2013 | 13/03/2013 | DKK | Buy | TDC A/S | TDC DC | 6,000,000.00 | 43.7500 | -262,500,000.00 | 326,936,250.00 |
| 08/03/2013 | 13/03/2013 | DKK | Buy | TDC A/S | TDC DC | 6,000,000.00 | 43.7500 | -262,500,000.00 | 64,436,250.00 |
| 08/03/2013 | 13/03/2013 | DKK | Buy | TDC A/S | TDC DC | 1,185,000.00 | 43.7500 | -51,843,750.00 | 12,592,500.00 |
| | | | | | | | | | 12,592,500.00 |
| 11/03/2013 | 14/03/2013 | DKK | Sell | COLOPLAST-B | COLOB DC | -1,600,000.00 | 313.5567 | 501,690,720.00 | 501,690,720.00 |
| | | | | | | -1,600,000.00 | 313.5567 | 501,690,720.00 | |
| 11/03/2013 | 14/03/2013 | DKK | Sell | CHR HANSEN HOLDING A/S | CHR DC | -1,055,000.00 | 206.7478 | 218,118,929.00 | 218,118,929.00 |
| | | | | | | -1,055,000.00 | 206.7478 | 218,118,929.00 | |
| 20/03/2013 | 26/03/2013 | DKK | Buy | NOVO NORDISK A/S-B | NOVOB DC | 2,550,000.00 | 966.4362 | -2,464,412,310.00 | -2,464,412,310.00 |
| | | | | | | 2,550,000.00 | 966.4362 | -2,464,412,310.00 | |
| 21/03/2013 | 27/03/2013 | DKK | Buy | H LUNDBECK A/S | LUN DC | 1,130,000.00 | 103.3400 | -116,774,200.00 | -116,774,200.00 |
| | | | | | | 1,130,000.00 | 103.3400 | -116,774,200.00 | |
| 21/03/2013 | 27/03/2013 | DKK | Buy | DSV A/S | DSV DC | 1,100,000.00 | 144.6496 | -159,114,560.00 | -159,114,560.00 |
| | | | | | | 1,100,000.00 | 144.6496 | -159,114,560.00 | |

Highly Confidential

MPSKAT00201106

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21/03/2013 | 27/03/2013 | DKK | Buy | CARLSBERG AS-B | CARLB DC | 680,000.00 | 586.4498 | -398,785,864.00 | -398,785,864.00 |
| | | | | | | 680,000.00 | 586.4498 | -398,785,864.00 | |
| 05/04/2013 | 11/04/2013 | DKK | Buy | FLSMIDTH & CO A/S | FLS DC | 300,000.00 | 348.8819 | -104,664,570.00 | -104,664,570.00 |
| | | | | | | 300,000.00 | 348.8819 | -104,664,570.00 | |
| 11/04/2013 | 17/04/2013 | DKK | Buy | AP MOELLER-MAERSK A/S-B | MAERSKB DC | 12,600.00 | 43,720.2809 | -550,875,539.34 | -550,875,539.34 |
| | | | | | | 12,600.00 | 43,720.2809 | -550,875,539.34 | |
| 11/04/2013 | 17/04/2013 | DKK | Buy | AP MOELLER-MAERSK A/S-A | MAERSKA DC | 5,000.00 | 41,962.2882 | -209,811,441.00 | -209,811,441.00 |
| | | | | | | 5,000.00 | 41,962.2882 | -209,811,441.00 | |
| 18/04/2013 | 24/04/2013 | DKK | Buy | TRYG A/S | TRYG DC | 170,000.00 | 479.2833 | -81,478,161.00 | -81,478,161.00 |
| | | | | | | 170,000.00 | 479.2833 | -81,478,161.00 | |
| 22/04/2013 | 26/04/2013 | EUR | Buy | BELGACOM SA | BELG BB | 750,000.00 | 18.9000 | -14,175,000.00 | -14,175,000.00 |
| | | | | | | 750,000.00 | 18.9000 | -14,175,000.00 | |
| 25/04/2013 | 02/05/2013 | EUR | Buy | AGEAS | AGS BB | 960,000.00 | 27.2500 | -26,160,000.00 | -26,160,000.00 |
| | | | | | | 960,000.00 | 27.2500 | -26,160,000.00 | |
| 25/04/2013 | 02/05/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI BB | 1,000,000.00 | 75.8300 | -75,830,000.00 | -75,830,000.00 |
| 25/04/2013 | 02/05/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI BB | 1,000,000.00 | 75.8300 | -75,830,000.00 | -75,830,000.00 |
| 25/04/2013 | 02/05/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI BB | 250,000.00 | 75.8300 | -18,957,500.00 | -18,957,500.00 |
| 25/04/2013 | 02/05/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI BB | 1,000,000.00 | 75.8300 | -75,830,000.00 | -75,830,000.00 |
| | | | | | | 3,250,000.00 | 75.8300 | -246,447,500.00 | |
| 30/04/2013 | 07/05/2013 | EUR | Buy | UCB SA | UCB BB | 450,000.00 | 45.4400 | -20,448,000.00 | -20,448,000.00 |
| | | | | | | 450,000.00 | 45.4400 | -20,448,000.00 | |
| 09/05/2013 | 15/05/2013 | EUR | Buy | BEKAERT NV | BEKB BB | 145,000.00 | 22.5200 | -3,265,400.00 | -3,265,400.00 |
| | | | | | | 145,000.00 | 22.5200 | -3,265,400.00 | |
| 10/05/2013 | 16/05/2013 | EUR | Buy | KBC GROEP NV | KBC BB | 1,420,000.00 | 31.5700 | -44,829,400.00 | -44,829,400.00 |
| | | | | | | 1,420,000.00 | 31.5700 | -44,829,400.00 | |
| 15/05/2013 | 21/05/2013 | EUR | Buy | SOLVAY SA | SOLB BB | 305,000.00 | 115.4800 | -35,221,400.00 | -35,221,400.00 |
| | | | | | | 305,000.00 | 115.4800 | -35,221,400.00 | |
| 20/05/2013 | 24/05/2013 | EUR | Buy | MOBISTAR SA | MOBB BB | 270,000.00 | 18.4400 | -4,978,800.00 | -4,978,800.00 |
| | | | | | | 270,000.00 | 18.4400 | -4,978,800.00 | |

| Date | Settle | Ccy | B/S | Name | Ticker | Quantity | Price | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|
| 27/05/2013 | 31/05/2013 | EUR | Buy | DELHAIZE GROUP | DELB BB | 525,000.00 | 50.3000 | -26,407,500.00 | -26,407,500.00 |
| | | | | | | 525,000.00 | 50.3000 | -26,407,500.00 | |
| 04/06/2013 | 10/06/2013 | DKK | Sell | H LUNDBECK A/S | LUN DC | -1,130,000.00 | 108.1357 | 122,193,341.00 | 122,193,341.00 |
| | | | | | | -1,130,000.00 | 108.1357 | 122,193,341.00 | |
| 10/06/2013 | 13/06/2013 | DKK | Sell | FLSMIDTH & CO A/S | FLS DC | -300,000.00 | 275.2817 | 82,584,510.00 | 82,584,510.00 |
| | | | | | | -300,000.00 | 275.2817 | 82,584,510.00 | |
| 10/06/2013 | 13/06/2013 | DKK | Sell | NOVOZYMES A/S-B SHARES | NZYMB DC | -2,000,000.00 | 192.2342 | 384,468,400.00 | 384,468,400.00 |
| | | | | | | -2,000,000.00 | 192.2342 | 384,468,400.00 | |
| 07/08/2013 | 13/08/2013 | DKK | Buy | TDC A/S | TDC DC | 4,675,000.00 | 47.2853 | -221,058,777.50 | -221,058,777.50 |
| | | | | | | 4,675,000.00 | 47.2853 | -221,058,777.50 | |
| 19/08/2013 | 22/08/2013 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA DC | -5,000.00 | 46,980.4944 | 234,902,472.00 | 234,902,472.00 |
| | | | | | | -5,000.00 | 46,980.4944 | 234,902,472.00 | |
| 30/08/2013 | 05/09/2013 | EUR | Buy | UMICORE | UMI BB | 400,000.00 | 35.3000 | -14,120,000.00 | -14,120,000.00 |
| | | | | | | 400,000.00 | 35.3000 | -14,120,000.00 | |
| 21/08/2013 | 26/08/2013 | DKK | Sell | TRYG A/S | TRYG DC | -170,000.00 | 493.5806 | 83,908,702.00 | 83,908,702.00 |
| | | | | | | -170,000.00 | 493.5806 | 83,908,702.00 | |
| 06/09/2013 | 11/09/2013 | EUR | Sell | UCB SA | UCB BB | -450,000.00 | 43.6500 | 19,642,500.00 | 19,642,500.00 |
| | | | | | | -450,000.00 | 43.6500 | 19,642,500.00 | |
| 06/09/2013 | 11/09/2013 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI BB | -3,250,000.00 | 72.2500 | 234,812,500.00 | 234,812,500.00 |
| | | | | | | -3,250,000.00 | 72.2500 | 234,812,500.00 | |
| 06/09/2013 | 11/09/2013 | EUR | Sell | AGEAS | AGS BB | -960,000.00 | 30.6500 | 29,424,000.00 | 29,424,000.00 |
| | | | | | | -960,000.00 | 30.6500 | 29,424,000.00 | |
| 26/09/2013 | 02/10/2013 | EUR | Buy | COLRUYT SA | COLR BB | 525,000.00 | 42.3600 | -22,239,000.00 | -22,239,000.00 |
| | | | | | | 525,000.00 | 42.3600 | -22,239,000.00 | |
| 15/10/2013 | 18/10/2013 | EUR | Sell | BELGACOM SA | BELG BB | -750,000.00 | 21.4800 | 16,110,000.00 | 16,110,000.00 |
| | | | | | | -750,000.00 | 21.4800 | 16,110,000.00 | |
| 12/11/2013 | 18/11/2013 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI BB | 1,000,000.00 | 77.3400 | -77,340,000.00 | -77,340,000.00 |

Highly Confidential