# Exhibit 568

## Solo Capital

| | | |
|---|---|---|
| Invoice Date | 13 November 2013 | 10 Exchange Square, Primrose Street |
| For Invoice Period | October 2013 | London EC2A 2EN |
| Invoice Number | GSS1446 | |
| Account Number | ▉ |  PAID NOV 1 8 2013 ✓ |
| To | ▉ | |

**Address**   23 East 10th Street
Apt 220
New York
NY 10003
United States of America

### Description

| | Amount |
|---|---|
| **Belgium** | |
| Futures exchange fees for the month | € 300.00 |
| Futures clearing fees for the month | € 3,0●0.00 |
| Equity clearing fees for the month | € 53.32 |
| | € 3,353.32 |
| **Custody Fee** | |
| Custody fees for the month | € 1,250.00 |
| **Total amount in Euro due** | € 4,603.32 |
| **Total amount due converted in US Dollars** | US$ 6,260.05 |

*FX rate Euro to US Dollars : 1.3599 dt 31/10/2013*
*Source : Bloomberg*

| | |
|---|---|
| Solo Capital Contact | Jessica Spoto |
| Contact Telephone | 0044 (0) 207 382 4948 |
| Contact Email | custody@solo.com |

Amount due on invoice date.
Please remit payments by wire transfer to:

Barclays Bank PLC
1 Churchill Place
London
E14 5 HP

| | USD |
|---|---|
| Sort code | 20-53-04 |
| Account number | ▉ |
| IBAN code | GB58 BARC 2053 0464 1051 55 |
| SWIFT code | BARCGB22 |

*Please be advised that Solo Capital Partners LLP are not liable for any bank charges relating to the receipt of monies.*

Highly Confidential