# Exhibit 601E1

| B | C | E | F | H | I | J | K | O |
|---|---|---|---|---|---|---|---|---|
| File Name | Provider | Pension Plan Name | Statement Date | Base Currency | Period | Cash Transaction Statement Currency | Cash Transaction Statement: Value Date | Cash Transaction Statement: Credit |
|  | Lindisfarne |  | 12/31/2016 | EUR | 12/00/2016 | EUR | 07/06/2015 | 5,627,325.12 |
|  | Lindisfarne |  | 12/31/2016 | EUR | 12/00/2016 | EUR | 07/13/2015 | 154,043.79 |

Lindisfarne-Reclaim Receive(20)

Excerpt of True-Up Spreadsheet for