# Exhibit 601E2

| | C | E | F | J | K | M |
|---|---|---|---|---|---|---|
| 1 | Provider | Pension Plan Name | Statement Date | Income Statement Currency | Income Statement: Date | Income Statement: Total |
| 2 | Lindisfarne | | 2/28/2017 | EUR | 2/28/2015 | 2,145.00 |
| 3 | Lindisfarne | | 2/28/2017 | EUR | 3/31/2015 | 4,305.00 |
| 4 | Lindisfarne | | 2/28/2017 | EUR | 4/30/2015 | 2,490.00 |
| 5 | Lindisfarne | | 2/28/2017 | EUR | 5/29/2015 | 3,715.00 |
| 6 | Lindisfarne | | 2/28/2017 | EUR | 6/30/2015 | 3,225.00 |
| 7 | Lindisfarne | | 2/28/2017 | EUR | 7/31/2015 | 3,225.00 |
| 8 | Lindisfarne | | 2/28/2017 | EUR | 8/31/2015 | 3,715.00 |
| 9 | Lindisfarne | | 2/28/2017 | EUR | 9/30/2015 | 3,470.00 |
| 10 | Lindisfarne | | 2/28/2017 | EUR | 10/31/2015 | 2,000.00 |
| 11 | Lindisfarne | | 2/28/2017 | EUR | 11/30/2015 | 2,000.00 |
| 12 | Lindisfarne | | 2/28/2017 | EUR | 12/31/2015 | 2,000.00 |
| 13 | Lindisfarne | | 2/28/2017 | EUR | 1/31/2016 | 2,000.00 |
| 14 | Lindisfarne | | 2/28/2017 | EUR | 2/29/2016 | 2,000.00 |
| 15 | Lindisfarne | | 2/28/2017 | EUR | 3/31/2016 | 2,000.00 |
| 16 | Lindisfarne | | 2/28/2017 | EUR | 4/30/2016 | 2,000.00 |
| 17 | Lindisfarne | | 2/28/2017 | EUR | 5/31/2016 | 2,000.00 |
| 18 | Lindisfarne | | 2/28/2017 | EUR | 6/30/2016 | 2,000.00 |
| 19 | Lindisfarne | | 2/28/2017 | EUR | 7/31/2016 | 2,000.00 |
| 20 | Lindisfarne | | 2/28/2017 | EUR | 8/31/2016 | 2,000.00 |
| 21 | Lindisfarne | | 2/28/2017 | EUR | 9/30/2016 | 2,000.00 |
| 22 | Lindisfarne | | 2/28/2017 | EUR | 10/31/2016 | 2,000.00 |
| 23 | Lindisfarne | | 2/28/2017 | EUR | 11/30/2016 | 2,000.00 |
| 24 | Lindisfarne | | 2/28/2017 | EUR | 12/31/2016 | 2,000.00 |
| 25 | Lindisfarne | | 2/28/2017 | EUR | 1/31/2017 | 2,000.00 |
| 26 | Lindisfarne | | 2/28/2017 | EUR | 2/28/2017 | 2,000.00 |
| 27 | Lindisfarne | | 12/31/2015 | EUR | 3/31/2015 | 4,205.00 |
| 28 | Lindisfarne | | 2/28/2017 | EUR | 3/28/2017 | 2,000.00 |
| 29 | Lindisfarne | | 2/28/2017 | EUR | 4/28/2017 | 2,000.00 |
| 30 | Lindisfarne | | 2/28/2017 | EUR | 5/28/2017 | 2,000.00 |
| 31 | Lindisfarne | | 2/28/2017 | EUR | 6/28/2017 | 2,000.00 |
| 32 | Lindisfarne | | 2/28/2017 | EUR | 7/28/2017 | 2,000.00 |
| 33 | Lindisfarne | | 2/28/2017 | EUR | 8/28/2017 | 2,000.00 |
| 34 | Lindisfarne | | 2/28/2017 | EUR | 9/28/2017 | 2,000.00 |
| 35 | Lindisfarne | | 2/28/2017 | EUR | 10/28/2017 | 2,000.00 |
| 36 | Lindisfarne | | 2/28/2017 | EUR | 11/28/2017 | 2,000.00 |
| 37 | Lindisfarne | | 2/28/2017 | EUR | 12/28/2017 | 2,000.00 |
| 38 | Lindisfarne | | 2/28/2017 | EUR | 1/28/2018 | 2,000.00 |
| 39 | Lindisfarne | | 2/28/2017 | EUR | 2/28/2018 | 2,000.00 |
| 40 | Lindisfarne | | 2/28/2017 | EUR | 3/28/2018 | 2,000.00 |
| 41 | Lindisfarne | | 2/28/2017 | EUR | 4/28/2018 | 2,000.00 |
| 42 | Lindisfarne | | 2/28/2017 | EUR | 5/28/2018 | 2,000.00 |
| 43 | Lindisfarne | | 2/28/2017 | EUR | 6/28/2018 | 2,000.00 |
| 44 | Lindisfarne | | 2/28/2017 | EUR | 7/28/2018 | 2,000.00 |
| 45 | Lindisfarne | | 2/28/2017 | EUR | 8/28/2018 | 2,000.00 |
| 46 | Lindisfarne | | 2/28/2017 | EUR | 9/28/2018 | 2,000.00 |
| 47 | Lindisfarne | | 2/28/2017 | EUR | 10/28/2018 | 2,000.00 |
| 48 | Lindisfarne | | 2/28/2017 | EUR | 11/28/2018 | 2,000.00 |
| 49 | Lindisfarne | | 2/28/2017 | EUR | 12/28/2018 | 337.01 |

Lindisfarne-Custodian Fee(23)

Excerpt of True-Up Spreadsheet for