# Exhibit 601E3

| | C | E | F | H | I | J | K | N | O |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cash Transaction Statement: | Cash Transaction Statement: | Cash Transaction Statement: |
| 1 | Provider | Pension Plan Name | Statement Date | Base Currency | Period Start Date | Period End Date | Value Date | Credit | Balance |
| 2 | Indigo | | 11/10/2014 | EUR | 8/1/2014 | 8/31/2014 | 8/18/2014 | 3,451,410.52 | 2,065,517.53 |
| 3 | Indigo | | 11/23/2014 | EUR | 9/1/2014 | 9/30/2014 | 9/15/2014 | 242,460.38 | 357,593.85 |

Indigo-Reclaims Receive(19)

Excerpt of True-Up Spreadsheet for