# Exhibit 601E4

| | C | E | F | H | I | J | K | M |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cash Transaction Statement: | Cash Transaction Statement: |
| 1 | Provider | Pension Plan Name | Statement Date | Base Currency | Period Start Date | Period End Date | Value Date | Debit |
| 2 | Indigo | | 11/10/2014 | EUR | 8/1/2014 | 8/31/2014 | 8/18/2014 | 3,608.00 |
| 3 | Indigo | | 11/10/2014 | EUR | 8/1/2014 | 8/31/2014 | 8/18/2014 | 2,918.00 |
| 4 | Indigo | | 11/10/2014 | EUR | 8/1/2014 | 8/31/2014 | 8/18/2014 | 2,718.00 |
| 5 | Indigo | | 11/10/2014 | EUR | 8/1/2014 | 8/31/2014 | 8/18/2014 | 2,700.00 |
| 6 | Indigo | | 11/10/2014 | EUR | 8/1/2014 | 8/31/2014 | 8/18/2014 | 2,500.00 |
| 7 | Indigo | | 11/23/2014 | EUR | 9/1/2014 | 9/30/2014 | 9/9/2014 | 3,090.00 |
| 8 | Indigo | | 11/29/2014 | EUR | 10/1/2014 | 10/31/2014 | 10/14/2014 | 3,872.00 |
| 9 | Indigo | | 12/2/2014 | EUR | 11/1/2014 | 11/30/2014 | 11/6/2014 | 2,500.00 |
| 10 | Indigo | | 1/4/2015 | EUR | 12/1/2014 | 12/31/2014 | 12/5/2014 | 2,718.00 |
| 11 | Indigo | | 1/4/2015 | EUR | 12/1/2014 | 12/31/2014 | 12/31/2014 | 2,500.00 |
| 12 | Indigo | | 2/2/2015 | EUR | 1/1/2015 | 1/31/2015 | 1/29/2015 | 2,500.00 |

Indigo-Custodian Fee(7)

Excerpt of True-Up Spreadsheet for