# Exhibit 621E1

| B | C | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|
| File Name | Provider | Pension Plan Name | Statement Date | Account Number | Base Currency | Period | Cash Transaction Statement: Currency | Cash Transaction Statement: Value Date |

Lindisfarne-Reclaim Receive(20)

Excerpt of True-Up Spreadsheet for