# Exhibit 646E1

| | D | F | G | H | I | K | L | N |
|---|---|---|---|---|---|---|---|---|
| 1 | Pension Plan Name | Datestr | Amount | Exchange Rate | USD | Comments | Stock Country | DKK Converted Amount |
| 2 | | 3/24/2015 | 7,500.00 | 1.1096 | 8,322.00 | Novo-Nordisk | Denmark | 56002.5 |
| 3 | | 3/30/2015 | 7,500.00 | 1.1096 | 8,322.00 | Tryg | Denmark | 55962.75 |
| 4 | | 3/31/2015 | 7,500.00 | 1.1096 | 8,322.00 | Carlsberg | Denmark | 55906.5 |
| 5 | | 4/7/2015 | 7,500.00 | 1.1096 | 8,322.00 | Möller-Maersk | Denmark | 55882.5 |
| 6 | | 4/20/2015 | 7,500.00 | 1.1096 | 8,322.00 | ISS | Denmark | 55891.5 |
| 7 | | 4/24/2015 | 7,500.00 | 1.1096 | 8,322.00 | Belgacom | Belgium | 56091 |
| 8 | | 5/6/2015 | 7,500.00 | 1.1096 | 8,322.00 | AB-INBEV | Belgium | 56207.25 |
| 9 | | 5/7/2015 | 7,500.00 | 1.1096 | 8,322.00 | GBL | Belgium | 56053.5 |
| 10 | | 5/8/2015 | 7,500.00 | 1.1096 | 8,322.00 | Ageas | Belgium | 55844.25 |
| 11 | | 5/11/2015 | 7,500.00 | 1.1096 | 8,322.00 | Coloplast | Denmark | 55927.5 |
| 12 | | 5/13/2015 | 7,500.00 | 1.1096 | 8,322.00 | KBC | Belgium | 56135.25 |
| 13 | | 5/19/2015 | 7,500.00 | 1.1096 | 8,322.00 | Solvay | Belgium | 55713.75 |
| 14 | | 6/4/2015 | 7,500.00 | 1.1096 | 8,322.00 | Delhaize | Belgium | 55918.5 |
| 15 | | 6/11/2015 | 500.00 | 1.1096 | 554.80 | Tryg | Denmark | 3725.5 |
| 16 | | 7/9/2015 | 500.00 | 1.1096 | 554.80 | Carlsberg | Denmark | 3734.65 |
| 17 | | 8/5/2015 | 500.00 | 1.1096 | 554.80 | GBL | Belgium | 3728.35 |
| 18 | | 8/5/2015 | 500.00 | 1.1096 | 554.80 | AB-INBEV | Belgium | 3728.35 |
| 19 | | 8/6/2015 | 500.00 | 1.1096 | 554.80 | ISS | Denmark | 3734.85 |
| 20 | | 8/6/2015 | 500.00 | 1.1096 | 554.80 | Proximus | Belgium | 3734.85 |
| 21 | | 8/12/2015 | 7,500.00 | 1.1096 | 8,322.00 | TDC | Denmark | 56108.25 |
| 22 | | 8/13/2015 | 500.00 | 1.1096 | 554.80 | Möller-Maersk | Denmark | 3735.3 |
| 23 | | 8/13/2015 | 500.00 | 1.1096 | 554.80 | Coloplast | Denmark | 3735.3 |
| 24 | | 9/7/2015 | 500.00 | 1.1096 | 554.80 | Ageas | Belgium | 3733.15 |
| 25 | | 9/8/2015 | 500.00 | 1.1096 | 554.80 | Delhaize | Belgium | 3734.2 |
| 26 | | 9/11/2015 | 500.00 | 1.1096 | 554.80 | TDC | Denmark | 3737.45 |
| 27 | | 9/16/2015 | 500.00 | 1.1096 | 554.80 | Novo-Nordisk | Denmark | 3729.45 |
| 28 | | 9/17/2015 | 500.00 | 1.1096 | 554.80 | Solvay | Belgium | 3739.2 |
| 29 | | 9/22/2015 | 500.00 | 1.1096 | 554.80 | KBC | Belgium | 3722.4 |

NCB Fees-Trade Charges(15)

Excerpt of True-Up Spreadsheet for