# Exhibit 656E1

| | E | F | H | L | M | N | O | P | Q | T | X | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Pension Plan Name | Requested By Date | Requested of: Amount in kr | Date of Request | Share | Number | Ex-date | Total Dividend DKK | Refunded Dividend Tax DKK | Currency | DKK Converted Amount | ExpensesAID |
| 2 | | 4/19/2013 | 2,978,775.00 kr. | 4/19/2013 | H Lundbeck A/S | 1325000 | 3/21/2013 | 2,650,000.00 kr. | 715,500.00 kr. | DKK | 2978775 | 128 |
| 3 | | 5/16/2013 | 21,975,300.00 kr. | 4/19/2013 | FL Smidth & Co A/S | 360000 | 4/8/2013 | 3,240,000.00 kr. | 874,800.00 kr. | DKK | 21975300 | 127 |
| 4 | | 9/20/2013 | 1,194,750.00 kr. | 4/19/2013 | DSV A/S | 850000 | 3/22/2013 | 1,062,500.00 kr. | 286,875.00 kr. | DKK | 1194750 | 126 |
| 5 | | 12/10/2013 | 1,316,904.00 kr. | 4/19/2013 | Carlsberg A/S - B | 680000 | 3/22/2013 | 4,080,000.00 kr. | 1,101,600.00 kr. | DKK | 1316904 | 125 |
| 6 | | 1/6/2014 | 1,699,110.00 kr. | 5/16/2013 | TDC A/S | 3800000 | 3/8/2013 | 8,740,000.00 kr. | 2,359,800.00 kr. | DKK | 1699110 | |
| 7 | | 3/20/2014 | 3,412,076.00 kr. | 5/16/2013 | A.P. Moller Maersk A/S A | 4000 | 4/12/2013 | 4,800,000.00 kr. | 1,296,000.00 kr. | DKK | 3412076 | |
| 8 | | 4/17/2014 | 24,551,671.00 kr. | 5/16/2013 | A.P. Moller Maersk A/S B | 10000 | 4/12/2013 | 12,000,000.00 kr. | 3,240,000.00 kr. | DKK | 24551671 | |
| 9 | | 5/27/2014 | 777,664.00 kr. | 5/16/2013 | Tryg A/S | 175000 | 4/19/2013 | 4,550,000.00 kr. | 1,228,500.00 kr. | DKK | 777664 | |
| 10 | | 9/4/2014 | 1,353,085.00 kr. | 5/16/2013 | Novo Nordisk A/S B | 2850000 | 3/21/2013 | 51,300,000.00 kr. | 13,851,000.00 kr. | DKK | 1353085 | |
| 11 | | | | 9/20/2013 | TDC A/S | 2950000 | 8/8/2013 | 4,425,000.00 kr. | 1,194,750.00 kr. | DKK | | |
| 12 | | | | 12/10/2013 | CHR. Hansen Holding A/S | 779141 | 11/27/2013 | 4,877,422.00 kr. | 1,316,904.00 kr. | DKK | | |
| 13 | | | | 1/6/2014 | Coloplast A/S - B | 899000 | 12/6/2013 | 6,293,000.00 kr. | 1,699,110.00 kr. | DKK | | |
| 14 | | | | 3/20/2014 | Novozymes A/S B | 1142032 | 2/27/2014 | 2,855,080.00 kr. | 770,871.00 kr. | DKK | | |
| 15 | | | | 3/20/2014 | TDC A/S | 4446474 | 3/7/2014 | 9,782,242.00 kr. | 2,641,205.00 kr. | DKK | | |
| 16 | | | | 4/17/2014 | A.P. Moller Maersk A/S A | 10064 | 4/1/2014 | 14,089,600.00 kr. | 3,804,192.00 kr. | DKK | | 146 |
| 17 | | | | 4/17/2014 | A.P. Moller Maersk A/S B | 9474 | 4/1/2014 | 13,263,600.00 kr. | 3,581,172.00 kr. | DKK | | 147 |
| 18 | | | | 4/17/2014 | Tryg A/S | 107701 | 4/4/2014 | 2,907,927.00 kr. | 785,140.00 kr. | DKK | | 152 |
| 19 | | | | 4/17/2014 | Pandora A/S | 385808 | 3/20/2014 | 2,507,752.00 kr. | 677,093.00 kr. | DKK | | 151 |
| 20 | | | | 4/17/2014 | Carlsberg A/S - B | 557368 | 3/21/2014 | 4,458,944.00 kr. | 1,203,914.00 kr. | DKK | | 148 |
| 21 | | | | 4/17/2014 | Danske Bank A/S | 4364115 | 3/19/2014 | 8,728,230.00 kr. | 2,356,622.00 kr. | DKK | | 149 |
| 22 | | | | 4/17/2014 | Novo Nordisk A/S B | 9994682 | 3/21/2014 | 44,976,069.00 kr. | 12,143,538.00 kr. | DKK | | 150 |
| 23 | | | | 5/27/2014 | Coloplast A/S - B | 720060 | 5/9/2014 | 2,880,240.00 kr. | 777,664.00 kr. | DKK | | 168 |
| 24 | | | | 9/4/2014 | TDC A/S | 3340952 | 8/8/2014 | 5,011,428.00 kr. | 1,353,085.00 kr. | DKK | | 178 |

SK AT Final Letter(2)

Excerpt of True-Up Spreadsheet for