# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

April 22, 2025

By ECF
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

      Re:     <u>Stein and Lhote v. Skatteforvaltningen</u>
                  23 Civ. 2508 (NRB)

Dear Judge Buchwald:

Consistent with Rule 26(a)(3)(B) and in response to SKAT's April 8, 2025, pre-trial disclosures (ECF No. 168, 169), Stein, Lhote, and McGee respectfully submit:

(a) their objections to the use under Rule 32(a) of depositions designated by SKAT under Rule 26(a)(3)(A)(ii); and

(b) their objections, together with the grounds for them, to the admissibility of materials identified by SKAT under Rule 26(a)(3)(A)(iii).

We will endeavor to meet and confer with SKAT to resolve as many of these objections and the objections interposed by SKAT in ECF No. 177 in advance of trial.

                                              Respectfully submitted,

                                                      /s/

                                                Daniel W. Levy

cc:    All Counsel (by ECF)

## Objections to Exhibits Proposed by SKAT to Be Admitted

| SKAT Exhibit No. | Nature of Exhibit | Grounds for Objection |
|---|---|---|
| 510 | Judgment in Danish criminal case Against Non-Party Sanjay Shah | Relevance; failure to produce document during discovery; authenticity; foundation |
| 511 | Letter from M. Miller | Completeness; authenticity; proper exhibit contained in Plaintiffs' Exhibit 13 |
| 516 | E-mail from SØIK to Counsel for McGee | Original document is in Danish; Danish document is missing; foundation; hearsay |
| 520 | Indictment of Stein, Lhote, and McGee | Improper translation; translation prepared by SØIK and provided in discovery is set out in STEIN_LHOTE0001739-41 |
| 526 | Summary of court proceeding in Danish criminal case regarding North Channel Bank | Hearsay; authenticity; foundation |
| 534 | Communication between SKAT officials, dated May 14, 2019 | Hearsay |
| 535 | SKAT framework for communication | Incorrect translation, specifically the last bullet point in SKAT's Exhibit 535 is seemingly transposed from SKAT_MAPLE POINT_00000423_T; the translation in SKAT_MAPLEPOINT_00000074_T attached to Plaintiffs' Exhibit 110 is correct; hearsay |

| SKAT Exhibit No. | Nature of Exhibit | Grounds for Objection |
|---|---|---|
| 538 | Communication from SKAT to SØIK, dated May 20, 2019 | Completeness; omits attachment; complete exhibit contained in Plaintiffs' Exhibit 107; hearsay within hearsay |
| 550 | Communication from SØIK to SKAT, dated Feb. 3, 2021 | Completeness; omits covering e-mail; complete exhibit contained in Plaintiffs' Exhibit 124; hearsay; authenticity; foundation |
| 551 | Communication from SØIK to SKAT, dated Feb. 26, 2021 | Completeness; omits covering e-mail; complete exhibit contained in Plaintiffs' Exhibit 125; hearsay; authenticity; foundation |
| 554 | Letter from SKAT to SØIK, dated April 12, 2023 | Relevance; hearsay; foundation |
| 556 | Communication between SKAT officials | Hearsay within hearsay |
| 561 | Ganymede – Lion Advisory Inc. Pension Plan agreement | Hearsay; foundation |
| 562 | Acupay document | Hearsay; foundation |
| 563 | Solo Capital document | Hearsay; foundation |
| 564 | Ganymede Cayman Ltd. document | Hearsay; foundation |
| 565 | E-mail from Adam LaRosa | Foundation |
| 566 | Chart | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| 567 | Solo Capital document | Hearsay; foundation |
| 568 | Solo Capital documents | Hearsay; foundation |
| 569 | Communication from SØIK to SKAT, dated Jan. 6, 2021 | Completeness; omits covering e-mail; complete exhibit contained in Plaintiffs' Exhibit 118 |

| SKAT Exhibit No. | Nature of Exhibit | Grounds for Objection |
|---|---|---|
| 601-E1 | Chart re. Pension Plan 1 | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| 601-E2 | Chart re. Pension Plan 1 | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| 601-E3 | Chart re. Pension Plan 1 | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| 601-E4 | Chart re. Pension Plan 1 | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| 602-E1 | Chart re. Pension Plan 2 | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| 621-E1 | Chart | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| 646-E1 | Chart re. Pension Plan 3 | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| 656-E1 | Chart re. Pension Plan 4 | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |

**Objections to Testimony and Responses to Requests
for Admission Proposed by SKAT to Be Admitted**

| Testimony Designated by SKAT | Additional Testimony Designated Under Fed. R. Civ. P. 32(a)(6) or Matters to Be Stricken |
|---|---|
| **SKAT Exhibit 507 – McGee Deposition** | |
| 29:1-31:25 | 27:12-28:25 |
| **SKAT Exhibit 525 – McGee Responses to SKAT Requests for Admission** | Strike Responses to Request for Admission Nos. 14-21, 33-66 as irrelevant |
| **SKAT Exhibit 508 – Lhote Deposition** | |
| 15:1-18:25 | 14:10-25; 19:1-10 |
| 63:1-64:25 | 61:1-62:25; 65:1-14 |
| 68:1-68:25 | 67:20-25; 69:1-14 |
| 73:1-75:25 | 69:15-73:2 |
| 87:1-87:25 | 85:1-86:25 |
| 89:1-90:25 | 91:1-93:7 |
| | |
| **SKAT Exhibit 524 – Lhote Responses to SKAT Requests for Admission** | Strike Responses to Request for Admission Nos. 1, 14, 16-23, 35-68 as irrelevant |
| **SKAT Exhibit 509 – Stein Deposition** | |
| 32:1-35:25 | 30:1-31:25; 36:1-36:8 |
| 57:1-58:25 | 56:12-56:25 |
| 67:1-68:25 | 62:13-66:25 |
| | |
| **SKAT Exhibit 523 – Stein Responses to SKAT Requests for Admission** | Strike Responses to Request for Admission Nos. 1, 14, 16-23, 35-68 as irrelevant |