

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

June 6, 2025

**BY ECF AND HAND DELIVERY**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Stein et al. v. Skatteforvaltningen</u>, No. 23-cv-02508 (NRB)

Dear Judge Buchwald:

    We write jointly on behalf of defendant/counterclaim-plaintiff Skatteforvaltningen ("SKAT"), plaintiffs/counterclaim-defendants Matthew Stein and Jerome Lhote, and nominal defendant/counterclaim-defendant Luke McGee to provide Your Honor the enclosed Trial Evidence Chart.

    The Trial Evidence Chart sets forth the exhibits admitted at trial, including those the Court received provisionally subject to the parties' outstanding objections, and identifies overlaps in the parties' exhibits and the parties' unresolved objections to the admission of certain exhibits that were previously set forth in the parties' pretrial correspondence with the Court.

                                                     Respectfully submitted,

                                                     /s/ Marc A. Weinstein
                                                     Marc A. Weinstein

Cc: All counsel (by ECF)