UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW STEIN and JEROME LHOTE,

   Plaintiffs/Counterclaim-Defendants,

v.

LUKE MCGEE,

   Nominal Defendant,

SKATTEFORVALTNINGEN,

   Defendant/Counterclaim-Plaintiff,

v.

LUKE MCGEE,

   Counterclaim-Defendant.

23 Civ. 2508 (NRB)

---

**TRIAL EVIDENCE**

**I. PLAINTIFFS' AND NOMINAL DEFENDANT'S EXHIBITS**[*]

| Plaintiffs' Exhibits | Nature of Exhibit[†] | SKAT's Pending Objection(s) Set Out in ECF 177-1 and/or Notes |
|---|---|---|
| PX-1 | E-mail from SØIK to M. Stein's U.S. counsel regarding charging decision | |

---

[*] The parties met and conferred in advance of trial, updated or replaced several exhibits, including with certified translations, and resolved certain objections. Accordingly, the parties list in this submission only the unresolved, live disputes.

[†] SKAT notes that certain of Plaintiffs' and Nominal Defendant's descriptions of their exhibits attempt to summarize their content and hint at their supposed relevance, rather than identify them by author, title or in case of emails, subject, and date, as SKAT did in describing its exhibits. For instance, PX-5 is described as "Danish news article identifying M. Stein and J. Lhote (translation)," rather than its title, "Here is the backers' deduction – one item is gigantic." And PX-15-R is described as "E-mail from SØIK to SKAT discussing 2-26-21 questions [Certified Translation], 2-2021 through 2-2022," rather than as an email chain between SKAT and SØIK from February 2021 to February 2022, regarding "Request for additional information regarding the Danish Tax Agency settlement agreement." For the avoidance of doubt, SKAT does not adopt Plaintiffs' and Nominal Defendant's characterization of their exhibits.

    Stein, Lhote, and McGee submit that their descriptions of their exhibits are accurate and appropriate. For example, PX-5 plainly identifies Stein and Lhote, including containing a photograph of Stein, and, as such, can

| Plaintiffs' Exhibits | Nature of Exhibit† | SKAT's Pending Objection(s) Set Out in ECF 177-1 and/or Notes |
|---|---|---|
| PX-2 | 2017 Draft Settlement Agreement | Relevance |
| PX-3 | Records of payments of Initial Cash Payment | |
| PX-4 | SKAT complaint against A. LaRosa, *et al.* | |
| PX-5 | Danish news article identifying M. Stein and J. Lhote (translation) | |
| PX-6 | Records of payments of Subsequent Cash Payment | |
| PX-7 | E-mail chain between M. Miller and SKAT's U.S. counsel regarding SKAT's provision of information to SØIK, 12-2020 through 2-2021 | Relevance Hearsay |
| PX-8 | E-mail from M. Miller to SKAT's U.S. counsel regarding cooperation, 3-4-2021 | Relevance |
| PX-9 | Letter from SKAT's U.S. counsel regarding SKAT's correspondence with SØIK pursuant to Section 8(f), 4-21-2023 | |
| PX-10A | Executed 2019 Affidavit of Confession of Judgment | |
| PX-11 | E-mail chain and attachment from SKAT's U.S. counsel regarding SKAT's correspondence with SØIK pursuant to Section 8(f), 4-2023 | |
| PX-12 | E-mails between SØIK and U.S. Dept. of Justice, 5-2020 through 1-2021 | Relevance Hearsay Foundation |
| PX-13 | Letter from M. Miller to SØIK providing Settlement Agreement + Attachment, 4-21-2021 | |
| PX-14-R | Documents regarding seizure of M. Stein, J. Lhote, and L. McGee assets [Certified Translation] | Hearsay |

---

safely described as such.  The same is true for PX-15-R, which is an e-mail, dated February 3, 2022, in which SKAT explicitly refers to SØIK's inquiries from February 26, 2021.

2

| Plaintiffs' Exhibits | Nature of Exhibit† | SKAT's Pending Objection(s) Set Out in ECF 177-1 and/or Notes |
|---|---|---|
| PX-15-R | E-mail from SØIK to SKAT discussing 2-26-21 questions [Certified Translation], 2-2021 through 2-2022 | Relevance |
| PX-16-R | SØIK e-mail relating to Danish criminal case schedule [Certified Translation], 4-8-2022 | Relevance<br>Hearsay<br>Foundation |
| PX-17 | E-mail from SØIK to J. Lhote's U.S. counsel regarding charging decision, 9-2020 | |
| PX-27 | Letter from J. Benjamin to J. Schneider regarding L. McGee's payments under Settlement Agreement, 4-8-2021 | Hearsay |
| PX-101 | E-mail chain between SKAT and SØIK regarding settlement negotiations, 4-2019 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-530 |
| PX-103 | E-mail chain regarding SKAT providing draft Section 8(f) to SØIK, 5-2019 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-555 |
| PX-104 | Executed Settlement Agreement, 5-2019 | |
| PX-105 | E-mail from SKAT to SØIK providing draft Section 8(f), 5-15-2019 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-532 |
| PX-106 | SKAT's press release announcing the Settlement Agreement, 5-28-2019 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-540 |
| PX-107 | E-mail chain between SKAT and SØIK regarding draft press release, 5-20-2019 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-538 |

| Plaintiffs' Exhibits | Nature of Exhibit† | SKAT's Pending Objection(s) Set Out in ECF 177-1 and/or Notes |
|---|---|---|
| PX-108 | E-mail from SKAT to SØIK providing Settlement Agreement exhibits, 5-21-2019 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-533 |
| PX-109 | Executed Letter Agreement, 5-2019 | |
| PX-110 | E-mail chain regarding SKAT providing principles for communications to SØIK, 5-2019 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-535 |
| PX-113 | E-mail from SKAT to SØIK regarding 6-27-19 meeting to discuss Settlement Agreement, 6-26-2019 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-541 |
| PX-114 | Agenda for 7-3-2020 meeting | Uncertified translation<br><br>SKAT has provided a certified translation as DX-546 |
| PX-115 | SKAT e-mail chain regarding draft September 2019 press release, 9-25-2019 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-544 |
| PX-118 | SØIK's 1-6-21 inquiry to SKAT and e-mail chain | Uncertified translation<br><br>SKAT has provided a certified translation of a portion of PX-118 as DX-569 |
| PX-120 | SKAT e-mail chain regarding draft response to SØIK's 1-6-21 inquiry, 1-2021 | Uncertified translation<br><br>SKAT has provided a certified translation as DX-552 |
| PX-121 | SKAT e-mail chain providing response to SØIK's 1-6-2021 inquiry, 1-2021 | Uncertified translation<br><br>SKAT has provided a certified translation (with different bates numbering) as DX-548 |

| Plaintiffs' Exhibits | Nature of Exhibit† | SKAT's Pending Objection(s) Set Out in ECF 177-1 and/or Notes |
|---|---|---|
| PX-122 | SKAT e-mail chain regarding SØIK's 1-22-21 inquiry to SKAT for a copy of Settlement Agreement, 1-2021 | |
| PX-123 | E-mail chain forwarding SØIK's 1-28-21 inquiry to SKAT, 1-28-2021 | |
| PX-124 | SKAT e-mail chain providing response to SØIK's 1-28-2021 inquiry, 1-2021 through 2-2021 | Uncertified translation<br><br>SKAT has provided a certified translation (with different bates numbering) as DX-550 |
| PX-125 | SØIK's 2-26-21 inquiry to SKAT | Uncertified translation<br><br>SKAT has provided a certified translation (with different bates numbering) as DX-551 |
| PX-127 | Email chain between M. Miller and SKAT's U.S. counsel regarding providing copy of Settlement Agreement to SØIK, 4-2021 | |
| PX-128 | Email from SKAT's U.S. counsel regarding information SKAT provided to SØIK pursuant to Section 8(f), 6-18-2021 | |
| PX-129 | Executed 2021 Affidavit of Confession of Judgment | |
| PX-130-R | Danish court opinion regarding Bech Bruun [Certified Translation], 11-20-2023 | Relevance<br>Hearsay |
| PX-131 | SKAT e-mail chain regarding SØIK's 1-22-21 inquiry to SKAT for a copy of Settlement Agreement, 1-2021 | |
| PX-137 | SKAT's 4-12-23 e-mail to SØIK re Section 8(f) | SKAT has provided a certified translation as DX-554 |
| PX-141 | SKAT's email to SØIK regarding confidentiality of Settlement Agreement, 1-2021 | |

5

| Plaintiffs' Exhibits | Nature of Exhibit† | SKAT's Pending Objection(s) Set Out in ECF 177-1 and/or Notes |
|---|---|---|
| PX-141T | SKAT's email to SØIK regarding confidentiality of Settlement Agreement [Translated], 1-2021 | Uncertified translation<br><br>SKAT has provided a certified translation (with different bates numbering) as DX-553 |
| PX-164 | SKAT e-mail regarding collection of documents exchanged with SØIK, 4-20-2021 | Portions of PX-164 admitted as DX-548, DX-550, and DX-553 |
| PX-165 | SKAT e-mail regarding status of 2-26-21 inquiry from SØIK, 4-20-2021 | |
| PX-166 | SKAT e-mail regarding updated collection of documents exchanged with SØIK, 4-20221 | Portions of PX-166 admitted as DX-548, DX-550, DX-551, DX-553, and DX-569 |
| PX-167 | SØIK 9-26-19 Press Release [Certified Translation] | |
| PX-169 | SKAT e-mail regarding response to SØIK regarding settlement, 4-20-2021 through 4-21-2021 | |
| PX-200 | Final letter to SKAT's U.S. counsel providing MPSKAT documents, 7-18-2021 | |
| PX-201 | Final letter to SKAT's U.S. counsel providing True-Up Spreadsheets, 6-30-2021 | |
| PX-202 | Letter from North Channel Bank regarding opening of custody account, 10-27-2014 | |
| PX-203 | 2015 custody account spreadsheet | |
| PX-204 | June 2015 custody account statement | |
| PX-205 | 2016 custody account spreadsheet | |
| PX-206 | January 2017 custody account statement | |
| PX-207 | April 2017 custody account statement | |
| PX-208 | Letter from North Channel Bank regarding lack of activity, 4-25-2016 | |

6

| Plaintiffs' Exhibits | Nature of Exhibit† | SKAT's Pending Objection(s) Set Out in ECF 177-1 and/or Notes |
|---|---|---|
| PX-209 | Subsequent letter from North Channel Bank regarding lack of activity, 12-15-2016 | |
| PX-210-R | Danish court ruling regarding seizure of North Channel Bank custody accounts [Certified Translation], 2-16-2017 | |
| PX-211-R | German court ruling regarding seizure of North Channel Bank custody accounts [Certified Translation] | |
| PX-212 | May 2015 custody account statement and November 2013 custody account statement | |
| PX-213 | February 2015 custody account statement | |
| PX-300 | Expert Report prepared by L. Madsen | |
| PX-301 | Rebuttal Expert Report prepared by L. Madsen | |
| PX-306 | Second Amended Attachment C to Expert Report and Rebuttal Expert Report [Certified Translation] | |
| PX-307 | Danish Penal Code Sections 51-55 [Certified Translation] | |
| PX-400-R | 30(b)(6) Deposition Testimony of SKAT [Amended] | |
| PX-401 | SKAT's Responses and Objections to Plaintiffs' Requests for Admission, 7-23-2024 | Object to the relevance of RFA 34 |
| PX-402 | SKAT's Responses and Objections to McGee's Requests for Admission, 7-23-2024 | Object to the relevance of RFA 36 |
| PX-403-R | SKAT's Responses and Objections to Plaintiffs' Second Interrogatories [Amended], 7-15-2024 | Object to the relevance of interrogatories 7 and 9 |

| Plaintiffs' Exhibits | Nature of Exhibit† | SKAT's Pending Objection(s) Set Out in ECF 177-1 and/or Notes |
|---|---|---|
| PX-404-R | SKAT's Responses and Objections to McGee's First Interrogatories [Amended], 7-15-2024 | Object to the relevance of interrogatories 3 and 5 |

## II. SKAT'S EXHIBITS

| SKAT's Exhibits | Nature of Exhibit | Plaintiffs' Pending Objection(s) Set Out in ECF 178 and/or Notes |
|---|---|---|
| DX-505-R | Per Justesen's Expert Report on Danish Criminal Law, with Appendix List and Appendices 1-17 (September 6, 2024) | |
| DX-506-R | Per Justesen's Rebuttal Expert Report, with Appendix 1 (October 15, 2024) | |
| DX-507 | Luke McGee Deposition Transcript Excerpts (June 10, 2024) | |
| DX-508 | Jerome Lhote Deposition Transcript Excerpts (May 16, 2024) | |
| DX-509 | Matthew Stein Deposition Transcript Excerpts (May 9, 2024) | |
| DX-514 | Email from A. Møllmann to J. Schneider and K. Erlandsen, re SØK-76141-00005-17, vores nr. 110.448, investigation request and interrogation (September 10, 2020) [**Certified Translation**] | |
| DX-516 | Email from A. Møllmann to J. Schneider and K. Erlandsen, re Interview with Luke McGee (November 23, 2020) | Foundation<br>Hearsay<br><br>Original document is in Danish; Danish document is missing<br><br>*SKAT's response: This document was produced by Plaintiffs, who did not produce a Danish version of this document. SKAT does not have the Danish version.* |

8

| SKAT's Exhibits | Nature of Exhibit | Plaintiffs' Pending Objection(s) Set Out in ECF 178 and/or Notes |
|---|---|---|
| DX-520 | M. Stein, J. Lhote and L. McGee Indictment (April 13, 2021) | |
| DX-523 | M. Stein's Objections and Responses to SKAT's First Requests for Admission (July 23, 2024) | |
| DX-524 | J. Lhote's Objections and Responses to SKAT's First Requests for Admission (July 23, 2024) | |
| DX-525 | L. McGee's Responses to SKAT's First Requests for Admission (July 23, 2024) | |
| DX-526 | Hearing Transcript of North Channel Bank's Guilty Plea (September 23, 2019) | Hearsay<br>Authenticity<br>Foundation |
| DX-527 | SKAT's Notice of Breach to M. Stein, J. Lhote and L. McGee's counsel (May 29, 2023) | |
| DX-528 | Email from G. Ahlefeld-Engel to S. Nygaard Ekstrøm, re The settlement negotiations and SØIK (June 4, 2019) [**Certified Translation**] | |
| DX-529 | Email from G. Ahlefeld-Engel to P. Fiig, re Settlement (April 25, 2019) [**Certified Translation**] | |
| DX-530 | Email from G. Ahlefeld-Engel to P. Fiig, re Settlement (April 25, 2019) [**Certified Translation**] | Corresponds to PX-101, which includes translation that was provided by SKAT and that was used at deposition (Tr. 432:22-433:1)[*] |

---

[*] After SKAT produced many Danish language documents during discovery, it also, as a convenience to the parties, produced uncertified/unofficial translations to make the documents more usable for the opposing parties. SKAT never suggested that the production of such translations as a discovery aid relieved any party's obligation to provide certified translations for documents that party intended to use at trial. Plaintiffs' and Nominal Defendant's notations that uncertified translations of certain exhibits were used at depositions are irrelevant. To the extent there is both a certified and uncertified translation of a particular trial exhibit, the Court should rely on the certified version. (Tr. 405:12-13.)

| SKAT's Exhibits | Nature of Exhibit | Plaintiffs' Pending Objection(s) Set Out in ECF 178 and/or Notes |
|---|---|---|
| DX-531 | Email from P. Fiig to G. Ahlefeld-Engel, re Settlement (April 25, 2019) [**Certified Translation**] | |
| DX-532 | Email from G. Ahlefeld-Engel to P. Fiig and S. Bechmann Jacobsen, re Extract of relevant settlement text (May 15, 2019) [**Certified Translation**] | Corresponds to PX-105, which includes translation that was provided by SKAT and that was used at deposition (Tr. 432:22-433:1) |
| DX-533 | Email from G. Ahlefeld-Engel to P. Fiig and S. Bechmann Jacobsen, re The parties to the settlement agreement, attaching "Settlement Agreement Exhibits Draft- 5.14.19" (May 21, 2019) [**Certified Translation**] | Corresponds to PX-108, which includes translation that was provided by SKAT and that was used at deposition (Tr. 432:22-433:1) |
| DX-534 | Email from A. Munksgaard to S. Bechmann Jacobsen, re Draft PR (May 14, 2019) [**Certified Translation**] | Hearsay |
| DX-535 | Email from S. Bechmann Jacobsen to G. Ahlefeld-Engel, re Principles, attaching "Principles for communication - final draft - dated 21 May 2019" (May 23, 2019) [**Certified Translation**] | Hearsay<br><br>Corresponds to PX-110, which includes translation that was provided by SKAT and that was used at deposition (Tr. 432:22-433:1 |
| DX-536 | Email from G. Ahlefeld-Engel to S. Bechmann Jacobsen, re Extract from relevant settlement text (May 15, 2019) [**Certified Translation**] | |
| DX-537 | Email from S. Bechmann Jacobsen to M. Jakobsen and G. Ahlefeld-Engel, re Final draft of press release and principles for other communications, attaching "Press release - final draft" and "Principles for communication - final draft" (May 20, 2019) [**Certified Translation**] | |

| SKAT's Exhibits | Nature of Exhibit | Plaintiffs' Pending Objection(s) Set Out in ECF 178 and/or Notes |
|---|---|---|
| DX-538 | Email from S. Bechmann Jacobsen to G. Ahlefeld-Engel, re Final draft of press release and principles for other communication, attaching "Press release - final draft" (May 20, 2019) [**Certified Translation**] | Hearsay within hearsay<br><br>Corresponds to PX-107, which includes translation that was provided by SKAT and that was used at deposition<br>(Tr. 432:22-433:1) |
| DX-539 | SKAT Press release, "The dividend case: The Danish Tax Agency enters into billion kroner settlement with US pension plans - 61 US pension plans agree to repay approximately DKK 1.6 billion paid out in dividend refunds in the period 2012-2015" (May 22, 2019) [**Certified Translation**] | |
| DX-540 | SKAT Press release, "The dividend case: The Danish Tax Agency enters into billion kroner settlement with US pension plans - 61 US pension plans repay approx. 1.6 billion DKK, which has been paid out in dividend refund in the period 2012-15" (May 28, 2019) [**Certified Translation**] | Corresponds to PX-106, which includes translation that was provided by SKAT and that was used at deposition<br>(Tr. 432:22-433:1) |
| DX-541 | Email from G. Ahlefeld-Engel to M. Jakobsen, et al., re Tentative agenda for coordination meeting on 27/6 (June 26, 2019) [**Certified Translation**] | Corresponds to PX-113, which includes translation that was provided by SKAT and that was used at deposition<br>(Tr. 432:22-433:1) |
| DX-542 | Meeting invite from E. Yilmaz to S. Bechmann Jacobsen, et al., re Status meeting regarding Dividend (June 27, 2019) [**Certified Translation**] | |
| DX-543 | Email from P. Fiig to G. Ahlefeld-Engel, re Extract from relevant settlement text (September 20, 2019) [**Certified Translation**] | |

| SKAT's Exhibits | Nature of Exhibit | Plaintiffs' Pending Objection(s) Set Out in ECF 178 and/or Notes |
|---|---|---|
| DX-544 | Email from E. Haugland to C. Holm, et al., re Press Release3, attaching "Press Release3" (September 25, 2019) [**Certified Translation**] | Corresponds to PX-115, which includes translation that was provided by SKAT and that was used at deposition (Tr. 432:22-433:1) |
| DX-545 | SKAT Press Release, "The Danish Tax Agency and SØIK: Politiken and TV2 mislead about dividend settlement" (November 24, 2019) [**Certified Translation**] | |
| DX-546 | SKAT Memo, re Annotated Agenda for Progress Meeting on the Dividend Case - Friday July 3 2020, 12.30-2.00 PM via Gotomeeting (June 29, 2020) [**Certified Translation**] | Corresponds to PX-114, which includes translation that was provided by SKAT and that was used at deposition (Tr. 432:22-433:1) |
| DX-547 | Meeting invite from E. Yilmaz to G. Ahlefeld-Engel, et al., re Status meeting with SØIK and KA (July 3, 2020) [**Certified Translation**] | |
| DX-548 | Email from B. Spang to G. Ahlefeld-Engel, et al., re Request from SØIK regarding settlement, attaching "Exhibit 1", "Exhibit 2", "Sec. 8 on confidentiality" and "Response to SØIK regarding settlement with 61 pension plans and others (Final)" (January 19, 2021) [**Certified Translation**] | Corresponds to PX-121, which includes translation that was provided by SKAT and that was used at deposition (Tr. 432:22-433:1) |
| DX-549 | SKAT Press release, "The dividend case: The Danish Tax Agency enters into billion kroner settlement with US pension plans - 61 US pension plans agree to repay approximately DKK 1.6 billion paid out in dividend refunds in the period 2012-2015" (May 20, 2019) [**Certified Translation**] | |

| SKAT's Exhibits | Nature of Exhibit | Plaintiffs' Pending Objection(s) Set Out in ECF 178 and/or Notes |
|---|---|---|
| DX-550 | Email from B. Spang to S. Winther, et al., re Request for additional information, attaching "Copy of Batch Numbers and amount NCB PP" spreadsheet and "Follow-up response to SØIK re. settlement with 61 pension plans et al (030221) (Final)" (March 2, 2021) [**Certified Translation**] | Hearsay<br>Authenticity<br>Foundation<br><br>Corresponds to PX-124, which includes translation that was provided by SKAT and that was used at deposition<br>(Tr. 432:22-433:1) |
| DX-551 | Email from S. Winther to B. Spang, re Request for additional information re the Danish Tax Agency's settlement agreement, attaching "Letter to the Danish Tax Agency requesting additional information - re others" (February 26, 2021) [**Certified Translation**] | Hearsay<br>Authenticity<br>Foundation<br><br>Corresponds to PX-125, which includes translation that was provided by SKAT and that was used at deposition<br>(Tr. 432:22-433:1) |
| DX-552 | Email from S. Bechmann Jacobsen to B. Spang, et al., re Request from SØIK regarding settlement (January 14, 2021) [**Certified Translation**] | Corresponds to PX-120, which includes translation that was provided by SKAT and that was used at deposition<br>(Tr. 432:22-433:1) |
| DX-553 | Email from B. Spang to S. Winther and S. Bechmann Jacobsen, re Urgent - request to forward settlement agreement (January 22, 2021) [**Certified Translation**] | Corresponds to PX-141 and 141T, the latter of which is the translation that was provided by SKAT and that was used at deposition<br>(Tr. 432:22-433:1) |
| DX-554 | Email from C. Lindrum Bay to P. Fiig, re Orientation regarding settlement, attaching "letter to NSK 120423" (April 12, 2023) [**Certified Translation**] | Relevance<br>Hearsay<br>Foundation<br><br>Corresponds to PX-137, which includes translation that was provided by SKAT and that was used at deposition<br>(Tr. 432:22-433:1) |
| DX-555 | Email from S. Bechmann Jacobsen to G. Ahlefeld- Engel, re Settlement text relevant to SØIK (May 15, 2019) [**Certified Translation**] | Corresponds to PX-103, which includes translation that was provided by SKAT and that was used at deposition<br>(Tr. 432:22-433:1) |

| SKAT's Exhibits | Nature of Exhibit | Plaintiffs' Pending Objection(s) Set Out in ECF 178 and/or Notes |
|---|---|---|
| DX-556 | Email from G. Ahlefeld-Engel to S. Nygaard Ekstrøm, re Extract from relevant settlement text (June 4, 2019) [**Certified Translation**] | Hearsay within hearsay |
| DX-557 | Email from A. Larsen to S. Bechmann Jacobsen, re Draft PR (May 14, 2019) [**Certified Translation**] | |
| DX-558 | Email from G. Ahlefeld-Engel to S. Nygaard Ekstrøm, re Confidential - updated draft P R (June 4, 2019) [**Certified Translation**] | |
| DX-559 | Email from S. Bechmann Jacobsen to J. Breck, et al., re Principles [*attachment "Principles for communication - final draft - dated 21 May 2019" omitted*] (May 21, 2019) [**Certified Translation**] | |
| DX-569 | Email from S. Winther to C. Lindrum Bay, re Request for information re the Danish Tax Agency's settlement, attaching "Letter to the Danish Tax Agency" (January 6, 2021) [**Certified Translation**] | Corresponds to PX-118, which includes translation that was provided by SKAT and that was used at deposition (Tr. 432:22-433:1) |
| DX-578 | Reclaim application for 10CC Pension Plan (August 21, 2015) | |
| DX-579 | North Channel Bank Account Statement for 10CC Pension Plan (August 31, 2015) | |
| DX-580 | Email from A. Møllmann to K. Erlandsen, re Discussions about McGee's cooperation in solving the case (December 21, 2020) [**Certified Translation**] | Relevance (Tr. 545:15-546:14) |
| DX-586 | Letter to the Danish Parliament - The Tax Committee, re final answer to question no. 573 of July 17, 2020 (September 11, 2020) [**Certified Translation**] | |
| DX-601E1 | Excerpt of the AJJ Holdings LLC Pension Plan Partnership's True-Up Spreadsheet, produced by Wachtell and the Covered Parties | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |

14

| SKAT's Exhibits | Nature of Exhibit | Plaintiffs' Pending Objection(s) Set Out in ECF 178 and/or Notes |
|---|---|---|
| DX-601E2 | Excerpt of the AJJ Plan's True-Up Spreadsheet, produced by Wachtell and the Covered Parties | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| DX-601E3 | Excerpt of the AJJ Plan's True-Up Spreadsheet, produced by Wachtell and the Covered Parties, which has been annotated to include highlighting | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| DX-601E4 | Excerpt of the AJJ Plan's True-Up Spreadsheet, produced by Wachtell and the Covered Parties | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| DX-602E1 | Excerpt of the Babine Pension Plan Partnership's True-Up Spreadsheet, produced by Wachtell and the Covered Parties | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| DX-621E1 | Excerpt of the Passive Growth Benefits Pension Plan's True-Up Spreadsheet, produced by Wachtell and the Covered Parties | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| DX-646E1 | Excerpt of the NewCo Software Design Pension Plan Partnership's True-Up Spreadsheet, produced by Wachtell and the Covered Parties | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| DX-656E1 | Excerpt of the 2321 Capital Pension Plan's True-Up Spreadsheet, produced by Wachtell and the Covered Parties | Fed. R. Evid. 1004 (best evidence), 1006 (improper summary chart) |
| DX-657 | Marc Landy's True Up Calculation & comparison with Stein's Approach (May 1, 2025) | |
| PX-612-C-R | E-mail chain from M. Miller to M. Stein and J. Lhote regarding conversation with SKAT's U.S. counsel about written communication to SØIK, 2-2021 | |