# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

June 11, 2025

By ECF
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

    Re:    <u>Stein and Lhote v. Skatteforvaltningen</u>
                23 Civ. 2508 (NRB)

Dear Judge Buchwald:

    On behalf of Matthew Stein and Jerome Lhote and together with counsel for Luke McGee, we write to request that the Court conduct argument following the bench trial.

    We submit that argument would assist the Court in resolving contested issues of law and fact pursuant to Rule 52(a), particularly since the parties, at the Court's direction, did not have the opportunity to respond to each side's proposed findings of fact and conclusions of law.

    We have conferred with counsel for SKAT.  They take no position on whether oral argument should be had.

    If the Court conducts oral argument, all parties can be available on any of the following days:

        June 27, July 1, or July 2

    In addition, counsel for Stein, Lhote, and McGee are available on any of the following dates:

        July 8, 9, 11

        July 28, 29, 30, 31; August 1

The Honorable Naomi Reice Buchwald
June 11, 2025
Page 2

        August 4, 5, 6, or 7

        August 25, 26, 27, or 28

                      Respectfully submitted,

                                /s/

                            Daniel W. Levy

cc:    All Counsel (by ECF)