

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

June 12, 2025

BY ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>Stein et al. v. Skatteforvaltningen</u>, No. 23-cv-02508 (NRB)

Dear Judge Buchwald:

  We write on behalf of defendant/counterclaim plaintiff Skatteforvaltningen ("SKAT") in response to the June 11, 2025 letter from Mr. Levy requesting oral argument on behalf of Messrs. Stein, Lhote, and McGee (ECF No. 199). For the sake of clarity regarding SKAT's position and availability, we provide SKAT's response to Mr. Levy's email to us regarding this request in its entirety:

  We do not take a position on your request for oral argument. It did not appear to us that the Court wanted oral argument, but if it turns out the Court does want oral argument, we will of course participate. As for available dates, as you will recall, the Court rejected requests from the three individuals for an extended briefing schedule, as Judge Buchwald wanted to decide this case closer in time to the trial. As a result, to the extent there is to be an oral argument, we believe it should be held in short order. We are available on June 27, July 1, or July 2, as well as on other dates in the next few weeks.

  Should the Court (i) grant the request for oral argument, and (ii) not be able to schedule such argument in the next few weeks, we can of course provide the Court with additional dates of availability.

        Respectfully submitted,

        /s/ Marc A. Weinstein
        Marc A. Weinstein

cc: all counsel of record, via ECF