UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

(212) 805-0194

June 12, 2025

Daniel Levy
McKool Smith P.C.
1301 Avenue of the Americas
New York, NY 10019

Marc Alan Weinstein
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Daniel Stuart Newman
Broad and Cassel
One Biscayne Tower, 21st Floor
2 S. Biscayne Blvd
Miami, FL 33131

## RE: Stein et al. v. Skatteforvaltningen
## 23 Civ. 2508 (NRB)

Counsel:

The Court is in receipt of the request of Messrs. Stein, Lhote, and McGee to hold oral argument, ECF No. 199, and SKAT's response, ECF No. 200. As of now, the Court does not perceive a need for oral argument. As counsel are well aware, not only did the Court preside at the three-day non-jury trial, but the Court authored several substantive opinions prior to trial which addressed issues that were the subject of trial. In short, the Court was, and remains, well-versed in the issues that have been present in the case from the outset. Should the Court's view on the need for oral argument change, counsel will be notified promptly.

On a separate note, the Court has not received electronic versions of all exhibits. Accordingly, by June 20, 2025, the parties are directed to file electronic versions of all exhibits that were not previously submitted.

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

(212) 805-0194

Very truly yours,

Naomi Reice Buchwald
United States District Judge

CC: All counsel of record (by ECF)