# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

June 17, 2025

By ECF
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York  10007

    Re:    <u>Stein and Lhote v. Skatteforvaltningen</u>
                23 Civ. 2508 (NRB)

Dear Judge Buchwald:

On behalf of Matthew Stein and Jerome Lhote and together with counsel for Luke McGee, we write pursuant to the Court's Order, dated June 13, 2025 (ECF No. 201).

Specifically, we are filing the following:

    Exhibits Received at Trial:

        PX-164, 165, 166, 167, 169, 306, and 307

    Exhibits Previously Filed, But Offered and Received at Trial in Revised Form (noted with "-R"):

        PX 14-R, 15-R, 16-R, 130-R, 210-R, 211-R, 400-R, 403-R, and 404-R

    Exhibit Marked by Plaintiffs, But Offered by SKAT and Received at Trial (redacted pursuant to ECF No. 174):

        PX-612-C-R

The Honorable Naomi Reice Buchwald
June 17, 2025
Page 2

      Of the exhibits noted above, the following have been filed in both redacted form and, in a separate sealed filing, in unredacted form:

      PX-14-R, 164, 166, 210-R, 211-R, 403-R, 404-R

      Because of ECF filing-size limitations, PX-164 and PX-166 have been filed in multiple parts.

                                          Respectfully submitted,

                                                      /s/

                                          Daniel W. Levy

cc:    All Counsel (by ECF)