

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

June 20, 2025

**BY ECF AND HAND DELIVERY**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Stein et al. v. Skatteforvaltningen</u>, No. 23-cv-02508 (NRB)

Dear Judge Buchwald:

      We write on behalf of defendant/counterclaim-plaintiff Skatteforvaltningen ("SKAT") pursuant to the Court's June 12, 2025 order (ECF No. 201) directing the parties to file electronic versions of all exhibits that were not previously submitted in electronic form. Enclosed herewith are all of SKAT's exhibits not previously filed electronically on the Court's CM/ECF system, *i.e.*, DX-505-R; DX-506-R; DX-507; DX-508; DX-509; DX-520; DX-523; DX-524; DX-525; DX-535; DX-538; DX-550; DX-551; DX-569; DX-578; DX-579; DX-580; DX-586; DX-657.[1] To assist the Court, SKAT also encloses herewith a revised version of the parties' trial evidence chart, listing the exhibits admitted at trial (the original of which was filed at ECF No. 198-1), that identifies the ECF number at which each exhibit may be found. For those exhibits filed herewith, the chart identifies the ECF number that will be assigned to the exhibit during this filing.

      Respectfully submitted,

      /s/ Marc A. Weinstein
      Marc A. Weinstein

Enclosures

Cc: All counsel of record (by ECF)

---

1. Versions of certain of these exhibits were previously filed as exhibits to the Declaration of Marc A. Weinstein, dated April 7, 2025 (ECF No. 169), but were subsequently replaced with the versions filed herewith that were admitted at trial. SKAT is filing DX-550 under seal in redacted form because it includes a list of the pension plan names that the parties sought to seal in public filings pretrial. (*See* ECF Nos. 158, 162.)