```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
```

MATTHEW STEIN AND JEROME LHOTE,

    Plaintiffs/Counterclaim-Defendants,

            - against -

SKATTEFORVALTNINGEN,

    Defendant/Counterclaim-Plaintiff

            - against -

LUKE MCGEE

    Nominal Defendant/Counterclaim-Defendant.

**MEMORANDUM AND ORDER**

23 Civ. 2508(NRB)

```
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On September 22, 2025, this Court held following a non-jury trial that defendant and counterclaim-plaintiff, Skatteforvaltningen ("SKAT"), should recover a judgment against Matthew Stein, Jerome Lhote, and Luke McGee (collectively, the "counterclaim-defendants" or the "designees") in the amount of 1,042,451,971.45 Danish Kroner ("DKK"), pursuant to the 2021 Confession of Judgment, or, in the alternative, as breach of contract damages. ECF No. 215 at 115-16 (the "September 22 Opinion"). Subsequently, the Court has received the parties' letters dated September 25, 2025, October 1, 2025, and October 3, 2025, addressing issues related to the entry of judgment. ECF Nos. 216, 218-219. Having considered the positions and authorities

1

included in those letters, the Court has reached the following decisions about entry of judgment in this case.

First, the 1,042,451,971.45 DKK awarded in the September 22 Opinion should be converted into U.S. Dollars ("USD") at the prevailing exchange rate on the date that the Clerk of this Court enters judgment.

Second, the prevailing exchange rate from DKK to USD should be calculated based on the latest available exchange rate set by the U.S. Federal Reserve as of the date the Clerk of this Court enters judgment.

Finally, in the absence of any authority that it would be appropriate for judgment debtors to pay a judgment rendered in USD in any other currency, the judgment here is payable in USD only.

Accordingly, the Clerk of this Court is instructed to enter judgment for SKAT and against the counterclaim-defendants, jointly and severally, in the amount of 1,042,451,971.45 DKK converted to USD at the latest exchange rate of 6.3570 DKK to 1 USD set by the Federal Reserve on October 3, 2025, in accordance with the September 22 Opinion, ECF No. 215, and this Order.

Dated:   October 9, 2025
         New York, New York

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE