**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MATTHEW STEIN AND JEROME LHOTE,
              Plaintiffs/Counterclaim-Defendants,

      -against-                                  23 **CIVIL** 2508 (NRB)

SKATTEFORVALTNINGEN,                           **<ins>JUDGMENT</ins>**
              Defendant/Counterclaim-Plaintiff

       -against-

LUKE MCGEE
              Nominal Defendant/Counterclaim-
              Defendant.,
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum and Order dated October 9, 2025, Judgment is entered for

SKAT and against the counterclaim- defendants, jointly and severally, in the amount of

1,042,451,971.45 DKK converted to USD at the latest exchange rate of 6.3570 DKK to 1 USD

set by the Federal Reserve on October 3, 2025, in accordance with the September 22 Opinion,

ECF No. 215, and this Order, totaling to $163,984,894.05 USD.

**Dated:**  New York, New York

      October 9, 2025

                                        **TAMMI M. HELLWIG**
                             _____
                                       **Clerk of Court**

                   **BY:**               _____
                                     **Deputy Clerk**