**Re:** Matthew Stein et al v. Skatteforvaltningen

**Case Number:** 1:23-cv-02508-NRB (S.D.N.Y.)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Matthew Stein<br>56 E 80th St.<br>New York, NY 10075<br><br>Jerome Lhote<br>2010 W Fawsett Rd<br>Winter Park, FL 32789<br><br>Luke McGee<br>470 S Ocean Blvd<br>Palm Beach, FL 33480 | Skatteforvaltningen (SKAT)<br>Hannemanns Allé 25, DK.2300<br>Copenhagen, Denmark |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $163,984,894.05 USD | For Skatteforvaltningen:<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plz<br>New York, NY 10004<br>Attn: Marc Weinstein & Dustin Smith<br><br>For Matthew Stein & Jerome Lhote:<br>Withers Bergman LLP<br>430 Park Avenue<br>New York, NY 10022-3505<br>Attn: Martin Auerbach & Alexander Haden<br><br>For Luke McGee<br>Nelson Mullins Riley & Scarborough LLP<br>2 South Biscayne Blvd., 21 Floor<br>Miami, FL 33131<br>Attn: Daniel Newman & Justin Kaplan | October 9, 2025 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE - U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York , New York

**TAMMI M. HELLWIG, Clerk of Court**

_____

**By,** **Deputy Clerk**