```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

MATTHEW STEIN AND JEROME LHOTE,

     Plaintiffs/Counterclaim-Defendants                    MEMORANDUM AND ORDER

               - against -                                   23 Civ. 2508(NRB)

SKATTEFORVALTNINGEN

     Defendant/Counterclaim-Plaintiff

               - against -
LUKE MCGEE

     Nominal Defendant/Counterclaim-
     Defendant

-----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


On December 15, 2025, defendant and counterclaim-plaintiff Skatteforvaltningen ("SKAT") filed a letter (the "Letter") seeking to register the Court's October 9, 2025 judgment (the "Judgment") in the United States District Courts for the Eastern District of New York, the Southern District of Florida, and the Middle District of Florida under 28 U.S.C. § 1963.  ECF No. 238. No party has objected to, or otherwise opposed, SKAT's request.

Based on the arguments presented in SKAT's Letter and considering the absence of any opposition to SKAT's request, the Court concludes that the "good cause" standard of 28 U.S.C. § 1963 has been met, and SKAT is granted leave to register the Judgment in the United States District Courts for the Eastern

1

District of New York, the Southern District of Florida, and the Middle District of Florida.

Dated:     January 14, 2026[1]
           New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

---

[1]     Due to an oversight, this Order, which was drafted on January 6, 2026, was not filed on that date.

2