# Hughes
# Hubbard
# & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

January 28, 2026

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:     *Stein, et al. v. Skatteforvaltningen*, No. 23-cv-02508 (NRB)

Dear Judge Buchwald:

     We write on behalf of Defendant/Counterclaim-Plaintiff Skatteforvaltningen ("SKAT")
with respect to SKAT's Sur-Reply in Support of its Opposition to Non-Party Fresh Pond
Investment LLC's Motion for Order to Show Cause Pursuant to FRCP 69 and CPLR § 5240. In
support of its Sur-Reply, SKAT included a copy of a McGee trust agreement (the "Trust
Agreement"), which McGee produced in post-judgment discovery.

     Pursuant to the applicable Protective Order (*see* ECF No. 86), McGee designated the
Trust Agreement as confidential. McGee does not consent to the Trust Agreement being filed
publicly, nor does he consent to the public reference of information contained therein. As such
SKAT respectfully requests permission to file the Trust Agreement under seal and to redact any
reference to the terms of the Trust Agreement in its Sur-Reply.

*Application granted.*

*SO ORDERED.*

*Buchwald,*
*USDJ*
*2/5/26*

                Respectfully submitted,

                /s/ Marc A. Weinstein
                Marc A. Weinstein

cc: All counsel of record (via ECF)