**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW STEIN AND JEROME LHOTE, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> -against- <br><br> SKATTEFORVALTNINGEN, <br><br> Defendant/Counterclaim-Plaintiff, <br><br> -against- <br><br> LUKE MCGEE, <br><br> Nominal Defendant/Counterclaim-Defendant. | Case No. 23 CV 2508 (NRB) <br><br> **STIPULATED ORDER ON NON-PARTY FRESH POND INVESTMENT LLC'S MOTION FOR ORDER TO SHOW CAUSE** |

Upon the agreement and stipulation of Non-Party Fresh Pond Investment LLC ("Fresh Pond") and Defendant/Counterclaim-Plaintiff Skatteforvaltningen ("Judgment Creditor"), and upon all prior pleadings and proceedings in this matter, and for good cause shown, it is:

**ORDERED** that:

1. Fresh Pond voluntarily withdraws its Motion for Order to Show Cause Pursuant to FRCP 69 and CPLR § 5240 (the "Motion") [D.E. 232-236];

2. Fresh Pond withdraws and shall not reassert any objection to the information subpoenas referenced in the Motion and issued by Judgment Creditor to Citizens Bank, N.A. ("Citizens") and JP Morgan Chase Bank, N.A. ("Chase") (the "Information Subpoenas");

3. No later than Monday March 16, 2026, Judgment Creditor shall voluntarily withdraw the restraining notice issued to Citizens restraining Non-Party Fresh Pond's account numbers XXXXXX2504 and XXXXXX2512 (the "Restraining Notice");

4. Judgment Creditor shall provide a copy of this Order to Citizens and take reasonable steps necessary to lift the restraint imposed pursuant to the Restraining Notice (the "Restraint") by March 16, 2026, including communicating to Citizens Judgment Creditor's non-objection to the lifting of the Restraint as Citizens may request;

5. Judgment Creditor shall provide to Fresh Pond complete copies of the Information Subpoenas, and shall provide to Fresh Pond copies of any documents relating to Fresh Pond's accounts produced by Citizens or Chase pursuant to such subpoenas within five (5) days of Judgment Creditor's receipt thereof;

6. Nothing in this Order shall be deemed an adjudication as to the appropriateness of the Restraining Notice, the Information Subpoenas, or any future restraining notices or information subpoenas that Judgment Creditor may issue;

7. Except as expressly set forth herein, nothing in this Order shall be construed to prevent, limit or otherwise affect any rights, remedies, defenses, claims or protections that Fresh Pond or Judgment Creditor may have or assert in this or any other forum; and

8. Fresh Pond and Judgment Creditor shall each bear their own attorney's fees and costs.

[*Signature page follows*]

2

Dated: February 17, 2026
    New York, New York

FOLEY & LARDNER LLP

By:  */s/ Benjamin I. Bassoff*
    Benjamin I. Bassoff
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Fax: (212) 687-2329
bbassoff@foley.com

*Counsel for Non-Party Fresh Pond
Investments, LLC*

HUGHES HUBBARD & REED LLP

By:  */s/ Marc A. Weinstein*
    Marc A. Weinstein
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Defendant/Counterclaim-Plaintiff
Skatteforvaltningen*

Dated: February 18, 2026
    New York, New York

IT IS SO ORDERED

Hon. Naomi Reice Buchwald
United States District Judge

3