# Exhibit 5

Cinquante-neuvième année. - N° 201 A

Samedi 18 et dimanche 19 octobre 2025



# BODACC

## BULLETIN OFFICIEL DES
# ANNONCES CIVILES ET COMMERCIALES
### ANNEXÉ AU JOURNAL OFFICIEL DE LA RÉPUBLIQUE FRANÇAISE



**PREMIER MINISTRE** Direction de l'information légale et administrative

*Liberté*
*Égalité*
*Fraternité*

DIRECTION DE L'INFORMATION LÉGALE ET ADMINISTRATIVE
26, rue Desaix, 75727 PARIS CEDEX 15
www.dila.premier-ministre.gouv.fr
www.bodacc.fr

-

## BODACC « A »

### Annonce n° 2515

### 13 – BOUCHES-DU-RHÔNE

### GREFFE DU TRIBUNAL DES ACTIVITES ECONOMIQUES DE MARSEILLE

### Jugement d'ouverture

*Date :* 15 octobre 2025.
Jugement d'ouverture d'une procédure de redressement judiciaire.
988 078 325 RCS Marseille.
**LHOTE** (Jérome, Jean, René, Roger).
*Nom d'usage :* Jérome.
*Activité :* achat et vente de biens ayant connus un succès aux États-Unis et non présents en France et en Europe.les produits sont variés mais principalement des gadgets ou accessoires.les produits seront vendus a travers plusieurs circuits (grossiste, détails mais aussi vente a distance (Amazon) - conseil en entreprises..
*Adresse :* 26, chemin d'Aubagne, 13600 Ceyreste.
*Complément de jugement :* Jugement prononçant l'ouverture d'une procédure de redressement judiciaire, date de cessation des paiements le 30 juin 2025 désignant mandataire judiciaire SCP J.P Louis & A.Lageat, Mandat Conduit Par Me J.P Louis 30 Rue Cours Lieutaud 13001 Marseille Les déclarations des créances sont à adresser au mandataire judiciaire ou sur le portail électronique prévu par les articles L.814-2 et L.814-13 du code de commerce dans les deux mois à compter de la publication au Bodacc.Nature de la procédure d'insolvabilité : Non concernée.

*La Directrice de l'information légale et administrative :* Véronique LEHIDEUX