# Exhibit 6

Fifty-ninth year. - No. 201 A

Saturday, October 18, and Sunday, October 19, 2025

# OFFICIAL

**BULLETIN OF THE**

OFFICE **OF THE**

# CIVIL AND COMMERCIAL ANNOUNCEMENTS

## ATTACHED TO THE OFFICIAL JOURNAL OF THE FRENCH REPUBLIC



PREMIER MINISTRE — Direction de l'information légale et administrative

*Liberté*
*Égalité*
*Fraternité*

DIRECTORATE OF LEGAL AND ADMINISTRATIVE INFORMATION
26, rue Desaix, 75727 PARIS CEDEX 15
www.dila.premier-ministre.gouv.fr www.bodacc.fr

-

**BODACC "A"**

**Notice No. 2515**

**13 – BOUCHES-DU-RHÔNE**

### CLERK'S OFFICE OF THE MARSEILLE ECONOMIC ACTIVITIES COURT

**Judgment of commencement**

*Date:* October 15, 2025.
Judgment initiating receivership proceedings. 988 078 325 RCS Marseille.
**LHOTE** (Jérome, Jean, René, Roger).

*Common name:* Jérome.

*Business activity:* purchase and sale of products that have been successful in the United States but are not currently available in France or Europe. The products are varied but mainly consist of gadgets or accessories. The products will be sold through various channels (wholesale, retail, and online sales (Amazon)), as well as business consulting.

*Address:* 26, chemin d'Aubagne, 13600 Ceyreste.

*Supplement to the Judgment:* Judgment ordering the commencement of receivership proceedings, with the date of suspension of payments set for June 30, 2025, appointing SCP J.P. Louis & A. Lageat as the court-appointed receiver, Mandate administered by Attorney J.P. Louis, 30 Rue Cours Lieutaud, 13001 Marseille. Claims must be filed with the court-appointed administrator or via the electronic portal provided for in Articles L.814-2 and L.814-13 of the Commercial Code within two months of publication in the Bodacc. Nature of the insolvency proceedings: Not applicable.

*Director of Legal and Administrative Information:* Véronique LEHIDEUX