

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

June 24, 2026

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     *Stein et al. v. Skatteforvaltningen*, No. 23-cv-02508 (NRB)

Dear Judge Buchwald:

      We write on behalf of Defendant/Counterclaim-Plaintiff Skatteforvaltningen ("SKAT") with respect to SKAT's contemporaneously filed Motion by Order to Show Cause for Contempt and Turnover of Property Pursuant to FRCP 69 and CPLR §§ 5225(a) and 5251 directed at Luke McGee ("McGee"). In support of its Motion, SKAT included several documents McGee produced in post-judgment discovery, including his supplemental responses to SKAT's interrogatories, documents reflecting and relating to a loan agreement between him and Quadrant Management LLC executed in September 2025 and amended in December 2025, and several of his bank, investment and digital asset account statements.

      Pursuant to the applicable Protective Order (*see* ECF No. 86), McGee designated his supplemental interrogatory responses and each of his bank, investment and digital asset account statements as confidential. McGee designated each of the documents reflecting and relating to the Quadrant Management LLC loan transaction as highly confidential. McGee does not consent to his interrogatory responses, loan documents, or account statements being filed publicly, nor does he consent to the public reference of confidential information contained therein. As such, SKAT respectfully requests permission to file McGee's supplemental interrogatory responses, loan documents, and his several bank, investment and digital asset account statements under seal and to redact any reference to the terms of those documents in its proposed Order to Show Cause, Memorandum of Law in Support of its Motion, and the Declaration of Marc A. Weinstein in Support of its Motion. The exhibits containing documents designated confidential or highly confidential by McGee, and so the subject of this request for permission to file under seal, are Exhibits 3 and 6-31. A copy of the May 28, 2019 Settlement Agreement, marked as Exhibit 1, is also redacted as previously approved by the Court. (*See* ECF No. 47.)

2

Respectfully submitted,


/s/ Marc A. Weinstein
Marc A. Weinstein

cc:    All counsel of record (via ECF)