**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MATTHEW STEIN and JEROME LHOTE,

      Plaintiffs/Counterclaim-Defendants,

      vs.

SKATTEFORVALTNINGEN,

      Defendant/Counterclaim-Plaintiff,

      vs.

LUKE MCGEE,

      Counterclaim-Defendant.

---

Case No. 23-cv-02508 (NRB)

**ORDER TO SHOW CAUSE**

Upon the Declaration of Marc A. Weinstein, dated June 24, 2026, the exhibits thereto, the accompanying Memorandum of Law, and upon all prior pleadings and proceedings in this matter, it is:

**ORDERED**, that Counterclaim-Defendant Luke McGee and Gabrielle McGee shall **SHOW CAUSE** before this Court, at Courtroom 21A, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on the ___ day of _____, 2026, at ____ (a.m.)/(p.m), or as soon thereafter as counsel can be heard, why an Order should not be entered:

1. Holding McGee in contempt of court pursuant to Section 5251 of the New York Civil Practice Law and Rules ("CPLR") for violating the December 4, 2025 restraining notice Defendant/Counterclaim-Plaintiff Skatteforvaltningen ("SKAT") served on him through his dissipation of funds and assets in his cash, investment and digital asset accounts, his directing the transfer of $1.25 million in personal loan proceeds to

third parties for his benefit, and his encumbrance of his Palm Beach home with a $3.75 million mortgage;

2.  Directing McGee to demand from ████████████ the return of ███████ to McGee's American Express Savings account ending in ████, and to do nothing with those funds, once returned, other than turn them over to SKAT;

3.  Directing McGee to obtain the Court's approval prior to making any sale, assignment, payment, transfer of or interference with any property in which he has an interest;

4.  Directing McGee to produce to SKAT, on the first day of each month on an ongoing basis, account statements for all accounts in which he has any interest or, in the alternative, produce to SKAT both account statements for all accounts in which he has any interest and a monthly accounting of all receipts and disbursements affecting any property in which he has an interest;

5.  Directing McGee to direct the sender of any future funds he is due personally to deposit such funds to accounts held in his name alone, and to do nothing with those funds other than turn them over to SKAT;

6.  Directing McGee to turn over all funds held in his cash accounts to SKAT pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 69 and CPLR § 5225(a), including his:

    a.  American Express Savings account ending in ████.

    b.  American Express Savings account ending in ████.

    c.  Citizens Bank Checking account ending in ████.

    d.  Citizens Bank Money Market account ending in ████.

    e.  J.P. Morgan Chase account ending in ████.

    f.  J.P. Morgan Chase account ending in █████.

    g.  J.P. Morgan Chase account ending in █████.

    h.  Mercury Checking account ending in █████.

    i.  Mercury Savings account ending in █████.

    j.  Robinhood Financial LLC Savings account ending in █████.

    k.  Robinhood Financial LLC Joint Checking account ending in █████.

    l.  TD Bank Savings account ending in █████.

    m.  TD Bank Checking account ending in █████.

7. Directing McGee to demand the return of all remaining funds out of the █████ he directed Quadrant Management LLC transfer to █████ in September and December 2025 to his American Express Savings account ending in █████ pursuant to CPLR § 5225(c) and to, once returned, turn over all funds he receives to SKAT pursuant to FRCP Rule 69 and CPLR § 5225(a).

8. Directing McGee to liquidate and turn over all proceeds and remaining funds in his investment accounts to SKAT pursuant to FRCP Rule 69 and CPLR § 5225(a), including his:

    a.  Ameriflex HSA investment account.

    b.  Medalist Partners Harvest Fund, LP account ending in █████.

    c.  Medbridge Healthcare LLC 401k plan.

    d.  Paychex Pooled Employer 401k plan.

    e.  Raymond James Rollover IRA account ending in █████.

    f.  React Health 401k plan.

    g.  Robinhood Financial LLC brokerage account ending in █████.

    h.   Robinhood Financial LLC traditional IRA account ending in ██.

9. Directing McGee to liquidate and turn over all proceeds and remaining funds in his digital asset accounts to SKAT pursuant to FRCP Rule 69 and CPLR § 5225(a), including his:

    a.   Coinbase account ending in ██.

    b.   Robinhood Crypto account ending in ██.

10. Directing McGee to turn over each of his vehicles to the United States Marshal in the Southern District of New York for sale pursuant to FRCP Rule 69 and CPLR § 5225(a), including his:

    a.   2020 Tesla Model X.

    b.   2020 Moke LSV.

    c.   2024 LSV.

    d.   golf carts.

    e.   inflatable hull boat.

11. Directing McGee to turn over all non-exempt funds he receives from Medbridge Healthcare LLC, 3B Medical, Inc., and the McGee 2021 NGCG Nevada Trust until the Court's October 9, 2025 judgment is satisfied.

    **IT IS FURTHER ORDERED**, that SKAT shall serve a copy of this Order to Show Cause and the supporting papers upon which it is based with redactions on Luke McGee through the Court's electronic case filing system ("ECF"), on or before the ____ day of _____, 2026; and it is further

5

**ORDERED**, that SKAT shall serve a copy of this Order to Show Cause and the supporting papers upon which it is based without redactions on Luke McGee via email to his counsel of record on or before the ___ day of _____, 2026; and it is further

**ORDERED**, that SKAT shall personally serve a copy of this Order to Show Cause and the supporting papers upon which it is based without redactions on Gabrielle McGee on or before the ___ day of _____, 2026; and it is further

**ORDERED**, that answering papers, if any, shall be served upon SKAT through ECF on or before the ___ day of _____, 2026; and it is further

**ORDERED**, that SKAT's reply in further support of its motion, if any, shall be served upon Luke McGee and Gabrielle McGee through ECF on or before the ___ day of _____, 2026.

IT IS SO ORDERED

Dated: _____                    _____
                                                Hon. Naomi Reice Buchwald
                                                United States District Judge