**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MATTHEW STEIN and JEROME LHOTE,

      Plaintiffs/Counterclaim-Defendants,

           *v.*

SKATTEFORVALTNINGEN,

      Defendant/Counterclaim-Plaintiff,

           *v.*

LUKE MCGEE,

      Counterclaim-Defendant.

Case No. 23-cv-02508 (NRB)

**DECLARATION OF**
**MARC A. WEINSTEIN**

**DECLARATION OF MARC A. WEINSTEIN IN SUPPORT OF**
**DEFENDANT/COUNTERCLAIM-PLAINTIFF SKATTEFORVALTNINGEN'S**
**MOTION BY ORDER TO SHOW CAUSE FOR CONTEMPT AND FOR TURNOVER**
**OF PROPERTY PURSUANT TO FRCP 69 AND CPLR §§ 5225(a) AND 5251**

I, Marc A. Weinstein, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1.      I am a Partner at the law firm Hughes Hubbard & Reed LLP, counsel to Defendant/Counterclaim-Plaintiff Skatteforvaltningen ("SKAT") in this matter. I submit this declaration in support of SKAT's Motion by an Order to Show Cause and Memorandum of Law in Support of SKAT's Motion by an Order to Show Cause for Contempt and for Turnover of Property Pursuant to FRCP 69 and CPLR §§ 5225(a) and 5251, seeking an order holding Counterclaim-Defendant Luke McGee ("McGee") in contempt and ordering him to: (i) comply with SKAT's December 4, 2025 restraining notice; (ii) demand that ▉▉▉▉▉▉▉▉ send the ▉▉▉▉▉▉ that McGee directed Quadrant Management LLC transfer to that firm to his American Express Savings account ending in ▉▉▉, and to do nothing with that money, once returned, other than turn it over to SKAT; (iii) obtain the Court's approval prior to making any sale, assignment, payment, transfer of or interference with any property in which he has an

interest; (iv) produce to SKAT each month account statements for all accounts in which he has any interest or, in the alternative if the Court permits McGee a monthly spending allowance, to produce to SKAT each month an accounting of all receipts and disbursements affecting any property in which he has an interest; (v) direct the sender of any future funds he is due personally to deposit such funds to accounts held in his name alone, and to do nothing with those funds other than turn them over to SKAT; (vi) turn over all funds in the McGee Cash Accounts (identified in paragraphs 20-41 below), including, upon demand and return, all funds McGee receives to his American Express Savings account ending in ▇▇ from ▇▇▇▇▇▇ out of the ▇▇▇▇ he directed Quadrant Management LLC to transfer to that firm on his behalf in September and December 2025; (vii) liquidate and turn over all proceeds and remaining funds in the McGee Investment Accounts (identified in paragraphs 42-51 below); (viii) liquidate and turn over all proceeds and remaining funds in the McGee Digital Asset Accounts (identified in paragraphs 52-55 below); (ix) turn over his vehicles to the U.S. Marshal in the Southern District of New York for sale; and (x) turn over all future non-exempt funds he receives from MedBridge Healthcare LLC, 3B Medical, Inc. d/b/a React Health, and the McGee 2021 NGCG Nevada Trust.  This declaration is based on my personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth herein.

2.      SKAT's motion by order to show cause is appropriate and warranted given McGee's repeated and ongoing dissipation of assets and funds in his known accounts as exhibited below.  McGee's actions threaten to preclude SKAT's meaningful recovery against funds and assets he holds in his known accounts by the time ordinary motion practice concludes. SKAT has not made a previous application for similar relief.

3.      On May 28, 2019, SKAT entered a settlement agreement with McGee and his co-conspirators, Matthew Stein and Jerome Lhote, resolving SKAT's potential civil claims against them (the "Settlement Agreement").  Both Luke McGee and ▇▇▇▇▇▇▇▇▇▇ are parties to the Settlement Agreement.  Among other provisions, the Settlement Agreement provides that it will be governed by New York law and that all parties, including McGee,

submitted themselves and their property to the jurisdiction of New York's courts.  Attached as **Exhibit 1** is a true and correct copy of the Settlement Agreement dated May 28, 2019.

4.    On September 4, 2021, McGee purchased an 8,804 square foot townhouse located at 470 S. Ocean Boulevard in Palm Beach, Florida, for approximately $29.6 million in cash. McGee does not appear to have made any regular mortgage payments related to his Palm Beach mansion since its purchase.

5.    On October 9, 2025, the Clerk of Court entered judgment in favor of SKAT against McGee and his co-conspirators, Stein and Lhote, jointly and severally, in the amount of $163,984,894.05.  (*See* ECF No. 221.)  Today, $163,837,354.05 remains outstanding.

6.    Since November 2025, SKAT has pursued enforcement of the judgment against McGee, Stein and Lhote.  On November 10, 2025, SKAT served interrogatories and requests for production on McGee.

7.    On December 4, 2025, SKAT served a restraining notice and accompanying exemption notice on McGee pursuant to CPLR § 5222 (the "Restraining Notice").  Attached as **Exhibit 2** is a true and correct copy of the Restraining Notice and email chain exhibiting McGee's counsel's acceptance of service on McGee's behalf dated December 4, 2025.

8.    On December 10, 2025, McGee served his Responses and Objections to SKAT's Interrogatories ("Responses & Objections").

9.    On April 15, 2026, at SKAT's insistence that McGee's initial Responses & Objections required supplementation given their serious deficiencies, McGee served Supplemental Responses and Objections to SKAT's Interrogatories ("Supplemental Responses & Objections").  Attached as **Exhibit 3** is a true and correct copy of McGee's Supplemental Responses & Objections dated April 15, 2026.

10.   On June 2, 2026, McGee's criminal trial for the Danish tax-refund fraud began in Denmark.  McGee, despite assurances that he would voluntarily stand trial in Denmark, failed to appear before the Danish court and is presently a fugitive from justice wanted throughout the European Union.

11.     On June 22, 2026, pursuant to the Protective Order (*see* ECF No. 86) and in anticipation of its present motion by order to show cause, SKAT requested that McGee de-designate as confidential various documents.   McGee refused to consent to the de-designation of any document marked as confidential.

12.     To date, McGee's document productions and discovery responses remain deficient and incomplete.   SKAT continues to pursue and demand McGee's compliance with his discovery obligations.

## McGee's Employment History

13.     McGee worked as an investment banker at Merrill Lynch and Deutsche Bank from 2005 to 2010.   *See* Nominal Defendant/Counterclaim Defendant Luke McGee's Witness Statement (Apr. 7, 2025), ECF No. 151 at 2.   In 2010, McGee joined the private equity firm Quadrant Management, Inc.   *Id.*   Upon joining Quadrant Management, Inc., McGee met Matthew Stein and Jerome Lhote.   *Id.* at 3.   While at Quadrant Management, Inc., McGee promoted the fund's involvement in the durable medical equipment sector.   *See id*. at 2.

14.     In 2014, McGee began serving as Chief Executive Officer of QMES LLC, which was later renamed AdaptHealth LLC.   *Id.*   In November 2019, McGee restructured and took AdaptHealth Corp. public on the New York Stock Exchange, becoming AdaptHealth Corp.'s Chief Executive Officer and a Director.   McGee, personally, and entities he formed and controlled, received at least $150 million in cash, shares and warrants of AdaptHealth Corp. as a result of the public offering and his role as Chief Executive Officer.

15.     McGee, as a result of his fraud against the Danish government and his role in taking AdaptHealth Corp. public as its Chief Executive Officer, has amassed substantial personal wealth.

## McGee's Currently Identified Sources of Funds

16.     McGee receives biweekly "payroll" payments from MedBridge Healthcare LLC ("Medbridge"), a sleep laboratory management services provider.   McGee admits holding a

personal investment interest in ████████████, which appears to own Medbridge and be an affiliate of Quadrant Management.  *See* **Exhibit 3** at 24.  McGee publicly identifies himself as a "founding investor" in Medbridge.  Attached as **Exhibit 4** is a true and correct copy of a screenshot taken of www.cwhadvisors.com/team/luke-mcgee/ on June 22, 2026.  Steve Feldman—trustee to McGee's LBM Family Trust—is President of Medbridge.  Attached as **Exhibit 5** is a true and correct copy of a screenshot taken of www.medbridgehealthcare.com/news-leadership/ on June 22, 2026.

17.    McGee receives biweekly "payroll" payments from 3B Medical, Inc. d/b/a React Health ("3B Medical"), a sleep and respiratory medical device company.  McGee admits holding a personal investment interest in ████████████████, which appears to own 3B Medical.  *See* **Exhibit 3** at 24.  McGee publicly identifies himself as a "founding investor" in React Health.  *See* **Exhibit 4**.

18.    McGee receives monthly "payroll" payments from the McGee 2021 NGCG Nevada Trust, a trust to which McGee admits he acted as grantor.  *See* **Exhibit 3** at 17.  Steve Feldman acts as investment advisor to the McGee 2021 NGCG Nevada Trust.  *Id.*

19.    On September 12, 2025, McGee executed a senior secured loan agreement and term promissory note with Quadrant Management LLC ("Quadrant"), wherein Quadrant agreed to loan McGee $2.5 million.  Attached as **Exhibit 6** is a composite of true and correct copies of the September 12, 2025 Senior Secured Loan Agreement and Senior Secured Term Promissory Note.  Also on September 12, 2025, McGee directed Quadrant to disburse the full $2.5 million to ████████████████████████████████████████.  As far as we are aware, ████████████ has not appeared in any of the civil actions related to this case, nor appeared as criminal counsel in the Danish criminal proceeding against McGee.  Attached as **Exhibit 7** is a true and correct copy of the September 12, 2025 direction letter from Luke McGee to Quadrant.  On December 26, 2025, McGee directed Quadrant to disburse an additional $500,000 to ████████████████████████████████, and $750,000 to ████████████ ████████████.  Attached as **Exhibit 8** is a true and correct copy of the December 26, 2025

direction letter from Luke McGee to Quadrant.  On December 30, 2025, McGee and Quadrant formalized, via an amendment, the increase of the September 12, 2025 loan's principal from $2.5 million to $3.75 million.  Attached as **Exhibit 9** is a composite of true and correct copies of the December 30, 2026 First Amendment to the Senior Secured Loan Agreement and Amended and Restated Senior Secured Term Promissory Note.

**McGee's Cash Accounts**

20.    McGee admits an ownership interest in an American Express Savings account ending in ████ ("Account ███"), which he asserts he owns jointly with his wife, Gabrielle McGee.  *See* **Exhibit 3** at 19.  We understand McGee opened Account ███ in Pennsylvania.  As of April 23, 2026, Account ███ contained █████████.  Attached as **Exhibit 10** is a composite of true and correct copies of November 2025, December 2025, January, February, March and April 2026 American Express account statements for Account ███.

21.    Since service of the Restraining Notice, McGee has received at least $115,000 into Account ███, all of which came from McGee's personal Robinhood accounts, and transferred at least $74,589.12 out of it.  McGee has used Account ███ to receive funds withdrawn from his Robinhood accounts and to pay credit card bills.  *See* **Exhibit 10**.  McGee paid none of those funds to SKAT.

22.    McGee admits an ownership interest in an additional American Express Savings account ending in ████ ("Account ███"), which he holds in his name alone.  *See* **Exhibit 3** at 19.  As of April 23, 2026, Account ███ contained █████████.  *See* **Exhibit 10** at 19.

23.    Since service of the Restraining Notice, McGee has received at least $230,201.57 into Account ███ and transferred at least $222,518.68 out of it.  McGee has used Account ███ to receive funds withdrawn from his Robinhood accounts and to pay credit card bills and make purchases from Amazon.com.  *See* **Exhibit 10**.  McGee paid none of those funds to SKAT.

24.    McGee admits an ownership interest in a Citizens Bank Checking account, ending in ████ ("Account ███"), which he asserts he owns jointly with his wife, Gabrielle McGee.  *See* **Exhibit 3** at 19.  We understand McGee opened Account ███ in Florida.  As of April 10,

2026, Account ███ contained ███████. Attached as **Exhibit 11** is a composite of true and correct copies of November 2025, December 2025, January, February and March 2026 Citizens Bank account statements and relevant wire transfer receipts for Account ███.

25. Since service of the Restraining Notice, McGee has received at least $1,257,246.43 into Account ███, including: (i) federal and state tax refunds totaling nearly $300,000; (ii) a $781,799 distribution from ████████████████—an entity in which McGee asserts he maintains a personal investment interest; and (iii) transfers from several of McGee's other accounts totaling approximately $15,000. As far as we are aware, the funds that have flown into Account ███ since service of the Restraining Notice are attributable solely to McGee. *See* **Exhibit 11**; **Exhibit 3** at 24.

26. McGee receives regular payments from Medbridge, 3B Medical and the McGee 2021 NGCG Nevada Trust into Account ███. Between December 2025 and April 10, 2026, McGee received at least $142,189.43 from these entities—an average of approximately $35,000 per month. McGee regularly receives:

    a. Bi-weekly payments between $2,610.83 and $3,028.07 from Medbridge;

    b. Bi-weekly payments between $1,812.53 and $3,359.64 from 3B Medical; and

    c. Monthly payments between $17,255.48 and $48,447.48 from the McGee 2021 NGCG Nevada Trust. *See* **Exhibit 11**.

27. Since service of the Restraining Notice, McGee has transferred at least $978,014.46 out of Account ███, including paying: (i) over $550,000 to his lawyers in this and other cases; (ii) $150,000 to the IRS as an apparent tax payment; (iii) approximately $90,000 in unspecified payroll payments to "HWSPAYROLL"; (iv) $25,000 to foundations and museums in the Palm Beach, Florida, area as apparent charitable contributions; (v) over $50,000 in credit card payments; and (vi) over $30,000 in miscellaneous Zelle payments to individuals and businesses. Notably, McGee does not make mortgage, health insurance or other significant regular transfers out of Account ███. *See* **Exhibit 11**. McGee paid none of those funds to SKAT.

28.     McGee admits an ownership interest in a Citizens Bank Money Market account ending in ▮▮▮▮ ("Account ▮▮▮▮"), which he asserts he owns jointly with his wife, Gabrielle McGee.  *See* **Exhibit 3** at 19.  We understand McGee opened Account ▮▮▮ in Florida.  As of April 10, 2026, Account ▮▮▮ contained ▮▮▮▮▮.  As far as we are aware, all of the funds in Account ▮▮▮ are attributable solely to McGee.  Attached as **Exhibit 12** is a true and correct copy of an April 10, 2026 Citizens Bank account statement for Account ▮▮▮.

29.     McGee admits an ownership interest in a J.P. Morgan Chase Bank, N.A. account ending in ▮▮▮ ("Account ▮▮▮"), which he holds in his name alone.  *See* **Exhibit 3** at 19.  As of April 30, 2026, Account ▮▮▮ contained ▮.  Attached as **Exhibit 13** is a true and correct copy of an April 30, 2026 J.P. Morgan account statement for Account ▮▮▮.

30.     McGee admits an ownership interest in a J.P. Morgan Chase Bank, N.A. savings account ending in ▮▮▮ ("Account ▮▮▮"), which he holds in his name alone.  *See* **Exhibit 3** at 19.  As of November 28, 2025, Account ▮▮▮ contained ▮.  Attached as **Exhibit 14** is a true and correct copy of a November 28, 2025 J.P. Morgan account statement for Account ▮▮▮.

31.     McGee admits an ownership interest in a J.P. Morgan Chase Bank, N.A. checking account ending in numbers ▮▮▮ ("Account ▮▮▮"), which he ostensibly holds in trust for his wife, Gabrielle McGee.  *See* **Exhibit 3** at 19.  As of March 31, 2026, Account ▮▮▮ contained ▮.  Attached as **Exhibit 15** is a composite of true and correct copies of January, February and March 2026 J.P. Morgan account statements for Account ▮▮▮.

32.     Since service of the Restraining Notice, McGee has transferred at least ▮▮▮▮▮ out of Account ▮▮▮, draining the account balance to ▮ as of March 31, 2026.  McGee has used Account ▮▮▮ to pay miscellaneous bills to Apple and Florida utility companies.  *See* **Exhibit 15**.  McGee paid none of those funds to SKAT.

33.     McGee admits an ownership interest in a Mercury Checking account ending in ▮▮▮ ("Account ▮▮▮"), which he holds in his name alone.  *See* **Exhibit 3** at 19.  As of April 30, 2026, McGee maintained a balance of ▮▮▮▮ in Account ▮▮▮.  Attached as **Exhibit 16** is a true and correct copy of an April 30, 2026 Mercury account statement for Account ▮▮▮.

34.    McGee admits an ownership interest in a Mercury Savings account ending in  ("Account ▆▆▆"), which he holds in his name alone. *See* **Exhibit 3** at 19. As of April 30, 2026, Account ▆▆ contained ▆▆. Attached as **Exhibit 17** is a true and correct copy of an April 30, 2026 Mercury account statement for Account ▆▆.

35.    McGee admits an ownership interest in a Robinhood Financial LLC account ending in ▆▆▆ ("Account ▆▆▆"), which he holds in his name alone. *See* **Exhibit 3** at 19. As of March 31, 2026, Account ▆▆▆ contained ▆▆▆. Attached as **Exhibit 18** is a true and correct copy of a March 31, 2026 Robinhood Financial LLC account statement for Account ▆▆.

36.    McGee admits an ownership interest in a Robinhood Financial LLC joint checking account ending in numbers ▆▆▆ ("Account ▆▆▆"), which he asserts he owns jointly with his wife, Gabrielle McGee. *See* **Exhibit 3** at 19. As of March 31, 2026, Account ▆▆▆ contained ▆▆. Attached as **Exhibit 19** is a true and correct copy of a March 31, 2026 Robinhood Financial LLC account statement for Account ▆▆.

37.    McGee admits an ownership interest in a TD Bank Savings account ending in ▆▆▆ ("Account ▆▆▆"), which he asserts he owns jointly with his wife, Gabrielle McGee. *See* **Exhibit 3** at 19. We understand McGee opened Account ▆▆▆ in New York. As of March 31, 2026, Account ▆▆▆ contained ▆▆▆. As far as we are aware, the funds in Account ▆▆▆ are attributable solely to McGee. Attached as **Exhibit 20** is a composite of true and correct copies of December 2025, January, February and March 2026 TD Bank account statements for Account ▆▆.

38.    Since service of the Restraining Notice, McGee has transferred at least $14,000 out of Account ▆▆▆. McGee transferred all of those funds to Account ▆▆▆. *See* **Exhibit 20**. McGee paid none of those funds to SKAT.

39.    McGee admits an ownership interest in a TD Bank Checking account ending in ▆▆▆ ("Account ▆▆▆"), which he asserts he owns jointly with his wife, Gabrielle McGee. *See* **Exhibit 3** at 19. We understand McGee opened Account ▆▆▆ in New York. As of April 17,

2026, Account ▮▮▮ contained ▮▮▮▮. As far as we are aware, the funds in Account ▮▮▮ are attributable solely to McGee. Attached as **Exhibit 21** is a composite of true and correct copies of December 2025, January, February, March and April 2026 TD Bank account statements for Account ▮▮▮.

40.    Since service of the Restraining Notice, McGee has transferred at least ▮▮▮ out of Account ▮▮▮. McGee has used Account ▮▮▮ to pay an apparent subscription fee to MLB.tv. *See* **Exhibit 21**. McGee paid none of those funds to SKAT.

41.    Today, at least some of McGee's Cash Accounts continue to hold funds susceptible to a turnover order.

**McGee's Investment Accounts**

42.    McGee admits an ownership interest in an Ameriflex health savings account (HSA) established by React Health (the "HSA Account"). *See* **Exhibit 3** at 21. As of March 31, 2026, the HSA Account held ▮▮▮. Attached as **Exhibit 22** is a true and correct copy of a March 31, 2026 Ameriflex HSA Investment Account statement for the HSA Account.

43.    McGee admits an ownership interest in a Medalist Partners Harvest Fund, LP investment account ending in ▮▮▮ ("Account ▮▮▮"). *See* **Exhibit 3** at 20. On November 30, 2025, McGee liquidated the assets in Account ▮▮▮ and transferred $1,060.11 to Account ▮▮▮. Since then, Account ▮▮▮ has held no assets or funds. Attached as **Exhibit 23** is a true and correct copy of a November 30, 2025 Medalist Partners account statement for Account ▮▮▮.

44.    McGee admits an ownership interest in a Medbridge 401k plan administered by ADP, which was first opened in October 2024 (the "Medbridge 401k"). *See* **Exhibit 3** at 21. As of March 31, 2026, McGee held ▮▮▮ shares of American Funds 2050 Target Date Retirement Fund – R6 in the Medbridge 401k, which were worth ▮▮▮. Attached as **Exhibit 24** is a true and correct copy of a March 31, 2026 ADP plan statement for the Medbridge 401k.

45.    McGee admits an ownership interest in a Paychex Pooled Employer 401(k) plan, which was first opened in October 2025 and is linked to his employment with the McGee 2021

NGCG Nevada Trust (the "Paychex 401k"). *See* **Exhibit 3** at 21. As of December 31, 2025, McGee held ███ shares of State Street Global Advisors (SSDLX SSGA) Target Retirement 2050 K Fund in the Paychex 401k., which were worth ████. Attached as **Exhibit 25** is a true and correct copy of a December 31, 2025 Paychex account statement for the Paychex 401k.

46.    McGee admits an ownership interest in an Alex Brown / Raymond James IRA account ending in ███ ("Account ███"), which was first opened in April 2025. *See* **Exhibit 3** at 21. As of April 30, 2026, Account ███ held ████. Attached as **Exhibit 26** is a true and correct copy of an April 30, 2026 Raymond James account summary for Account ███.

47.    McGee admits an ownership interest in a React Health 401k plan administered by Empower, which was first opened in January 2025 (the "React Health 401k"). *See* **Exhibit 3** at 21. As of March 31, 2026, the React Health 401k held ████ shares of T. Rowe Price Retirement Hybrid 2040 Target – T14 Fund, which were worth ████. Attached as **Exhibit 27** is a true and correct copy of a March 31, 2026 Empower account statement for the React Health 401k.

48.    McGee admits an ownership interest in a Robinhood Financial LLC brokerage account ending in ███ ("Account ███"), which he holds in his name alone. *See* **Exhibit 3** at 20. As of April 30, 2026, Account ███ held ████. Attached as **Exhibit 28** is a composite of true and correct copies of January, February, March and April 2026 Robinhood Financial LLC investment account statements for Account ███.

49.    Since service of the Restraining Notice, McGee has transferred at least $106,200 out of Account ███ and sold assets held in that account. *See* **Exhibit 28**. McGee paid none of those funds to SKAT.

50.    McGee admits an ownership interest in a Robinhood Financial LLC traditional IRA account ending in ███ ("Account ███"), which McGee first opened in September 2025. *See* **Exhibit 3** at 21. As of March 31, 2026, Account ███ held a cash balance of ████. Attached as **Exhibit 29** is a true and correct copy of a March 31, 2026 Robinhood Financial LLC account statement for Account ███.

51.     Today, at least some of McGee's Investment Accounts continue to hold assets and funds susceptible to a turnover order.

**McGee's Digital Asset Accounts**

52.     McGee admits an ownership interest in a Coinbase cryptocurrency account ending in ▮▮ ("Account ▮▮"), which he holds in his name alone. *See* **Exhibit 3** at 22. As of March 31, 2026, McGee held cash and several cryptocurrencies in Account ▮▮ which were worth ▮▮▮, including ▮▮▮ Bitcoin, ▮▮▮ Ethereum, ▮▮ Gemini Dollar, ▮▮▮ Solana and ▮▮▮ USD Coin. Attached as **Exhibit 30** is a true and correct copy of a March 31, 2026 Coinbase transaction history report for Account ▮▮.

53.     McGee admits an ownership interest in a Robinhood Crypto account ending in ▮▮ ("Account ▮▮"), which he holds in his name alone. *See* **Exhibit 3** at 22. As of March 31, 2026, Account ▮▮ held cryptocurrencies valued at ▮▮▮, including ▮▮▮ Ethereum. Attached as **Exhibit 31** is a composite of true and correct copies of November 2025, January, February and March 2026 Robinhood Crypto account statements for Account ▮▮.

54.     Between November 31, 2025 and January 1, 2026, McGee transferred at least ▮▮▮ Bitcoin—then worth approximately $217,000—out of Account ▮▮. *See* **Exhibit 31**. McGee has failed to produce the December 2025 statement for Account ▮▮ that exhibits the details of his transfer of these Bitcoin.

55.     Today, at least some of McGee's Digital Asset Accounts continue to hold assets and funds susceptible to a turnover order.

**McGee's Vehicles**

56.     McGee admits he owns a 2020 Tesla Model X, which he asserts he owns jointly with his wife, Gabrielle McGee. *See* **Exhibit 3** at 23.

57.     McGee admits he owns a 2020 Moke low-speed vehicle ("LSV"). *See* **Exhibit 3** at 23.

58.     McGee admits he owns a 2024 LSV, which he asserts he owns jointly with his wife, Gabrielle McGee. *See* **Exhibit 3** at 23.

59.    McGee admits he owns several golf carts, which he asserts he owns jointly with his wife, Gabrielle McGee.  *See* **Exhibit 3** at 23.

60.    McGee admits he owns an inflatable hull boat.  *See* **Exhibit 3** at 23.


I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York on June 24, 2026.


/s/ Marc A. Weinstein

Marc A. Weinstein