**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW STEIN and JEROME LHOTE, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> SKATTEFORVALTNINGEN, <br><br> Defendant/Counterclaim-Plaintiff, <br><br> v. <br><br> LUKE MCGEE, <br><br> Nominal Defendant/Counterclaim-Defendant. | No. 23 Civ. 2508 (NRB) |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

UPON CONSIDERATION of the Motion to Withdraw as Counsel filed by Defendant/Counterclaim Plaintiff Skatteforvaltningen ("SKAT") in the above-captioned matters, and for good cause shown therein,

IT IS HEREBY ORDERED that Meaghan Gragg is WITHDRAWN as counsel for SKAT.

Dated: ~~June~~ July 2, 2026
New York, New York

Honorable Naomi Reice Buchwald
United States District Judge