K&L GATES

July 30, 2026

Neil T. Smith
Partner
Neil.Smith@klgates.com

T +1 617 261 3180
F +1 617 261 3175

**Via ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Stein v. Skatteforvaltningen, No. 23-cv-02508 (NRB)**

Dear Judge Buchwald:

We write on behalf of Counterclaim Defendant Luke McGee ("Mr. McGee") to respectfully request a brief adjournment of the Order to Show Cause hearing currently scheduled for August 13, 2026, at 2 p.m. *See* ECF 310.

Due to conflicts in the schedules for certain counsel, the Court was asked to briefly adjourn the Order to Show Cause hearing until August 18, 2026 at 2:00 p.m. There have been no previous requests for adjournment, there are no objections by the parties to this requested adjournment, and counsel for all parties have confirmed their availability for this date.

Very truly yours,

*/s/ Neil T. Smith*

Neil T. Smith

cc: All Counsel of Record (via ECF)

Application granted.

Dated: July 31, 2026
New York, New York

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE