**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW STEIN and JEROME HOTE<br><br>Plaintiffs,<br><br>v.<br><br>SKATTEFORVALTNINGEN,<br><br>Defendant / Third-Party Plaintiff,<br><br>v.<br><br>LUKE MCGEE<br><br>Third-Party Defendant. | Case No. 23-CV-02508 (NRB) |

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Kindly enter the appearance of Vanessa S. Johannes as counsel of record on behalf of Non-Party Fresh Pond Investment, LLC, in the above-captioned action.  I am admitted to practice in this court.

Dated: August 6, 2026

**FOLEY & LARDNER LLP**

By:*/s/ Vanessa S. Johannes*
Vanessa S. Johannes (NY Bar No. 4473138)
2 South Biscayne Blvd, Suite 2100
Miami, FL 33131
Tel: 305-428-8400
vanessa.johannes@foley.com
atownsend@foley.com

***Counsel for Intervenor Fresh Pond Investment, LLC***

4933-1860-2437.1