UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MATTHEW STEIN AND JEROME LHOTE,

Plaintiff/Counterclaim-Defendants,

- against -

SKATTEFORVALTNINGEN,

Defendant/Counterclaim-Plaintiff

- against -

LUKE MCGEE

Nominal Defendant/Counterclaim-Defendant.

----------------------------------------X

**ORDER**

23 Civ. 2508 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on June 24, 2026, Skatteforvaltningen ("SKAT") filed a letter motion seeking to file under seal two documents in support of its motion by order to show cause, ECF No. 288; and

**WHEREAS** on June 29, 2026, SKAT filed a letter motion seeking to file under seal certain documents in connection with its amended memorandum of law in support of its motion by order to show cause, ECF No. 296; and

**WHEREAS** on July 23, 2026, Luke McGee filed a letter motion seeking to (1) file under seal certain exhibits to McGee's opposition papers; (2) file redacted versions of certain exhibits

to the same opposition; and (3) redact portions of the opposition and the Declaration of Neil T. Smith in support of the opposition, ECF No. 320; and

**WHEREAS** on July 7, 2026, SKAT filed a letter motion seeking to file under seal certain documents in connection with its reply in support of the motion by order to show cause, ECF No. 333; it is hereby

**ORDERED** that the motions to seal are granted, subject to reconsideration should it eventuate that maintaining the parties' desired confidentiality is inconsistent with the Court's ability to fully address the issues, mindful of the public's right to know; and it is further

**ORDERED** that the Clerk of Court terminate the motions pending at ECF Nos. 288, 296, 320, and 333.

Dated: September 2, 2026
New York, New York

Naomi Reice Buchwald

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE